**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02279-PAB-KMT | Date: | February 6, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

KATHERINE DINES, an individual,          William Meyer
                                         Chris Ford

    Plaintiff,

v.

TOYS "R" US, INC., a Delaware corporation,     Andrew Whitney
                                               Gregory Parks

    Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:35 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Mr. Meyer states the parties have reached a resolution to the pending motions in dispute. Mr. Parks informs the Court of the resolution reached by the parties.

**ORDERED:** **Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint and Jury Demand [60] is GRANTED, as stipulated by the parties on record. A Second Amended Complaint, which has been allowed by the Court, will be filed on or before February 7, 2014.**

**ORDERED**: **Plaintiff's Second Consolidated Motion to Compel and for Sanctions [67] is GRANTED, as stipulated by the parties on record.**

**ORDERED:** **Motion to Amend Scheduling Order to Increase the Number of Depositions [83] is GRANTED, as stipulated by the parties on record.**

Discussion regarding scheduling.

**1:45 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.