# EXHIBIT A

**Exhibit A:**

**Peter Kent's CV, Including Cases in which he has Testified in the Last Four Years**

# PRIOR TESTIMONY (LAST FOUR YEARS)

| Case Name: | Engaged By: | Case No.: | Court: | Year: | Testified In: |
|---|---|---|---|---|---|
| LBS Innovations, LLC v. BP America, Inc. et al. | Defendant | 2:11-cv-407 | U.S. District Court, E. District of Texas, Marshall Division | 2013 | Deposition |
| Geotag, Inc. v. Frontier Communications Corp., et al | Defendant | 2:10-cv-00265 | U.S. District Court, E. District of Texas, Marshall Division | 2013 | Deposition |
| FTC v. Jeremy Johnson, I Works Inc., et al. | Defendant | 2:10-cv-02203 | US District Court, District of Nevada | 2013 | Deposition |
| Coaster Co. of America v. Xiamei | Plaintiff | CV12-1892 | US District Court, Central District of California | 2013 | Deposition |
| Walker Digital v. Expedia | Defendant | 1:11-CV-313 (SLR) | US District Court, District of Delaware, Wilmington | 2013 | Deposition |
| DDR Holdings, LLC v. Hotels.com L.P., et. al | Defendant | 2:06-cv-42-(DF) | U.S. District Court, E. District of Texas, Marshall Division | 2012 | Court Testimony |
| Breeze Corporation v. Newport Landing Sportfishing | Plaintiff | NC055887 | Superior Court, State of California, Los Angeles County, South Division | 2012 | Deposition, Court Testimony |
| Taher Scherzay v. Futuredontics, Inc./Elexity Systems, LLC, et al | Plaintiff | Mediation | JAMS Claim | 2011 | Deposition, JAMS Testimony |
| Amanda Herman et al v. YellowPages.com, LLC | Plaintiff | 09-2382 (PGS)-(ES) | U.S. District Court, NJ, Newark Vicinage | 2010 | Deposition |
| Matthew Schwartz & Gulf Coast Recovery v. City of Treasure Island | Defendant | 8:05:-CV-1696-T-30MSS | USDC Middle District of LF, Tampa Div. | 2010 | Deposition |
| IXL Learning v. Mattel, Inc. | Plaintiff | CV 10 1902 JF (HRL) | US District Court, North District of CA | 2010 | Deposition |
| Consumer Info.com, Inc. v. Alex Chang, et al | Defendant | CV-09-3783-VBF (MANx) | Central Dist of CA, Western Division | 2010 | Deposition |

# PETER KENT
# INTERNET EXPERT WITNESS

**399 E Bayaud Ave., Denver CO 80209 ♦ 720-771-3246**
**Peter@PeterKentConsulting.com ♦ www.PeterKentConsulting.com**



## Summary of Qualifications

**18 Years Experience in all Aspects of Online Marketing:**

- Search Engine Optimization (SEO)
- Search Engine "Link" Campaigns
- Pay Per Click (PPC) Search-Engine Advertising
- Affiliate Marketing
- Online PR
- Online Advertising
- "Community" Marketing
- E-commerce Site Development
- Web Site Development
- Web Application Development
- E-mail Newsletter Publishing
- Web Project Management
- User Interface Design
- Improving Online "Conversions"
- Amazon Marketplace Merchandising

## Expert Witness Experience



[Complete list on request]

- Pay Per Click keyword-bidding case involving FreeCreditReport.com
- Expedia Hotel Taxes and Fees Litigation
- Microsoft Patent-infringement claim related to the use of sound on Web sites
- Trademark disputes related to domain names, company names, and the effects of trademark confusion on search-engine traffic
- Patent cases related to online membership systems, ecommerce systems, Internet billing systems
- Software comparison in a competition dispute related to a major software purchase

## Publications

- Possibly the world's most prolific Internet author
- Author of the best selling *Complete Idiot's Guide to the Internet*, *Search Engine Optimization for Dummies*, and *Pay Per Click for Dummies Search Engine Marketing*, *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*, and dozens of other Internet-related books over the last 18 years.



- An award-winning technology column in two Colorado Newspapers for over 11 years; hundreds of periodical articles
- Staples.com's E-commerce Expert
- Lynda.com video training course (SEO)

## Real World Experience

- Extensive online experience (bulletin boards and online services), dating back to 1984
- Working on the Internet day-to-day Internet since 1993
- Working in software development since 1981…cyberspace-software development since 1991

- Founder of an e-business service provider, funded by Softbank/Mobius, one of the world's largest venture-capital firm
- General Manager/Architect of a large site for a consortium of seven law firms; the site has 400,000+ pages, with sophisticated content-management and lead-management utilities running behind the scenes
- Founded a publishing company, with e-commerce sales, in 1997
- VP of Web Solutions for a national ISP
- VP of Marketing for a Web-development company
- Consulting services for scores of companies, large and small, from Amazon.com to Lonely Planet, a small furniture firm to a medical-transcription service, law firms, real-estate firms, and much more.

## Public Speaking

Extensive public speaking: 100+ radio show guest appearances, ten years of speaking engagements, including seminars, panels, workshops, teleseminars, etc.

## Summary of Qualifications

Experience in all aspects of online marketing—search-engine optimization, search-engine advertising, affiliate programs, online PR, etc.—along with more traditional offline marketing. A background in book publishing and technology, including e-commerce development, product development and management, user-interface design, software-product design, consumer research, training, and documentation. Founded an e-commerce service provider funded by the world's largest VC firm, and an "online enabled" publishing company, Top Floor Publishing. An accomplished public speaker and author of dozens of books about the Internet and online marketing, including several best sellers.

## Skills and Accomplishments

- Employed search-engine marketing to triple the revenues of a computer-peripherals company in less than12 months.
- Employed Web design and search-engine marketing to jump start sales for an online scaffolding company. Increased revenues from $10,000/mth to $700,000/mth in a year
- Generated 75% of revenues for a Denver-based real-estate startup through search-engine advertising campaigns.
- Built a partnership with one of North America's largest publishers to deliver software to bookstores throughout the U.S.
- Raised $4M from Softbank/Mobius to start an e-business service provider, later sold to iBoost.
- Founded a computer-book publishing company, with revenues exceeding $300,000 in the first year.
- Used low-cost, online/offline PR and guerrilla marketing techniques to position a book on the Amazon.com best-seller list, to promote another book into becoming the most widely reviewed and praised title in computer-book history, and to build the *Poor Richard's* series brand.
- Author of the best selling *Complete Idiot's Guide to the Internet* (1993 – 2000), *Search Engine Optimization for Dummies* (2004), and *Pay Per Click for Dummies Search Engine Marketing* (2006)

- Integrated a dozen different Web-development/hosting teams—with over hundred staff, and located in ten different cities—into a single division.
- Provided strategic/technical analysis to the CEO/executive team regarding acquisitions.
- Hired and trained a staff from 0 to 65 in less than six months.

## Professional Experience

### BuyBak, LLC
### VP of Corporate Development, Co-Founder         Denver, CO: July 2010 – Present
Business development and software development. Buybak is a significant player in the rapidly growing "buyback" business; it currently buys back CDs, DVDs, and video games, returning used products to the retail market, with more product categories coming soon. Partners include Best Buy and Walmart.

### LeadNation, LLP
### Founder, CEO                              Philadelphia, PA: July 2009 – January 2011
Co-founder of a firm creating premium Web sites for businesses, along with ancillary services that help them generate and manage business leads.

### Peter Kent Consulting                              Denver, CO: 2002 – Present
### Principal
Providing Internet channel-management and Internet-marketing and -strategy consulting services to a varied client base. Current services include assisting clients in developing online-marketing strategies, increasing traffic through search-engine marketing and optimization, designing and implementing Pay per Click search-advertising campaigns, designing Web-sites, developing Web-applications, revenue-transaction conversion, and affiliate-program development. Clients include Burg Simpson Eldridge Hersh Jardine PC (a major Denver law firm), RoyalYarns.com (an online wool/handicrafts retailer), Peripheral Manufacturing (used search-engine marketing to triple revenues in under 12 months); ScaffoldMart.com (helped this stalled operation restart, increasing sales 7,000 percent); Shane Co. (repositioned this jeweler's online marketing strategy); Aestiva, Inc. (significantly increased sales revenue over a 9-month period); Jones University (designed and developed a strategic plan for optimization of the Web site and improved search-advertising results); and SavingStreet.com (implemented a pay-per-click search-advertising campaign for this startup real-estate company, generating 75% of their initial revenues). In addition to working with literally hundreds of small businesses, assisted a number of large companies such as Amazon.com, Lonely Planet, Zillow, and Tower.com.

### DNAML, Pty
### Sr. VP, United States                         Denver, CO: August 2007 – June 2008
Helped this Australian digital-publishing company with business-development campaigns, introducing the company to some of the world's largest publishers in New York and London. Helped the company develop relationships with publishers such as Wiley, McMillan, Hachette, Random House, Harper Collins, Elsevier, and others.

### Indigio Group                              Denver, CO: 2001 – 2003
### Vice President Marketing
A Web-applications development and Internet-marketing-strategy consulting company with clients such as Budget Rent a Car, Cendant, North American Van Lines, Orbis, and Dex Media. Direct responsibilities included the production of strategic marketing plans and materials, overseeing all marketing products, new-business sales development, and Internet marketing-strategy development for

clients. Also liaised with key clients and directed all public relations and advertising campaigns. Ensured significant press coverage for the Company, greatly increasing its visibility in Colorado.

### Internet Commerce & Communications                    Denver, CO: 2001
### Vice President Web Solutions

A national Internet Service Provider and Web-hosting company. Developed and implemented a strategic plan to merge dozens of geographically dispersed Web-design and Web-hosting divisions acquired during the prior 18 months. Managed a team of 60 staff members, in 8 cities, providing Web Development, Web hosting, Internet marketing, and e-commerce applications to thousands of small and medium-sized businesses in an ASP (Application Service Provider) mode. The division produced revenues of approximately $8M in 2001. In addition introduced new tools, processes and procedures to improve the department's efficiency and reduce overhead, and designed a number of new ASP products—e-commerce and e-mail publishing—for introduction to the small-business market.

### BizBlast.com                    Denver, CO: 1998 – 2001
### Co-Founder

An E-Business Service Provider, delivering e-commerce services to small and medium-sized firms on a monthly subscription basis, when doing business online was still relatively new and difficult for most companies. Developed the original business plan and marketing strategy, including raising the company's $4M first-round investment, led by one of the world's largest VC firms, SoftBank/Mobius. Researched the market to evaluate the competition and developed the original product design, including user-interface design and managing focus groups. Developed the company's marketing and offer strategy and identified target markets and subscriber-acquisition programs. Business-development role included negotiating distribution partnerships, including one with Macmillan USA to deliver BizBlast software to bookstores throughout North America, and sought out partnerships to provide more products and services to BizBlast clients, such as the PayPal relationship that provided another transaction method for BizBlast clients.

### Top Floor Publishing                    Denver, CO: 1997 – 2003
### Founder, President

A publisher of highly regarded books related to online business and marketing, written by industry experts. The company's first book became the most widely reviewed and praised title in computer-book history, and the third was an Amazon.com best seller. Created the company's marketing strategy and managed all marketing and public relations campaigns. Built a brand—the *Poor Richard's* series—that quickly became very well known and respected in the computer-book industry. Managed all aspects of the organization, including overall budget responsibility, product development, and co-op advertising. Devised an online-marketing strategy that turned this startup into a widely distributed and well known publisher in the industry, and built the company's e-commerce system.

### Kent & Associates                    Dallas, TX & Denver, CO: 1986 – 1996
### Independent Consultant

Services included creating documentation, training users, testing software, designing software user interfaces, carrying out software consumer research and market intelligence, for a wide range of client companies and industries. Clients included Semiotix (software development), The Pipeline (Internet service provider); MasterCard (financial services), Analytical Surveys, Inc. (aerial photography), Comprehensive Software Solutions (stock trading), Amgen (pharmaceuticals), SpectraLink (telecommunications), Clinical Reference Systems, Inc. (medical), Ericsson, NEC, Northern Telecom (telecommunications), and Genioss/Data General (computing/telecommunications). Used online services for general business communications and marketing as early as 1986.

**Core Laboratories Int'l, Inc.**

**Systems Analyst**                                                      Dallas, TX: 1982 – 1986

**Area Supervisor**                                                       Mexico: 1979 – 1982

An oil-field services company. Assisted in the development of the company's new generation of drilling-analysis computer technology. Tested software, designed the user interfaces, and worked closely with the software-development team to create a user-friendly software process flow. Responsible for all customer research and liaison. Planned software product enhancements based on evaluation of users' needs and competing products. Trained users and managed staff installing and maintaining the equipment. Previously worked in Mexico, with advanced computer technology on off-shore oil rigs, gaining experience in technology at a time when most people had little or no contact with computers. Lived and worked in Colombia, Mexico, Venezuela, Ecuador, Australia, North Sea, etc. Used data-acquisition/manipulation computers to provide geological and engineering reports to client oil companies. Core Labs' youngest-ever Unit Supervisor; fastest ever promotion to Logging Supervisor, with responsibility for the company's $2M annual Mexican operation. Managed the budget for this 50-person operation.

## Publishing Experience

Involved in the computer-book publishing business since 1988. Author of several dozen technology and business books—more books about the Internet than any other author—including the best selling *Complete Idiot's Guide to the Internet, Search Engine Optimization for Dummies,* and *Pay Per Click Search Marketing for Dummies* (Wiley). Author and publisher of the *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*. Founder of Top Floor Publishing. Author of hundreds of newspaper and magazine articles on business and technology, including a long-standing column in the Boulder County Business Report and the Northern Colorado Business Report.

## Public Speaking

An accomplished public speaker on a wide range of subjects. Speaking engagements have included the subject of Internet marketing for ten years, to organizations such as the National Association of Broadcasters and the Colorado Tourism Conference. Other topics include search-engine marketing and advertising, publishing, and general online-business issues. A guest speaker on over 100 radio shows.

## Education

BA Hons., Geography/Geology, University of Sheffield, United Kingdom, 1978

## Published Work

### Books

- *Search Engine Optimization for Dummies* (John Wiley: 4 editions, beginning in 2004)
- *Pay Per Click Search Engine Marketing for Dummies* (John Wiley, 2006)
- *How to Make Money Online with eBay, Yahoo!, and Google* (McGraw-Hill Osborne Media, 2005)
- *The Word 2003 Bible* (John Wiley, 2003)
- *Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site* (Top Floor Publishing—most widely reviewed & praised title in computer-book history)
- *The CDnow Story: Rags to Riches on the Internet* (w/Jason and Matthew Olim, the founders of CDnow—Top Floor Publishing)
- *Poor Richard's Internet Marketing and Promotions: How to Promote Yourself, Your Business, Your Ideas Online* (w/Tara Calishain—Top Floor Publishing)

- *The Complete Idiot's Guide to the Internet* (7 editions, published by Que—on the Publisher's Weekly, Barnes & Noble, Software Etc., Baker & Taylor, and Ingrams computer-book best-seller lists; 100,000 copies sold in first 9 months)
- *The Complete Idiot's Guide to the Internet: UK Edition* (Prentice Hall, 3 editions)
- *Careers for Kids who Love Computers* (Facts on File)
- *The Official Netscape JavaScript 1.2 Book* (Netscape Press)
- *The Official Netscape JavaScript Programmer's Reference* (Netscape Press)
- *The Best Sex of Your Life* (w/Dr. Jim White—Barricade)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Netscape Communicator 4* (Que)
- *Using Netscape 3* (Que)
- *Using Netscape 2 for Windows 95* (Que—bestseller)
- *Using Netscape 2 with Your Mac* (Que)
- *Discover Windows NT Workstation 4* (IDG)
- *Discover FrontPage 97* (IDG)
- *Making Money in Technical Writing* (Macmillan/ARCO)
- *Using the Microsoft Network* (Que)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Microsoft Internet Explorer* (Que)
- *PGP Companion for Windows* (Ventana)
- *The 10 Minute Guide to the Internet* (Que)
- *The Complete Idiot's Next Step with the Internet* (Que)
- *The Complete Idiot's Guide to the World Wide Web* (Que)
- *The Complete Idiot's Guide to the Internet with Windows 95* (Que)
- *Using Mosaic* (Que—contributed several chapters and acted as a technical advisor)
- *Peter Norton's Windows NT: Tips & Trick*s (Random)
- *Peter Norton's User's Guide to Windows 3.1* (Bantam/Random)
- Peter Norton's *Outside the IBM PC and PS/2* (Brady—contributed 3 chapters)
- *The Technical Writer's Freelancing Guide* (Sterling Publishing)
- *Mastering Micrografx Designer*, and *Mastering Micrografx Designer 3.1* (SYBEX)
- *Learn Microsoft Money Fast!* (SYBEX)
- *Understanding Windows Draw* (SYBEX)
- *Shareware Treasure Chest: Clip Art Collection* (SYBEX)
- *The Illustrated Enable/OA* (Wordware)

Kent's work has also appeared in the following books:

- *The Ten Minute Guide to Internet Explorer* (Que)
- *Netscape Navigator 3 Starter Kit* (Que)
- *Using Netscape Navigator 3 Special Edition* (Que)
- *Using Windows 95, Special Edition* (Que)
- *Using The Internet, Special Edition* (Que)
- *The HTML Programmer's Reference* (Ventana)
- *Carol Vorderman's Guide to the Internet*  (Prentice Hall, 3 editions)
- *UK Internet Starter Kit* (Prentice Hall, 3 editions)

**Video**
- *Analyzing Your Web Site to Improve SEO* (Lynda.com)

- *SEO: Link Building in Depth* (Lynda.com)

## Articles

Internet Law & Strategy

Examiner.com

The Manchester Guardian

Website Magazine

Staples.com

Computerworld

eBusiness Journal

Internet World

Windows User

Windows Magazine

Dr. Dobb's Journal

Boulder County Business Report

North Colorado Business Report

Men's Journal

The Dallas Times Herald

Software Maintenance News

LaserLink

NetBITS

Writers Write

Colorado Computer Diskovery

Metropolitan Ski Times

Sm@rtPartner

VBAC News

The Parent Newsmagazine

Kids Today

First Coast Parent

Jacksonville Parent

Carolina Parent

All About Kids

My Business

PD News

Computer Book Cafe

Employee Relations Bulletin

Onvia.com

## Public Speaking

- National Association of Broadcasters, Annual Conference (1995)—Internet Basics
- Anaconism (1996)—Panel on the Internet
- Denver Book Show (1996)—Panel on book promotions on the Internet
- Anaconism (1997)—Panel on the Internet
- Comprehensive Software Systems (1997)—Windows Help creation training course (one week)
- Denver Book Show (1997)—Panel on book promotions on the Internet
- Anaconism (1998)—Panel on the Internet
- Internet Chamber of Commerce, Denver (1998)—Panel on Internet Marketing
- Windows on the Rockies Users Group (1998-2000)—3 separate meetings, various Internet subjects
- Rockies Venture Club (1999)—Introduction to BizBlast.com
- Rockies Venture Club (1999)—MIT Panel
- Waterside Computer Book Publishing Conference (1999)—Starting a Publishing Business
- Colorado Independent Publishers Association, Publisher's University (2000)—two speeches, Marketing Books Online, and Creating an Effective Web Site
- Colorado Tourism Conference (2000)—Panelist, Doing Business on the Internet
- Publisher's Marketing Association, Publishing University (2000)—Marketing Books Online
- Publisher's Marketing Association, Denver Publishing Mini-University (2000)—Starting a Publishing Business
- Rockies Venture Club (2000)—Short account of successful fundraising
- Rockies Venture Club (2000)—Introductory speaker, Colorado Capital Conference
- SPAN, Publishing College (2000)—How to Sell on the Internet
- Waterside Computer Book Publishing Conference (2000)—The Economics of Publishing
- Indigio Seminar (2002)—12 Mistakes Executives Make When Planning Web Strategy

- Rocky Mountain Webmaster's Guild (2004)—What You *Must* Know About the Search Engines
- Davinci Institute, (2005) - Search Engine Optimization
- Boulder Writer's Association (2005) - Online Marketing
- Colorado Business Show (2005) - Online Marketing
- MNetworks eCommerce Bootcamp (2005) - Online marketing, creating e-commerce sites, marketing through multiple channels
- Annie Jennings PR Teleseminar (2005) - Search Engine Marketing
- Denver Software Developers Club (2005)—Search Engine Optimization
- DexMedia (2005) - Search Engine Background, Sales-Team Training
- Annie Jennings PR Teleseminar (2004) - Search Engine Optimization
- Rocky Mountain Webmasters Guild (2004) - Search Engine Optimization
- Association of Professional Consultants (2004) - Search Engine Marketing
- 60 - 80 Radio interviews, including in-studio interviews in the widely syndicated *Into Tomorrow* and *The World Wide Web Radio Show*.
- August 2005: 20 Radio interviews in one day, with a total audience of over 20M people, related to search engine technology. (Audioline Network national syndication, WZEZ Richmond VA, KLKS St. Cloud MN, KYW Philadelphia, WSNY Columbus OH, WOCA Gainsville FL, Business Talk national syndication, USA Radio Network national syndication, WFIN Toldo OH, KCMN Colorado Springs, ABC Radio Network national syndication, Cable Radio Network national syndication, WLW Cincinnati OH, WZON Bangor ME, KTSA San Antonio TX, WSBA Harrisburg PA, WVNU Cincinnati OH, KAHI Sacramento CA, AURN national syndication, Metro syndication Minneapolis MN, KMOX St. Louis MO.)
- Denver Free University (2006): 4 Online Marketing Courses
- London Book Fair (2008): The Future of the Digital Book. 14, 1-hr presentations in 3 days
- O'Reilly Tools for Change Conference (2008): DNAML Presentation
- Digital Book 2008, International Digital Publisher's Forum (2008): DNAML Presentation
- International Conference on E-Government, Tripoli, Libya (2010): Shared keynote speech; hosted ecommerce track; speech at the University of Tripoli

## Reviews

My business is advice ... whether I'm writing, consulting, or working to achieve my employer's goal, that's what I do, help people understand how to work online. And I'm glad to say people like what I've got to say ...



If you really want to build a functional Web site but don't have a lot of money or think you don't have enough skill, "Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site" might just be the book for you.
**Jonathon Austin, *CNN Interactive***



[helps] guide you through this step and others involved in getting a Web site up and running.
**Patrick Marshall, *Seattle Times***



**Poor Richard's Good Advice**
With all great new things comes a proliferation of hucksters and snake-oil salesmen, and the Internet is no exception. The antidote to this swirl of confusion lies in Peter Kent's *Poor Richard's Web Site*. The analogy to Ben Franklin's volume is appropriate: the book is filled with the kind of straightforward information the Founding Father himself would have appreciated.  **Jennifer Buckendorff, Amazon.com**

9



I've found a great book that explains it all: Poor Richard's Web Site. … This is a practical, no-nonsense guide that lucidly covers topics like how to set up a domain with the InterNIC, how to promote your Web site and how to actually use all those features that hosting services provide. **David Methvin, *Windows Magazine***



**Hot Site** ... Let Peter Kent provide what he calls "geek-free, commonsense advice" on building a low-cost site on the Web. *USA Today Web site*



**Book of the Month**
**Jerry Pournelle, *BYTE Magazine***

We liked the level of rich, high-quality details that went into this publication. You can tell that Kent has poured all of his creative energies into the project. Yet he remained focused enough throughout the book to clearly define in plain English all of the technical information required to create and maintain a Web site. ... **We highly recommend this book.   Peter Cook and Scott Manning, *Philadelphia Inquirer***



Covering all the basics in jargon-free English, he considers what you need to start, where to put your Web site, finding a host, how to pick and register a domain name, creating a site, choosing an editor, adding interaction and taking orders online, distribution lists, and registering your Web site. **Very well written**.  *Library Journal*

**Book of the Month.**
There was no question this month; *Peter Kent's Poor Richard's Web Site*, **a remarkable book whose subtitle tells it all**, is the undisputed Book of the Month winner. In clear, understandable language, Kent conveys an absolutely incredible amount of information on building and running a Web site.  **Richard Mann, *ComputerCredible Magazine***



If you're gearing up to launch a Web site or you're looking to take an existing site to the next level, Poor Richard's offers clear advice to help you defend against jargon-happy sales people and computer magazines.  **Alan Joch, *Fortune.com***



Want to set up a Web site but don't know where to begin? Get yourself a copy of Peter Kent's *Poor Richard's Web Site*.
*PC World*



... an encyclopedic treatment of every aspect—technical, financial, moral and social—of building and maintaining a Web site. It packs **more sound advice into a slender 424 pages than far bulkier and expensively-promoted books.** Author Peter Kent writes with vivacity and real expository skill. In his hands, technical subjects such as email forwarding and host selection become compelling reading. **Cameron Laird & Kathryn Soraiz, *Web Server Online Magazine***



[A] good source [of information] with easy step-by-step directions is Peter Kent's *Poor Richard's Web Site*.
**Jenna Schnuer, *Publisher's Weekly***

**And many more …**
Smartbooks.com, CMPNet's Techweb, Marketing Technology, Publishing for Entrepreneurs, Vancouver Business Journal, Computer Literacy Bookshops/Fatbrain, Printing News, Hill Times, MicroTimes, Entropy Gradient Reversals, Boardwatch, Home Office, San Diego Union-Tribune ... etc., etc.

**10**