# EXHIBIT B

**Exhibit B:**

**"Combination" Search Results**

("hunk ta bunk ta" OR "hunk-ta-bunk-ta") -music toy

+Peter    **2**    Share

Web    Images    Videos    Shopping    News    More ▾    Search tools

About 1,330 results (0.30 seconds)

**[PDF] Client Report – Casualty Focus Toys"R"Us, Inc. 1 - Advis…**
https://www.advisen.com/pdf_files/CasualtyReport_ToysRUs.pdf ▾
Mar 20, 2013 - **Toys**"R"Us, Inc. is the world's leading dedicated **toy** and juvenile
products **....** and selling products under the **HUNK-TA-BUNK-TA** Mark, and **...**

**Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta** - …
www.**toys**rus.com/product/index.jsp?productId=3372822 ▾    Toys "R" Us ▾
A description for this result is not available because of this site's robots.txt – learn more.

**Hunk Ta Bunk Ta** 1010576 Animal Alley 16 inch Grey Sitting …
www.buzzillions.com › Baby › Toddler Toy Reviews ▾
**Hunk Ta Bunk Ta** 1010576 Animal Alley 16 inch Grey Sitting Hippo reviews. Find
Toddler **Toy** reviews at Buzzillions including 14 reviews of **Hunk Ta Bunk Ta ...**

**Hunk Ta Bunk Ta** 1010576 Reviews - Buzzillions.com
www.buzzillions.com/**hunk-ta-bunk-ta**-1010576/reviews ▾
**Hunk Ta Bunk Ta** 1010576 Reviews. Refine Results. Close Filters. by Category. **Toys**
(5); Baby (2); Hobbies (2). You selected: **Hunk Ta Bunk Ta** 1010576.

Twitter / paralegalslo: **Hunk-Ta-Bunk-Ta**: DENVER ...
https://twitter.com/paralegalslo/status/240393872725929985 ▾
**Hunk-Ta-Bunk-Ta**: DENVER - **Toys** R Us violates Katherine Dines' valuable "**Hunk-Ta-
Bunk-Ta**" trademark, Dines c... http://bit.ly/SLCvZo. Reply; Retweet **...**

Animal Alley 43 Inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - T…
www.thethingsiwant.com/item/1583539/ ▾
Animal Alley 43 inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - **Toys** "R" Us. Price: $49.99.
From: toysrus.com · View this Item Add to your list **...**

**Hunk Ta Bunk Ta** 1010576 - Toysguy.com
www.**toys**guy.com/**hunk-ta-bunk-ta**-1010576/ ▾
Shop **Hunk Ta Bunk Ta** 1010576 cheap @ Toysguy. Compare **Hunk Ta Bunk Ta**
1010576 products online from Toysguy.com.

Images for **("hunk ta bunk ta" OR "hunk-ta-bunk-ta ...**
Report images

    

More images for **("hunk ta bunk ta" OR "hunk-ta-bunk-ta") -music
toy**

**Hunk-Ta-Bunk-Ta** - Courthouse News Service
www.courthousenews.com/2012/08/.../49695.h... ▾    Courthouse News Service ▾
Aug 28, 2012 - DENVER - **Toys** R Us violates Katherine Dines' valuable "**Hunk-
Ta-Bunk-Ta**" trademark, Dines claims in Federal Court.

9:02 AM PT - Courthouse News Service
www.courthousenews.com/2012/.../In_Brief.ht... ▾    Courthouse News Service ▾
Aug 28, 2012 - **Hunk-Ta-Bunk-Ta**. DENVER - **Toys** R Us violates Katherine Dines'
valuable "**Hunk-Ta-Bunk-Ta**" trademark, Dines claims in Federal Court.

**[PDF] PRESS RELEASE From - Dr. Toy**
www.dr**toy**.com/awardsfiles/.../PressReleaseClassic2013.pdf ▾

 by Stevanne Auerbach - in 74 Google+ circles
Apr 10, 2013 - These are the long lasting **toys** that "keep on playing" long after
the batteries and latest **.... Hunk-Ta-Bunk-Ta**™ BOO CD CP ML MM. $9.95. 3
-8.

### Hunk Ta Bunk Ta BOO 2 Good | eBay
www.ebay.ca › Buy ▾ eBay ▾
50 items - Find best value and selection for your **Hunk Ta Bunk Ta** BOO 2 Good **...** Set
of 2 Goomba and Boo Ghost -- Super Mario Brothers Plush Dolls **Toys** New.

### Hunktabunkta MusicJelly Bean Radio... - Jelly Bean Radio | F…
https://www.facebook.com/permalink.php?story_fbid...id... ▾
Hunktabunkta MusicJelly Bean Radio Dear Friends and **Hunk-Ta-Bunk-Ta ...** ideas, and
even found a few **toys** to include in my video, through her miniature club!

### multi colored bunk beds at Target
www.target.com/c/-/Nao.../Ntx-matchallpartial ▾ Target Corporation ▾
Results 1 - 43 of 43 - **Hunk-Ta-Bunk-Ta** BED (Lyrics included with... CD Artist : Dines
Katherine. currently unavailable online. not sold in stores. add to compare **...**

### Bunk Beds Desk at Target
www.target.com/c/-/D...0/.../Ntx-matchallany ▾ Target Corporation ▾
Results 1 - 21 of 21 - Badger **Toys** Doll Bunk Beds Badger Basket. Currently unavailable
online **... Hunk-Ta-Bunk-Ta** BED (Lyrics included with... CD Artist : Dines **...**

### annarborfindnsave.mlive.com/Products/ToysRUs?brand...
A description for this result is not available because of this site's robots.txt – learn more.

### Dr Toy's 2013 Best Classic - Pinterest
www.pinterest.com/dr**toys**guide/dr-**toys**-2013-best-classic/ ▾
Selected Best Classic Products by Dr. **Toy**. **...** Profile image of Dr. **Toy's** Guide **....** Dines
derived her now-recognized CD series' name: "**Hunk-Ta-Bunk-Ta**.".

### Bubble Trouble Katherine Dines Listen to this song. This song…
www.songsforteaching.com/katherinedines/bubbletrouble.htm ▾
This song is available on Katherine Dine's **Hunk-Ta-Bunk-Ta** Boo! This song is also
available as an Individual Song Download. I was taking a bath and chewing **...**

### Trey Très Cliché - Songs for Teaching
www.songsforteaching.com/katherinedines/treytrescliche.htm ▾
This song is available on Katherine Dine's **Hunk-Ta-Bunk-Ta** GNU. This song is also
available as an Individual Song Download. A cliché is a word or a phrase **...**

### spotlight | Home Educating Association Reviews | Page 9 - H…
hedua.com/dev/reviews/tag/spotlight/page/9/ ▾
**Hunk-Ta-Bunk-Ta** Hits. Posted On: March 26, 2012. Reviewed by Jenny Herman
**Hunk-Ta-Bunk-Ta** Hits now has a permanent home in our car. My youngest [...] **...**

### [PDF] Hourglass 01-26-05 .indd - Space and Missile Defense C…
www.smdc.army.m... ▾ United States Army Space and Missile Defense Com... ▾
Jan 26, 2005 - www.smdc.army.mil/KWAJ/Hourglass/hourglass.html. (Katherine Dines of
**HUNK-TA-BUNK-TA** entertains children with songs and stories at the **...**

**1** 2 3 4 5 6 7 8 9 10    **Next**

Help    Send feedback    Privacy & Terms

"animal alley" + "hunk ta bunk ta" + "toys r us"                    +Peter        **2**      Share

Web      Shopping      Images      Videos      News      More ⌄      Search tools

About 675 results (0.42 seconds)

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** -…
www.**toysrus**.com/product/index.jsp?productId=3372822 ⌄  Toys "R" Us ⌄
A description for this result is not available because of this site's robots.txt – learn more.

**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sittin…
www.buzzillions.com › Baby › Toddler Toy Reviews ⌄
**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo reviews. Find
Toddler Toy reviews at **...** Gift giver. Virginia. Full review provided by **Toys R Us ...**

[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ⌄
Aug 27, 2012 - **Toys "R" Us**' Infringement of the **HUNK-TA-BUNK-TA ...** products under
its private label "**Animal Alley** by **Hunk Ta Bunk Ta**" as shown below:.

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** -…
www.polyvore.com/**animal_alley**_16_inch_grey/thing?id... ⌄  Polyvore ⌄
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - **Toys "R" Us**. $15
toysrus.com · MORE ITEMS & LOOKSSETSCOLLECTIONS · Sophie Hulme Soft **...**

**Animal Alley** 43 Inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - …
www.thethingsiwant.com/item/1583539/ ⌄
**Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - **Toys "R" Us**. Price: $
49.99. From: toysrus.com · View this Item Add to your list **...**

Add to your list - TheThingsIWant.com : Add Item To Your Lists
www.thethingsiwant.com/wishing/addtolist_s.php4?ItemID=2667137 ⌄
Item you want to Add to your lists: **Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta
Bunk Ta** - **Toys "R" Us**. Price: $49.99. From: toysrus.com **...**

toysrus children | folkd.com
www.folkd.com/tag/**toysrus**+children ⌄
Results 1 - 13 of 13 - **Toys R Us** offers a wide selection of children&rsquo;s toys. 0% 0
folks **...** **Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T.

Hugfun Stuffed Animal - En que lo puedo ayudar ?
elbackup.com/let.php?bh=hugfun-stuffed-animal ⌄
Take home the 16" **Animal Alley** Stuffed Bear, a **Toys 'R' Us** exclusive. **...** Happi Tummi
(1 ); Hugfun 1010578 (1); **Hunk Ta Bunk Ta** 1010576 (3); JNL Trading (1); **...**

Dino Alley \ Vanity Auctions
www.vanityauctions.info/products/Dino+Alley ⌄
100+ items - Vanity Auctions - ebay auctions, selling, bidding, computers, **...**
LOT OF 251 DIFFERENT NINTENDO NES GAMES No Sports Games     $605.66
ED SULLIVAN'S ROCK & ROLL CLASSICS - 12 DVD COLLECTION ...     $230.00

July Deployments! - Page 424 - MilitarySOS.com
www.militarysos.com › ... › Deployment Support Groups ⌄
Oct 7, 2010 - 10 posts
Originally Posted by dani danger try this? That might work? **Animal Alley** 16 inch Grey
Sitting Hippo - **Hunk Ta Bunk Ta** - **Toys "R" Us**.

Toysguy.com - Compare buy discount Toys Store, Weekend ...
toysguy.com/ ⌄
Sports Coverage · **Toys 'r' Us** · Upper Deck · Wilson **....** **Animal alley**. Animal planet.
Anime works **......** Hugfun 1010578. Humminbird. **Hunk ta bunk ta** 1010576.

Sitemap 1 at Toysguy.com
www.toysguy.com/sitemap1.php ⌄

**Hunk Ta Bunk Ta** 1010576 · Hugfun 1010578 · Happi Tummi 1010255 1010255 · Solowave Design Inc. Big Backyard 1009842 1009842 · Sportspower **...**

### Dino Alley | Canadian Shopping
www.canadianshopping.org/products/Dino+Alley ▾
100+ items - Canadian Shopping - ebay auctions, store, pc hardware, **...**

BRAND NEW LOT OF STORE BOUGHT WEBKINZ 40+ EXTRA ...          $61.00
SNAP YOUR FINGERS .. 75 ORIG. ROCK N' ROLL HITS 1960-62 .. 3 ...          $10.88

### Amazon.fr: Ajouter les articles non en stock - **Animal Alley**: J…
www.amazon.fr › ... › "Animal Alley" ▾ Translate this page Amazon.com ▾
Amazon.fr: Ajouter les articles non en stock - **Animal Alley**: Jeux et Jouets. **...** **Animal Alley** World Wildlife Fund 7 inch Plush Koala. Actuellement indisponible. 51.

### **Animal Alley** 26 inch Pink Floppy Dog: **Hunk Ta Bunk Ta** 10…
www.shopazam.com/**Animal-Alley**-26-inch-Pink-Floppy.../item.html ▾
Product Description: This friendly pup is both cute and useful! The **Animal Alley** 26 inch pink floppy dog, a **Toys 'R' Us** exclusive, is a plush companion that lies **...**

### Dino Alley ~ Zippy Auctions
www.zippyauctions.info › Products ▾
100+ items - Zippy Auctions - ebay auctions, gifts, wholesale prices, **...**

THE FLINTSTONES Bedrock Bowling Playstation 1 PS1 Complete ...    $7.99
Ingmar Bergman Special Edition (6-DVD Box Set) Persona,Shame ...    $45.99

### **Animal Alley** 26 inch Pink Floppy Dog: Toys & Games - Pop…
www.popscreen.com/.../Amazoncom-**Animal-Alley**-26-inch-Pink-Flopp... ▾
**Animal Alley** 26 inch Pink Floppy Dog: Home Improvement. **... Hunk Ta Bunk Ta** 1010576 · TR-8F35441C **...** New **Animal Alley Toys R US** Plush Pink Teddy Bear Rattle Stuffed Lovey · New Toy Plush Frog Stuffed **Animal Alley** 20 Floppy **Toys R ...**

### Tan Sammi - Pipl Directory
https://pipl.com/directory/name/Sammi/Tan/ ▾
**Hunk Ta Bunk Ta** 43 inch Tan Sammi Pup - This friendly fellow is larger than life! The **Animal Alley** 43 inch Sammi Pup, a **Toys 'R' Us** exclusive, is ...**Hunk Ta ...**

### Shopzilla - **Animal alley** pink Plush Toys & Stuffed Animals
www.shopzilla.com › Toys & Games ▾
Buy Toys & Games online and read professional reviews on **Animal alley** pink Plush Toys & Stuffed Animals. Find the right products at the right price every time.

### Dino Alley - Auction Spot
www.auctionspot.info/products/Dino+Alley ▾
100+ items - Auction Spot - ebay auctions, CD, DVD, games, videos, cars.

McDonalds 146 Happy Meal Toys Lot Barbie Disney Hot Wheels ...    $50.00
Nintendo NES rare Unlicensed game, Super 190 in 1          $140.00

**1**  2          **Next**

Help        Send feedback        Privacy & Terms

"hunk ta bunk ta" "stuffed animals"    +Peter    2    Share

**Web**    Images    Shopping    Videos    News    More ▾    Search tools

About 167 results (0.29 seconds)

[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ▾
Aug 27, 2012 - similar imitations of Plaintiff s distinctive **HUNK-TA-BUNK-TA** ....
BUNK-TA Mark in connection with the sale or marketing of **stuffed animals**.

[PDF] Client Report – Casualty Focus Toys"R"Us, Inc. 1 - Advise…
https://www.advisen.com/pdf_files/CasualtyReport_ToysRUs.pdf ▾
Mar 20, 2013 - in connection with the sale or marketing of **stuffed animals**. ... and
selling products under the **HUNK-TA-BUNK-TA** Mark, and provide a full ...

**Hunk Ta Bunk Ta** 1010576 Animal Alley 16 inch Grey Sitting …
www.buzzillions.com › Baby › Toddler Toy Reviews ▾
**Hunk Ta Bunk Ta** 1010576 Animal Alley 16 inch Grey Sitting Hippo reviews. Find
Toddler Toy ... LSU student who loves **stuffed animals**! Baton Rouge, LA.

March | 2012 | Hilltown Families
https://hilltownfamilies.wordpress.com/2012/03/ ▾
Mar 31, 2012 - Johnny Bregar "Froggy Went A-Courtin" (Stomp Yer Feet); Katherine
Dines "In the Backseat" (**Hunk-Ta-Bunk-Ta** HITS); Tennessee Ernie Ford ...

NYPL Toddler Tunes | New York Public Library | BiblioCommons
nypl.bibliocommons.com/list/show/.../106070014_nypl_toddler_tunes ▾
10+ items - ... your toddlers sing to their **stuffed animals**, clap their hands to ...
Toddler favorites                                           Music CD - 1998
Hunk-ta-bunk-ta Twinkle Volume Two 12 More Tunes for ...    Music CD - 2007

kids 3 sealed | eBay
www.ebay.com/sch/i.html?_kw=kids+3+sealed ▾ eBay ▾
50+ items - **Stuffed Animals** (1). Trading Card ... Save search. kids 3 sealed:
4 Sealed Children's CDs-3 Hunk Ta Bunk Ta and Junior Jam Wake ...    $9.99.
Slug Zombies Series 3 Complete Sealed Set! Awesome Mini Figures ...    $19.95.

Storytime Activities - Website & Collaboration Services
www.pages.drexel.edu/~dls58/.../activitylist.html ▾  Drexel University ▾
Apr 27, 2010 - ... and follow words; Song: Bunny Hop from **Hunk-Ta-Bunk-Ta** Wiggle
CD, ... Stuffed frogs toys; Variety of **stuffed animals** (song: old macdonald) ...

new toys and kids gifts and what kids want hot toys - ToyDirec…
www.toydirectory.com/.../comprehensive_products_search_results.asp?... ▾
**Hunk-Ta-Bunk-Ta** TWINKLE contains 12 songs written especially for toddlers. ... and/or
jungle **stuffed animals**," Roberta O'Neill of Tatutina told TDmonthly.

new toys and kids gifts and what kids want hot toys - ToyDirec…
toydirectory.com/.../comprehensive_products_search_results.asp?... ▾
Many of these **stuffed animals** come in darling poses that children will find .... **Hunk-Ta-
Bunk-Ta** TWINKLE contains 12 songs written especially for toddlers.

Calendar: Tuesday, March 20, 2012 | anythink™
www.anythinklibraries.org/...day/2012-03-20 ▾  Rangeview Library District ▾
Mar 20, 2012 - **Hunk-Ta-Bunk-Ta** Music ... Kids are welcome to come in PJs with their
favorite **stuffed animals**, and listen to stories right before bedtime.

[PDF] TOY FAIR 2011 - Allegro Music
www.allegro-music.com/download/pdf/ns/Feb11_Kids.pdf ▾
11:00am – 1:00pm **Hunk-Ta Bunk-Ta**. 1:00pm – 3:00pm Alex & the **......** finger puppets,
**stuffed animals** and pretend food items, all in a big picnic basket. Kids will ...

## Images for **"hunk ta bunk ta" "stuffed animals"**    Report images

   

More images for **"hunk ta bunk ta" "stuffed animals"**

### DINES,KATHERINE **HUNK TA BUNK TA** BOO - Movies Musi…
www.sears.com/...**hunk-ta-bunk-ta**.../p-SP... ▾ Sears, Roebuck and Company ▾
Feb 16, 2013 - No description available.Genre: ChildrensRating: Release Date: 0000-00-00Media Type: Compact Disk...

### [PDF] KATHY REID-NAIMAN • STEPHEN FITE • JIM GILL - Alle…
https://allegro-music.com/download/pdf/ns/MarApr12_Kids.pdf ▾
a great backdrop for an afternoon of building blocks and **stuffed animals**; ..... point for parents and families new to **Hunk-ta Bunk-ta** and Dines' clever lyricism.

### Children's, Dines, Katherine Music | Overstock.com: Buy Boo…
www.overstock.com › ... › Music › Artist: Dines, Katherine ▾ Overstock.com ▾
**...** parents can use them to provide stimulatory experiences and items such as rattles, **stuffed animals**, soft blocks **....** Katherine Dines - **Hunk-Ta Bunk-Ta** Boo 2!

### Futon Bunk Bed from Kmart.com
www.kmart.com/search=futon%20bunk%20bed&0-12.0?filter... ▾ Kmart ▾
**...** Prices High to Low, Top Rated, Date Added to Site. 25 items per page. View: Package Gallery List. Advertisement. **Hunk-Ta-Bunk-Ta** BED (CD) at Kmart.com **...**

### **Hunk-Ta-Bunk-Ta** Hits * - New CD - Join the Pricefalls family **...**
www.pricefalls.com/products/**HunkTaBunkTa**-BED/id/39711100 ▾
Pricefalls is a shopping mall for Electronics, Computers and accessories, and other products at the lowest prices online. Our sellers are reputable and **...**

### Toy Bunk Bed from Kmart.com
www.kmart.com/search=toy%20bunk%20bed?pageNum=3 ▾ Kmart ▾
Items 101 - 150 of 356 - **Hunk-Ta-Bunk-Ta** Bed (CD) at Kmart.com **.....** Easter Baskets Easter **Stuffed Animals** & Plush Easter Decorations Shop ALL Easter **...**

### [DOC] 2006 Performer's Directory - Oregon Library Association
www.olaweb.org/assets/.../csdperformers02.d... ▾ Oregon Library Association ▾
**Hunk-ta-bunk-ta** Music **.....** special Teddy Bear Concerts that encourage children to play, sing, and move with their cuddly teddy bears and other **stuffed animals**.

### Sail, Ride, Drive and Fly | TSLAC
https://www.tsl.texas.gov/ld/projects/trc/2007/manual/tod_ride.html ▾
Animals can be small **stuffed animals** or puppets. **...** Audio Recordings. "Clickity Clack" on **Hunk-Ta-Bunk-Ta** Funsies #1 by Katherine Dines. "Down by the **...**

### CQCM Newsletter 2004, #3 - Kids First!
www.kidsfirst.org/nl/news0403.htm ▾
**HUNK-TA-BUNK-TA** FUNSIES 1. Fifteen **...** Two separate adventures narrated by the character Rhea about one of her favorite **stuffed animals**. Each story follows **...**

### **Hunk Ta Bunk Ta** at Amazon
Ad  www.amazon.com/ ▾
4.3            rating for amazon.com
Buy **hunk ta bunk ta** at Amazon! Free Shipping on Qualified Orders.

### Bunk Beds at Target®
Ad  www.target.com/Furniture ▾
Find Bunk Beds. Shop Bunk Beds at Target® and Save.

Case No. 1:12-cv-02270-PAB-KMT    Document 121-2    filed 06/06/14    USDC Colorado    pg 9 of 27

**1**  2  3  4          **Next**

---

Help        Send feedback        Privacy & Terms

Case No. 1:12-cv-02270-PAB-KMT    Document 121-2    filed 06/06/14    USDC Colorado    pg 9 of 27

**1**  2  3  4          **Next**

animal alley ("by hunktabunkta" OR "by hunk-ta-bunk-ta")

| Web | Shopping | Images | Videos | Maps | More ▾ | Search tools |

+Peter    2    Share

4 results (0.30 seconds)

**[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…**
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ▾
Aug 27, 2012 - order the infringing "**Animal Alley by Hunk Ta Bunk Ta**" stuffed animal products from Dines. D. Toys "R" Us' Continued Infringement of the **...**

**TDmonthly - Reviews of Top Toys - ToyDirectory**
www.toydirectory.com/monthly/reviews_search.asp ▾
The many illustrations of baby **animals** and their mothers will also intrigue any **......** Hunk-Ta-Bunk-Ta TWINKLE **by HUNK-TA-BUNK-TA ......** these sporty girls will tear up the field, golf course, bowling **alley** or sidelines and look good doing it!

**TDmonthly - Reviews of Top Toys**
www.toydirectory.com/monthly/reviews_search.asp?age=0...0...0 ▾
The many illustrations of baby **animals** and their mothers will also intrigue any **......** Hunk-Ta-Bunk-Ta TWINKLE **by HUNK-TA-BUNK-TA ......** these sporty girls will tear up the field, golf course, bowling **alley** or sidelines and look good doing it!

**Sammie Page - Pipl Directory**
https://pipl.com/directory/name/Page/Sammie/ ▾
Ta Toys **Animal Alley** 43 inch Tan Sammie Pup **by Hunk Ta Bunk Ta** (Toy) 1 new from £66.16. Toys & Games: See all 7 items " Previous|Page:1 2 3 4 |Next " .

Ads

**Hunk Ta Bunk Ta at Amazon**
www.amazon.com/ ▾
4.3    rating for amazon.com
Buy hunk ta bunk ta at Amazon!
Free Shipping on Qualified Orders.

**Animal Alley** Bear on eBay
www.ebay.com/ ▾
3.5    rating for ebay.com
Huge selection of **Animal Alley** Bear.
Free Shipping available. Buy Now!

**Animal Alley** Sale
animal-**alley**.compare99.com/ ▾
Up To 70% Off **Animal Alley**
**Animal Alley**. Compare And Save

**Animal Alley** Stuffed **Animals**
www.webcrawler.com/ ▾
Search multiple engines for
**animal alley** stuffed **animals**

**Animal Alley** Stuffed **Animals**
www.sales-toys.com/Toys ▾
Best Toy Deals of the Day!
Save on **Animal Alley** Stuffed **Animals** now.

**Animal Alley** Stuffed **Animals**?
animal-**alley**-stuffed.buycheapr.com/ ▾
Search 25,000+ Shops on BuyCheapr™:
Find **Animal Alley** Stuffed **Animals** Now!

**Animal Alley** Sale
www.toyssale.com/**Animal+Alley** ▾
**Animal Alley** on Sale!
Save big on items for Kids - Hurry

**Animal Alley** Stuffed **Animals**
ask.com/**Animal**+**Alley**+Stuffed+**Animals** ▾
Search for **Animal Alley** Stuffed **Animals**
Find Results on Ask.com today!

See your ad here »

Help    Send feedback    Privacy & Terms

Case No. 1:12-cv-02279-RAB-KMT  Document 121-2  filed 06/06/14  USDC Colorado

animal alley 16 inch grey sitting hippo - hunk-ta-bunk-ta

+Peter    **2**    Share

Web    Images    Shopping    Videos    News    More ▾    Search tools

About 62 results (0.47 seconds)

### Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk ...…
www.polyvore.com/**animal_alley_16_inch_grey**/thing?id... ▾ Polyvore ▾
**Animal Alley 16 inch Grey Sitting Hippo** - **Hunk Ta Bunk Ta** - Toys "R" Us. $15
toysrus.com · MORE ITEMS & LOOKSSETSCOLLECTIONS · Sophie Hulme Soft **...**

### **Hunk Ta Bunk Ta** 1010576 Reviews - Buzzillions.com
www.buzzillions.com/**hunk**-**ta**-**bunk**-**ta**-1010576/reviews ▾
**Hunk Ta Bunk Ta** 1010576 **Animal Alley 16 inch Grey Sitting Hippo**. **Hunk Ta Bunk
Ta** 1010576 **Animal Alley 16 inch Grey Sitting Hippo**.. 5.0 read 14 **...**

### **Hunk Ta Bunk Ta** 1010576 **Animal Alley 16 inch Grey Sitti**…
www.buzzillions.com › Baby › Toddler Toy Reviews ▾
**Hunk Ta Bunk Ta** 1010576 **Animal Alley 16 inch Grey Sitting Hippo** reviews. Find
Toddler Toy reviews at Buzzillions including 14 reviews of **Hunk Ta Bunk Ta ...**

### **hunk** toy | folkd.com
www.folkd.com/tag/**hunk**+toy ▾
**Animal Alley 16 inch Grey Sitting Hippo** - **Hunk Ta Bunk Ta** - T **...** Hippo - Plump,
huggable, and friendly, this 16 inch Sitting Hippo from Animal Alley, a Toys &#39 **...**

### **hippo** pretend | folkd.com
www.folkd.com/tag/**hippo**+pretend ▾
**Animal Alley 16 inch Grey Sitting Hippo** - **Hunk Ta Bunk Ta** - T **...** Hippo - Plump,
huggable, and friendly, this 16 inch Sitting Hippo from Animal Alley, a Toys &#39 **...**

### huggable **animal** | folkd.com
www.folkd.com/tag/huggable+**animal** ▾
Results 1 - 17 of 17 - Fleece Blanket with Animal Toy - Your Kids Huggable Super Soft
Animal Toy **... Animal Alley 16 inch Grey Sitting Hippo** - **Hunk Ta Bunk Ta** - T.

### **hippo** toys | folkd.com
www.folkd.com/tag/**hippo**+toys ▾
Results 1 - 20 of 28 - Fisher Price Amazing Animals Crocodile Tiger Pig Cow Hippo Set
of 5 **... Animal Alley 16 inch Grey Sitting Hippo** - **Hunk Ta Bunk Ta** - T.

### Images for **animal alley 16 inch grey sitting hippo - hunk ...**
Report images



More images for **animal alley 16 inch grey sitting hippo - hunk-ta-bunk-ta**

### toysrus special | folkd.com
www.folkd.com/tag/toysrus+special ▾
Results 1 - 20 of 20 - **Animal Alley 16 inch Grey Sitting Hippo** - **Hunk Ta Bunk Ta** - T
**...** huggable, and friendly, this 16 inch Sitting Hippo from Animal Alley, a Toys **...**

### July Deployments! - Page 424 - MilitarySOS.com
www.militarysos.com › ... › Deployment Support Groups ▾
Oct 7, 2010 - 10 posts
Originally Posted by dani danger try this? That might work? **Animal Alley 16 inch Grey
Sitting Hippo** - **Hunk Ta Bunk Ta** - Toys "R" Us.

animal alley 16 inch grey sitting hippo - Google Search    https://www.google.com/search?num=20&client=firefox-a&hs=9IL&rls...

### South Africa: February 2011
thehernando.blogspot.com/2011_02_01_archive.html ▾
Feb 1, 2011 - Tree at the east wall of **Ta** Som, which is one of the Angkor temples. **...**
The feeding times are used as enrichment activities for the **animals**. **...** We also saw
otter, chimpanzee, orangutan, and Pygmy **hippo** newborns. **...** And nothing makes a
zoo-bound hyena more excited than **hunks** of meat and bone flung **...**

### World std reinhold diceware k txt - The World
world.std.com/~reinhold/diceware8k.txt ▾
**...** alive all allah allan allay allen **alley** allied allis allot allow alloy allure ally allyl **...** bun
bunch bundy **bunk** bunny bunt bunyan buoy burch bureau buret burg buried **....** import
impute in inane inapt inc inca incest **inch** incur index india indies indy **.....** t8 t9 **ta** tab
table taboo tabu tabula tacit tack tacky tacoma tact tad taffy taft tag **...**

### ARE|1 EAR|2 ERA|3 ATE|4 EAT|5 TEA|6 ALE|7 TIE|8 ORE|9 …
www.virtualismelleklet.hu/anyagok/jatek/.../data/szokirako_am_szo.xml ▾
**...** RED|u ITS|v **SIT**|w ION|x LET|y OAR|z ROT|10 DIE|11 SAT|12 ICE|13 SEE|14 SIR|15
**.....** DRAB|t2 CHIN|t3 **INCH**|t4 DATA|t5 ASIDE|t6 DRAIN|t7 DIVE|t8 OILY|t9 SLOP|**ta ...**
HOME|zl BOG|zm GILD|zn TOLD|zo **LOFT**|zp SHOO|zq ENROL|zr RACER|zs **...**
ENTIRE|**16p** BEAST|**16q** SNOB|**16r** OVAL|**16s** SOLAR|**16t GREY**|**16u ...**

### Crossword Lists - Crossword Solver - Scribd
it.scribd.com/doc/35967375/Crossword-Lists-Crossword-Solver ▾
Aug 16, 2010 - SEW SEX SHE SHY SIC SIN SIP SIR SIS **SIT** SIX SKA SKI SKY SLY
SOB SOD SOH **....** HUME HUMP HUMS HUNG **HUNK** HUNT HUON HURD HURL
HURT **...** IMPS INCA **INCH** INDOINDY INFO INKS INKY INNS INTI INTO IONS IOTA **....**
TART TASH TASK **TA**-**TA** TATS TAUT TAXI TEAK TEAL TEAM TEAR **...**

### SCRABBLE CHEATER YO - Gists - GitHub
https://gist.github.com/lukaszkorecki/971163 ▾
May 17, 2011 - 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 **16** 17 18 19 **...** os ow ox oy pa pe pi
qi re sh si so **ta** ti to uh um un up us ut we wo xi xu ya ye za ), **...** sir sis **sit** six ska ski sky
sly sob sod sol som son sop sos sot sou sow sox soy spa spy **...** bumf bump bums buna
bund bung **bunk** bunn buns bunt buoy bura burb burd burg **...**

### Main.wrd - The Past on Plastic
cd.textfiles.com/crawlycrypt1/apps/word/makedict/main.wrd ▾
**...** on\d or ow ox pa pi re sa so\g st **ta** ti to\uv tv up\a us we\p xi ye !3 a.m a-z aba abc **....**
sib sic sin\aj sip\aj sir\a sis **sit**\at six\e ski\ab sky\efi sly sob\aj sod\aj sol son\a **...** bubo
buck\abc buff\abct bulb\a bulk\ag bull\ag bump\abcfg bung\a **bunk**\abcfi **....** gory\fp gosh
gout\ag gown\a grab\aj grad\a gram **gray**\a grew **grey**\abf grid\aj **...**

### 0 ' ! " # $ % & ( ) * , . : ; ? @ _ 0 ~ + = 0 a b c d e f g h i 00 ...
forum.asechka.ru/attachment.php?attachmentid=11978 ▾
**...** ry rz sa sb sc sd se sf sg sh si sj sk sl sm sn so sp sq sr ss st su sv sw sx sy sz **ta** tb
**...** sex sgt she shh shy sic sid sin sip sir sis **sit** six ski sky sly sob sod sol son sop **...**
**bunk** buns bunt buoy burg burn burp burt bury bush buss bust busy butt buys **...** gore
gory gosh gott gout govt gown grab grad gram **gray** greg grew **grey** grid **...**

### [Базы] пароли для брута - Zhyk.Ru Forums
zhyk.ru › ... › Халява для Читера ▾ Translate this page
Jun 28, 2012 - 15 posts - 13 authors
**...** align alike alive alkali all allah allan allen **alley** allied allot allow alloy allure ally **...**
bumps bumpy bums bun bunch bunco bundy **bunk** bunny buns bunt **....** greedy greek
green greet greg greta grew **grey** grid grief grieve grill grim **.....** sybil symbol syrup sz t
t&a t's **ta** tab table tablet taboo tabs tabu tack tacky **...**

### Animal Alley 16 inch Grey Sitting Hippo NEW - PicClick
picclick.com › Animal Alley › Stuffed Animals › Toys & Hobbies ▾
Item Description **Animal Alley 16 inch Grey Sitting Hippo** Plump, huggable, and
friendly, this **16 inch Sitting Hippo** from **Animal Alley**, a Toys 'R' Us exclusive, **...**

### 0 00 000 001 002 003 004 005 006 007 008 008b 009 00s - n…
www.numatrix.com/mp3_goth/servers/data/%7B00350%7D-key.txt ▾
**...** 15m2s 15m37s 15m3s 15m41s 15m43s 15m50s 15m54s 15m7s 15s **16** 160 **....**
allentown **alley** alliance allison allman allow allowed allright allstars allstate allsto **...**
anguish ani **animal** animalize **animals** animotion anita anka ankle anmorata **....** bunch
bungalow bungle **bunk** bunny bunton bur burd burden burdon bureau **...**

Case No. 1:12-cv-02279-RAB-KMT  Document 121-2  filed 06/06/14  USDC Colorado

**Animal Alley 16 inch Grey Sitting Hippo**, Compare Prices
www.find-toys.com/toys/pr/**animal**-**alley**-**16**-**inch**-**grey**-**sitting**-**hippo** ▾
Compare **Animal Alley 16 inch Grey Sitting Hippo** prices by **Hunk Ta Bunk Ta**. Buy it
at Find Toys, your shopping comparison guide to finding the lowest price.

**Animal Alley Hippo** on eBay
Ad  www.ebay.com/ ▾
Big savings on **Animal Alley Hippo**. Free Shipping available. Buy Now!
Ratings: Prices 9.5/10 - Selection 9.5/10 - Website 9/10
Fashion Outlet - Daily Deals - eBay Motors Blog

PetSmart® **Animal Sitting**
Ad  www.petsmart.com/Doggie-Day-Camp ▾
Let a PetSmart® Associate Create a Fun-Filled Day for Your Dog!
Ratings: Selection 10/10 - Website 8.5/10 - Overall 9/10
Doggie Day Camp Amenities - A Day at Day Camp - Make a Reservation

**Animal Alley** Stuffed **Animals**
Ad  ask.com/**Animal**+**Alley**+Stuffed+**Animals** ▾
Search for **Animal Alley** Stuffed **Animals** Find Results on Ask.com today!
Ask.com has 9,996 followers on Google+

*In response to a complaint we received under the US Digital Millennium Copyright Act, we have removed 2 result(s) from this page. If you wish, you may read the DMCA complaint that caused the removal(s) at ChillingEffects.org.*

**1**  2     **Next**

Help     Send feedback     Privacy & Terms

animal alley inurl:hunk-ta

| Web | Videos | Images | Shopping | News | More ▾ | Search tools |

+Peter    2    Share

About 5 results (0.35 seconds)

### Hunk Ta Bunk Ta 1010576 **Animal Alley** 16 inch Grey Sitting …
www.buzzillions.com › Baby › Toddler Toy Reviews ▾
Hunk Ta Bunk Ta 1010576 **Animal Alley** 16 inch Grey Sitting Hippo reviews. Find
Toddler Toy reviews at Buzzillions including 14 reviews of Hunk Ta Bunk Ta **...**

### Hunk Ta Bunk Ta 1010576 Reviews - Buzzillions.com
www.buzzillions.com/**hunk-ta**-bunk-ta-1010576/reviews ▾
Hunk Ta Bunk Ta 1010576 **Animal Alley** 16 inch Grey Sitting Hippo. Hunk Ta Bunk Ta
1010576 **Animal Alley** 16 inch Grey Sitting Hippo.. 5.0 read 14 **...**

### Toys 'R' Us Plush 26 inch Pink Floppy Dog Reviews | Buzzillio…
www.buzzillions.com › Toys › Stuffed Toys › Stuffed Animal Reviews ▾
Find Stuffed **Animal** reviews at Buzzillions including 18 reviews of Toys 'R' Us Plush **...**
Toys 'R' Us **Animal** Planet Prehistoric Dino **Valley** Playset - Suchomimus, **...**

### Toys 'R' Us Plush 22 inch Blue Sitting Polar Bear Reviews ...
www.buzzillions.com › Toys › Stuffed Toys › Stuffed Animal Reviews ▾
Find Stuffed **Animal** reviews at Buzzillions including 6 reviews of Toys 'R' Us Plush **...**
Toys 'R' Us **Animal** Planet Prehistoric Dino **Valley** Playset - Suchomimus, **...**

### Images for **animal alley inurl:hunk-ta**                    Report images



More images for **animal alley inurl:hunk-ta**

### Hunk Ta Bunk Ta 1010576 - Toysguy.com
www.toysguy.com/**hunk-ta**-bunk-ta-1010576/ ▾
**Animal Alley** 16-Inch Honey Bear. The collector in your family will want to add this
16-inch bear to their assortment. Beautiful details and soft fur make it great to **...**

### Dog **Animal Alley** on eBay
Ad  www.ebay.com/ ▾
Find Dog **Animal Alley** for less. eBay - It's where you go to save.
eBay has 396,051 followers on Google+

### **Animal Alley** Sale
Ad  www.toyssale.com/**Animal**+**Alley** ▾
**Animal Alley** on Sale! Save big on items for Kids - Hurry

Help    Send feedback    Privacy & Terms

1 of 1                                                                                                    3/17/2014 2:56 PM

Case No. 1:12-cv-02279-PAB-KMT    Document 121-2    filed 06/06/14    USDC Colorado    pg 15 of 27

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE                    1        234        Sign in

hunkta animal alley toys-r-us

Also try:   Alley Cat Stuffed Animal   ·   Find Stuffed Animals   ·   Animal Alley Stuffed Dogs

36,500 RESULTS        Any time

Ad related to **hunkta animal alley toys-r-us**

### Toys"R"Us® Official Site | ToysRUs.com
**www.ToysRUs.com**
Shop The Widest Selection & Hottest Deals On **Toys**, Games & More
10% or 20% Off In-Store · 10% or 20% Off Online · 2014 Toys of The Year

### Toys"R"Us Plush, Stuffed Toys, Stuffed Animals, Plush Toys
**www.toysrus.com** › … › Stuffed **Animals** & Plush Toys › **Toys R Us** Plush
**Toys"R"Us** Plush has any stuffed **animal** you can think up. Plush blankets, blocks &
favorite characters also available. To Top Rewards"R"Us; Email Sign Up. Sign Up ...

### Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta ...
www.polyvore.com/animal_**alley**_16_inch_grey/thing?id=11677480
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta** Bunk **Ta** - **Toys "R" Us**. $15
**toysrus.com**. MORE ITEMS & LOOKS SETS COLLECTIONS. theoutnet.com. …

### Hunk Ta Bunk Ta 1010576 Animal Alley 16 inch Grey Sitting ...
www.buzzillions.com › Baby › Toddler Toy Reviews
Rating: 5/5 · 14 reviews
**Hunk Ta** Bunk **Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo reviews. ... this 16
inch Sitting Hippo from **Animal Alley**, a **Toys 'R' Us** exclusive, ...

### Amazon.com: Animal Alley - Toys & Games
**www.amazon.com** › Toys & Games
**Toys R Us** (28) Webkinz (3) **Animal Alley** (57) McDonald's (5) Ganz (5) Goldie Blox (1)
Geoffrey (4) **Toys R Us** 1001325 (7) Gund (2) SunsOut (1) Mega Bloks (1) Tru (1)

### animal alley toys r us in Stuffed Animals | eBay
**www.ebay.com**/.../436/i.html?_nkw=**animal+alley+toys+r+us**
Find **animal alley toys r us** from a vast selection of Stuffed **Animals** on eBay!

### disney stuffed animals in Animal Alley | eBay
**www.ebay.com**/sch/**Animal**-**Alley**-/168241/i.html?_nkw=disney+stuffed...
**Animal Alley**. see all Shop For Shop For. Collectors & Hobbyists (3) Kids (6) ...

### animal alley in Toys at SHOP.COM - Shop Smart, Save Big ...
www.shop.com/**Toys**/**animal+alley**
This Plush Monkey from **Animal Alley**, a **Toys'R'Us** exclusive, has soft brown fur with
light brown markings, and big soulful brown eye. As an added bonus, ...

### Stuffed Animals, Plush Toys & Puppets - Barbie & Baby ...
**www.toysrus.com** › Home › Dolls & Stuffed **Animals**
Check out our stuffed **animals** & plush **toys** shop. ... **Animal** Adventure. **Animal Alley**.
Arete. Aurora World. ... More **TOYS"R"US** SITES.

### Stuffed Animals - Toysrus.com, The Official Toys"R"Us Site ...
**www.toysrus.com**/family/index.jsp?categoryId=3761926
**Toys R Us** Plush WWF Stuffed **Animal** -50th Anniversary Panda. $39.99 ... Use of this
site signifies your acceptance of **Toys"R"Us** Website Terms and Conditions and ...

### Toys, Animal Alley - Toys R Us - Britain's greatest toy store
**www.toysrus**.co.uk/?fh_eds=%ef%bf%bd&fh_view_size=10&omitxmldecl=yes...
**Animal Alley** 15.5" Elephant Soft Toy. Ref: 029044 Our Recommended Age: From birth:
... by **Toys R Us** Exclusive. **Toys R Us** Exclusive ; Advertise with us; Security ...

### Animal Alley | Toys"R"Us - Australia
**www.toysrus.com**.au/**animal**-**alley**/w1/i5631896
**Animal Alley**. Welcome to **Toys"R"Us** Australia, login or join: Email Sign Up: My
Account: Wish List: Popular **Toys**: ... © 2014 **Toys"R"Us** Australia Pty Ltd.

### Toys 'R' Us Plush 22 inch Blue Sitting Polar Bear Reviews ...
www.buzzillions.com › … › Stuffed Toys › Stuffed **Animal** Reviews
Rating: 4.3/5 · 6 reviews
**Toys 'R' Us** Plush 22 inch Blue Sitting Polar Bear reviews. Find Stuffed **Animal** reviews at
Buzzillions including 6 reviews of **Toys 'R' Us** Plush 22 inch Blue Sitting ...

### Katherine Dines - Hunk•Ta•Bunk•Ta Music For Growing ...
www.**hunkta**bunkta.com
... continues to write songs for other clients, and expand **Hunk-Ta**-**Ta**® MUSIC into
other product areas such as books, **toys**, movies, ...

### Dogs & Cats - Stuffed Animals - Toys "R" Us
**www.toysrus.com** › … › Stuffed **Animals** & Dolls › Stuffed **Animals**
... Stuffed **Animals** & Dolls | Stuffed **Animals**. Dogs & Cats. Narrow By ... Use of this site
signifies your acceptance of **Toys"R"Us** Website Terms and Conditions and ...

### Animal Alley at Toy Blaster - Discount Toy Store with ...
www.toyblaster.com/**Animal_Alley**/index.html
**Animal Alley** 18 inch Black Bear by **Toys R Us** AtAmazon $31.99: **Animal Alley**~ Pink
Hanging Monkey ~ 29 inch by **Animal Alley** AtAmazon $31.95: **Animal Alley** 22 Tall ...

### Amazon.com: Toys R Us - animal alley stuffed animals ...

Ads related to **hunkta animal alley toys-r-us**

### Animal Alley at Amazon
**www.Amazon.com/Toys**
Save on Perfect **Toys** for All Ages! Free Shipping on Qualified Orders.

### Animal Alley up to -70%
**www.Animal-Alley.best-deal.com**
Buy cheap **Animal Alley** & save now. Compare offers at
BEST-DEAL.com!

See your ad here »

**Related searches**

Alley **Cat Stuffed** Animal

**Find Stuffed** Animals

Animal Alley **Stuffed Dogs**

**Teddy Bear** Toys R Us

Animal Alley **Plush**

**Plush** Animal Toys

**Pet** Alley

**Rus** 19

Connect with Facebook
See what your friends know. Learn more

Learn more

Privacy and Cookies

Legal

Info for

Advertise

About our ads

Support

Help

Feedback

© 2014 Microsoft

hunkta animal alley toys-r-us

+Peter     **2**     Share

Web     Shopping     Images     Videos     Maps     More ▾     Search tools

About 691 results (0.43 seconds)

**Toys"R"Us® Official Site - ToysRUs.com**
Ad  www.**toysrus**.com/ ▾
Free Shipping On Orders $49+ Or Pick Up In Store at **Toys"R"Us**®.
Ratings: Selection 9/10 - Website 8/10 - Overall 7.5/10
10% or 20% Off Online - 10% or 20% Off In-Store - 2014 Toys of The Year

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta** Bunk ... - …
www.**toysrus**.com/product/index.jsp?productId=3372822 ▾  Toys "R" Us ▾
A description for this result is not available because of this site's robots.txt – learn more.

**Hunk Ta** Bunk Ta 1010576 **Animal Alley** 16 inch Grey Sitting…
www.buzzillions.com › Baby › Toddler Toy Reviews ▾
Find Toddler Toy reviews at Buzzillions including 14 reviews of **Hunk Ta** Bunk Ta
1010576 **Animal Alley** 16 inch Grey ... Full review provided by **Toys R Us ...**

[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ▾
Aug 27, 2012 - infringing products under its private label "**Animal Alley** by **Hunk Ta ...**
connection with the **Animal Alley** plush items on the **Toys** "**R**" **Us** website.

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta** Bunk Ta - …
www.polyvore.com/**animal_alley**_16_inch_grey/thing?id... ▾  Polyvore ▾
From **toysrus**.com >. **Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta** Bunk Ta -
**Toys** "**R**" **Us**. $15 **toysrus**.com · MORE ITEMS & LOOKSSETSCOLLECTIONS.

**Animal Alley** 43 Inch Tan Sammie Pup - **Hunk Ta** Bunk Ta - …
www.thethingsiwant.com/item/1583539/ ▾
**Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta** Bunk Ta - **Toys** "**R**" **Us**. Price: $49.99.
From: **toysrus**.com · View this Item Add to your list **...**

Add to your list - TheThingsIWant.com : Add Item To Your Lists
www.thethingsiwant.com/wishing/addtolist_s.php4?ItemID=2667137 ▾
Item you want to Add to your lists: **Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta**
Bunk Ta - **Toys** "**R**" **Us**. Price: $49.99. From: **toysrus**.com **...**

Back to Product Page - Singapore - **TOYS"R"US**
www.**toysrus**.com.sg/**toysrus**/.../newSGListProduct.jsp?...**Animal%20Alle**... ▾
**Animal Alley** Stick Horse/Unicorn (Age: 3-up;Only at **Toys'R'Us**). SKN# 839326. Orig
(each): $19.95. **Animal Alley** Holiday Plush (Age: 3-up;Only at **Toys'R'Us**).

**Animal Alley** - **Toys R Us**
www.**toysrus**.com.hk/**toysrus**HK/SearchResult?...**Animal**+**Alley**...lang... ▾
**Animal Alley** Animal Alley 100cm Cuddle Bear with Ribbon. **Animal Alley** 100cm
Cuddle Bear with Ribbon (Ages: 3+; only at **Toys R Us**). SKN# 839903.

**toysrus** children | folkd.com
www.folkd.com/tag/**toysrus**+children ▾
Results 1 - 13 of 13 - Saturday&#039;s **Toysrus** deal of the day - Raleigh Children&#039
**...** **Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta** Bunk Ta - T.

July Deployments! - Page 424 - MilitarySOS.com
www.militarysos.com › ... › Deployment Support Groups ▾
Oct 7, 2010 - 10 posts
Originally Posted by dani danger try this? That might work? **Animal Alley** 16 inch Grey
Sitting Hippo - **Hunk Ta** Bunk Ta - **Toys** "**R**" **Us**.

Hugfun Stuffed **Animal** - En que lo puedo ayudar ?
elbackup.com/let.php?bh=hugfun-stuffed-**animal** ▾

Feb 6, 2010 2 Tone Brown Dog Plush Toy Stuffed Animal Gift Tag Attached Hug Fun **....**
Take home the 16" **Animal Alley** Stuffed Bear, a **Toys 'R' Us** exclusive. **...** Happi Tummi
(1 ); Hugfun 1010578 (1); **Hunk Ta** Bunk Ta 1010576 (3); JNL **...**

### Dino **Alley** \ Vanity Auctions
www.vanityauctions.info/products/Dino+**Alley** ▾
100+ items - **...** good prices, store. Categories · Search · Contact **Us ...**

LOT OF 251 DIFFERENT NINTENDO NES GAMES No Sports Games     $605.66
ED SULLIVAN'S ROCK & ROLL CLASSICS - 12 DVD COLLECTION ...     $230.00

### **Animal Alley** 26 inch Pink Floppy Dog: **Hunk Ta** Bunk Ta 101…
www.shopazam.com/**Animal**-**Alley**-26-inch-Pink-Floppy.../item.html ▾
Product Description: This friendly pup is both cute and useful! The **Animal Alley** 26 inch
pink floppy dog, a **Toys 'R' Us** exclusive, is a plush companion that lies **...**

### Dino **Alley** | Canadian Shopping
www.canadianshopping.org/products/Dino+**Alley** ▾
100+ items - Dino **Alley**. **...** videogames. Categories · Search · Contact **Us ...**

BRAND NEW LOT OF STORE BOUGHT WEBKINZ 40+ EXTRA ...     $61.00
SNAP YOUR FINGERS .. 75 ORIG. ROCK N' ROLL HITS 1960-62 .. 3 ...     $10.88

### **Animal Alley** 26 inch Pink Floppy Dog: **Toys** & Games - Pop…
www.popscreen.com/.../Amazoncom-**Animal**-**Alley**-26-inch-Pink-Flopp... ▾
**Animal Alley** 26 inch Pink Floppy Dog: Home Improvement. **... Hunk Ta** Bunk Ta
1010576 · TR-8F35441C **... Toys R US Animal Alley** 14 Soft Floppy Pink White Unicorn
Plush Toy · **Animal Alley** Plush White Floppy Ear Bunny Rabbit Easter **...**

### Dino **Alley** ~ Zippy Auctions
www.zippyauctions.info › Products ▾
100+ items - **...** good prices, selling. Categories · Search · Contact **Us ...**

THE FLINTSTONES Bedrock Bowling Playstation 1 PS1 Complete ...     $7.99
BARREN CROSS - ROCK FOR THE KING Christian Medusa - LIKE ...     $34.95

### [PDF] 2008 Performer's Directory - Oregon Library Association
www.olaweb.org/.../PERFORMERS%5B1%5... ▾ Oregon Library Association ▾
Jan 5, 2009 - demonstration of ancient and historical **toys**). Audience age level: **....**
Travel range: I perform all over the **United States**. Fee: $350 per **.....** Email:
Colby.**R**.Feves@Disney.com **....** **animals** and people as part of the earth's community.
**.....** **Alley** the Alligator dresses in **....** **Hunk-Ta**-Bunk-Ta MUSIC. 2000 Little **...**

### Tan Sammi - Pipl Directory
https://pipl.com/directory/name/Sammi/Tan/ ▾
**Hunk Ta** Bunk Ta 43 inch Tan Sammi Pup - This friendly fellow is larger than life! The
**Animal Alley** 43 inch Sammi Pup, a **Toys 'R' Us** exclusive, is ...**Hunk Ta ...**

### Dino **Alley** >> Game Auctions
www.gameauctions.info/products/Dino+**Alley** ▾
100+ items - Dino **Alley**. **...** products, sales. Categories · Search · Contact **Us ...**

130 nes game lot NO DOUBLES     $255.00
BARREN CROSS - ROCK FOR THE KING Christian Medusa - LIKE ...     $34.95

### **Animal Alley** 16 inch Grey Sitting Hippo NEW - PicClick
picclick.com › Animal Alley › Stuffed Animals › Toys & Hobbies ▾
Item Description **Animal Alley** 16 inch Grey Sitting Hippo Plump, huggable, and friendly,
this 16 inch Sitting Hippo from **Animal Alley**, a **Toys 'R' Us** exclusive, **...**

**1**  2     **Next**

Help     Send feedback     Privacy & Terms

Case No. 1:12-cv-02279-PAB-KMT    Document 21-2    filed 06/06/14    USDC Colorado
pg 20 of 27

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE                    1        234        Sign in

hunk-ta-bunk-ta "animal alley"

95,500 RESULTS        Any time

Hunk Ta Bunk Ta 1010576 Animal Alley 16 inch Grey Sitting ...
www.buzzillions.com › Baby › Toddler Toy Reviews
Rating: 5/5 · 14 reviews
**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo reviews. Find Toddler Toy reviews at Buzzillions including 14 reviews of **Hunk Ta Bunk Ta** 1010576 ...

Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta ...
www.polyvore.com/**animal_alley**_16_inch_grey/thing?id=11677480
Covet a fresh interpretation of the Calypso St. Barth silk dupioni collection. A long standing tradition with the brand, these silk fabricated dresses span the test ...

Katherine Dines - Hunk•Ta•Bunk•Ta Music For Growing ...
www.**hunktabunkta**.com
... and her **Hunk-Ta-Bunk-Ta**® MUSIC cds (11 in series) ... and expand **Hunk-Ta-Bunk-Ta**® MUSIC into other product areas such as books, toys, movies, ...

Animal Alley 26 inch Pink Floppy Dog: Toys & Games
www.popscreen.com/p/MTM1MTk5OTYx/**Amazoncom**-**Animal-Alley**-26-inch...
**Animal Alley** 26 inch Pink Floppy Dog: ... http://www.**amazon.com**/**Animal-Alley**-inch-Pink-Floppy/dp/B00290T... **Hunk Ta Bunk Ta** 1010576;

Toys 'R' Us Plush 26 inch Pink Floppy Dog Reviews ...
www.buzzillions.com › ... › Stuffed Toys › Stuffed **Animal** Reviews
Rating: 4.8/5 · 18 reviews
Find Stuffed **Animal** reviews at Buzzillions including 18 reviews of **Toys 'R' Us** Plush 26 inch Pink Floppy Dog. Search. Join; Login; About . Print Buzzillions ...

Hunk Ta Bunk Ta Animal Alley 43 inch Tan Sammie Pup: ...
shopicana.com/**animal-alley**-43-inch-tan-sammie-pup-p223975.html
Find **Animal Alley** 43 inch Tan Sammie Pup and other **Hunk Ta Bunk Ta** products at Shopicana.com

Animal Alley Compare Prices and Buy
www.find-toys.com/toys/**animal-alley**1
Compare prices on **Animal Alley**. Shop for **Animal Alley** from a selection of **Hunk Ta Bunk Ta** and **Animal** Adventure brands & more. Your toy shopping guide to finding …

Hunk•Ta•Bunk•Ta | Music For Growing Families | by ...
**hunktabunkta**.com/wp
The Story of **Hunk•Ta•Bunk•Ta**. Once upon a time, when I was growing up, my parents, ... "KICK-**ta**-bill-icky/ALL-uh-guh-LOCK-sta/**HUNK-TA-BUNK-TA** Boo. Yooooo ...

Bears Animal Alley Compare Prices and Buy
www.find-toys.com/toys/bears5
Compare prices on Bears **Animal Alley**. Shop for Bears from a selection of **Animal** Adventure and **Hunk Ta Bunk Ta** brands & more. Your toy shopping guide to finding …

Jungle Animal Alley Compare Prices and Buy
www.find-toys.com/toys/jungle
Compare prices on Jungle **Animal Alley**. Shop for Jungle from a selection of **Toys 'r' Us** and **Hunk Ta Bunk Ta** brands & more. Your toy shopping guide to finding the best ...

Toys R Us
www.**toysrus.com**/product/index.jsp?productId=3372822
We would like to show you a description here but the site won't allow us.

Misc. Animal Alley Compare Prices and Buy
www.find-toys.com/toys/misc62
Compare prices on Misc. **Animal Alley**. Shop for Misc. from a selection of **Hunk Ta Bunk Ta** and **Toys R Us** brands & more. Your toy shopping guide to finding the best …

Sitemap 1 at Toysguy.com
www.toysguy.com/sitemap1.php
**Hunk Ta Bunk Ta** 1010576 : Hugfun 1010578 : Happi Tummi 1010255 1010255 : Solowave Design Inc. ... **Animal Alley** : IT SUGAR : Tippmann X7 : Tippmann 98 …

Kris's Test Store Brands
txex02.com/brands/.html
**Hunk Ta Bunk Ta**; Hyperion Books for C ... LLC Alliance Entertainme Allumination AllyKats American Plastic Toy Ami James amy coe Anchor Bay Angel Records **Animal** ...

Animal Alley 43 inch Tan Sammie Pup: Amazon.ca: Home & ...
www.amazon.ca/**Animal-Alley**-inch-Tan-Sammie/dp/B0078WBTCQ
**Animal Alley** 43 inch Tan Sammie Pup: Amazon.ca: Home & Kitchen. Amazon Your Store; Deals Store; Gift Certificates; Help; en français; Shop by Department Search ...

Hanging Animals Compare Prices and Buy
www.find-toys.com/toys/hanging-**animals**
Shop for Hanging **Animals** from a selection of Hugfun 1010578 and **Hunk Ta Bunk Ta** brands & more. ... **Animal Alley** stuffed **animals** and toys all have one thing in ...

Animal Alley 43 inch Tan Sammie Pup: Amazon.fr: Jeux et Jouets
www.amazon.fr/**Animal-Alley**-inch-Tan-Sammie/dp/B004QNX7SE · Translate this page

Ad related to **hunk-ta-bunk-ta "animal alley"**

Hunk Ta Bunk at Amazon
**www.Amazon.com/Music**
Fun Tunes for Your Next Sing-Along! Save on New & Used Music.

See your ad here »

Connect with Facebook
See what your friends know. Learn more

Learn more

Privacy and Cookies

Legal

Info for

Advertise

About our ads

Support

Help

Feedback

© 2014 Microsoft

hunk-ta-bunk-ta "animal alley"    ☐ ☐    +Peter    2    Share

Web    Images    Videos    Shopping    News    More ▾    Search tools

About 788 results (0.39 seconds)

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk** ... - …
www.polyvore.com/animal_alley_16_inch_grey/thing?id... ▾    Polyvore ▾
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - Toys "R" Us. $15
toysrus.com · MORE ITEMS & LOOKSSETSCOLLECTIONS · Sophie Hulme Soft **...**

[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ▾
Aug 27, 2012 - tarnished the distinctive quality of Plaintiff s **HUNK**-**TA**-**BUNK**-**TA**
trademark. **....** order the infringing "**Animal Alley** by **Hunk Ta Bunk Ta**" stuffed **...**

**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sittin…
www.buzzillions.com › Baby › Toddler Toy Reviews ▾
**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo reviews. Find
Toddler Toy reviews at Buzzillions including 14 reviews of **Hunk Ta Bunk Ta** **...**

Images for **hunk-ta-bunk-ta "animal alley"**    Report images



More images for **hunk-ta-bunk-ta "animal alley"**

**Hunk Ta Bunk Ta** 1010576 Reviews - Buzzillions.com
www.buzzillions.com/**hunk**-**ta**-**bunk**-ta-1010576/reviews ▾
**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo. **Hunk Ta Bunk Ta**
1010576 **Animal Alley** 16 inch Grey Sitting Hippo.. 5.0 read 14 **...**

**Hunk Ta Bunk Ta** 1010576 - Toysguy.com
www.toysguy.com/**hunk**-**ta**-**bunk**-ta-1010576/ ▾
**...** cheap @ Toysguy. Compare **Hunk Ta Bunk Ta** 1010576 products online from
Toysguy.com. **...** **Animal Alley** 16-Inch Honey Bear. The collector in your family **...**

**Animal Alley** 43 Inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - …
www.thethingsiwant.com/item/1583539/ ▾
**Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - Toys "R" Us. Price: $49.99.
From: toysrus.com · View this Item Add to your list **...**

**hunk** toy | folkd.com
www.folkd.com/tag/**hunk**+toy ▾
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T **...** Hippo - Plump,
huggable, and friendly, this 16 inch Sitting Hippo from **Animal Alley**, a Toys &#39 **...**

Add to your list - TheThingsIWant.com : Add Item To Your Lists
www.thethingsiwant.com/wishing/addtolist_s.php4?ItemID=2667137 ▾
Item you want to Add to your lists: **Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta**
**Bunk Ta** - Toys "R" Us. Price: $49.99. From: toysrus.com **...**

huggable animal | folkd.com
www.folkd.com/tag/huggable+animal ▾
Results 1 - 17 of 17 - **Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T **...**
friendly, this 16 inch Sitting Hippo from **Animal Alley**, a Toys &#39;R&#39; **...**

hippo pretend | folkd.com
www.folkd.com/tag/hippo+pretend ▾

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T **...** Hippo - Plump, huggable, and friendly, this 16 inch Sitting Hippo from **Animal Alley**, a Toys &#39 **...**

### Amazon.fr: Ajouter les articles non en stock - Sammie: Jeux e…
www.amazon.fr › ... › "Sammie" ▾ Translate this page Amazon.com ▾
**Animal Alley** 43 inch Tan Sammie Pup **...** **Animal Alley** - Sammie le chiot et sa cage vétérinaire **....** Toutes les marques; **Animal Alley** (1) · **Hunk Ta Bunk Ta** (1) **...**

### Hugfun Stuffed Animal - En que lo puedo ayudar ?
elbackup.com/let.php?bh=hugfun-stuffed-animal ▾
2 reviewsHugfun 1010578 **Animal Alley**: 9-Inch Gray Hippo reviews. **....** Happi Tummi (1 ); Hugfun 1010578 (1); **Hunk Ta Bunk Ta** 1010576 (3); JNL Trading (1); **...**

### July Deployments! - Page 424 - MilitarySOS.com
www.militarysos.com › ... › Deployment Support Groups ▾
Oct 7, 2010 - 10 posts
Originally Posted by dani danger try this? That might work? **Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - Toys "R" Us.

### Dino Alley \ Vanity Auctions
www.vanityauctions.info/products/Dino+Alley ▾
100+ items - Vanity Auctions - ebay auctions, selling, bidding, computers, **...**
LOT OF 251 DIFFERENT NINTENDO NES GAMES No Sports Games    $605.66
ED SULLIVAN'S ROCK & ROLL CLASSICS - 12 DVD COLLECTION ...    $230.00

### bunk | Excellent Shop
exenen.jugem.jp/?cid=19 ▾
CDN$ 18.04. **Hunk Ta Bunk Ta**-Bed CDN$ 18.26 **...** CDN$ 25.16. **Hunk Ta Bunk Ta**-Boo 2. CDN$ 18.26 **...** CDN$ 17.62. **Animal Alley** 43 inch Tan Sammie Pup **...**

### **Animal Alley** 26 inch Pink Floppy Dog: Toys & Games - Pop…
www.popscreen.com/.../Amazoncom-**Animal-Alley**-26-inch-Pink-Flopp... ▾
**Animal Alley** 26 inch Pink Floppy Dog: Home Improvement. **...** **Hunk Ta Bunk Ta** 1010576 · TR-8F35441C · **Animal Alley** Stork with Moving Wings Pink · **Animal ...**

### Dino Alley | Canadian Shopping
www.canadianshopping.org/products/Dino+Alley ▾
100+ items - Canadian Shopping - ebay auctions, store, pc hardware, **...**
BRAND NEW LOT OF STORE BOUGHT WEBKINZ 40+ EXTRA ...    $61.00
SNAP YOUR FINGERS .. 75 ORIG. ROCK N' ROLL HITS 1960-62 .. 3 ...    $10.88

### **Animal Alley** 26 inch Pink Floppy Dog: **Hunk Ta Bunk Ta** 10…
www.shopazam.com/**Animal-Alley**-26-inch-Pink-Floppy.../item.html ▾
**Animal Alley** 26 inch Pink Floppy Dog - **Hunk Ta Bunk Ta** 1010576 - Product Description:This friendly pup is both cute and useful! The **Animal Alley** 26 in.

### **Animal Alley** 26 inch Blue Sitting Polar Bear NEW - セカイモン
www.sekaimon.com › ... › おもちゃ › ぬいぐるみ ▾ Translate this page
**Animal Alley** 26 inch Blue Sitting Polar Bear NEW ベビーのオークションならeBay(イーベイ)公認 セカイモン(sekaimon)。おもちゃ、**...** Brand，：**Hunk Ta Bunk Ta ...**

### Tan Sammi - Pipl Directory
https://pipl.com/directory/name/Sammi/Tan/ ▾
**Hunk Ta Bunk Ta** 43 inch Tan Sammi Pup - This friendly fellow is larger than life! The **Animal Alley** 43 inch Sammi Pup, a Toys 'R' Us exclusive, is ...Hunk Ta **...**

**1**  2  3        **Next**

Help        Send feedback        Privacy & Terms

hunk-ta-bunk-ta AND animal alley

+Peter          2          Share

Web    Images    Shopping    Videos    News    More ⌄    Search tools

About 1,470 results (0.43 seconds)

**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk** ... - …
www.polyvore.com/animal_alley_16_inch_grey/thing?id... ⌄   Polyvore ⌄
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - Toys "R" Us. $15
toysrus.com · MORE ITEMS & LOOKSSETSCOLLECTIONS · Sophie Hulme Soft **...**

Images for **hunk-ta-bunk-ta AND animal alley**          Report images

    

More images for **hunk-ta-bunk-ta AND animal alley**

[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ⌄
Aug 27, 2012 - tarnished the distinctive quality of Plaintiff s **HUNK**-**TA**-**BUNK**-**TA**
trademark. **....** order the infringing "**Animal Alley** by **Hunk Ta Bunk Ta**" stuffed **...**

**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sittin…
www.buzzillions.com › Baby › Toddler Toy Reviews ⌄
**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo reviews. Find
Toddler Toy reviews at Buzzillions including 14 reviews of **Hunk Ta Bunk Ta ...**

**Hunk Ta Bunk Ta** 1010576 Reviews - Buzzillions.com
www.buzzillions.com/**hunk**-**ta**-**bunk**-**ta**-1010576/reviews ⌄
**Hunk Ta Bunk Ta** 1010576 **Animal Alley** 16 inch Grey Sitting Hippo. **Hunk Ta Bunk Ta**
1010576 **Animal Alley** 16 inch Grey Sitting Hippo.. 5.0 read 14 **...**

**Hunk Ta Bunk Ta** 1010576 - Toysguy.com
www.toysguy.com/**hunk**-**ta**-**bunk**-**ta**-1010576/ ⌄
**...** cheap @ Toysguy. Compare **Hunk Ta Bunk Ta** 1010576 products online from
Toysguy.com. **... Animal Alley** 16-Inch Honey Bear. The collector in your family **...**

**Animal Alley** 43 Inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - …
www.thethingsiwant.com/item/1583539/ ⌄
**Animal Alley** 43 inch Tan Sammie Pup - **Hunk Ta Bunk Ta** - Toys "R" Us. Price: $49.99.
From: toysrus.com · View this Item Add to your list **...**

Amazon.com: **Hunk**-**Ta**-**Bunk**-**Ta** CHANTS: Music
www.amazon.com › Music › Children's Music ⌄   Amazon.com ⌄
Rating: 4.6 - 5 reviews
Audio CD (April 15, 2001); Original Release Date: April 15, 2001; Number of Discs: 1;
Label: **Hunk Ta Bunk Ta**; ASIN: B00005K8RZ; Average Customer Review: **...**

**Hunk•Ta•Bunk•Ta** Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ⌄
Since 1993, her concerts have captivated children and family audiences, and her
**Hunk**-**Ta**-**Bunk**-**Ta**® MUSIC cds (11 in series) have garnered over 30 national **...**

**hunk** toy | folkd.com
www.folkd.com/tag/**hunk**+toy ⌄
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T **...** Hippo - Plump,
huggable, and friendly, this 16 inch Sitting Hippo from **Animal Alley**, a Toys &#39 **...**

huggable **animal** | folkd.com

www.folkd.com/tag/**huggable**+**animal** ▾
Results 1 - 17 of 17 - Fleece Blanket with Animal Toy - Your Kids Huggable Super Soft
Animal Toy **...** **Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T.

### hippo pretend | folkd.com
www.folkd.com/tag/hippo+pretend ▾.
**Animal Alley** 16 inch Grey Sitting Hippo - **Hunk Ta Bunk Ta** - T **...** Hippo - Plump,
huggable, and friendly, this 16 inch Sitting Hippo from **Animal Alley**, a Toys &#39 **...**

### Hugfun Stuffed **Animal** - En que lo puedo ayudar ?
elbackup.com/let.php?bh=hugfun-stuffed-**animal** ▾
2 reviewsHugfun 1010578 **Animal Alley**: 9-Inch Gray Hippo reviews. **....** Happi Tummi (1
); Hugfun 1010578 (1); **Hunk Ta Bunk Ta** 1010576 (3); JNL Trading (1); **...**

### Songs For Halloween (Updated Yet Again) — Zooglobble
www.zooglobble.com/blog/.../songs-for-halloween-updated-yet-again-ht... ▾
Oct 30, 2009 - Katherine Dines' **Hunk**-Ta-**Bunk**-Ta Spooky! **...** Troubador - There's a
Werewolf Under My Bed (All About **Animals**) **...** John Bindel, Nashville Chamber
Orchestra And Kid Pan **Alley** - Scary Things - Kid Pan **Alley**- Nashville

### music | Hilltown Families
https://hilltownfamilies.wordpress.com/category/music/ ▾
Jan 26, 2014 - Ranging in style from Afro-pop to 60's soul, Tin Pan **Alley** to bossa nova,
**....** Think about something you enjoy, like your favorite dessert, sports you like to play, or
your favorite **animal**. **.....** Katherine Dines ◊ **Hunk**-**Ta**-**Bunk**-**Ta**.

### Crisscross Applesauce In First Grade: November 2012
crisscrossapplesauceinfirstgrade.blogspot.com/2012_11_01_archive.html ▾
Nov 2, 2012 - **Hunk**-**ta**, **Bunk**-**ta** Boo by Katherine Dines has a folk-y flair {which I'm not
**....** Holly: It all started with a group of stuffed **animals** lined up in rows, **...**

### Family Music | Hilltown Families
hilltownfamilies.wordpress.com/category/family-music/ ▾
Mar 10, 2013 - Ranging in style from Afro-pop to 60's soul, Tin Pan **Alley** to bossa nova,
Invisible Friends is an album the entire family **....** Katherine Dines ◊ **Hunk**-**Ta**-**Bunk**-**Ta**
**.....** The album is all about **animals** and their antics in the zoo.

### [PDF] March 2013 - City of Northglenn
www.northglenn.org/WEB-PDF/conn_march13.pdf ▾  Northglenn ▾
**Animal** Impound ..303-288-3294. Building Permits **...** t D rive. In te rs ta te. 2. 5. City
Hall. (Administration,. Court, Police). Northglenn. Recreation. Center **.....** **alley** and
corporate meeting facilities. **....** **Hunk**-**Ta**-**Bunk**-**Ta** Music. 10 a.m. Thurs.

### July Deployments! - Page 424 - MilitarySOS.com
www.militarysos.com › ... › Deployment Support Groups ▾
Oct 7, 2010 - 10 posts
Originally Posted by dani danger try this? That might work? **Animal Alley** 16 inch Grey
Sitting Hippo - **Hunk Ta Bunk Ta** - Toys "R" Us.

### Jonathan Gold's 101 Best Restaurants - Ballots - Los Angeles…
ballots.latimes.com/.../101-best-restaurants-jonathan-g... ▾  Los Angeles Times ▾
May 23, 2013 - In a neighborhood transitioning from a skid row past to a luxury **loft** **....**
the Barbie-box-pink yen **ta** fo noodles are properly stinky and the wide, **....** it is possible
to be festive without resorting to oversized **hunks** of meat. **.....** wonderland of **Animal** up
on Fairfax Avenue, is made of sterner stuff. **....** Grill on the **Alley**.

### Dino **Alley** \ Vanity Auctions
www.vanityauctions.info/products/Dino+**Alley** ▾
100+ items - Vanity Auctions - ebay auctions, selling, bidding, computers, **...**

LOT OF 251 DIFFERENT NINTENDO NES GAMES No Sports Games     $605.66
ED SULLIVAN'S ROCK & ROLL CLASSICS - 12 DVD COLLECTION ...     $230.00

Dog **Animal Alley** on eBay
Ad   www.ebay.com/  ▾
Big savings on Dog **Animal Alley**. Free Shipping available. Buy Now!
Ratings: Prices 9.5/10 - Selection 9.5/10 - Website 9/10
eBay Motors Blog - Daily Deals - Fashion Outlet

**Hunk Ta Bunk Ta** at Amazon
Ad   www.amazon.com/  ▾
Buy **hunk ta bunk ta** at Amazon! Free Shipping on Qualified Orders.

**1**　2　3　4　5　6　7　8　9　10　　　Next

Help        Send feedback        Privacy & Terms