# EXHIBIT C

**Exhibit C:**


**"Site" Search Results**

inurl:amazon.* hunk ta "animal alley"

+Peter   **2**   Share

Web   Shopping   Videos   Images   News   More ▾   Search tools

3 results (0.57 seconds)

### Animal Alley Dog - Amazon.com
Ad   www.amazon.com/toys ▾
Discover Amazon's Toy Store Free Shipping on Qualified Orders.

### Amazon.fr: Ajouter les articles non en stock - Animal Alley: J…
www.amazon.fr › ... › "Animal Alley" ▾ Translate this page Amazon.com ▾
**Animal Alley** 11 inch Hand Puppet - Tiger. Actuellement indisponible. 50. Détails sur le produit. **Animal Alley** World Wildlife Fund 7 inch Plush Koala.

### Animal Alley 43 inch Tan Sammie Pup: Amazon.fr: Jeux et J…
www.amazon.fr/**Animal-Alley**.../B004Q... ▾ Translate this page Amazon.com ▾
Livraison gratuite dès 15 euros d'achat sur les produits **Hunk Ta** Bunk **Ta**. Commandez **Animal Alley** 43 inch Tan Sammie Pup parmi un grand choix de produits **...**

### Amazon.fr: Ajouter les articles non en stock - Sammie: Jeux e…
www.amazon.fr › ... › "Sammie" ▾ Translate this page Amazon.com ▾
**Animal Alley** 43 inch Tan Sammie Pup **...** **Animal Alley** - Sammie le chiot et sa cage vétérinaire **....** Toutes les marques; **Animal Alley** (1) · **Hunk Ta** Bunk **Ta** (1) **...**

### Animal Alley Sale
Ad   animal-alley.compare99.com/ ▾
Up To 70% Off **Animal Alley Animal Alley**. Compare And Save

### Dog Animal Alley on eBay
Ad   www.ebay.com/ ▾ 3.5   advertiser rating
Big savings on Dog **Animal Alley**. Free Shipping available. Buy Now!
Ratings: Prices 9.5/10 - Selection 9.5/10 - Website 9/10

Help   Send feedback   Privacy & Terms

Case No. 1:12-cv-02279-PAB-KMT   Document 121-3   filed 06/06/14   USDC Colorado

site:buzzillions.com "hunk ta bunk ta" "animal alley"

+Peter        **2**        Share

Web        Images        Videos        Shopping        News        More ⌄        Search tools

3 results (0.29 seconds)

### Hunk Ta Bunk Ta 1010576 Animal Alley 16 inch Grey Sittin…
www.buzzillions.com › Baby › Toddler Toy Reviews ▼
Hunk Ta Bunk Ta 1010576 Animal Alley 16 inch Grey Sitting Hippo reviews. Find
Toddler Toy reviews at Buzzillions including 14 reviews of Hunk Ta Bunk Ta ...

### Hunk Ta Bunk Ta 1010576 Reviews - Buzzillions.com
www.buzzillions.com/hunk-ta-bunk-ta-1010576/reviews ▼
Hunk Ta Bunk Ta 1010576 Animal Alley 16 inch Grey Sitting Hippo. Hunk Ta Bunk Ta
1010576 Animal Alley 16 inch Grey Sitting Hippo.. 5.0 read 14 ...

### Boys Stuffed Toy Reviews - Buzzillions.com
www.buzzillions.com › Toys › Stuffed Toy Reviews ▼
Don't buy bad Stuffed Toys! Read 0 Boys Stuffed Toy reviews on Buzzillions.com before
you buy.

### Hunk Ta Bunk Ta at Amazon
Ad   www.amazon.com/ ▼
Buy **hunk ta bunk ta** at Amazon! Free Shipping on Qualified Orders.

Help        Send feedback        Privacy & Terms

site:toysrus.com hunkta

+Peter    **2**    Share

Web    Maps    Images    Shopping    Videos    More    Search tools

4 results (0.12 seconds)

### Animal Alley 16 inch Grey Sitting Hippo - **Hunk Ta** Bunk ... - T…
www.toysrus.com/product/index.jsp?productId=3372822    Toys "R" Us
A description for this result is not available because of this site's robots.txt – learn more.

### www.toysrus.com/product/index.jsp?productId=3195480
A description for this result is not available because of this site's robots.txt – learn more.

### Toys R Us Plush 22 inch Blue Sitting Polar Bear | ToysRUs
www.toysrus.com/.../toys-r-us-plush-22-inch-blue-sitting-po...    Toys "R" Us
Rating: 4.3 - 6 reviews - $39.99 - In stock
The Toys R Us Plush 22 inch Sitting Polar Bear, a Toys 'R' Us exclusive, is just the right size to be a perfect companion. This plush stuffed animal is constructed **...**

### Plush Bear Toys | ToysRUs |Toys R Us
www.toysrus.com/.../toys-r-us-plush-18-inch-black-bear-16...    Toys "R" Us
Rating: 4.6 - 32 reviews - $24.99 - In stock
This Toys R Us Plush Stuffed Bear, a Toys 'R' Us exclusive, is the perfect fuzzy, laid-back companion for your little one. It is constructed from soft polyester fabric,

Help    Send feedback    Privacy & Terms