# EXHIBIT D

**Exhibit D:**


**"Non-Combination" Search Results**

"animal alley"                                        +Peter          **2**    Share

Web    Shopping    Videos    Images    News    More ▾    Search tools

About 562,000 results (0.28 seconds)

**Animal Alley** Stuffed Toys | eBay
www.ebay.com/sch/**Animal-Alley**-/168241/i.html ▾    eBay ▾
30+ items - Visit eBay for great deals in **Animal Alley** Stuffed Toys.
Animal Alley Dog Pink Puppy 13" Soft Plush Stuffed Toy Floppy.    $14.99.
Newly ListedToys R Us ANIMAL ALLEY Pink Plush RAINBOW MANE ...    $24.95.

**Animal Alley** Veterinary Hospital
www.**animalalley**vet.com/ ▾
**Animal Alley** Veterinary Hospital is the name you can trust in providing veterinary
services to the entire tri-city area.

Images for **"animal alley"**                        Report images

   

More images for **"animal alley"**

**Animal Alley** Veterinary Hospital - Saginaw, MI - Veterinarian **...**
https://www.facebook.com/pages/**Animal-Alley**.../166921826660114 ▾
**Animal Alley** Veterinary Hospital, Saginaw, MI. 1028 likes · 43 talking about this · 222
were here. Dr. John J. VanDaele Purdue School of Veterinary Medicine **...**

Amazon.com : **Animal Alley** 15 inch Sammie the Pup Plush :…
www.amazon.com › ... › Animals & Figures ▾  Amazon.com ▾
The perfect canine companion, this 15 inch floppy **Animal Alley** Sammie the Pup plush
is sweet and adorable. A luxuriously soft polyester coat makes him great **...**

**Animal Alley** Ministries
www.**animalalley**.net/ ▾
**Animal Alley** Ministries has been on some of the nations finest Christian programs:
Moody Radio, Cornerstone Television, The Morning Show with Amy and **...**

**Animal Alley** Veterinary Hospital: Veterinary Services Sagina…
www.**animalalley**vet.net/ ▾
**Animal Alley** Veterinary Hospital provides Complete and compassionate care for your
pets to Saginaw, MI. Call 989-792-4800 For Inquiries.

Is **animal alley** from toys r us still available? it was a huge **...**
answers.yahoo.com › All Categories › Games & Recreation › Toys ▾
May 18, 2008 - Mine still has a HUGE **animal alley**.......go to Toysrus.com and see if you
can find the animal you are looking for on there....

Does anyone know the breed of the **animal alley** darby dog?    May 23, 2013
Buying A **animal alley** German Shepard stuffed dog ?    Aug 27, 2012
More results from answers.yahoo.com

**Animal Alley** Veterinary Hospital in Saginaw, MI 48603 - MLi…
businessfinder.mlive.com/.../**Animal-Alley**-Veterinary-Hospital-PLLC-Sa... ▾
**Animal Alley** Veterinary Hospital at 7319 Tittabawassee Rd Ste 2, Saginaw, MI 48603.

Fair Programs - **Animal Alley** Productions
www.**animalalley**.info/fairs.htm ▾
David has produced **Animal Alley** for over a decade presenting to thousands of school
students and adults each year. David Stewart is an experienced animal **...**

Ads

**Animal Alley** at Amazon
www.amazon.com/Toys ▾
4.3    rating for amazon.com
Save on **Animal alley**
Free 2-Day Shipping w/Amazon Prime!

**Animal Alley** up to 70% off
www.sale-fire.com/Animal+Alley ▾
Save on **Animal Alley**.
Find Hot-Deals & Compare Prices!

**Animal Alley**
www.toyssale.com/Animal+Alley ▾
Great deals on **Animal Alley**
Save now while stocks last !

**Animal Alley** Toys sale
www.sales-toys.com/Animal+Alley+Toys ▾
**Animal Alley** Toys up to 70% off
Compare prices and save up to 70%

Super cheap **Animal Alley**
www.**animal-alley**.best-deal.com/ ▾
Find **Animal Alley** Deals: Save up to
65% at BEST-DEAL - The Shop Expert!

See your ad here »

### A **Animal Alley** Grooming, LLC: Pet Grooming Venice, FL
www.**animalalley**grooming.com/ ▾
A **Animal Alley** Grooming, LLC provides professional and complete pet grooming service to Venice, FL. Call 941-485-0738 today.

### **Animal alley** plush - Shop sales, stores & prices at TheFind.c…
www.thefind.com/family/browse-**animal-alley**-plush ▾
**Animal alley** plush - Find the largest selection of **animal alley** plush on sale. Shop by price, color, locally and more. Get the best sales, coupons, and deals at **...**

### **Animal Alley** Veterinary Hospital PLLC Saginaw, MI, 48603 - …
www.yellowpages.com/.../**animal-alley**-veterinary-hosp... ▾ Yellowpages.com ▾
Get reviews, hours, directions, coupons, payment information and images on **Animal Alley** Veterinary Hospital PLLC located in Saginaw, MI. Search for other **...**

### **Animal Alley**: Exotic Animals - Grounds Acts - Montana Stat…
www.montanastatefair.com/grounds/exotic-animals.php ▾
Since the 1990's **Animal Alley** Productions has been performing exotic animal presentations for schools, fairs, and special events. **Animal Alley** Productions uses **...**

### **animal alley** for sale - iOffer
www.ioffer.com/search/items/animal%20alley ▾ iOffer ▾
Shop discounted **animal alley** & more on iOffer.com. Save money on millions of top products at low prices, worldwide for over 10 years.

### A **Animal Alley** Grooming in Venice, FL | 225 Miami Ave W, V…
www.superpages.com/bp//A-**Animal-Alley**-Grooming-L2157212397.htm ▾
**...** Phone Number, Reviews, Photos and Video Profile for Venice A **Animal Alley** Grooming. A **Animal Alley** Grooming appears in: Pet Grooming, Pet Care Services.

### **Animal ALley** Veternarian Kit - Toys R Us
www.toysrus.com/product/index.jsp?productId=3513490 ▾ Toys "R" Us ▾
A description for this result is not available because of this site's robots.txt – learn more.

### **Animal Alley** Ministries - Hudson Valley Christian Academy
www.hudsonvalleychristian.org/aam.cfm ▾
Dave from **Animal Alley** Ministries came to visit! He brought a lot of cool creatures to share with us how God created each of these animals with exactly the **...**

### **Animal Alley** Toys R Us Flipping Electronic Brown Puppy Do…

www.youtube.com/watch?v=DbQ... ▾ YouTube ▾
Sep 17, 2013 - Uploaded by Jafar Galvathorax
▶ 0:15
**Animal Alley** Toys R Us Flipping Electronic Brown Puppy Dog Robot Walks Barks 2000. Jafar Galvathorax·1 **...**

### **Animal Alley** (birth-PreK) - Salem Alliance Church
www.salemalliance.org/connect/children/.../**animal-alley**-(birth-prek) ▾
All activities for preschool children are located in **Animal Alley**. For help finding the right room for your preschool child, please stop by the **Animal Alley** Welcome **...**

### **animal alley** toys Price - AliExpress.com
www.aliexpress.com › Price ▾
15+ items - We have gathered pricing info for **Animal Alley** Toys Price **...**

| | |
|---|---|
| Animal alley white rabbit doll plush toy - - - - - 5. | US $33.30 |
| Bear toys Animal alley euproctis dog plush toy dolls doll ... | US $21.80 |

Searches related to **"animal alley"**

| | |
|---|---|
| animal alley **stuffed toys** | animal alley **stuffed monkey** |
| animal alley **website** | animal alley **pink horse** |
| animal alley **darby dog** | animal alley **bear** |
| animal alley **stuffed bunny** | animal alley **stuffed dog** |

**1**  2  3  4  5  6  7  8  9  10          **Next**

"animal alley" "sammie pup"

+Peter    **2**    Share

Web    Images    Videos    Shopping    News    More ▾    Search tools

About 16,200 results (0.46 seconds)

### Amazon.com : **Animal Alley** 15 inch **Sammie** the **Pup** Plush :…
www.amazon.com › ... › Animals & Figures ▾  Amazon.com ▾
Amazon.com : **Animal Alley** 15 inch **Sammie** the **Pup** Plush : Plush Animal Toys : Toys
& Games. **...** Back. Toys R Us Plush 43 inch Tan **Sammie Pup**. $103.22.

### **Animal Alley** 43 inch Tan **Sammie Pup** Toys R Us - Polyvore
www.polyvore.com/**animal_alley**_43_inch_tan/thing?id... ▾  Polyvore ▾
**Animal Alley** 43 inch Tan **Sammie Pup** Toys R Us · From toysrus.com >. **Animal Alley**
43 inch Tan **Sammie Pup** Toys R Us. $50 toysrus.com · MORE ITEMS **...**

### **Animal Alley Sammie Pup** Toys: Buy Online from Fishpond…
www.fishpond.co.nz › Toys ▾  Fishpond.co.nz ▾
**Animal Alley Sammie Pup** Toys from Fishpond.co.nz online store. Millions of products
all with free shipping New Zealand wide. Lowest prices guaranteed.

### **Animal Alley Sammie Pup** Tan Brown Dog Puppy Plush Sa…
www.bonanza.com › Playtime Friends and Loveys ▾
Priced $15.97. Categorized under Toys & Hobbies >> Stuffed Animals >> Other.
Condition: Used, Brand: **Animal Alley** Toys R Us, Related Retailer: **...**

### Images for **"animal alley" "sammie pup"**     Report images

   

More images for **"animal alley" "sammie pup"**

### jesscoles: Review **Animal Alley** 15 inch **Sammie** the **Pup** Plush
jesscoles.blogspot.com/.../review-**animal-alley**-15-inch-**sammie-pup**.html ▾
Nov 25, 2013 - Are you looking the best price for **Animal Alley** 15 inch Sammie the Pup
Plush and you want to get great deals & best buy this product? Or you **...**

### ANIMAL Alley 43 inch Tan **Sammie Pup** Dolls & Accessorie ...
www.priceme.co.nz › ... › ANIMAL Dolls & Accessories ▾
Compare **ANIMAL Alley** 43 inch Tan **Sammie Pup** prices & read reviews. Find the best
ANIMAL Dolls & Accessories prices!

### ANIMAL Alley 43 inch Tan **Sammie Pup** product specs, feat…
www.priceme.co.nz › ... › ANIMAL Dolls & Accessories ▾
Perform your shopping pre-purchase on PriceMe by viewing **ANIMAL Alley** 43 inch Tan
**Sammie Pup** product specifications and short descriptions. Check the **...**

### **Animal Alley** Toys: Buy Online from Fishpond.com
www.fishpond.com/c/Toys/q/Animal+Alley+Toys ▾
Animal Alley Toys from Fishpond.com online store. Millions of products all with free **...**
**Animal Alley Sammie Pup** | **Animal Alley Sammie Pup** Toys | Sammie Toys **...**

### Toys 'R' Us Sammie the Pup 43" - **Animal Alley** Reviews | Bu…
www.buzzillions.com › Toys › Stuffed Toy Reviews ▾
Toys 'R' Us Sammie the Pup 43" - **Animal Alley** reviews. Find Stuffed Toy reviews at
Buzzillions including 8 reviews of Toys 'R' Us Sammie the Pup 43" - **Animal ...**

### sammie the pup vet kit **animal alley** - Epinions.com
www.epinions.com › Kids & Family ▾

Read sammie the pup vet kit **animal alley**, Toys 'R' Us, Toys R Us consumer reviews. Find product **...** Toys R US 1001325 Plush 43 Inch Tan **Sammie Pup ...**

### from toysrus com **animal alley** 43 inch tan **sammie pup** toys …
stufftopin.com/.../from-toysrus-com-**animal-alley**-43-inch-tan-**sammie-p**... ▾
from toysrus com **animal alley** 43 inch tan **sammie pup** toys r us 50 Picture. See Original Site: http://www.polyvore.com/animal_alley_43_inch_tan/thing?id= **...**

### **Animal Alley** 15 Inch Sammie The Pup Plush - Product Revi…
www.shopping.com › Kids and Family › Toys ▾
**Animal Alley** 15 Inch Sammie The Pup Plush Overview, Features, and Description. . **...** Toys R Us Plush 43 inch Tan **Sammie Pup** $49.99. Toys R Us Plush 43 **...**

### Toys R US **Sammie Pup** Pink Plush Stuffed Animal Puppy Do…
www.ebay.com › Toys & Hobbies › Stuffed Animals › Other ▾   eBay ▾
Toys R Us **Sammie Pup** Pink Plush Stuffed Animal Puppy Dog 26" Large Big Jumbo **...** **Animal Alley** dog plush puppy pup small brown tan soft Darby Toys R Us **...**

### TheThingsIWant.com : **Animal Alley** 43 Inch Tan **Sammie Pu**…
www.thethingsiwant.com/item/1583539/ ▾
**Animal Alley** 43 inch Tan **Sammie Pup** - Hunk Ta Bunk Ta - Toys "R" Us. Price: $49.99. From: toysrus.com · View this Item Add to your list **...**

### Toys|twintiershopper.com
www.twintiershopper.com/search.php?title=Toys&page=24 ▾
This **Animal Alley** Stuffed Bear, is the perfect fuzzy, laid-back companion for your **...** than life The Toys R Us Plush 43 inch **Sammie Pup**, a Toys 'R' Us exclusive, **...**

### **Animal Alley** Pink 43` **Sammie** Puppy Dog - review, compare…
www.comparestoreprices.co.uk/.../**animal-alley**-pink-43%60-**sammie-pu**... ▾
**Animal Alley** Pink 43` **Sammie** Puppy Dog review, price comparison and **...** than life The Toys R Us Plush 43 inch **Sammie Pup**, a Toys 'R' Us exclusive, is a **...**

### **Animal Alley** ~ Black bear ~ 18 inch - 165633 - SeekGeek
www.seekgeek.net/prod.php?prod=prod&prod_id=108853253... ▾
This **Animal Alley** Stuffed Bear, is the perfect fuzzy, laid-back companion for **...** Toys R Us Plush 43 inch Tan **Sammie Pup** This friendly fellow is larger than life **...**

### Bridget Christmas 2013 - Pinterest
www.pinterest.com/ppoint/bridget-christmas-2013/ ▾
**Animal Alley** Dog Puppy Pug Bull Dog Plush Stuffed Animal. Cupcake-Pug stuffed animal **...** Toys R Us Plush 43 inch Tan **Sammie Pup**. Pinned from toysrus.com.

### Compare Prices for Toys at mycraftsr4u.com - Page 30
www.mycraftsr4u.com/shopping96425-+kids%20toys+toys_p30.cfm ▾
Toys R Us Plush 43 inch Tan **Sammie Pup**. Toys R Us Plush 43 **...** Toys 'R' Us **Animal Alley** 39 inch Hanging Monkey with Sound - Brown - 181016 · Toys 'R' Us **...**

### Toys 'R' Us - Home - MyGiftList
shop.mygiftlist.com/o~c-Toys~a-to_toy_category_action_figures-24029... ▾
73 items - Toys 'R' Us **Animal Alley** 39 inch Hanging Monkey with Sound - Brown - 181016 · $12.99. (4 stores), Click **...** Toys R Us Plush 43 inch Tan **Sammie Pup**.

### Dog **Animal Alley** on eBay
Ad   www.ebay.com/ ▾
Big savings on Dog **Animal Alley**. Free Shipping available. Buy Now!
Ratings: Prices 9.5/10 - Selection 9.5/10 - Website 9/10

Help     Send feedback     Privacy & Terms

"hunk ta bunk ta"    +Peter    **2**    Share

Web    Images    Videos    Shopping    Maps    More ▾    Search tools

About 5,560 results (0.29 seconds)

### Hunk•Ta•Bunk•Ta Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ▾
Since 1993, her concerts have captivated children and family audiences, and her
**Hunk-Ta-Bunk-Ta**® MUSIC cds (11 in series) have garnered over 30 national **...**

### Amazon.com: **Hunk-Ta-Bunk-Ta** CHANTS: Music
www.amazon.com › Music › Children's Music ▾ Amazon.com ▾
Rating: 4.6 - 5 reviews
Audio CD (April 15, 2001); Original Release Date: April 15, 2001; Number of Discs: 1;
Label: **Hunk Ta Bunk Ta**; ASIN: B00005K8RZ; Average Customer Review: **...**

### **Hunk-Ta-Bunk-Ta** Music - YouTube

www.youtube.com/watch?v... ▾ YouTube ▾
Jul 30, 2007 - Uploaded by katherinedines
Introduction to Katherine Dines, an award winning Children's
Songwriter, Recording & Teaching Artist **...**

### Images for **"hunk ta bunk ta"**          Report images



More images for **"hunk ta bunk ta"**

### Hunktabunkta Music by Katherine Dines Music, Lyrics, Songs…
www.reverbnation.com/**hunktabunkta**musicbykatherinedines ▾ ReverbNation ▾
Since 1992, her **Hunk-Ta-Bunk-Ta**® Music has garnered numerous national awards
including a Grammy nomination, while her concerts continue to captivate **...**

### Katherine Dines, **Hunk-Ta-Bunk-Ta** Music
think360arts.org/portfolio/katherine-dines/ ▾
Katherine Dines is a songwriter, recording and teaching artist, a keynote presenter, and
the creator of the **Hunk-Ta-Bunk-Ta** series of children's recordin.

### iTunes - Music - **Hunk-Ta-Bunk-Ta** Chants by Katherine Dines
https://itunes.apple.com/us/album/**hunk-ta-bunk-ta**.../id507289176 ▾ iTunes ▾
Preview songs from **Hunk-Ta-Bunk-Ta** Chants by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk-Ta-Bunk-Ta** Chants for $9.99. Songs **...**

### iTunes - Music - **Hunk-Ta-Bunk-Ta** BOO by Katherine Dines
https://itunes.apple.com/us/album/**hunk-ta-bunk-ta**.../id508973294 ▾ iTunes ▾
Preview songs from **Hunk-Ta-Bunk-Ta** BOO by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk-Ta-Bunk-Ta** BOO for $9.99. Songs start **...**

### iTunes - Music - **Hunk-Ta-Bunk-Ta** - Spooky by Katherine Din…
https://itunes.apple.com/us/album/**hunk-ta-bunk-ta**.../id506861837 ▾ iTunes ▾
Preview songs from **Hunk-Ta-Bunk-Ta** - Spooky by Katherine Dines on the iTunes
Store. Preview, buy, and download **Hunk-Ta-Bunk-Ta** - Spooky for $9.99.

### **Hunk Ta Bunk Ta** Music with Katherine Dines on Vimeo

vimeo.com/45909513 ▾ Vimeo ▾
Jul 17, 2012
Sing and dance, twist and shout with award-winning children's
songwriter Katherine Dines.

### Hunk-Ta-Bunk-Ta Music by Katherine Dines & GIVEAWAY |
getcluedincolorado.com/.../hunk-ta-bunk-ta-music-by-katherine-dines-gi... ▾
Jan 26, 2012 - I had opportunity to interview Katherine Dines who lives right here in the mile high city, about her new CD release titled "**Hunk-Ta-Bunk-Ta ...**

### Hunktabunkta Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music ▾
Two Week **Hunk-Ta-Bunk-Ta** HOLIDAY Discount: 1) Buy 2 CDS get 1 FREE 2) Buy entire set of 11 CDs for $80!! *Free Shipping with both offers. Follow this link **...**

### Hunk Ta Bunk Ta Music | Facebook
https://www.facebook.com/pages/**Hunk-Ta-Bunk-Ta**.../10980730904314... ▾
**Hunk Ta Bunk Ta** Music. Company. 7 people like this. Want to like this page? Sign up for Facebook to get started. Sign Up. It's free and anyone can join. Already **...**

### Hunk-Ta-Bunk-Ta Boo - Katherine Dines | Songs, Reviews, …
www.allmusic.com/album/**hunk-ta-bunk-ta**-boo-mw0000348400 ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** Boo - Katherine Dines on AllMusic - 1995.

### Hunk-Ta-Bunk-Ta Boo 2! - Katherine Dines | Songs, Reviews…
www.allmusic.com/.../**hunk-ta-bunk-ta**-boo-2!-mw0000341127 ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** Boo 2! - Katherine Dines on AllMusic - 1995.

### Hunk-Ta-Bunk-Ta BED - Katherine Dines | Songs, Reviews, …
www.allmusic.com/album/**hunk-ta-bunk-ta**-bed-mw0000348443 ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** BED - Katherine Dines on AllMusic - 1995.

### Seedlings: Katherine Dines Hunk-Ta-Bunk-Ta - Lone Tree Ar…
www.lonetreeartscenter.org/showinfo.php?id=73 ▾
Jun 4, 2013 - Katherine Dines has performed around the globe since 1992. Featuring songs from her 11 award-winning **Hunk-Ta-Bunk-Ta**® albums, **...**

### Hunk-Ta-Bunk-Ta SPOOKY by Katherine Dines on Spotify
open.spotify.com/album/3yQZNkniAARFJMSN6IASXL ▾  Spotify ▾
**Hunk-Ta-Bunk-Ta** SPOOKY. by Katherine Dines. 01 Owl and door... well well well... opening 02:52; 02 Mr. Jones' Bones 04:15; 03 Say how's about some hot **...**

### Hunk-Ta-Bunk-Ta BOO – Katherine Dines – Listen and disco…
www.last.fm/music/Katherine+Dines/**Hunk-Ta-Bunk-Ta**+BOO ▾  Last.fm ▾
**Hunk-Ta-Bunk-Ta** BOO was released 15 Mar 2012. People who like Katherine Dines also like Bonnie Nichols, William T. McDuffee, Terry Toler. Discover more **...**

### HUNK-TA-BUNK-TA MUSIC's Profile Page - ToyDirectory
www.toydirectory.com/Hunk/ ▾
**Hunk-Ta-Bunk-Ta**®MUSIC produces original songs and musical products for children under age 12. Recording and teaching artist, Katherine Dines, has **...**

### [PDF] Hunk-Ta-Bunk-Ta CHANTS - Walking Oliver
www.walkingoliver.com/wp-content/.../hunk_ta_bunk_ta_chants.pdf ▾
**Hunk-Ta-Bunk-Ta** CHANTS. A SACRED CHANT. From Sacred Chants - Volume 1. Kripalu Center; Lenox, Massachusetts. This basic chant is one of many **...**

### Hunk Ta Bunk at Amazon
Ad  www.amazon.com/music ▾
Low prices on new & used music. Free Shipping on Qualified Orders.

Searches related to **"hunk ta bunk ta"**

hunk ta bunk ta **hippo**

hunk ta bunk ta **stuffed animals**

**1** 2 3 4 5 6 7 8 9 10    **Next**

Help     Send feedback     Privacy & Terms

"hunk-ta-bunk-ta"    +Peter    2    Share

**Web**    Images    Videos    Shopping    Maps    More ▾    Search tools

About 5,560 results (0.31 seconds)

### Hunk•Ta•Bunk•Ta Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ▾
Since 1993, her concerts have captivated children and family audiences, and her
**Hunk-Ta-Bunk-Ta**® MUSIC cds (11 in series) have garnered over 30 national **...**

### Amazon.com: **Hunk-Ta-Bunk-Ta** CHANTS: Music
www.amazon.com › Music › Children's Music ▾  Amazon.com ▾
Rating: 4.6 - 5 reviews
Audio CD (April 15, 2001); Original Release Date: April 15, 2001; Number of Discs: 1;
Label: **Hunk Ta Bunk Ta**; ASIN: B00005K8RZ; Average Customer Review: **...**

### **Hunk-Ta-Bunk-Ta** Music - YouTube

www.youtube.com/watch?v... ▾  YouTube ▾
Jul 30, 2007 - Uploaded by katherinedines
Introduction to Katherine Dines, an award winning Children's
Songwriter, Recording & Teaching Artist **...**

### Images for **"hunk-ta-bunk-ta"**    Report images



More images for **"hunk-ta-bunk-ta"**

### Hunktabunkta Music by Katherine Dines Music, Lyrics, Songs…
www.reverbnation.com/**hunktabunkta**musicbykatherinedines ▾  ReverbNation ▾
Since 1992, her **Hunk-Ta-Bunk-Ta**® Music has garnered numerous national awards
including a Grammy nomination, while her concerts continue to captivate **...**

### Katherine Dines, **Hunk-Ta-Bunk-Ta** Music
think360arts.org/portfolio/katherine-dines/ ▾
Katherine Dines is a songwriter, recording and teaching artist, a keynote presenter, and
the creator of the **Hunk-Ta-Bunk-Ta** series of children's recordin.

### iTunes - Music - **Hunk-Ta-Bunk-Ta** Chants by Katherine Dines
https://itunes.apple.com/us/album/**hunk-ta-bunk-ta**.../id507289176 ▾  iTunes ▾
Preview songs from **Hunk-Ta-Bunk-Ta** Chants by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk-Ta-Bunk-Ta** Chants for $9.99. Songs **...**

### iTunes - Music - **Hunk-Ta-Bunk-Ta** BOO by Katherine Dines
https://itunes.apple.com/us/album/**hunk-ta-bunk-ta**.../id508973294 ▾  iTunes ▾
Preview songs from **Hunk-Ta-Bunk-Ta** BOO by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk-Ta-Bunk-Ta** BOO for $9.99. Songs start **...**

### iTunes - Music - **Hunk-Ta-Bunk-Ta** - Spooky by Katherine Din…
https://itunes.apple.com/us/album/**hunk-ta-bunk-ta**.../id506861837 ▾  iTunes ▾
Preview songs from **Hunk-Ta-Bunk-Ta** - Spooky by Katherine Dines on the iTunes
Store. Preview, buy, and download **Hunk-Ta-Bunk-Ta** - Spooky for $9.99.

### **Hunk Ta Bunk Ta** Music with Katherine Dines on Vimeo

vimeo.com/45909513 ▾  Vimeo ▾
Jul 17, 2012
Sing and dance, twist and shout with award-winning children's
songwriter Katherine Dines.

### Hunk-Ta-Bunk-Ta Music by Katherine Dines & GIVEAWAY |
getcluedincolorado.com/.../hunk-ta-bunk-ta-music-by-katherine-dines-gi... ▾
Jan 26, 2012 - I had opportunity to interview Katherine Dines who lives right here in the mile high city, about her new CD release titled "**Hunk-Ta-Bunk-Ta** ...

### Hunktabunkta Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music ▾
Two Week **Hunk-Ta-Bunk-Ta** HOLIDAY Discount: 1) Buy 2 CDS get 1 FREE 2) Buy entire set of 11 CDs for $80!! *Free Shipping with both offers. Follow this link **...**

### Hunk Ta Bunk Ta Music | Facebook
https://www.facebook.com/pages/**Hunk-Ta-Bunk-Ta**.../10980730904314... ▾
**Hunk Ta Bunk Ta** Music. Company. 7 people like this. Want to like this page? Sign up for Facebook to get started. Sign Up. It's free and anyone can join. Already **...**

### Hunk-Ta-Bunk-Ta Boo - Katherine Dines | Songs, Reviews, …
www.allmusic.com/album/**hunk-ta-bunk-ta**-boo-mw0000348400 ▾ AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** Boo - Katherine Dines on AllMusic - 1995.

### Hunk-Ta-Bunk-Ta Boo 2! - Katherine Dines | Songs, Reviews…
www.allmusic.com/.../**hunk-ta-bunk-ta**-boo-2!-mw0000341127 ▾ AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** Boo 2! - Katherine Dines on AllMusic - 1995.

### Hunk-Ta-Bunk-Ta BED - Katherine Dines | Songs, Reviews, …
www.allmusic.com/album/**hunk-ta-bunk-ta**-bed-mw0000348443 ▾ AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** BED - Katherine Dines on AllMusic - 1995.

### Seedlings: Katherine Dines Hunk-Ta-Bunk-Ta - Lone Tree Ar…
www.lonetreeartscenter.org/showinfo.php?id=73 ▾
Jun 4, 2013 - Katherine Dines has performed around the globe since 1992. Featuring songs from her 11 award-winning **Hunk-Ta-Bunk-Ta**® albums, **...**

### Hunk-Ta-Bunk-Ta SPOOKY by Katherine Dines on Spotify
open.spotify.com/album/3yQZNkniAARFJMSN6IASXL ▾ Spotify ▾
**Hunk-Ta-Bunk-Ta** SPOOKY. by Katherine Dines. 01 Owl and door... well well well... opening 02:52; 02 Mr. Jones' Bones 04:15; 03 Say how's about some hot **...**

### Hunk-Ta-Bunk-Ta BOO – Katherine Dines – Listen and disco…
www.last.fm/music/Katherine+Dines/**Hunk-Ta-Bunk-Ta**+BOO ▾ Last.fm ▾
**Hunk-Ta-Bunk-Ta** BOO was released 15 Mar 2012. People who like Katherine Dines also like Bonnie Nichols, William T. McDuffee, Terry Toler. Discover more **...**

### HUNK-TA-BUNK-TA MUSIC's Profile Page - ToyDirectory
www.toydirectory.com/Hunk/ ▾
**Hunk-Ta-Bunk-Ta**®MUSIC produces original songs and musical products for children under age 12. Recording and teaching artist, Katherine Dines, has **...**

### [PDF] Hunk-Ta-Bunk-Ta CHANTS - Walking Oliver
www.walkingoliver.com/wp-content/.../**hunk_ta_bunk_ta**_chants.pdf ▾
**Hunk-Ta-Bunk-Ta** CHANTS. A SACRED CHANT. From Sacred Chants - Volume 1. Kripalu Center; Lenox, Massachusetts. This basic chant is one of many **...**

### Hunk Ta Bunk at Amazon
Ad www.amazon.com/music ▾
Low prices on new & used music. Free Shipping on Qualified Orders.

**1** 2 3 4 5 6 7 8 9 10    **Next**

Help    Send feedback    Privacy & Terms



"toys r us" plush

+Peter    **2**    Share

Web    Shopping    Images    Videos    Maps    More ▾    Search tools

About 2,350,000 results (0.54 seconds)

**Shop for "toys r us" plush on Google**    Sponsored



**Toys R Us Plush** 15.5 In...
$14.99
eBay

**Toys R Us Plush** 34 Inch...
$14.99
eBay

Muppet Beanbag Plu...
$7.99
Toys R Us

**Toys R Us Plush** 15.5 in...
$14.99
Toys R Us

Zachary **Plush** Whale
$14.95
BabySuperM...

**Toys"R"Us® Official Site - ToysRUs.com**
Ad  www.**toysrus**.com/ ▾
Shop The Widest Selection & Hottest Deals On Toys, Games & More
Ratings: Selection 9/10 - Website 8/10 - Overall 7.5/10
10% or 20% Off Online - 10% or 20% Off In-Store - 2014 Toys of The Year

**Stuffed Animals, Plush Toys & Puppets - Barbie & Baby ... - T…**
www.**toysrus**.com/category/index.jsp?categoryId=2255970 ▾  Toys "R" Us ▾
Check out our stuffed animals & **plush** toys shop. We carry all your favorite stuffed toys
from Webkinz, Club Penguin, Sing-A-Ma-Jigs & much more. Shop now.

Stuffed Animals
Buy stuffed animals and plush toys
from Gund, Baby Einstein, and **...**

Favorite Characters
**...** favorite characters, including Elmo,
Barney, Star Wars, **...**

Jumbo Sized Stuffed Animals
Buy jumbo sized stuffed animals from
Gund and more at **...**

Toys"R"Us Plush
**...** by stuffed animals. Buy their
favorite plush animal from Toys **...**

More results from toysrus.com »

**Soft & Plush Toys - Toys R Us**
www.**toysrus**.com/family/index.jsp?categoryId=3225461 ▾  Toys "R" Us ▾
Results 1 - 24 of 394 - Buy stuffed animals and other **plush** toys for babies from Gund,
LeapFrog, and more at **Toys"R"Us**.

**Stuffed Animals - Gift Ideas | Babies "R" Us - Toys R Us**
www.**toysrus**.com/family/index.jsp?categoryId=2440529 ▾  Toys "R" Us ▾
Results 1 - 24 of 58 - CoCaLo Jacana **Plush** Monkey - Cocalo - Babies"R"Us. Quick
Shop. 4.0 stars **...** Gund Curious George 12 Inch **Plush** - Enesco - **Toys"R"Us**.

**Plush Pandas | ToysRUs |Toys R Us**
www.**toysrus**.com/.../**toys**-**r**-**us**-**plush**-18-inch-panda-black-a... ▾  Toys "R" Us ▾
Rating: 4.7 - 54 reviews - $19.99 - In stock
Anyone's day is sure to be a little brighter when they've got a bamboo-loving buddy like
this **Toys'R'Us Plush** 18-inch Panda. He features a realistic and **...**

**Stuffed Animals - Stuffed Animals & Dolls - Toys "R" Us**
www.**toysrus**.com/category/index.jsp?categoryId=3263974 ▾  Toys "R" Us ▾
**Toys R Us Plush** 10 inch Floppy Farm Animals Frog - Green. 1.0 stars. $5.99 **... Toys R
Us Plush** 12.5 inch Mama and Baby Set - Dog. 5.0 stars. $14.99.

**Stuffed Animals - Plush Elephants & Giraffes | Toys"R"Us**
www.**toysrus**.com/family/index.jsp?categoryId=2257692 ▾  Toys "R" Us ▾
Results 1 - 24 of 67 - Buy **plush** elephants and giraffes and other stuffed animals at
**Toys"R"Us**.

### Stuffed Animals - **Plush** Dolphins, Sharks & Penguins | **Toys"**…
www.**toysrus**.com/family/index.jsp?categoryId=2257691 ▾  Toys "R" Us ▾
Results 1 - 24 of 27 - Buy **plush** dolphins, sharks, penguins, and other stuffed animals at **Toys"R"Us**.

### Stuffed Animals - **Plush** Cats & Dogs - Fisher-Price ... - **Toys** …
www.**toysrus**.com/family/index.jsp?categoryId=2257683 ▾  Toys "R" Us ▾
Results 1 - 24 of 171 - Buy **plush** cats and dogs and other stuffed animals from Fisher-Price, Gund, and more at **Toys"R"Us**.

### Penguin **Plush** Toys | ToysRUs |**Toys R Us**
www.**toysrus**.com/.../**toys-r-us**-**plush**-jumbo-penguin-18-inc... ▾  Toys "R" Us ▾
Rating: 4.7 - 28 reviews - $19.99 - In stock
The **Toys R Us Plush** Jumbo Plush Penguin - 18 Inch is a sweetly designed baby penguin that is jumbo in size and huggability. It is made of super soft fabrics **...**

### Stuffed Animals - **Plush** Bunny Rabbits | **Toys"R"Us**
www.**toysrus**.com/family/index.jsp?categoryId=2257682 ▾  Toys "R" Us ▾
Results 1 - 18 of 18 - Buy **plush** bunny rabbits and other stuffed animals at **Toys"R"Us**.

### **Plush** Puppets - Stuffed Animals - Melissa & Doug | **Toys"R"**…
www.**toysrus**.com/family/index.jsp?categoryId=2290615 ▾  Toys "R" Us ▾
Results 1 - 24 of 107 - Buy **plush** puppets and stuffed animals from Melissa & Doug and more at **Toys"R"Us**.

### Teddy Bears, **Plush** Bears, Stuffed Animals, Lots-o' - **Toys"R**…
www.**toysrus**.com/family/index.jsp?categoryId=2257681 ▾  Toys "R" Us ▾
Results 1 - 24 of 130 - Buy an adorable teddy bear from **Toys"R"Us**. Teddy Bears continue to make great gifts. Choose from traditional Teddy Bears, or try Lots-O' **...**

### **Plush** Monkeys & More - **Toys R Us**
www.**toysrus**.com/family/index.jsp?categoryId=2257688 ▾  Toys "R" Us ▾
Results 1 - 24 of 55 - Buy **plush** monkeys and other stuffed animals from Gund and Melissa & Doug at **Toys"R"Us**.

### Images for **"toys r us" plush**                                   Report images

    

More images for **"toys r us" plush**

### **Toys R US** Bear | eBay
www.ebay.com/bhp/**toys-r-us**-bear ▾  eBay ▾
**Toys R Us Plush** 15.5 inch Polar Bear - White. Ships free with a $100 purchase! See product details. The 15.5" Polar Bear plush from **Toys'R'Us Plush**, **...**

### Amazon.com : **Toys R Us Plush** Pink Veterinarian Kit : Toy M…
www.amazon.com › ... › Pretend Play › Medical Kits ▾  Amazon.com ▾
Amazon.com : **Toys R Us Plush** Pink Veterinarian Kit : Toy Medical Kits : Toys & Games.

### FAO Schwarz Patrick the Pup **Plush** - Jumbo - **Toys 'R' Us** - …
www.fao.com/product/index.jsp?productId=3776365 ▾  FAO Schwarz ▾
Buy FAO Schwarz Patrick the Pup **Plush** - Jumbo - This loveable pup is looking for a new home! Squeezably soft, he is sure to bring smiles & delight for years to **...**

### Daniel Tiger's Neighborhood . Products . | PBS Parents
www.pbs.org/parents/daniel/products/ ▾  Public Broadcasting Service ▾
DANIEL TIGER TOYS NOW AVAILABLE AT **TOYS-R-US**. Daniel-toy-694-8-12. OTHER DANIEL TIGER PRODUCTS. MOBILE APPS **...**

**Toys R Us**® Pets **Plush** Octopus - Toys - Dog - PetSmart
www.petsmart.com › Dog › Toys ▾ PetSmart ▾
PetSmart: Buy **Toys R Us**® Pets **Plush** Octopus - A PetSmart Exclusive! Available in assorted colors please allow us to choose for you.

Toys+r+us Buyer profiles | LinkedIn
www.linkedin.com/title/buyer/at-toys+r+us/ ▾ LinkedIn ▾
Current: Buyer, Action Figures, Diecast & Playsets at **Toys R Us**; Past: Buyer, Infant, Pre-school & **Plush** at **Toys R Us**, Senior Category Manager, Toys at Loblaw **...**

**Toys R Us** Small **Plush** Animals - Buy at Wag.com - Free Shi…
www.wag.com/html/sg/**toys-r-us**-small-**plush**-animals.html ▾
Shop for **Toys R Us** Small **Plush** Animals at Wag.com. FREE 1-2 day shipping both ways, great prices & 365-day return policy. Best 24/7 customer service.

Searches related to **"toys r us" plush**

**sonic** plush toys **ebay**

**mario** plush toys **walmart**

**1**  2  3  4  5  6  7  8  9  10     Next

Help      Send feedback      Privacy & Terms

**animal alley**

Web | Shopping | Videos | Images | News | More ▾ | Search tools

About 13,900,000 results (0.34 seconds)

+Peter    **2**    Share

**Animal Alley** Stuffed Toys | eBay
www.ebay.com/sch/**Animal-Alley**-/168241/i.html ▾ eBay ▾
30+ items - Visit eBay for great deals in **Animal Alley** Stuffed Toys.
Animal Alley Dog Pink Puppy 13" Soft Plush Stuffed Toy Floppy.    $14.99.
Newly ListedToys R Us ANIMAL ALLEY Pink Plush RAINBOW MANE ...    $24.95.

Stuffed **Animals** & Toys - Disney Princess & Snow White | To…
www.toysrus.com/family/index.jsp?categoryId=3761926 ▾ Toys "R" Us ▾
Results 1 - 24 of 29 - Buy stuffed **animals** and toys, including themes such as Disney
Princess and Snow White, that are exclusive to Toys"R"Us.

**Animal Alley** Veterinary Hospital
www.**animalalley**vet.com/ ▾
**Animal Alley** Veterinary Hospital is the name you can trust in providing veterinary
services to the entire tri-city area.

Images for **animal alley**                                    Report images

    

More images for **animal alley**

Amazon.com : **Animal Alley** 15 inch Sammie the Pup Plush :…
www.amazon.com › ... › Animals & Figures ▾  Amazon.com ▾
The perfect canine companion, this 15 inch floppy **Animal Alley** Sammie the Pup plush
is sweet and adorable. A luxuriously soft polyester coat makes him great **...**

**Animal Alley** Veterinary Hospital - Saginaw, MI - Veterinarian **...**
https://www.facebook.com/pages/**Animal-Alley**.../166921826660114 ▾
**Animal Alley** Veterinary Hospital, Saginaw, MI. 1028 likes · 43 talking about this · 222
were here. Dr. John J. VanDaele Purdue School of Veterinary Medicine **...**

**Animal Alley** Veterinary Hospital: Veterinary Services Sagina…
www.**animalalley**vet.net/ ▾
**Animal Alley** Veterinary Hospital provides Complete and compassionate care for your
pets to Saginaw, MI. Call 989-792-4800 For Inquiries.

**Animal Alley** Ministries
www.**animalalley**.net/ ▾
**Animal Alley** Ministries has been on some of the nations finest Christian programs:
Moody Radio, Cornerstone Television, The Morning Show with Amy and **...**

Is **animal alley** from toys r us still available? it was a huge **...**
answers.yahoo.com › All Categories › Games & Recreation › Toys ▾
May 18, 2008 - Mine still has a HUGE **animal alley**.......go to Toysrus.com and see if you
can find the animal you are looking for on there....

Does anyone know the breed of the **animal alley** darby dog?    May 23, 2013
Buying A **animal alley** German Shepard stuffed dog ?    Aug 27, 2012
More results from answers.yahoo.com

**Animal alley** stuffed toys - Shop sales, stores & prices at The…
www.thefind.com/family/browse-**animal**-**alley**-stuffed-toys ▾
**Animal alley** stuffed toys - Find the largest selection of **animal alley** stuffed toys on

Ads

**Animal Alley** at Amazon
www.amazon.com/Toys ▾
4.3    rating for amazon.com
Save on **Animal alley**
Free 2-Day Shipping w/Amazon Prime!

**Animal Alley** up to 70% off
www.sale-fire.com/**Animal+Alley** ▾
Save on **Animal Alley**.
Find Hot-Deals & Compare Prices!

**Animal Alley** Stuffed Toys
sales-toys.com/**Animal+Alley**+Stuffed+Toys ▾
Best Toy Deals of the Day!
Save on **Animal Alley** Stuffed Toys now.

**Animal Alley**
www.toyssale.com/**Animal+Alley** ▾
Great deals on **Animal Alley**
Save now while stocks last !

See your ad here »

sale. Shop by price, color, locally and more. Get the best sales, coupons, and **...**

### **Animal alley** plush - Shop sales, stores & prices at TheFind.c…
www.thefind.com/family/browse-**animal**-**alley**-plush ▾
**Animal alley** plush - Find the largest selection of **animal alley** plush on sale. Shop by price, color, locally and more. Get the best sales, coupons, and deals at **...**

### A **Animal Alley** Grooming, LLC: Pet Grooming Venice, FL
www.**animalalley**grooming.com/ ▾
A **Animal Alley** Grooming, LLC provides professional and complete pet grooming service to Venice, FL. Call 941-485-0738 today.

### Fair Programs - **Animal Alley** Productions
www.**animalalley**.info/fairs.htm ▾
David Stewart works with live native and exotic animals in a wide range of **...** and wildlife and continues this love of wildlife with **Animal Alley** Productions.

### **Animal Alley** Veterinary Hospital in Saginaw, MI 48603 - MLi…
businessfinder.mlive.com/.../**Animal**-**Alley**-Veterinary-Hospital-PLLC-Sa... ▾
**Animal Alley** Veterinary Hospital at 7319 Tittabawassee Rd Ste 2, Saginaw, MI 48603.

### **Animal Alley** Plush Husky Dog 16 from Sears.com
www.sears.com/search=**animal**%20**alley**%2... ▾  Sears, Roebuck and Company ▾
Items 1 - 50 of 160 - Ship. Marketplace Item | learn more. Sold by D's Online Sales. **Animal Alley** Plush 9&#34; German Shepherd Dog Black and Tan at Sears.

### **Animal Alley** Veterinary Hospital PLLC Saginaw, MI, 48603 - …
www.yellowpages.com/.../**animal**-**alley**-veterinary-hosp... ▾  Yellowpages.com ▾
Get reviews, hours, directions, coupons, payment information and images on **Animal Alley** Veterinary Hospital PLLC located in Saginaw, MI. Search for other **...**

### **Alley Animals** - Welcome!
www.**alleyanimals**.org/ ▾
If you have a car you would like to donate please contact Dick at nolley26@yahoo.com. Remember, any donation made to **Alley Animals** is tax deductable.

### **Animal Alley** Products - Paper Street
paperstreetcards.com/brands/**Animal**-**Alley**.html ▾
**...** Thinking of You · Encouragement · Sympathy · Minkins · Catalogs · Contact · Ordering Information · News · Home · Brands; **Animal Alley**. **Animal Alley ...**

### **animal alley** for sale - iOffer
www.ioffer.com/search/items/**animal**%20**alley** ▾  iOffer ▾
Shop discounted **animal alley** & more on iOffer.com. Save money on millions of top products at low prices, worldwide for over 10 years.

### **Animal Alley** - Pinterest
www.pinterest.com/doreenmarts/**animal**-**alley**/ ▾
25+ items - **Animal Alley**. Profile image of Doreen Marts. Doreen Marts.

| saatchionline.com. | Saatchi Online Artist: Kamilla Marant; Photography New ... |
|---|---|
| flickr.com. | Foxy. From "Picture Dictionary" written by Alta McIntire ... |

### A **Animal Alley** Grooming in Venice, FL | 225 Miami Ave W, V…
www.superpages.com/bp//A-**Animal**-**Alley**-Grooming-L2157212397.htm ▾
**...** Phone Number, Reviews, Photos and Video Profile for Venice A **Animal Alley** Grooming. A **Animal Alley** Grooming appears in: Pet Grooming, Pet Care Services.

Searches related to **animal alley**

| | |
|---|---|
| animal alley **stuffed toys** | animal alley **toys** |
| animal alley **website** | animal alley **bear** |
| animal alley **plush** | animal alley **darby dog** |
| animal alley **dog** | animal alley **stuffed bunny** |

**1**  2  3  4  5  6  7  8  9  10          Next

Help          Send feedback          Privacy & Terms

animal alley sammie pup                                              +Peter        **2**        Share

Web    Images    Videos    Shopping    News    More ▼    Search tools

About 68,800 results (0.45 seconds)

### Amazon.com : **Animal Alley** 15 inch **Sammie** the **Pup** Plush …
www.amazon.com › ... › Animals & Figures ▼ Amazon.com ▼
The perfect canine companion, this 15 inch floppy **Animal Alley Sammie** the **Pup** plush is sweet and adorable. A luxuriously soft polyester coat makes him great **...**

### **Animal Alley** Pink 43" **Sammie Puppy** Dog - Toys R Us - Brit…
www.toysrus.co.uk/.../**Animal**-**Alley**-Pink-43-**Sammie**-**Pupp**... ▼ Toys "R" Us ▼
**Sammie** the oversized soft toy **puppy** dog is looking for a home! This 43" floppy pink pooch has a luxuriously soft coat which is great for hugging and is also great **...**

### Images for **animal alley sammie pup**                    Report images

    

More images for **animal alley sammie pup**

### Toys R Us Plush 43 inch Tan **Sammie Pup**
www.toysrus.com/...**animals**/toys-r-us-plush-43-inch-tan-**sa**... ▼ Toys "R" Us ▼
Rating: 4.7 - 33 reviews - $49.99 - In stock
The Toys R Us Plush 43 inch **Sammie Pup**, a Toys 'R' Us exclusive, is a huge **...** Toys R Us Plush stuffed **animals** and toys all have one thing in common; the real **...**

### **Animal Alley** 43 inch Tan **Sammie Pup** Toys R Us - Polyvore
www.polyvore.com/animal_alley_43_inch_tan/thing?id... ▼ Polyvore ▼
**Animal Alley** 43 inch Tan **Sammie Pup** Toys R Us **...** Puppy Vibration Pal; Lambs Ivy Plush Monkey Toy; Gymboree - Search Results for snuggletestedgifts **...**

### **Animal Alley Sammie Pup** Tan Brown Dog Puppy Plush Sa…
www.bonanza.com › Playtime Friends and Loveys ▼
Condition: Used, Brand: **Animal Alley** Toys R Us, Related Retailer: Anthropologie, Related Retailer: Target. Animal Aley Samie **Pup** Originaly sold at Toys R Us **...**

### Jumbo 43 Inch Tan **Sammy Pup** Plush Pet **Animal Alley** Dog…
www.ebay.co.uk › Toys & Hobbies › Stuffed Animals › Other ▼ eBay ▼
Jumbo 43 Inch Tan **Sammy Pup** Plush Pet **Animal Alley** Dog Puppy Pillow Large Huge in Toys & Hobbies, Stuffed Animals, Other | eBay.

### **Animal alley** toys - Shop sales, stores & prices at TheFind.com
www.thefind.com/family/browse-**animal**-**alley**-toys ▼
**Animal alley** toys - Find the largest selection of **animal alley** toys on sale. Shop by price, color, **...** Animal Alley 15 inch **Sammie** the **Pup** Plush. The perfect canine **...**

### Toys 'R' Us **Sammie** the **Pup** 43" - **Animal Alley** Reviews | B…
www.buzzillions.com › Toys › Stuffed Toy Reviews ▼
Toys 'R' Us **Sammie** the **Pup** 43" - **Animal Alley** reviews. Find Stuffed Toy reviews at Buzzillions including 8 reviews of Toys 'R' Us **Sammie** the **Pup** 43" - Animal **...**

### **Animal Alley Sammie Pup** Toys: Buy Online from Fishpond.…
www.fishpond.co.nz › Toys ▼ Fishpond.co.nz ▼
**Animal Alley Sammie Pup** Toys from Fishpond.co.nz online store. Millions of products all with free shipping New Zealand wide. Lowest prices guaranteed.

### **sammie** the **pup** vet kit **animal alley** - Epinions.com

Shop for **animal alley sammie pup** o… Google

 Kids Preferred 1999 **Animal** … Dog **Animal** White & Brown
**$24.99** - eBay
Find great deals on eBay!

 **Animal Alley** Tan Brown Flop… **Sammie** Plush Stuffed **Anim**…
**$16.99** - eBay
Find great deals on eBay!

Ads

**Animal Alley Puppy** on eBay
www.ebay.com/ ▼
Great Deals on **Animal Alley Puppy**.
New eBay Buyer Protection Program.

**Animal Alley** Plush Dogs
www.blueberryplush.com/ ▼
Discontinued **puppy** dog stuffed **animals** available now!

**Animal Alley**
www.toyssale.com/**Animal**+**Alley** ▼
Great deals on **Animal Alley**
Save now while stocks last !

See your ad here »

www.epinions.com › Kids & Family ▼
Read **sammie** the **pup** vet kit **animal alley**, Toys 'R' Us, Toys R Us consumer reviews.
Find product reviews for Toys by real customers on Epinions.com.

### **Animal Alley** Toys: Buy Online from Fishpond.com
www.fishpond.com/c/Toys/q/**Animal**+**Alley**+Toys ▼
**Animal Alley** Toys from Fishpond.com online store. Millions of products all with free **...**
**Animal Alley** 38cm **Sammie** the **Pup** Plush. By US Toys. (USA). US$33.17 **...**

### jesscoles: Review **Animal Alley** 15 inch **Sammie** the **Pup** Plu…
jesscoles.blogspot.com/.../review-**animal**-**alley**-15-inch-**sammie**-**pup**.html ▼
Nov 25, 2013 - I'll give you some tips before you decide to buy **Animal Alley** 15 inch
**Sammie** the **Pup** Plush. So you are not disappointed after buying it and in **...**

### **ANIMAL Alley** 43 inch Tan **Sammie Pup** Dolls & Accessorie **...**
www.priceme.co.nz › ... › ANIMAL Dolls & Accessories ▼
Compare **ANIMAL Alley** 43 inch Tan **Sammie Pup** prices & read reviews. Find the best
ANIMAL Dolls & Accessories prices!

### **Animal Alley** - ShopWiki
www.shopwiki.co.uk › Kids › Educational Supplies for Kids ▼
**Animal Alley** Pink 43" **Sammie Puppy** Dog. Sammie the oversized soft toy puppy dog
is looking for a home! This 43" floppy pink pooch has a luxuriously soft coat **...**

### from toysrus com **animal alley** 43 inch tan **sammie pup** toys …
stufftopin.com/.../from-toysrus-com-**animal**-**alley**-43-inch-tan-**sammie**-p... ▼
from toysrus com **animal alley** 43 inch tan **sammie pup** toys r us 50 Picture. See
Original Site: http://www.polyvore.com/animal_alley_43_inch_tan/thing?id= **...**

### **Animal Alley Sammie** the **Pup** | Toys R Us
www.shoppingcart2020.com/.../**animal**-**alley**-**sammie**...**pup**/.../i6295490_... ▼
**Animal Alley Sammie** the **Pup** | SKN: 54046 The perfect canine companion, this 15
inch floppy Toys R Us Plush **Sammie** the **Pup** plush is sweet and adorable.

### **Animal Alley** - Deal Click
www.dealclick.co.uk/brand/**Animal**-**Alley**.html ▼
**Animal Alley** Pink 43" **Sammie Puppy** Dog. £19.99. Buy · Info; Add to shortlist **...**
**Animal Alley** Sammie Pink Dog and Pup. £9.99. Buy · Info; Add to shortlist.

### Toys R US **Sammie Pup** Pink Plush Stuffed **Animal** Puppy D…
www.ebay.com › Toys & Hobbies › Stuffed Animals › Other ▼  eBay ▼
Toys R Us **Sammie Pup** Pink Plush Stuffed Animal Puppy Dog 26" Large Big Jumbo **...**
**Animal Alley** dog plush puppy pup small brown tan soft Darby Toys R Us **...**

### **Animal Alley** 15 Inch **Sammie** The **Pup** Plush - Product Revi…
www.shopping.com › Kids and Family › Toys ▼
**Animal Alley** 15 Inch **Sammie** The **Pup** Plush Overview, Features, and Description. .

### toys r us: **animal alley**: Shopicana
shopicana.com/toys-r-us~~**animal**-**alley**.html ▼
Results 1 - 10 of 306 - **Sammie** the **Pup** 26" - **Animal Alley** - Toys "R" Us The perfect
canine companion, this 26" floppy **Animal Alley Sammie** the **Pup** plush is **...**

**1**  2  3  4  5  6  7  8  9  10         **Next**

Help       Send feedback       Privacy & Terms

brand: hunk ta bunk ta

| Web | Images | Videos | Shopping | News | More ▾ | Search tools |

+Peter     2     Share

About 1,480,000 results (0.42 seconds)

**Hunk-Ta-Bunk-Ta** Hits by Katherine Dines CD, Feb-2012 ... -…
www.ebay.com/.../**Hunk-Ta-Bunk-Ta**...**Hunk-Ta-Bunk-Ta**-/113195... ▾ eBay ▾
**Hunk-Ta-Bunk-Ta** Hits * by Katherine Dines (CD, Feb-2012, **Hunk-Ta-Bunk-Ta**). Be the
first to review it! 1 available. **Brand** New1from$11.10. View all listings (1) **...**

Amazon.com: **Hunk-Ta-Bunk-Ta** CHANTS: Music
www.amazon.com › Music › Children's Music ▾ Amazon.com ▾
Rating: 4.6 - 5 reviews
Amazon.com: **Hunk-Ta-Bunk-Ta** CHANTS: Music. **...** Label: **Hunk Ta Bunk Ta**; ASIN:
B00005K8RZ; Average Customer Review: 4.6 out of 5 **.....** Fashion **Brands**.

dfarq @ Amazon.com: **Hunk-Ta-Bunk-Ta** Music
www.amazon.com/s?me...rh...4%3A**Hunk-Ta-Bunk-Ta**... ▾ Amazon.com ▾
dfarq @ Amazon.com: **Hunk-Ta-Bunk-Ta** Music. **...** Kids' Clothing & Shoes · MYHABIT
Private Fashion Designer Sales · Shopbop Designer Fashion **Brands**.

**Hunk-Ta-Bunk-Ta** BED by Katherine Dines CD, Jan-2001 ... -…
www.ebay.ca/.../**Hunk-Ta-Bunk-Ta**...**Hunk-Ta-Bunk-Ta**-/51108176 ▾ eBay ▾
CA$10.10
There are no "**Brand** New: Auction" listings for this product at this time. **Hunk Ta Bunk
Ta**-Bed - Katherine Dines (2006, CD New) **Hunk Ta Bunk Ta**-Bed **...**

**Hunk-Ta-Bunk-Ta** Boo by Katherine Dines CD, Jan-2001 ... - …
www.ebay.ca/.../**Hunk-Ta-Bunk-Ta**...**Hunk-Ta-Bunk-Ta**-/51273921 ▾ eBay ▾
Dines,Katherine - **Hunk Ta Bunk Ta**-Boo (CD New). Best deal from a **...** There are no
"**Brand** New: Auction" listings for this product at this time. Dines,Katherine **...**

**Hunk•Ta•Bunk•Ta** Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ▾
Since 1993, her concerts have captivated children and family audiences, and her
**Hunk-Ta-Bunk-Ta**® MUSIC cds (11 in series) have garnered over 30 national **...**

**HUNK-TA-BUNK-TA** - Reviews & **Brand** Information - Dines **...**
www.trademarkia.com › ... › Computer & Software Products & Electr... ▾
**HUNK-TA-BUNK-TA** - write and read reviews and find **brand** information for products
and services associated with the **HUNK-TA-BUNK-TA** trademark.

Images for **brand: hunk ta bunk ta**          Report images



More images for **brand: hunk ta bunk ta**

**Hunk TA Bunk TA** BED 0792983100326 CD **Brand** NEW Fr…
www.ebay.com.au › Music › CDs & DVDs ▾ eBay ▾
**Hunk Ta Bunk Ta** Bed 0792983100326, CD, **BRAND** NEW FREE P&H in Music, CDs &
DVDs | eBay.

[PDF] Case 1:12-cv-02279-PAB Document 3 Filed 08/27/12 US…
e-foia.uspto.gov/Foia/ReterivePdf?system=NOS&flNm=103787_T... ▾
Aug 27, 2012 - Dines Develops the Distinctive **Hunk-Ta-Bunk-Ta**® **Brand**. 8. Katherine
Dines is an award-winning children's songwriter, recording and.

**Hunk Ta Bunk Ta** Bed 0792983100326, CD, **BRAND** NEW | …
www.ebay.co.uk › Music › CDs ▾   eBay ▾
**Hunk Ta Bunk Ta** Bed 0792983100326, CD, **BRAND** NEW in Music, CDs | eBay.

**Hunk-Ta-Bunk-Ta** Hits - HEDUA Reviews - Home Educating …
https://hedua.com/reviews/hunk-ta-**bunk-ta**-hits/ ▾
Mar 26, 2012 - When I was asked to review **Hunk-Ta-Bunk-Ta** Hits, I thought I might not
be the best choice. You see, my son with Asperger's syndrome doesn't **...**

TDmonthly Magazine Products by **HUNK-TA-BUNK-TA**® MU…
www.toydirectory.com/monthly/ProductsByMfr.asp?id=297&sort=1 ▾
This **brand** new musical CD is the eighth volume in the award-winning **Hunk-Ta-Bunk-Ta**® MUSIC series, and the second of a two-volume set especially for **...**

**Hunk-Ta-Bunk-Ta** Funsies Volume 2 - Play.com
www.play.com/Music/CD/.../**Hunk-Ta-Bunk-Ta**.../Product.html ▾   Play.com ▾
Buy Katherine Dines - **Hunk-Ta-Bunk-Ta** Funsies Volume 2 online at Play.com. Free
delivery! **...** Comment: **BRAND** NEW items direct from the USA. Please allow **...**

**Hunk-Ta Bunk-Ta** Spooky - Best Children's Music
www.bestchildrensmusic.com/oct98rev.htm ▾
Another **brand** new release I've enjoyed listening to is **Hunk-Ta Bunk-Ta** Spooky by
Katherine Dines (**Hunk-Ta Bunk-Ta** Music, 1998). Created for children ages **...**

792983100524: **Hunk-Ta-Bunk-Ta** Spooky! - New & Used Mu…
www.alibris.com/search/music/upc/792983100524 ▾   Alibris ▾
8 copies - The **Hunk-Ta-Bunk-Ta** Spooky! edition you want & more Katherine Dines new
& used **...** Ta. Description: ABSOLUTELY **BRAND** NEW IN SHRINKWRAP!

**Hunk-Ta-Bunk-Ta** Hits -: Flipkart.com
www.flipkart.com › Music ▾   Flipkart ▾
Rs.1,340.00
Buy **Hunk-Ta-Bunk-Ta** Hits only for Rs. 1340.4 from Flipkart.com. **...** Skip. Please note:
All products sold on Flipkart are **brand** new and 100% genuine **...**

[PDF] Katherine Dines **Hunk-Ta-Bunk-Ta** FUNSIES 2 - Walking …
www.walkingoliver.com/wp-content/.../**hunk_ta_bunk_ta**_funsies2.pdf ▾
**Hunk-Ta-Bunk-Ta** FUNSIES 2. ANGELS ARE DANCING WITH YOU. By Katherine
Dines **....** It's a **brand** new day. Let's giggle 'til our middles. Jiggle and shake.

**HUNK TA BUNK TA** TWINKLE **HUNK TA BUNK TA** TWINKL…
www.atright.com/**hunk-ta-bunk-ta**-twinkle-**hunk-ta-bunk-ta**-twinkle/ ▾
**...** TA BUNK TA TWINKLE **HUNK TA BUNK TA** TWINKLE. Home · Games movies music
· Music; **HUNK TA BUNK TA** TWINKLE **HUNK TA BUNK TA** TWINKLE.

**HUNK TA BUNK TA** BOO **HUNK TA BUNK TA** BOO - AtRight
www.atright.com/**hunk-ta-bunk-ta**-boo-**hunk-ta-bunk-ta**-boo/ ▾
Home · Games movies music; **HUNK TA BUNK TA** BOO **HUNK TA BUNK TA** BOO.
Home · Games movies music · Music; **HUNK TA BUNK TA** BOO HUNK TA **...**

Katherine Dines: **Hunk-Ta-Bunk-Ta** BOO 2: Songs for Teachi…
www.songsforteaching.com › ... › Katherine Dines ▾
Katherine Dines: **Hunk-Ta-Bunk-Ta** BOO 2. CD or Album Download. 12 More **brand**
new creative, interactive, educational and fun tunes for sing-alongs.

**1** 2 3 4 5 6 7 8 9 10   **Next**

Help    Send feedback    Privacy & Terms

| hunk ta bunk ta | | +Peter | 2 | Share |
| --- | --- | --- | --- | --- |

**Web**   Images   Videos   Shopping   Maps   More ▾   Search tools

About 394,000 results (0.22 seconds)

### Hunk•Ta•Bunk•Ta Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ▾
Since 1993, her concerts have captivated children and family audiences, and her
**Hunk**-**Ta**-**Bunk**-**Ta**® MUSIC cds (11 in series) have garnered over 30 national **...**

### Amazon.com: **Hunk**-**Ta**-**Bunk**-**Ta** CHANTS: Music
www.amazon.com › Music › Children's Music ▾  Amazon.com ▾
Rating: 4.6 - 5 reviews
Audio CD (April 15, 2001); Original Release Date: April 15, 2001; Number of Discs: 1;
Label: **Hunk Ta Bunk Ta**; ASIN: B00005K8RZ; Average Customer Review: **...**

### **Hunk**-**Ta**-**Bunk**-**Ta** Music - YouTube

www.youtube.com/watch?v... ▾  YouTube ▾
Jul 30, 2007 - Uploaded by katherinedines
Introduction to Katherine Dines, an award winning Children's
Songwriter, Recording & Teaching Artist **...**

### **Hunktabunkta** Music by Katherine Dines Music, Lyrics, Song…
www.reverbnation.com/**hunktabunkta**musicbykatherinedines ▾  ReverbNation ▾
Since 1992, her **Hunk**-**Ta**-**Bunk**-**Ta**® Music has garnered numerous national awards
including a Grammy nomination, while her concerts continue to captivate **...**

### Images for **hunk ta bunk ta**                    Report images



More images for **hunk ta bunk ta**

### Katherine Dines, **Hunk**-**Ta**-**Bunk**-**Ta** Music
think360arts.org/portfolio/katherine-dines/ ▾
Katherine Dines is a songwriter, recording and teaching artist, a keynote presenter, and
the creator of the **Hunk**-**Ta**-**Bunk**-**Ta** series of children's recordin.

### iTunes - Music - **Hunk**-**Ta**-**Bunk**-**Ta** Chants by Katherine Dines
https://itunes.apple.com/us/album/**hunk**-**ta**-**bunk**-**ta**.../id507289176 ▾  iTunes ▾
Preview songs from **Hunk**-**Ta**-**Bunk**-**Ta** Chants by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk**-**Ta**-**Bunk**-**Ta** Chants for $9.99. Songs **...**

### iTunes - Music - **Hunk**-**Ta**-**Bunk**-**Ta** - Spooky by Katherine Din…
https://itunes.apple.com/us/album/**hunk**-**ta**-**bunk**-**ta**.../id506861837 ▾  iTunes ▾
Preview songs from **Hunk**-**Ta**-**Bunk**-**Ta** - Spooky by Katherine Dines on the iTunes
Store. Preview, buy, and download **Hunk**-**Ta**-**Bunk**-**Ta** - Spooky for $9.99.

### **Hunktabunkta** Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music ▾
In addition, she continues to expand **Hunk**-**Ta**-**Bunk**-**Ta**® Music into other product areas
including books, toys and television. To date, she has created 11 albums **...**

### **Hunk Ta Bunk Ta** Music with Katherine Dines on Vimeo

vimeo.com/45909513 ▾  Vimeo ▾
Jul 17, 2012
Sing and dance, twist and shout with award-winning children's
songwriter Katherine Dines.

hunk ta bunk ta Case le Noarch12-cv-02279-PAB-KMT     Documentt121w4.google filed 06/06/14um=USDOC Colorado&rls=org.mozi...

pg 25 of 35

**Hunk-Ta-Bunk-Ta** Music by Katherine Dines & GIVEAWAY |
getcluedincolorado.com/.../**hunk**-**ta**-**bunk**-**ta**-music-by-katherine-dines-gi... ▾
Jan 26, 2012 - I had opportunity to interview Katherine Dines who lives right here in the mile high city, about her new CD release titled "**Hunk-Ta-Bunk-Ta ...**

**Hunk-Ta-Bunk-Ta** Boo - Katherine Dines | Songs, Reviews, …
www.allmusic.com/album/**hunk**-**ta**-**bunk**-**ta**-boo-mw0000348400 ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** Boo - Katherine Dines on AllMusic - 1995.

**Hunk-Ta-Bunk-Ta** Boo 2! - Katherine Dines | Songs, Reviews…
www.allmusic.com/.../**hunk**-**ta**-**bunk**-**ta**-boo-2!-mw0000341127 ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** Boo 2! - Katherine Dines on AllMusic - 1995.

**Hunk-Ta-Bunk-Ta** BED - Katherine Dines | Songs, Reviews, …
www.allmusic.com/album/**hunk**-**ta**-**bunk**-**ta**-bed-mw0000348443 ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** BED - Katherine Dines on AllMusic - 1995.

**Hunk-Ta-Bunk-Ta** GNU (Weird, Wild and Wacky Words) - Ka…
www.allmusic.com/.../**hunk**-**ta**-**bunk**-**ta**-gnu-weird-wild-and-wa... ▾  AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk-Ta-Bunk-Ta** GNU (Weird, Wild and Wacky Words) - Katherine Dines on AllMusic **...**

Seedlings: Katherine Dines **Hunk-Ta-Bunk-Ta** - Lone Tree Ar…
www.lonetreeartscenter.org/showinfo.php?id=73 ▾
Jun 4, 2013 - Katherine Dines has performed around the globe since 1992. Featuring songs from her 11 award-winning **Hunk-Ta-Bunk-Ta**® albums, **...**

**Hunk-Ta-Bunk-Ta** SPOOKY by Katherine Dines on Spotify
open.spotify.com/album/3yQZNkniAARFJMSN6IASXL ▾  Spotify ▾
**Hunk-Ta-Bunk-Ta** SPOOKY. by Katherine Dines. 01 Owl and door... well well well... opening 02:52; 02 Mr. Jones' Bones 04:15; 03 Say how's about some hot **...**

**Hunk-Ta-Bunk-Ta** BOO – Katherine Dines – Listen and disco…
www.last.fm/music/Katherine+Dines/**Hunk**-**Ta**-**Bunk**-**Ta**+BOO ▾  Last.fm ▾
Listen free to Katherine Dines – **Hunk-Ta-Bunk-Ta** BOO (Goosebumps, Are We Ever Gonna Get There? and more). 12 tracks (33:09). **Hunk-Ta-Bunk-Ta** BOO **...**

**Hunk-Ta-Bunk-Ta** CHANTS – Katherine Dines – Listen and d…
www.last.fm/music/Katherine.../**Hunk**-**Ta**-**Bunk**-**Ta**+CHANTS ▾  Last.fm ▾
Listen free to Katherine Dines – **Hunk-Ta-Bunk-Ta** CHANTS (Mashed Potatoes, Keemo Kyemo and more). 37 tracks (59:43). People who like Katherine Dines **...**

**HUNK-TA-BUNK-TA** MUSIC's Profile Page - ToyDirectory
www.toydirectory.com/**Hunk**/ ▾
**Hunk-Ta-Bunk-Ta**®MUSIC produces original songs and musical products for children under age 12. Recording and teaching artist, Katherine Dines, has **...**

[PDF] **Hunk-Ta-Bunk-Ta** CHANTS - Walking Oliver
www.walkingoliver.com/wp-content/.../**hunk_ta_bunk_ta**_chants.pdf ▾
**Hunk-Ta-Bunk-Ta** CHANTS. A SACRED CHANT. From Sacred Chants - Volume 1. Kripalu Center; Lenox, Massachusetts. This basic chant is one of many **...**

**Hunk Ta Bunk** at Amazon
Ad  www.amazon.com/music ▾
Low prices on new & used music. Free Shipping on Qualified Orders.

Searches related to **hunk ta bunk ta**

hunk ta bunk ta **music**

hunk ta bunk ta **hippo**

hunk ta bunk ta **stuffed animals**

hunk ta bunk ta Google Search

https://www.google.com/search?num=20&client=firefox-a&rls=org.mozi...

**1** 2 3 4 5 6 7 8 9 10 **Next**

Help    Send feedback    Privacy & Terms

| hunk-ta-bunk-ta | | | +Peter | 2 | Share |

Web    Images    Videos    Shopping    Maps    More ▾    Search tools

About 396,000 results (0.27 seconds)

### Hunk•Ta•Bunk•Ta Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ▾
Since 1993, her concerts have captivated children and family audiences, and her
**Hunk**-**Ta**-**Bunk**-**Ta**® MUSIC cds (11 in series) have garnered over 30 national **...**

### Amazon.com: Hunk-Ta-Bunk-Ta CHANTS: Music
www.amazon.com › Music › Children's Music ▾   Amazon.com ▾
Rating: 4.6 - 5 reviews
Audio CD (April 15, 2001); Original Release Date: April 15, 2001; Number of Discs: 1;
Label: **Hunk Ta Bunk Ta**; ASIN: B00005K8RZ; Average Customer Review: **...**

### Hunktabunkta Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music ▾
**Hunktabunkta** Music. 787 likes · 30 talking about this. Katherine Dines is an award-
winning children's songwriter, recording and teaching artist who performs **...**

### Hunk-Ta-Bunk-Ta Music - YouTube

www.youtube.com/watch?v... ▾  YouTube ▾
Jul 30, 2007 - Uploaded by katherinedines
Introduction to Katherine Dines, an award winning Children's
Songwriter, Recording & Teaching Artist **...**

### Hunktabunkta Music by Katherine Dines Music, Lyrics, Song…
www.reverbnation.com/**hunktabunkta**musicbykatherinedines ▾  ReverbNation ▾
**Hunktabunkta** Music by Katherine Dines Lyrics, Songs, Music, and Videos by the band
**Hunktabunkta** Music by Katherine Dines at ReverbNation.

### Images for hunk-ta-bunk-ta                    Report images



More images for **hunk-ta-bunk-ta**

### Katherine Dines, Hunk-Ta-Bunk-Ta Music
think360arts.org/portfolio/katherine-dines/ ▾
Katherine Dines is a songwriter, recording and teaching artist, a keynote presenter, and
the creator of the **Hunk**-**Ta**-**Bunk**-**Ta** series of children's recordin.

### iTunes - Music - Hunk-Ta-Bunk-Ta Chants by Katherine Dines
https://itunes.apple.com/us/album/**hunk**-**ta**-**bunk**-**ta**.../id507289176 ▾  iTunes ▾
Preview songs from **Hunk**-**Ta**-**Bunk**-**Ta** Chants by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk**-**Ta**-**Bunk**-**Ta** Chants for $9.99. Songs **...**

### iTunes - Music - Hunk-Ta-Bunk-Ta - Spooky by Katherine Din…
https://itunes.apple.com/us/album/**hunk**-**ta**-**bunk**-**ta**.../id506861837 ▾  iTunes ▾
Preview songs from **Hunk**-**Ta**-**Bunk**-**Ta** - Spooky by Katherine Dines on the iTunes
Store. Preview, buy, and download **Hunk**-**Ta**-**Bunk**-**Ta** - Spooky for $9.99.

### iTunes - Music - Hunk-Ta-Bunk-Ta BOO by Katherine Dines
https://itunes.apple.com/us/album/**hunk**-**ta**-**bunk**-**ta**.../id508973294 ▾  iTunes ▾
Preview songs from **Hunk**-**Ta**-**Bunk**-**Ta** BOO by Katherine Dines on the iTunes Store.
Preview, buy, and download **Hunk**-**Ta**-**Bunk**-**Ta** BOO for $9.99. Songs start **...**

### Hunk Ta Bunk Ta Music with Katherine Dines on Vimeo



vimeo.com/45909513 ▾ Vimeo ▾
Jul 17, 2012
Sing and dance, twist and shout with award-winning children's songwriter Katherine Dines.

### Hunk-Ta-Bunk-Ta Music by Katherine Dines & GIVEAWAY |

getcluedincolorado.com/.../**hunk**-**ta**-**bunk**-**ta**-music-by-katherine-dines-gi... ▾
Jan 26, 2012 - I had opportunity to interview Katherine Dines who lives right here in the mile high city, about her new CD release titled "**Hunk**-**Ta**-**Bunk**-**Ta ...**

### Hunk-Ta-Bunk-Ta Boo - Katherine Dines | Songs, Reviews, …

www.allmusic.com/album/**hunk**-**ta**-**bunk**-**ta**-boo-mw0000348400 ▾ AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk**-**Ta**-**Bunk**-**Ta** Boo - Katherine Dines on AllMusic - 1995.

### Hunk-Ta-Bunk-Ta Boo 2! - Katherine Dines | Songs, Reviews…

www.allmusic.com/.../**hunk**-**ta**-**bunk**-**ta**-boo-2!-mw0000341127 ▾ AllMusic ▾
Find album reviews, stream songs, credits and award information for **Hunk**-**Ta**-**Bunk**-**Ta** Boo 2! - Katherine Dines on AllMusic - 1995.

### Seedlings: Katherine Dines Hunk-Ta-Bunk-Ta - Lone Tree Ar…

www.lonetreeartscenter.org/showinfo.php?id=73 ▾
Jun 4, 2013 - Katherine Dines has performed around the globe since 1992. Featuring songs from her 11 award-winning **Hunk**-**Ta**-**Bunk**-**Ta**® albums, **...**

### Hunktabunkta Music (kdines) on Twitter

https://twitter.com/kdines ▾
The latest from **Hunktabunkta** Music (@kdines). Award-winning family entertainer who performs throughout the globe. Songwriter, recording and teaching artist **...**

### Hunk-Ta-Bunk-Ta SPOOKY by Katherine Dines on Spotify

open.spotify.com/album/3yQZNkniAARFJMSN6IASXL ▾ Spotify ▾
**Hunk**-**Ta**-**Bunk**-**Ta** SPOOKY. by Katherine Dines. 01 Owl and door... well well well... opening 02:52; 02 Mr. Jones' Bones 04:15; 03 Say how's about some hot **...**

### Hunk-Ta-Bunk-Ta BOO – Katherine Dines – Listen and disco…

www.last.fm/music/Katherine+Dines/**Hunk**-**Ta**-**Bunk**-**Ta**+BOO ▾ Last.fm ▾
Listen free to Katherine Dines – **Hunk**-**Ta**-**Bunk**-**Ta** BOO (Goosebumps, Are We Ever Gonna Get There? and more). 12 tracks (33:09). **Hunk**-**Ta**-**Bunk**-**Ta** BOO **...**

### Grand County Colorado - Hunk-Ta-Bunk-Ta Band

www.visitgrandcounty.com/events/index.php?eID=410 ▾
Aug 10, 2013 - **Hunk**-**Ta**-**Bunk**-**Ta** Band. Captivating performance with movement, sign language, sing alongs, zany props, drumming and more.

### KidTunes: Hunk-Ta-Bunk-Ta #1 Hits: Music for Growing Fami…

technorati.com › Entertainment › Music › Articles ▾
Jan 31, 2012 - This afternoon, for the first time, I listened to Katherine Dines' new release (out today), **Hunk**-**Ta**-**Bunk**-**Ta** #1 Hits: Music for Growing Families.

### HUNK-TA-BUNK-TA MUSIC's Profile Page - ToyDirectory

www.toydirectory.com/**Hunk**/ ▾
**Hunk**-**Ta**-**Bunk**-**Ta**®MUSIC produces original songs and musical products for children under age 12. Recording and teaching artist, Katherine Dines, has **...**

### Hunk Ta Bunk at Amazon

Ad  www.amazon.com/music ▾
Low prices on new & used music. Free Shipping on Qualified Orders.

**1** 2 3 4 5 6 7 8 9 10          **Next**

Help          Send feedback          Privacy & Terms

hunktabunkta - Google Search          Case No. 1:12-cv-02279-PAB-KMT          Document 121-4          https://www.google.com/search?num=20&lr=lang_en...&rls=org.mozi...

hunktabunkta

| Web | Maps | Images | Shopping | Videos | More | Search tools |

+Peter                    2          Share

About 7,770 results (0.40 seconds)

Did you mean: **hunk ta bunk ta**

### Hunk•Ta•Bunk•Ta Music For Growing Families By Katherine …
www.**hunktabunkta**.com/ ▾
Katherine Dines is an award-winning children's songwriter, recording and teaching artist who performs throughout the world. Since 1993, her concerts have **...**

**Hunk-Ta-Bunk-Ta® Hits**
JUST RELEASED!! 15 songs favorites for growing families. All **...**

**Hunk•Ta•Bunk•Ta | Music Fo…**
The Story of Hunk•Ta•Bunk•Ta. Once upon a time, when I was **...**

More results from hunktabunkta.com »

### **Hunktabunkta** Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music ▾
**Hunktabunkta** Music. 787 likes · 30 talking about this. Katherine Dines is an award-winning children's songwriter, recording and teaching artist who performs **...**

### **Hunktabunkta** Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music?filter=2 ▾
**Hunktabunkta** Music. 786 likes · 41 talking about this. Katherine Dines is an award-winning children's songwriter, recording and teaching artist who performs **...**

### **Hunktabunkta** Music | Facebook
https://www.facebook.com/**Hunktabunkta**Music?ref=stream&hc... ▾
**Hunktabunkta** Music. 782 likes · 23 talking about this. Katherine Dines is an award-winning children's songwriter, recording and teaching artist who performs **...**

### **Hunktabunkta** Music by Katherine Dines Music, Lyrics, Song…
www.reverbnation.com/**hunktabunkta**musicbykatherinedines ▾   ReverbNation ▾
**Hunktabunkta** Music by Katherine Dines Lyrics, Songs, Music, and Videos by the band **Hunktabunkta** Music by Katherine Dines at ReverbNation.

### **Hunktabunkta** Music (kdines) on Twitter
https://twitter.com/kdines ▾
The latest from **Hunktabunkta** Music (@kdines). Award-winning family entertainer who performs throughout the globe. Songwriter, recording and teaching artist **...**

### www.**Hunktabunkta**.com - Hunk-Ta-Bunk-Ta Music By Kather…
urlm.co/www.**hunktabunkta**.com ▾
In the United States, **Hunktabunkta**.com is ranked 1881739, with an estimated 318 monthly visitors a month. Click to view other data about this site.

### **Hunktabunkta** Label at Tower.com - Tower Records
www.tower.com/music-label/**hunktabunkta** ▾
5+ items - Find **Hunktabunkta** label music CDs and LPs when you shop at **...**

Hunk-Ta-Bunk-Ta Wiggle (CD).          2007-01-15
Hunk-Ta-Bunk-Ta Funsies 1 (CD).     2003-04-15

### Images for **hunktabunkta**                              Report images



More images for **hunktabunkta**

### **Hunktabunkta** Music (**hunktabunkta**.music) on Myspace
https://myspace.com/**hunktabunkta**.music ▾
**Hunktabunkta** Music (**hunktabunkta**.music)'s profile on Myspace, the place where
people come to connect, discover, and share.

### **Hunktabunkta** Records's Label Page – Music at Last.fm
www.last.fm/label/**Hunktabunkta**+Records ▾  Last.fm ▾
Listen to **Hunktabunkta** Records's top artists: . **... Hunktabunkta** Records. Artists ·
Albums · Tracks · Wiki · Listeners · Events · Groups · Journal. More… 0 listeners **...**

### **Hunktabunkta**.com Site Info - Alexa
www.alexa.com/siteinfo/**hunktabunkta**.com ▾  Alexa Internet ▾
**hunktabunkta**.com - Reviews, Site Info, Traffic Stats and Related Links from Alexa.

### Spring Break: Katherine Dines and **HunkTaBunkTa**® MUSIC **...**
mykidsweek.com/colorado/calendar/index.php?eID=38055 ▾
Bring the whole family to see this award-winning children's songwriter. Katherine Dines
jam-packs every performance with movement, sign language, **...**

### Music for little ones! **Hunktabunkta** Music! - CafeMom
www.cafemom.com/.../Music_for_little_ones_**Hunktabunkta**_Music ▾
Mar 19, 2013 - Katherine Dines is an award-winning children's songwriter, recording and
teaching artist who performs throughout the wor.

### Have you played music for your little one today?? **Hunktabun**…
www.cafemom.com/.../Have_you_played_music_for_your_little_one_to... ▾
Mar 10, 2013 - And be sure to support **Hunktabunkta** Music and like us on Facebook
http://www.facebook.com/HunktabunktaMusic?ref=hl#!

### Old Tweets: kdines (**Hunktabunkta** Music) - TweetTunnel
tweettunnel.com/kdines ▾
Reach out to **#Hunktabunkta** I am available for performances, keynotes, school
assemblies, **... HUNKTABUNKTA** will be releasing at least TWO new CDs!

### **Hunktabunkta**.com Analysis - DomainTuno
www.domaintuno.com/d/**hunktabunkta**.com ▾
Dec 10, 2013 - **Hunktabunkta**.com info - Location: United States, Registered on: 27 Mar
2000.

### www.**Hunktabunkta**.com - Hunk•Ta•Bunk•Ta Music -…
urlm.co.uk/www.**hunktabunkta**.com ▾
25+ items - In the United Kingdom, **Hunktabunkta**.com is ranked 3007886, **...**

Worldwide Rank, 21,547,148        13,233,595.
Daily Visitors Rank, 24,638,761    14,015,566.

### Email Address Format for **hunktabunkta**.com
email-format.com/d/**hunktabunkta**.com/ ▾
Find the email address format for employees at **hunktabunkta**.com.

### Rakuten.com Shopping - **Hunktabunkta** Records
www.rakuten.com/sitemap/prodlist/m/.../**Hunktabunkta**_Records.aspx ▾
**Hunktabunkta** Records. Back to store |

### Gretchen/feed/rss2/www.**hunktabunkta**.com | Mile High Mamas
www.milehighmamas.com/search/gretchen/.../www.**hunktabunkta**.com ▾
Dec 26, 2013 - You have just searched for "gretchen/feed
/rss2/www.**hunktabunkta**.com". Here are the results: No posts found. Try a different
search?

### Hunk Ta Bunk Ta at Amazon
Ad   www.amazon.com/  ▾
4.3             rating for amazon.com
Buy **hunk ta bunk ta** at Amazon! Free Shipping on Qualified Orders.

**1**  2  3  4  5  6  7  8  9  10        **Next**

Help      Send feedback      Privacy & Terms

### Hunk Ta Bunk Ta at Amazon
Ad   www.amazon.com/  ▾
4.3             rating for amazon.com
Buy **hunk ta bunk ta** at Amazon! Free Shipping on Qualified Orders.

toys r us plush                                             +Peter        **2**        Share

Web     Shopping     Images     Videos     Maps     More ˅     Search tools

About 16,500,000 results (0.51 seconds)

### Toys"R"Us® Official Site - ToysRUs.com
Ad   www.toysrus.com/ ˅
Find Hot New **Toys**, Kid's Favorites & **Toys"R"Us**® Exclusives. Shop Now!

### Stuffed Animals, Plush Toys & Puppets - Barbie & Baby ... - T…
www.toysrus.com/category/index.jsp?categoryId=2255970 ˅  Toys "R" Us ˅
Check out our stuffed animals & **plush toys** shop. We carry all your favorite stuffed **toys**
from Webkinz, Club Penguin, Sing-A-Ma-Jigs & much more. Shop now.

| Stuffed Animals | Favorite Characters |
|---|---|
| Buy stuffed animals and plush toys from Gund, Baby Einstein, and **...** | **...** favorite characters, including Elmo, Barney, Star Wars, **...** |
| Jumbo Sized Stuffed Animals | Toys"R"Us Plush |
| Buy jumbo sized stuffed animals from Gund and more at **...** | **...** by stuffed animals. Buy their favorite plush animal from Toys **...** |

More results from toysrus.com »

### Soft & Plush Toys - Toys R Us
www.**toysrus**.com/family/index.jsp?categoryId=3225461 ˅  Toys "R" Us ˅
Results 1 - 24 of 394 - Buy stuffed animals and other **plush** toys for babies from Gund,
LeapFrog, and more at **Toys**"**R**"**Us**.

### Stuffed Animals - Plush Dolphins, Sharks & Penguins | Toys"…
www.**toysrus**.com/family/index.jsp?categoryId=2257691 ˅  Toys "R" Us ˅
Results 1 - 24 of 27 - Buy **plush** dolphins, sharks, penguins, and other stuffed animals at
**Toys**"**Us**.

### Stuffed Animals - Plush Elephants & Giraffes | Toys"R"Us
www.**toysrus**.com/family/index.jsp?categoryId=2257692 ˅  Toys "R" Us ˅
Results 1 - 24 of 67 - Buy **plush** elephants and giraffes and other stuffed animals at
**Toys**"**R**"**Us**.

### Stuffed Animals - Plush Bunny Rabbits | Toys"R"Us
www.**toysrus**.com/family/index.jsp?categoryId=2257682 ˅  Toys "R" Us ˅
Results 1 - 18 of 18 - Buy **plush** bunny rabbits and other stuffed animals at **Toys**"**R**"**Us**.

### Stuffed Animals - Plush Cats & Dogs - Fisher-Price ... - Toys …
www.**toysrus**.com/family/index.jsp?categoryId=2257683 ˅  Toys "R" Us ˅
Results 1 - 24 of 171 - Buy **plush** cats and dogs and other stuffed animals from Fisher-
Price, Gund, and more at **Toys**"**R**"**Us**.

### Plush Puppets - Stuffed Animals - Melissa & Doug | Toys"R"Us
www.**toysrus**.com/family/index.jsp?categoryId=2290615 ˅  Toys "R" Us ˅
Results 1 - 24 of 107 - Buy **plush** puppets and stuffed animals from Melissa & Doug and
more at **Toys**"**R**"**Us**.

### Plush Pandas | ToysRUs |Toys R Us
www.**toysrus**.com/.../**toys**-**r**-**us**-**plush**-18-inch-panda-black-a... ˅  Toys "R" Us ˅
                    Rating: 4.7 - 54 reviews - $19.99 - In stock
Anyone's day is sure to be a little brighter when they've got a bamboo-loving buddy like
this **Toys'R'Us Plush** 18-inch Panda. He features a realistic and **...**

### Teddy Bears, Plush Bears, Stuffed Animals, Lots-o' - Toys"R"…
www.**toysrus**.com/family/index.jsp?categoryId=2257681 ˅  Toys "R" Us ˅
Results 1 - 24 of 130 - Babies R Us 8 inch My Bear Friend Plush - Pink - Babies R Us -
**... Toys R Us Plush** 9 inch Chocolate Scented Tip Dyed Bear - Brown - Toys **...**

**Shop for toys r us plush on Google**

   

**Toys R Us Plush** 15.5 in...
**$14.99**
Toys R Us

**Toys R Us Plush** Pink V...
**$26.99**
Toys R Us

**Toys R U Plush** 15...
**$14.99**
Toys R U

### Stuffed Animals - **Plush** Frogs & Snakes - Disney & Mattel | T…
www.**toysrus**.com/family/index.jsp?categoryId=2257690 ▾ Toys "R" Us ▾
Results 1 - 24 of 33 - Buy **plush** frogs and snakes and other stuffed animals from
Disney, Mattel, and more at **Toys"R"Us**.

### Stuffed Animals - **Plush** Horses - Melissa & Doug ... - **Toys R**…
www.**toysrus**.com/family/index.jsp?categoryId=2257686 ▾ Toys "R" Us ▾
Results 1 - 24 of 33 - Buy **plush** horses and other stuffed animals from Melissa & Doug,
Hasbro, and more at **Toys"R"Us**.

### **Plush** Monkeys & More - **Toys R Us**
www.**toysrus**.com/family/index.jsp?categoryId=2257688 ▾ Toys "R" Us ▾
Results 1 - 24 of 55 - Buy **plush** monkeys and other stuffed animals from Gund and
Melissa & Doug at **Toys"R"Us**.

### Stuffed Animals - **Plush** Lions - Fisher-Price and Hasbro | To…
www.**toysrus**.com/family/index.jsp?categoryId=2257687 ▾ Toys "R" Us ▾
Results 1 - 24 of 51 - Buy **plush** lions and other stuffed animals from Fisher-Price,
Hasbro, and more at **Toys"R"Us**.

### Images for **toys r us plush**          Report images

    

More images for **toys r us plush**

### Amazon.com : **Toys R Us Plush** Pink Veterinarian Kit : Toy M…
www.amazon.com › ... › Pretend Play › Medical Kits ▾ Amazon.com ▾
Amazon.com : **Toys R Us Plush** Pink Veterinarian Kit : Toy Medical Kits : Toys &
Games.

### FAO Schwarz Patrick the Pup **Plush** - Jumbo - **Toys 'R' Us** - …
www.fao.com/product/index.jsp?productId=3776365 ▾ FAO Schwarz ▾
Buy FAO Schwarz Patrick the Pup **Plush** - Jumbo - This loveable pup is looking for a
new home! Squeezably soft, he is sure to bring smiles & delight for years to **...**

### **Toys R US** Bear | eBay
www.ebay.com/bhp/**toys**-r-**us**-bear ▾ eBay ▾
**Toys R Us Plush** 15.5 inch Polar Bear - White. Ships free with a $100 purchase! See
product details. The 15.5" Polar Bear plush from **Toys'R'Us Plush**, **...**

### Daniel Tiger's Neighborhood . Products . | PBS Parents
www.pbs.org/parents/daniel/products/ ▾ Public Broadcasting Service ▾
DANIEL TIGER TOYS NOW AVAILABLE AT **TOYS**-**R**-**US**. Daniel-toy-694-8-12. OTHER
DANIEL TIGER PRODUCTS. MOBILE APPS **...**

### **Toys R Us**® Pets **Plush** Octopus - Toys - Dog - PetSmart
www.petsmart.com › Dog › Toys ▾ PetSmart ▾
PetSmart: Buy **Toys R Us**® Pets **Plush** Octopus - A PetSmart Exclusive! Available in
assorted colors please allow us to choose for you.

### **Toys R Us Plush** 17-in. Sitting Dog (Brown) at ToysRUs Toy …
bfads.net/Item/**ToysRUs**-**Toy**-Book-**Toys**-**R**-**Us**-**Plush**-17in.../144775 ▾
Buy **Toys R Us Plush** 17 inch Sitting Dog - Brown - The **Toys'R'Us Plush** 17-inch Sitting
Dog is the cutest stuffed pup you've seen in dog years! His chestnut **...**

### **Toys R Us** Small **Plush** Animals - Buy at Wag.com - Free Shi…
www.wag.com/html/sg/**toys**-**r**-**us**-small-**plush**-animals.html ▾
Shop for **Toys R Us** Small **Plush** Animals at Wag.com. FREE 1-2 day shipping both
ways, great prices & 365-day return policy. Best 24/7 customer service.

Searches related to **toys r us plush**

| | |
|---|---|
| toys r us plush **pig** | toys r us plush **minion** |
| toys r us plush **snake** | toys r us plush **giraffe** |
| toys r us plush **cat** | **club penguin 6.5** plush **jakks pacific** |
| toys r us plush **horse** | plush **mascot** |

**1**  2  3  4  5  6  7  8  9  10          **Next**

Help          Send feedback          Privacy & Terms