# EXHIBIT E

**Exhibit E:**

**Google Keyword Planner Screenshots**

# Keyword Planner Results



