# EXHIBIT F

**Exhibit F:**

**Sammie Page**



| Search by Name, Email, Username or Phone | Location (optional) | 🔍 |
| --- | --- | --- |

---

## People Named **Sammie Page**

Sponsored Shortcuts

| **Sammie Lee Page** | 74 | Bellflower, CA \| Compton, CA | Contact Info |
| --- | --- | --- | --- |
| **Sammie Denise Page** | 43 | Bay Springs, MS \| Laurel, MS | Contact Info |
| **Sammie L Page** | 61 | Eastover, SC \| Joliet, IL | Contact Info |
| **Sammie Lee Page** | 54 | Eastover, SC \| Henderson, TX | Contact Info |
| **Sammie Lou Page** | 69 | Alma, AR \| Cedarville, AR | Contact Info |

## Background Checks

Sponsored by InstantCheckmate.com

| **Sammie Page** | 74 | Greenville, MS \| Los Angeles, CA \| Ingle... | 2 related people | Access Report |
| --- | --- | --- | --- | --- |
| **Sammie Lee Page** | 74 | Compton, CA \| Bellflower, CA \| Norwalk,... | 2 related people | Access Report |
| **Sammie Page** | 43 | Taylorsville, MS | 2 related people | Access Report |
| **Sammie L Page** | 61 | Joliet, IL \| Eastover, SC \| Lockport, IL | 2 related people | Access Report |
| **Sammie Elizabeth P...** | | Syracuse, NY \| Syracuse, NY | 2 related people | Access Report |

## Address History

Sponsored by PeopleFinders.com

| **Sammie Denise Page** | 43 | Taylorsville, MS \| Laurel, MS | Public Records | Address History |
| --- | --- | --- | --- | --- |
| **Sammie Lee Page** | 55 | Tillar, AR | Public Records | Address History |
| **Sammie Elizabeth P...** | | Syracuse, NY | Public Records | Address History |
| **Sammie J Page** | | Mount Olive, MS | Public Records | Address History |
| **Sammie Lee Page** | 74 | Long Beach, CA \| Compton, CA | Public Records | Address History |

## Background Reports

Sponsored by PeopleSmart.com

| **Sammie Mae Page** | | Saint Louis, MO | | \| Background Report |
| --- | --- | --- | --- | --- |
| **Sammie L Page** | 69 | Cedarville, AR | | \| Background Report |
| **Sammie Lee Page** | 74 | Compton, CA | 5 related people | \| Background Report |
| **Sammie Page** | 43 | Taylorsville, MS | 2 related people | \| Background Report |
| **Sammie Denise Page** | 43 | Taylorsville, MS | 5 related people | \| Background Report |

## Vital Records

Sponsored by Archives.com

| **Sammie Page** | 44 Vital Records | Family history | View Records |
| --- | --- | --- | --- |
| **Sammie Page** | 25 Birth Records | Family history | View Records |
| **Sammie Page** | 9 Marriage Records | Family history | View Records |

### What is this page?

SPONSORED LINKS

**Sammie Page** Arrested?
Has **Sammie Page**
been arrested? Check now.
InstantCheckmate.com

Find **Sammie**
**Sammie**'s Info- Try Free
Phone, Address And More
PeopleSmart.com

**Sammie**'s Hidden Profiles
See Hidden Profiles on
MySpace, Facebook + More
Spokeo.com

**Sammie**'s Social Profiles
Enter Phone Number
View Social Profile &Pics
Spokeo.com

Looking for **Sammie**
**Page**'s
Address History?
We've Got It
PeopleFinders.com

3/18/2014 4:23 PM

## Public Records

Sponsored by Intelius.com

| | | | |
|---|---|---|---|
| **Sammie Denise Page** | 43 | Taylorsville, MS | 1 related person |
| **Sammie Lee Page** | 74 | Greenville, MS | 4 related people |
| **Sammie Joe Page** | 66 | Henderson, TX | 1 related person |
| **Sammie L Page** | 61 | Eastover, SC | 5 related people |
| **Sammie Lou Page** | 69 | Cedarville, AR | 3 related people |

## Contact Details

Sponsored by Spokeo.com

| | | | | |
|---|---|---|---|---|
| **Sammie Lee Page** | 74 | S Essey Ave, Compton, CA | Current Address | Phone Number |

## More People Named **Sammie Page**

Sponsored Shortcuts

| | | | |
|---|---|---|---|
| **Sammie Page** | 66 | Columbus G*A, GA \| Columbus, GA | Contact Info |
| **Sammie Denise Page** | 43 | Laurel, MS \| Taylorsville, MS | Contact Info |
| **Sammie Etter Page** | | Los Angeles, CA \| United States | Contact Info |
| **Sammie L Page** | 76 | Eastover, SC \| Joliet, IL | Contact Info |
| **Sammie Lee Page** | 55 | Drew County, AR \| Tillar, AR | Contact Info |
| **Sammie Page** | | Greenville, MS \| Inglewood, CA | Contact Info |
| **Sammie Page** | 30 | Compton, CA \| Simi Valley, CA | Contact Info |
| **Sammie Page Ms** | 60 | Spurger, TX \| Zavalla, TX | Contact Info |
| **Sammie Page** | 23 | Carthage, MO | Contact Info |
| **Sammie Page** | 34 | Fort Lauderdale, FL | Contact Info |
| **Sammie Page** | 24 | Stout, OH | Contact Info |
| **Sammie Page** | 33 | Oxford, Great Britain | |
| **Sammie Lee Page** | | Compton, CA \| Long Beach, CA | Contact Info |
| **Sammie E Page** | | Syracuse, NY | Contact Info |

Sponsored

Search **Sammie**'s Arrests
Discover who you know with a Criminal Record
InstantCheckmate.com

Pages related to **Sammie Page**

While this has to be painful, **Sammie** is stoic and the most obvious sign of pain **...Sammie** is being fostered by a family who plans to adopt her despite **...**
Sammie of New Mexico - www.airedaleterriers.org

Watch **sammie** videos from all over the internet

sammie - Page 1 - Blinkx Video Results - www.blinkx.com

An article from Sky News says that we will be split into two human species. **...** Below is the article from sky news. Social division might split humans into two sub **...**

Sam - - blog.fooyoh.com

**sammie's** Journal **sammie's Page** [ There are currently no entries in **sammie's** journal ] **...** Click here to learn more about in-text links on this **page**. **...**

HortiPlex: sammie's Journal - hortiplex.gardenweb.com

My **Page**. City Guide. Lottery Results. Weather. Movie Listings. Maps **...Sammie Page** was appointed to the position and is barred by state law from running for **...**

County races in May 20 primary - www.pressargus.com

Search **Sammie Page**'s arrest records online instantly                    **Sponsored Tip -** InstantCheckmate.com

**sammie's page**. Recommend This To Others. **sammie** has not created their profile yet. Leave a **...** or add **sammie** as a friend here. 14336765. **sammie's Page**. Home Messages **...**

Gardening & Lawn Care Blogs - Connect - Scotts Miracle-Gro - www.scotts.com

**Sammie's** website. **Sammie's** website: blogs. galleries. images. **page** links. styles. text. web pages. **Sammie's page** links folder: About Us Terms **...**

Sammie's website at Blockstar. - sites.blockstar.com

main artist **page** " music " widgets and banners " fans and user **...sammie**. Advertisement " go to the music **page** for more. full. Southern Fried. Fans. User **...**

SoundClick artist: sammie - page with MP3 music downloads - www.soundclick.com

Thank you to the following donors to **Sammie's** Surgical Fund **...** Make a check payable to **Sammie's** veterinarian, Veterinary Surgery Specialists of **...**

Donors to Surgery Fund for Sammie of New Mexico - www.airedaleterriers.org

Amazon.com: **SAMMIE...** Do It For You by **Sammie** (MP3 Download - Mar. 14, 2000) Download MP3 Song: $0.99. MP3 Downloads: See all 439 items " Previous|**Page**:1 2 3 4 |Next " **...**

Amazon.com: SAMMIE - www.amazon.com

Find **Sammie Page**'s Arrest Records in                    **Sponsored Tip -** InstantCheckmate.com

I'm only just starting to use a computer but am getting good with a mouse. **...** I am in Year 1 at my infants school. Email me and Daddy or Mummy will **...**

sammie - www.btinternet.com

**Sammie**. Hello, I'm **Sammie**! The picture at the very top of the column at the left is what I **...** You can even make new 'friends' and add their pictures to your **page**. **...**

Visit Sammie - www.dogfriendlybritain.co.uk

You can have a new **page** for every outing or, one for each month or, **...Sammie's** Home **Page**. **Sammie's page** two - too! **Sammie's** Friends. Things I love: Eating my **...**

Sammie's page two - too! - www.dogfriendlybritain.co.uk

Free mp3 download search engine. Find, preview, download music. Simple to use, yet has more content than most mp3 download sites. No fees, no viruses, no pop-up ads! **...**

sammie - x10media`s Mp3 Search Engine V.1.7 - www.huntmymusic.com

Bit Torrent search engine, with torrents, releases and ratings. The best P2P **...** Active torrents indexed from websites and trackers across the **...Sammie Page...**

isohunt.com

Find **Sammie Page**'s Arrest Records                    **Sponsored Tip -** InstantCheckmate.com

They are my oldest brothers kids, and I love to see them whenever I **...** two older brothers, but I don't think that they want their picture up on my **page**. **...**

Sammie's Pics - www.montana.edu

Possibly Related People

Sammi Page, Sammi'S Page, Sammie'S Page, Sammies Page, Sammii Page

Terms  |  Privacy  |  Directory  |  Developers  |  Help  |  Contact  |  Business Solutions  |  © 2006-2014 pipl