# EXHIBIT G, PART 1

Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping Cart(0 Items)

Search:

All Products ▼ [ ] SEARCH



FREE SHIPPING on select toy orders of $49 or more! ▸ SHIPS FREE Toys with "SHIPS FREE" Icon qualify! details

Home > Stuffed Animals > Animals > Cats & Dogs

INTERNET ARCHIVE WayBackMachine

http://www.toysrus.com/product/index.jsp?productId=2909958    Go

NOV   DEC   JA
◀  10  ▶
2006  2007  20

1 captures
10 Dec 07 - 10 Dec 07

NEW!

🔍 PRODUCT ZOOM

# 11.5-Inch Bernese Mountain Dog - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this polyester 11.5" Animal Alley Bernese Mountain Dog plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! - (details)**

**Get it there by the 24th! Find out how - (details)**



PRODUCT INFORMATION

Features

- Soft and cuddly polyester

- Measures 11.5"

- Realistic detail

Product Description

Soft and cuddly, this polyester 11.5" Animal Alley Bernese Mountain Dog plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 138455

SKU: A6D43847

UPC/EAN/ISBN: 081787889927

Manufacturer #: 88992



Our Price: $7.99



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                                    11.5-Inch Husky - Animal Alley - Toys 'R' Us - Toys "R" Us



Home > Preschool > Stuffed Animals



 PRODUCT ZOOM



# 11.5-Inch Husky - Animal Alley

by:

## Toys 'R' Us

Soft and cuddly, this polyester 11.5" Animal Alley Husky plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Soft and cuddly polyester

- Measures 11.5"

- Realistic detail

Product Description

Soft and cuddly, this polyester 11.5" Animal Alley Husky plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Item #: 137408

SKU: A6D43547

UPC/EAN/ISBN: 081787889910

Manufacturer #: 88991

Our Price: $7.99

Qty:
1
ADD ITEM(S) TO CART ▸

3/30/2014                                    11.5-inch Husky - Animal Alley - Toys 'R' Us - Toys "R" Us

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

 EMAIL A FRIEND ›

RELATED ITEMS



Melissa & Doug Pound and Roll
Our Price: $19.99

☐ This item is temporarily unavailable



Basset Hound - Animal Alley
Our Price: $7.99

☐ Include this item when you add to cart



Collie - Animal Alley
Our Price: $7.99

☐ Include this item when you add to cart



Little Tikes Tap-A-Tune Xylophone
Our Price: $9.99

☐ Include this item when you add to cart

3/30/2014                                    11.5-Inch Husky - Animal Alley - Toys 'R' Us - Toys "R" Us





11.5-Inch Yellow Labrador - Animal Alley
Our Price: $7.99

☐Include this item when you add to cart

**ADD ITEM(s) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                    Animal Alley: 11.5-Inch Rottweiler - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs



# Animal Alley: 11.5-Inch Rottweiler

by:

## Toys 'R' Us

This Animal Alley Rottweiler is a soft, cuddly, realistic plush that measures 11.5 inches....(read more)

3/30/2014                    Animal Alley: 11.5-Inch Rottweiler - Toys 'R' Us - Toys "R" Us

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

■**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value! -** (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

This Animal Alley Rottweiler is a soft, cuddly, realistic plush that measures 11.5 inches.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 138277

SKU: 5F8A5447

UPC/EAN/ISBN: 081787889903

Manufacturer #: 88990



Our Price: $7.99

Qty:
1    ADD ITEM(S) TO CART ▶

ADD TO MY WISHLIST ▶

EMAIL A FRIEND ▶

3/30/2014                               Animal Alley: 11,5-Inch Rottweiler - Toys 'R' Us - Toys "R" Us

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                    11.5-Inch Rottweiler - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM



Case No. 1:12-cv-02279-PAB-KMT     Document 121-7     filed 06/06/14     USDC Colorado
pg 13 of 59

# 11.5-Inch Rottweiler - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this polyester 11.5" Animal Alley Rottweiler plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

PRODUCT **INFORMATION**

Features

- Soft and cuddly polyester

- Measures 11.5"

- Realistic detail

Product Description

Soft and cuddly, this polyester 11.5" Animal Alley Rottweiler plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 138277

SKU: 5F8A5447

UPC/EAN/ISBN: 081787889903

Manufacturer #: 88990

3/30/2014                          11.5-Inch Rottweiler - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $7.99

Qty:
1        **ADD ITEM(S) TO CART ▸**

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS

14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable

14-Inch Lying White Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable

14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable

14-Inch Lying Cheetah - Animal Alley - Toys "R" Us
Our Price: $10.99

3/30/2014    11.5-Inch Rottweiler - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

☐ This item is temporarily unavailable



14-Inch Lying Brown Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                    11.5-Inch Rottweiler - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart(0 Items)

Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM



# 11.5-Inch Rottweiler - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this polyester 11.5" Animal Alley Rottweiler plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**SAVE** Take $10 off $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today. New users only. - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Soft and cuddly polyester

- Measures 11.5"

- Realistic detail

Product Description

Soft and cuddly, this polyester 11.5" Animal Alley Rottweiler plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 138277

SKU: 5F8A5447

UPC/EAN/ISBN: 081787889903

Manufacturer #: 88990

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑ BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**

Our Price: $7.99

Qty:
1     ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS

14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable

14-Inch Lying White Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us
Our Price: $10.99

☑ This item is temporarily unavailable



14-Inch Lying Cheetah - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying Brown Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/16/2014                          Animal Alley: 12 inch Bunny with Ribbon - Pink - Toys R Us - Toys "R" Us





- 
  - 
  - 

- 
- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games



Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

- Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
- Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
- Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
- ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ | | GO! |

Welcome! **Login** or **create an account**. Learn why

**THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED!** **FREE SHIPPING** (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ▸

Home > Preschool > Pretty In Pink



🔍 Larger Image

## Animal Alley: 12 Inch Bunny with Ribbon - Pink

By: **Toys R Us**

**SAVE** SAVE $10 on any purchase of $60 or more! (De

**Average Customer Rating**

(1 Rating)

Rate and Review this item

Read 1 Review

**Our Recommended Age:** Birth - 5 years (details)

**Manufacturer's Age:** Birth and up

### Buy Online                    Print Page    Email A Friend

List Price: ~~$12.99~~
**Our Price: $7.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

[ADD TO CART]

### Find It In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                                  Animal Alley: 12 inch Bunny with Ribbon - Pink - Toys R Us - Toys "R" Us

Share:


## Special Offers

SAVE **SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method** - (Details)

Shipping

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**                    (based on 1 ratings)

Displaying Review 1 of 1

### Softer and better in person

By **RR Johnson** from **Japan** on **6/23/2010**

|  |  |
|---|---|
| **Pros:** | Easy To Use, High Quality |
| **Best Uses:** | Home, Outside, Travel |
| **Describe Yourself:** | Parent, Thrifty |
| **Bottom Line:** | |

[...] I love how soft the bunny is! Plus, you can't beat the price. :)

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

Displaying Review 1 of 1

                        

| Animal Alley: 16" Stuffed Bear with Blue Shi... | Animal Alley 29 inch Brown Hanging Monkey | Animal Alley: 16" Stuffed Bear with Pink Shi... | Animal Alley 29 inch Pink Hanging Monkey | Animal Alley 13 inch Tan Sitting Cheetah | Fathead New York Yankees NY Logo Wall Decal    Fa |
|---|---|---|---|---|---|
| $9.99 | $6.99 | $9.99 | $6.99 | $6.99 | $39.99 |

2264752



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶

3/16/2014                          Animal Alley. 12 inch Bunny with Ribbon - Pink - Toys R Us - Toys "R" Us



**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ☒

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ❌

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014    Animal Alley: 12 Inch Bunny with Ribbon - White - Toys R Us - Toys "R" Us



Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>



0 items

All Products ▼    GO!
Welcome! Login or create an account. Learn why



Home > Baby Toys > Soft & Plush Toys


Larger Image

## Animal Alley: 12 Inch Bunny with Ribbon - White

By: **Toys R Us**


SAVE $10 on any purchase of $60 or more! (De

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:

**Buy Online**    Print Page    Email A Friend

List Price: $12.99
**Our Price: $7.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1


ADD TO CART

**Find It In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

Special Offers

3/16/2014                    Animal Alley: 12 inch Bunny with Ribbon - White - Toys R Us - Toys "R" Us

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping













| Animal Alley: 12 inch Bunny with Ribbon - Pi... | Animal Alley: 16" Stuffed Bear with Blue Shi... | Animal Alley 29 inch Brown Hanging Monkey | Animal Alley: 16" Stuffed Bear with Pink Shi... | Animal Alley 29 inch Pink Hanging Monkey | Animal Alley 13 inch Tan Sitting Cheetah |
|---|---|---|---|---|---|
| $7.99 | $9.99 | $6.99 | $9.99 | $6.99 | $6.99 |

2264752



**10% OFF**
YOUR FIRST IN-STORE PURCHASE
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.    **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



**Join Shaq Give Back**
DONATE TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery

3/16/2014 — Animal Alley. 12 Inch Bunny with Ribbon - White - Toys R Us - Toys "R" Us



Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES add to my registry    NO return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▶

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/31/2014                           Animal Alley 13 inch Labrador - Chocolate - Toys R Us - Toys "R" Us



- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >> Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes
- Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Winter Activities Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play More >> Winter Wonderland Party Supplies Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >>
- Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >> Vehicles, Hobby & R/C Radio Control



Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >> Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items

All Products  ▼        **GO!**
Welcome! Login or create an account. Learn why

**Toys Я us** FREE SHIPPING: Shipped Anywhere! Or Use In-Store Pick Up! see details ▸

Home > Holiday Shops > Valentine's Day > Plush

Print Page        Email A Friend



Q Larger Image

### Animal Alley 13 inch Labrador - Chocolate

By: Toys R Us

BUY 1 GET 1 ½ OFF  Buy 1 Get 1 50% OFF! (Details)

**See more Special Offers below**

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

5.0 (1 review)

Read 1 Customer Review    Rate and Review this Item

**Our Price: $9.99**

**Quantity:** 1

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

**ADD TO CART**

3/31/2014

Animal Alley 13 inch Labrador - Chocolate - Toys R Us - Toys "R" Us



**Our Recommended Age:** 3 - 5 years (details)
**Manufacturer's Age:** 3 years and up

Share:



Buy 1 Get 1 50% OFF ALL "R" Exclusive plush! - (Details)

Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply. - (Details)

Bill Me Later! No Payments/No Interest if paid in Full in 6 months for orders $100 or more. Subject to credit approval. - (Details)



**Animal Alley 15 inch Seated Bear - Brown**

5.0  (1 review)
Read 1 Customer Review
Rate and Review this Item

$14.99
☐ Include this item when you add to cart

**Animal Alley Rocking Dinosaur - 24 inch**

$59.99
☐ Include this item when you add to cart

**Animal Alley 16 inch Classic Hinged Bear - Wheat**

5.0  (1 review)
Read 1 Customer Review
Rate and Review this Item

$9.99
☐ Include this item when you add to cart

**Animal Alley 16 inch Classic Hinged Bear - Brown**

5.0  (4 reviews)
Read 4 Customer Reviews
Rate and Review this Item

$9.99
☐ Include this item when you add to cart

**Animal Alley Jumbo Plush Penguin - 18 inch**

$19.99
☐ Include this item when you add to cart

ADD ITEM(S) TO CART     Add to BABY REGISTRY     Add to WISH LIST



**Average Customer Rating:** by PowerReviews

5.0  (based on 1 review)

Rate and Review this Item

**REVIEWS**

**Reviewed by 1 customer**

Displaying review 1 Back to top

By TiffanyLMNO
from CA
About Me Parent Of Two Or More Children
See all my reviews
VERIFIED BUYER

5.0  **Great Puppy!**

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Good Quality | | Imaginative Play |
| Perfect Size | | Older Children |
| Snuggly | | Special Needs |
| Soft | | Young Children |

12/31/2010

Comments about Toys R Us 1001325 Animal Alley 13 inch Labrador - Chocolate:

3/31/2014                    Animal Alley 13 inch Labrador - Chocolate - Toys R Us - Toys "R" Us

My son loves stuffed animals, puppies in particular. So, this one was a hit on Christmas morning! I love that they have such a wide variety of specific breeds. I wanted to find him a dog that looks like our dog at home. He loves him! And named him "puppy paws" from the recent Christmas movie he watched. Great quality. I wash them in the washing machine, even though I'm not supposed to. They hold up well at first, but over a couple of years, they defintiely show the wear after he's slept with them and taken them everywhere he goes! No holes yet though!!

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend

Images shared by TiffanyLMNO



Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

Displaying review **1** Back to top


Graco Silhouette Swing - Laguna Bay
$129.99


Graco Sweetpeace Soothing Swing - Cuddly Bea...
$169.99

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**HELP**
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**
Imaginext
Cars
Squinkies
Monster High Dolls
Batman
Hot Wheels
Pokemon
Baby Alive
Trampoline
iPod Touch

**WHAT'S HOT**
Clearance
Boys Toys
Girls Toys
Tablets
Camcorders
GPS
Video Gallery

**TOP CATEGORIES**
Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning
Outdoor Play
Video Games
RC Cars

**BUZZ**
Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator
Wish List
Special Events

**TWEET, LIKE, & WATCH**
- Like us on Facebook
- Follow us on Twitter
- Watch us on Youtube
- Mobile
- RSS

3/31/2014                                    Animal Alley 13 Inch Labrador - Chocolate - Toys R Us - Toys "R" Us

- o
- o
- o

Select a site ▼

© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ⊡

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE ⊡

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE ⊡

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/30/2014                    14-Inch Bulldog - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs





🔍 PRODUCT ZOOM



# 14-Inch Bulldog - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this polyester 14" Animal Alley Bulldog plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Get it there by the 24th! Find out how** - (details)



PRODUCT **INFORMATION**

Features

- Measures 14"

- Soft and cuddly polyester

- Realistic detail

Product Description

Soft and cuddly, this polyester 14" Animal Alley Bulldog plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 350055

SKU: AB12974D

UPC/EAN/ISBN: 081787102613

3/30/2014                              14-Inch Bulldog - Animal Alley- Toys "R" Us - Toys 'R' Us - Toys "R" Us

Manufacturer #: 10260



Our Price: $10.99

STORE LOCATOR ›

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›



EMAIL A FRIEND ›

**Affiliate Program**
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                           Animal Alley: 14-Inch Lying Bernese Mountain Dog - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Animals > Cats & Dogs



no image
available



# Animal Alley: 14-Inch Lying Bernese Mountain Dog

by:

## Toys 'R' Us

This Animal Alley Lying Bernese Mountain Dog is a soft, cuddly, realistic plush animal that measures 14 inches....(read more)

3/30/2014                    Animal Alley: 14-Inch Lying Bernese Mountain Dog - Toys 'R' Us - Toys "R" Us

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

■ **Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

This Animal Alley Lying Bernese Mountain Dog is a soft, cuddly, realistic plush animal that measures 14 inches.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 346212

SKU: 18158633

UPC/EAN/ISBN: 081787102705

Manufacturer #: 10266

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**

Our Price: $10.99

Qty: **ADD ITEM(S) TO CART ▸**
1

**ADD TO BABY REGISTRY ▸**
ADD TO MY WISHLIST ▸

📧 EMAIL A FRIEND ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                    14-Inch Lying Bernese Mountain Dog - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒 Shopping Cart(0 Items)

Search:

[All Products ▼] [_____]  [SEARCH]



Home > Stuffed Animals > Animals > Cats & Dogs



🔍 PRODUCT ZOOM



# 14-Inch Lying Bernese Mountain Dog - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this polyester 14" Animal Alley Lying Bernese Mountain Dog plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

PRODUCT **INFORMATION**

Features

- Soft and cuddly polyester

- Measures 14"

- Realistic detail

Product Description

Soft and cuddly, this polyester 14" Animal Alley Lying Bernese Mountain Dog plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 346212

SKU: 18158633

UPC/EAN/ISBN: 081787102705

Manufacturer #: 10266



Our Price: $10.99

STORE LOCATOR ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying White Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying Cheetah - Animal Alley - Toys "R" Us

Our Price: $10.99

☐This item is temporarily unavailable



14-Inch Lying Brown Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                    14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒 Shopping Cart(0 Items)

Search:

All Products ▼ [          ]  SEARCH ▸



Home > Valentines Day > Stuffed Animals > Lions & Other Big Cats



🔍 PRODUCT ZOOM



# 14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this polyester 14" Animal Alley Lying Snow Leopard plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

## PRODUCT INFORMATION

Features

- Soft and cuddly polyester
- Measures 14"
- Realistic detail

Product Description

Soft and cuddly, this polyester 14" Animal Alley Lying Snow Leopard plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 597225

SKU: 9A6DAD3B

UPC/EAN/ISBN: 081787280052

Manufacturer #: 28003

3/30/2014                    14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



**Our Price: $10.99**

STORE LOCATOR ▸



ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying White Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying Cheetah - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ This item is temporarily unavailable



14-Inch Lying Brown Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable



14-Inch Lying Bernese Mountain Dog - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/30/2014                    14-Inch Lying Snow Leopard - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Lions & Other Big Cats



PRODUCT ZOOM



# 14-Inch Lying Snow Leopard - Animal Alley

by:

## Toys 'R' Us

Soft and cuddly, this polyester 14" Animal Alley Lying Snow Leopard plush is sure to delight your little one! Made of polyester, the plush features realistic detail....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)
 **Spend $49 or more on select toys and get free shipping! -** (Details)

**Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! -** (Details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

### Average Customer Rating

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

---

PRODUCT **INFORMATION**

Features

- Soft and cuddly polyester

- Measures 14"

- Realistic detail

Product Description

Soft and cuddly, this polyester 14" Animal Alley Lying Snow Leopard plush is sure to delight your little one! Made of polyester, the plush features realistic detail.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 597225

SKU: 9A6DAD3B

UPC/EAN/ISBN: 081787280052

Manufacturer #: 28003

---

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

## Average Customer Rating:                    (based on 2 ratings)

We'd like your opinion! Rate and Review this Item

---

### REVIEWED BY 2 CUSTOMERS                        Sort by: Newest ▼

Displaying Reviews **1-2** of 2

---

### my 2 year olds best friend

By **mom of 6** from **pc beach florida** on **9/25/2008**

|  |  |
|---|---|
| **Pros:** | Cute, Good Quality, Realistic, Soft, Washable |
| **Best Uses:** | Imaginative Play, Young Children |
| **Describe Yourself:** | Parent Of Two Or More Children, Working Parent |
| **Bottom Line:** | |

it was my 2 1/2 year olds 1st b day gift , he has not put it down since , we've nick named him puma. He is very durable , we have to wash him atleast once a week.

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### i love it

By **rater** from **washington d.c.** on **6/2/2008**

|  |  |
|---|---|
| **Pros:** | Cuddly, Cute, Easy to Clean, Fun, Long Lasting, Realistic |
| **Cons:** | The best |
| **Best Uses:** | Collecting, Decoration, Everyone, Imaginative Play, Older Children, Small Children, Young Children |
| **Describe Yourself:** | Daycare Provider/ Educator, Education Oriented, Parent of Multiples (Twins etc), Parent of Two or More Children, Stay at Home Parent |
| **Bottom Line:** | |

i had so much fun playing with them

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

3/30/2014                                    14-Inch Lying Snow Leopard - Animal Alley - Toys 'R' Us - Toys "R" Us

Displaying Reviews **1-2** of 2

Our Price: $10.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



14-Inch Lying White Tiger - Animal Alley
Our Price: $10.99

☑Include this item when you add to cart



14-Inch Lying Cheetah - Animal Alley
Our Price: $10.99

☐Include this item when you add to cart



14-Inch Lying Brown Tiger - Animal Alley
Our Price: $10.99

☑Include this item when you add to cart

ADD ITEM(S) TO CART ▸



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/16/2014                                          Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WaybackMachine
http://www.toysrus.com/product/index.jsp?productId=4012261    Go    MAR  APR  JUL  Close
8 captures                                                       ◄  15  ►       Help
15 Apr 10 - 23 Jul 13                                            2009  2010  2012



- ○
  ○
  ○

  Email signup
  Product Alerts
  My account
  Help
  Find great baby products at Babies R Us

  Baby Registry
  Wish Lists
  Rewards R Us
  Gift Finder
  Gift Cards
  Geoffrey's Birthday Club
  Store Locator

  ○  Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD

  ○  Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls & Accessories Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>

  ○  Kids' Room Tables, Chairs & Desks Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Slides, Swings & Gym Sets Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>

  ○  Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> What's New Custom Printed Cards

  

BABIES"R"US
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ►

  ○  Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
  ○  Avatar the Movie Bakugan Barbie Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Kung Zhu Pets
  ○  Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
  ○  Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
  ○  LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

0
items

All Products  ▼        GO!
Welcome! Login or create an account. Learn why

BABIES"R"US TOYS"R"US  FREE SHIPPING on EVERYTHING  (Standard Shipping Only Up to a $25 Value)
Excludes video game consoles/handhelds, software, accessories & Buyer Protection Plans  with your purchase of $100 or more ►

Home > Baby Toys > Soft & Plush Toys

Print Page        Email A Friend



**Animal Alley 15 inch Sammie the Pup Plush**

By: Toys R Us

SHIPS FREE  Free Shipping! (Details)

**Average Customer Rating**
⭐ (16 Ratings)
Rate and Review this Item
Read 16 Reviews

**Our Recommended Age:** Birth - 7 years (details)
**Manufacturer's Age:** Birth - 7 years

Share:
SHARE  t f ✉ ...

Larger Image

**Buy Online**

**Our Price: $5.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

**Find It In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

**SHIPS FREE** Free Standard Shipping (up to $25) on ANY purchase of $100 or more (some exclusions apply) - (Details)



Animal Alley 11 inch Hanging Gorilla with Baby - Pink

Average Customer Rating

(5 Ratings)

Rate and Review this Item

Read 5 Reviews

$10.99

☐ Include this item when you add to cart

---

Animal Alley Traditional Knits: 10 inch Blue Lion

Average Customer Rating

(0 Ratings)

Be the first to Rate and Review this Item

$9.99

☐ Include this item when you add to cart

---

Animal Alley 17 inch Tinker Bell Fairy Bear - Green Dress

Average Customer Rating

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

$14.99

☐ This item is temporarily unavailable

---

Animal Alley 10.5" Pink Doll

Average Customer Rating

(11 Ratings)

Rate and Review this Item

Read 11 Reviews

$7.99

☐ Include this item when you add to cart

---

**ADD ITEM(S) TO CART**     Add to **BABY REGISTRY**     Add to **WISH LIST**

---

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                  **(based on 16 ratings)**

Customers most agreed on the following attributes:

- **Pros:** Cute (14), Snuggly (14), Soft (13), Good quality (10), Perfect size (8)
- **Best Uses:** All ages (9), Imaginative play (3), Young children (3)
- **Describe Yourself:** First time parent (8), Parent of two or more children (5), Stay at home parent (4)
- **Was this a gift?:** No (7), Yes (7)

**Reviewed by 16 Customers**                                    Sort by: Newest ▼

Displaying Reviews 1-10 of 16                                    Previous | Next »



### Cute puppy

By **Tbaby** [$] VERIFIED BUYER    from **Louisville KY** on **7/12/2012**

- **Pros:** Cute, Good Quality, Perfect Size, Snuggly, Soft
- **Best Uses:** Imaginative Play, Young Children
- **Describe Yourself:** First Time Parent, Working Parent
- **Was this a gift?:** Yes
- **Bottom Line:**

Cute puppy

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### Sammie the pup!

By **My sam sam**　[$] VERIFIED BUYER　from **Bradenton, Florida** on 3/6/2012

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | First Time Parent |
| **Was this a gift?:** | No |
| **Bottom Line:** | |

Perfect for my baby girl due on May 30th. I have one very simmilar to this one but it is 28 years old. I hope this pup will last her that long. I'm sure it will.

*Was this review helpful to you?* **Yes / No** - *You may also* **Report this review as Inappropriate.**

---

### Sammie the pup plush

By **Rae**　[$] VERIFIED BUYER　from **Jax FL** on 3/6/2012

| | |
|---|---|
| **Was this a gift?:** | No |

I have no problem with the product per se, just in how it was shipped to me. Because of how it was shipped, I am unable to give this to my son.

*Was this review helpful to you?* **Yes / No** - *You may also* **Report this review as Inappropriate.**

---

*[1 of 1 customers found this review helpful]*

### Great dog!

By B and M from Ohio on 1/2/2012

| | |
|---|---|
| **Pros:** | Cute, Snuggly |
| **Best Uses:** | Young Children |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

My husband renamed him bob... our 16 month old LOVES him... He uses it for a pillow and a cuddle buddy! Every time he sees him he points and says BOB! With a smile :) We are expecting again and can't wait to get the new baby one!

*Was this review helpful to you?* **Yes / No** - *You may also* **Report this review as Inappropriate.**

---

*[0 of 1 customers found this review helpful]*

### Just a little dissapointed

By SAHM from Cincinnati, OH on 12/13/2011

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | First Time Parent, Stay At Home Parent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15" from the tip of his nose to his tail, so I can't really hold toys-r-us responsible for my lack of measuring skills. That said, it is a really soft pooch, and I think my 8 month old daughter will adore him, I just wish he were bigger.

*Was this review helpful to you?* **Yes / No** - *You may also* **Report this review as Inappropriate.**

---

*[1 of 1 customers found this review helpful]*

### Very cute...

By **Constantine**　[$] VERIFIED BUYER　from **Seattle, WA** on 12/9/2011

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Interactive, Perfect Size, Snuggly, Soft |
| **Describe Yourself:** | First Time Parent |
| **Was this a gift?:** | No |
| **Bottom Line:** | |

This little pup is just adorable! He is SUPER soft and very well constructed. My little one is not here yet, but I just KNOW this stuffed animal is going to be a hit. It almost is shaped like a "pillow pet" is. Perfect for a baby! He's actually smaller than I expected him to be, but in the end I was pleased by this. As I said, he's perfect for a baby to use and play with. Animal Alley once again made a super soft, well constructed stuffed animal. When it comes to anything plush - I would never go with any other brand. I own various Animal Alley stuffed animals, and every single one is just great! For the price, this little pup is a great buy!! :)

*Was this review helpful to you?* **Yes / No** - *You may also* **Report this review as Inappropriate.**

---

*[1 of 1 customers found this review helpful]*

### My sons favorite

By **Jhdixon2007**　[$] VERIFIED BUYER　from **Mechanicsville VA** on 7/25/2011

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | First Time Parent, Working Parent |
| **Was this a gift?:** | No |
| **Bottom Line:** | |

My son received this dog as a Christmas gift last year when he was 6 months old. He attached himself to the dog and won't go anywhere without it! I purchased this one incase something were to happen to the original. The original dog has made it through being dragged throughout the house and daycare. I've even tossed him in the washing machine before and he came out perfectly.

*Was this review helpful to you?* **Yes / No** - *You may also* **Report this review as Inappropriate.**

### Very cute and soft!

By **Mom of three boys**    VERIFIED BUYER    from **Wisconsin** on **7/10/2011**

**Pros:** Cute, Perfect Size, Snuggly, Soft
**Best Uses:** All Ages
**Describe Yourself:** Parent Of Two Or More Children, Stay At Home Parent
**Was this a gift?:** No
**Bottom Line:**

I bought this puppy for my son. Well technically Santa will have bought it because it's for Christmas from Santa. I am sure he will love it though. I am not a dog person but this is super cute! Definatley a great price!

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

### I would buy this product again

By **Doris**    VERIFIED BUYER    from **Bronx, NY** on **1/20/2011**

**Pros:** Cute, Snuggly, Soft
**Best Uses:** Young Children
**Was this a gift?:** Yes
**Bottom Line:**

Gave this plush toy to my 2 year niece for Christmas & she loves it.

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

### So soft

By **Shelly's Belly** from **Arizona** on **1/18/2011**

**Pros:** Cute, Good Quality, Perfect Size, Snuggly, Soft
**Best Uses:** All Ages
**Describe Yourself:** First Time Parent
**Was this a gift?:** Yes
**Bottom Line:**

This is a very soft toy that I can't stop touching. Well built and perfect size for a child or infant.

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

Displaying Reviews 1-10 of 16                                   Previous | Next »


Chicco Animal Cottage Shape Sorter
$14.99


Chicco Super Rocking Rings
$12.99


Heavy Rain for Sony PS3
$59.99


Melissa & Doug Pets Mix 'n Match Peg Puzzle
$9.99


Alex Toys Rub A Dub Bath Toy - Pirate Squirt...
$11.99


Webkinz with Lil Kinz Pet Plush Combo Pack-...
$17.99



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.   **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



geoffreys
**BiRTHDaY club**
SIGN UP **TODAY ▶**

3/16/2014                                    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



Take Time To Pay.
# Layaway!

LEARN MORE ▶



**Autism**
**Help Solve the Puzzle**

FIND OUT HOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

| Select a site ▼ |
| --- |

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ▧

## Low Inventory!
The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| --- | --- |
| add to my registry | return to product page |

CLOSE ▧

## We're Sorry!
The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

| RETURN TO THE PRODUCT PAGE ▶ |
| --- |

CLOSE ▧

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                        Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us





- o
  o

- Email signup
  Product Alerts
  My account
  Help
  Find great baby products at Babies R Us

  Baby Registry
  Wish Lists
  Rewards R Us
  Gift Finder
  Gift Cards
  Geoffrey's Birthday Club
  Store Locator

- o Hot Deals Store What's New At The Movies Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  o Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, CDs, DVDs & Blu-Ray Discs Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  o Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Clothes Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Party Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
  o Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

**BABIES "R" US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

  More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>

- o
  o      Birth - 12 months 12 - 24 months 2 Years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  o      Avatar the Movie Bakugan Barbie Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Kung Zhu Pets
  o      Little People Marvel Universe Star Wars The Twilight Saga: Eclipse Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
  o      Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
         LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

0
items

| All Products ▼ |   | **GO!** |

Welcome! Login or create an account Learn why

**BABIES "R" US   TOYS "R" US     FREE SHIPPING with your purchase of $49 or more**
(standard shipping only, up to a $25 value) Excludes video games consoles/handhelds, software accessories and Buyer Protection Plan ▸

Home > Baby Toys > Soft & Plush Toys

Print Page        Email A Friend

## Animal Alley 15 inch Sammie the Pup Plush

By: Toys R Us

**Buy Online**

**Our Price: $5.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**SHIPS FREE** Free Shipping! (Details)

**See more Special Offers below**

**Quantity** 1



**Average Customer Rating**

(16 Ratings)

**Rate and Review this Item**

**Read 16 Reviews**

**ADD TO CART** ▬▬▬

**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)



Our Recommended Age: Birth - 7 years (details)

Manufacturer's Age: Birth - 7 years

Share:
➕ SHARE  t f ✉ ...

3/16/2014                            Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



Free Standard Shipping (up to $25) on ANY purchase of $49 or more. Excludes video game hardware, software, accessories. - (Details)

SAVE $15 on purchases of $75 or more for NEW Bill Me Later Customers ONLY! - (Details)



**Animal Alley 11 inch Hanging Gorilla with Baby - Pink**

Average Customer Rating
                                   (5 Ratings)

Rate and Review this Item

Read 5 Reviews

$10.99

☐ Include this item when you add to cart

**Animal Alley Traditional Knits: 10 inch Blue Lion**

Average Customer Rating
                                   (0 Ratings)

Be the first to Rate and Review this Item

$2.98

☐ Include this item when you add to cart

**Animal Alley 17 inch Tinker Bell Fairy Bear - Green Dress**

Average Customer Rating
                                   (6 Ratings)

Rate and Review this Item

Read 6 Reviews

$14.99

☐ Include this item when you add to cart

**Animal Alley 10.5" Pink Doll**

Average Customer Rating
                                   (11 Ratings)

Rate and Review this Item

Read 11 Reviews

$7.99

☐ Include this item when you add to cart



**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                    **(based on 16 ratings)**

Customers most agreed on the following attributes:

| | |
|---|---|
| Pros: | Cute (14), Snuggly (14), Soft (13), Good quality (10), Perfect size (8) |
| Best Uses: | All ages (9), Imaginative play (3), Young children (3) |
| Describe Yourself: | First time parent (8), Parent of two or more children (5), Stay at home parent (4) |
| Was this a gift?: | No (7), Yes (7) |

**Reviewed by 16 Customers**                                        Sort by: Newest ▼

Displaying Reviews 1-10 of 16                                        Previous | Next »

### Cute puppy

By Tbaby      from Louisville KY on 7/12/2012

| | |
|---|---|
| Pros: | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| Best Uses: | Imaginative Play, Young Children |
| Describe Yourself: | First Time Parent, Working Parent |
| Was this a gift?: | Yes |
| Bottom Line: | |

Cute puppy

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### Sammie the pup!

By **My sam sam**    from **Bradenton, Florida** on **3/6/2012**

**Pros:** Cute, Good Quality, Perfect Size, Snuggly, Soft
**Best Uses:** All Ages
**Describe Yourself:** First Time Parent
**Was this a gift?:** No
**Bottom Line:**

Perfect for my baby girl due on May 30th. I have one very simmilar to this one but it is 28 years old. I hope this pup will last her that long. I'm sure it will.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

### Sammie the pup plush

By **Rae**    from **Jax FL** on **3/6/2012**

**Was this a gift?:** No

I have no problem with the product per se, just in how it was shipped to me. Because of how it was shipped, I am unable to give this to my son.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### Great dog!

By **B and M** from **Ohio** on **1/2/2012**

**Pros:** Cute, Snuggly
**Best Uses:** Young Children
**Was this a gift?:** Yes
**Bottom Line:**

My husband renamed him bob... our 16 month old LOVES him... He uses it for a pillow and a cuddle buddy! Every time he sees him he points and says BOB! With a smile :)
We are expecting again and can't wait to get the new baby one!

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[0 of 1 customers found this review helpful]*

### Just a little dissapointed

By **SAHM** from **Cincinnati, OH** on **12/13/2011**

**Pros:** Cute, Good Quality, Snuggly, Soft
**Best Uses:** All Ages
**Describe Yourself:** First Time Parent, Stay At Home Parent
**Was this a gift?:** Yes
**Bottom Line:**

I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15" from the tip of his nose to his tail, so I can't really hold toys-r-us responsible for my lack of measuring skills. That said, it is a really soft pooch, and I think my 8 month old daughter will adore him, I just wish he were bigger.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### Very cute...

By **Constantine**    from **Seattle, WA** on **12/9/2011**

**Pros:** Cute, Good Quality, Interactive, Perfect Size, Snuggly, Soft
**Describe Yourself:** First Time Parent
**Was this a gift?:** No
**Bottom Line:**

This little pup is just adorable! He is SUPER soft and very well constructed. My little one is not here yet, but I just KNOW this stuffed animal is going to be a hit. It almost is shaped like a "pillow pet" is. Perfect for a baby! He's actually smaller than I expected him to be, but in the end I was pleased by this. As I said, he's perfect for a baby to use and play with. Animal Alley once again made a super soft, well constructed stuffed animal. When it comes to anything plush - I would never go with any other brand. I own various Animal Alley stuffed animals, and every single one is just great! For the price, this little pup is a great buy! :)

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### My sons favorite

By **Jhdixon2007**    from **Mechanicsville VA** on **7/25/2011**

**Pros:** Cute, Good Quality, Snuggly, Soft
**Best Uses:** All Ages
**Describe Yourself:** First Time Parent, Working Parent
**Was this a gift?:** No
**Bottom Line:**

My son received this dog as a Christmas gift last year when he was 6 months old. He attached himself to the dog and won't go anywhere without it! I purchased this one incase something were to happen to the original. The original dog has made it through being dragged throughout the house and daycare. I've even tossed him in the washing machine before and he came out perfectly.

*Was this review helpful to you?* Yes / No *- You may also* Report this review as inappropriate.

### Very cute and soft!

By **Mom of three boys**      from **Wisconsin** on **7/10/2011**

|  |  |
|---|---|
| **Pros:** | Cute, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | Parent Of Two Or More Children, Stay At Home Parent |
| **Was this a gift?:** | No |
| **Bottom Line:** | |

I bought this puppy for my son. Well technically Santa will have bought it because it's for Christmas from Santa. I am sure he will love it though. I am not a dog person but this is super cute! Definatley a great price!

*Was this review helpful to you?* Yes / No *- You may also* Report this review as inappropriate.

### I would buy this product again

By **Doris**      from **Bronx, NY** on **1/20/2011**

|  |  |
|---|---|
| **Pros:** | Cute, Snuggly, Soft |
| **Best Uses:** | Young Children |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

Gave this plush toy to my 2 year niece for Christmas & she loves it.

*Was this review helpful to you?* Yes / No *- You may also* Report this review as inappropriate.

### So soft

By **Shelly's Belly** from **Arizona** on **1/18/2011**

|  |  |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | First Time Parent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

This is a very soft toy that I can't stop touching. Well built and perfect size for a child or infant.

*Was this review helpful to you?* Yes / No *- You may also* Report this review as inappropriate.

Displaying Reviews 1-10 of 16                                                                                    Previous | Next »

     

| Fisher-Price Take Along Thomas Die-Cast Talk... | Fisher-Price Take Along Thomas Die-Cast Engl... | Fisher-Price Take Along Thomas Die-Cast Engl... | Fisher-Price Take Along Thomas Die-Cast Engl... | Fisher-Price Take Along Thomas Die-Cast Ligh... | Chicco Animal Cottage Shape Sorter La |
|---|---|---|---|---|---|
| $9.99 | $5.99 | $8.99 | $5.99 | $7.99 | $14.99 |



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES   **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



SIGN UP **TODAY ▶**