# EXHIBIT G, PART 2



Take Time To Pay.
## Layaway!

LEARN MORE ▸

BUNDLED IN
## HOPE
HELP PROVIDE BLANKETS
FOR BABIES IN NEED

FIND OUT HOW ▸

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ⬚

## Low Inventory!
The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |
| --- | --- |

CLOSE ⬚

## We're Sorry!
The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ⬚

3/16/2014                              Animal Alley 15 Inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/16/2014    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



- ○
- ○

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

○ What's New Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Halloween Store Infant Costumes Toddler Costumes Kids Costumes More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV, Movie & Music Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>

○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>

○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >>

○ Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> Hot Deals Store
- ○      Birth - 12 months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○      Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Kung Zhu Pets Little People Marvel Universe ... See All >>



http://www.toysrus.com/product/index.jsp?productId=4012261    Go    JUL SEP NOV Close    exLEGO >>
8 captures
15 Apr 10 - 23 Jul 13    ◀ 1 ▶    Help
2009 2010 2012

0
items

All Products ▾    GO!
Welcome! Login or create an account. Learn why

BABIES Я US TOYS Я US FREE SHIPPING on EVERYTHING with your purchase of $100 or more! see details ▸ (standard shipping only, up to a $25 value)

Home > Baby Toys > Soft & Plush Toys



Print Page    Email A Friend

### Animal Alley 15 inch Sammie the Pup Plush

By: Toys R Us

**SHIPS FREE** Free Shipping! (Details)

**Average Customer Rating**
(16 Ratings)
Rate and Review this Item
Read 16 Reviews

Our Recommended Age: Birth - 7 years (details)
Manufacturer's Age: Birth - 7 years

Share:
SHARE  t f ✉ ...

**Buy Online**

**Our Price: $5.99**

In stock
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

**SHIPS FREE** Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - (Details)



| Animal Alley 11 Inch Hanging Gorilla with Baby - Pink | Animal Alley: 10.5" Pink Hippo | Animal Alley: 10.5" Blue Hippo | Animal Alley Standing Giraffe | Animal Alley 17 Inch Tinker Bell Fairy Bear - Green Dress |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | Average Customer Rating | Average Customer Rating | Average Customer Rating |
| (5 Ratings) | ☐ Include this item when you add to cart | (3 Ratings) | (27 Ratings) | (6 Ratings) |
| Rate and Review this Item | | Rate and Review this Item | Rate and Review this Item | Rate and Review this Item |
| Read 5 Reviews | | Read 3 Reviews | Read 27 Reviews | Read 6 Reviews |
| $10.99 | | $9.99 | $14.99 | $14.99 |
| ☐ Include this item when you add to cart | | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart |

**ADD ITEM(S) TO CART**    **Add to BABY REGISTRY**    **Add to WISH LIST**

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**    (based on 2 ratings)

**Reviewed by 2 Customers**    Sort by: Newest ▼

Displaying Reviews 1-2 of 2

### LOVE SAMMIE

By **SUCH a great puppy!** from Rochester, NY on 8/16/2010

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | First Time Parent |
| **Bottom Line:** | Yes, I would recommend this to a friend |

Totally disagree with previous post/ Just because she didn't match the dog properly to her son's doesn't mean he isn't AWEsome!

Such a great pup! Bought for my niece, every kid in he house tries to steal him! I just wish that there were more Sammies available - they no longer make the 15-inch in tan, just pink, which won't fly with my 2 nephews!

Highly recommend this pup. Soft, great quality, he doesn't fall apart. But he does have hard plastic eyes so probably not good for newborns...

*Was this review helpful to you?* Yes / No *- You may also* Report this review as inappropriate.

*[0 of 1 customers found this review helpful]*

### Looks are deceiving

3/16/2014    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

By Sarah    [$] VERIFIED BUYER    from Arkansas on 8/9/2010

| | |
|---|---|
| **Cons:** | Not very soft, Poor Design |
| **Best Uses:** | Group Activity, Imaginative Play |
| **Describe Yourself:** | Parent Of Two Or More Children |
| **Bottom Line:** | No, I would not recommend this to a friend |

I wouldn't buy this puppy again. I thought it was going to be a lot softer than it was and more flexible. I got it for my newborn for when he got older so him and my son would have a puppy that looked alike. He does look like my older son's puppy except for some colors, but when I got it I was very disappointed on how he was nothing like it.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

Displaying Reviews 1-2 of 2

        

Fisher-Price Take Along Thomas Die-Cast Engi...    Fisher-Price Take Along Thomas Die-Cast Engi...    Thomas Wooden Railway Engine Early Engineers...    You & Me 12 inch Baby Doll with Car Seat    Melissa & Doug First Bead Maze

$5.99    $5.99    $9.99    $11.99    $14.99

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ▣

3/16/2014                              Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry    **NO** return to product page

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                         Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



- o
- o
- o
- o
- o
- o
- o

Email signup

Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- o  The Great Big Christmas Book Hot Deals Store Christmas Store Baby's First Christmas Christmas Ornaments Christmas Stockings Christmas Trees and Wreaths More >> What's New At The Movies Action Figures Movies, Music & TV Science Fiction & Fantasy Sports More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >>
- o  Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >>
- o  Dolls & Stuffed Animals Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
- o  Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Radio Control Planes, Boats & Vehicles Radio Control Train Sets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>

**BABIES$US**
Looking for baby products?
Visit Babies "R"Us for all your newborn,
infant and toddler needs. Go now ▸

- o  Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
- o  Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Justin Bieber Kung Zhu Pets Little People
- o  Marvel Universe Monster High Star Wars Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
- o  Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex
- o  LEGO LeapFrog Little Tikes Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>



| INTERNET ARCHIVE **WayBackMachine** | http://www.toysrus.com/product/index.jsp?productId=4012261 | Go | SEP | NOV | MAR | Close |
| 8 captures 15 Apr 10 - 23 Jul 13 | | | 2009 | ◀ 3 ▶ 2010 2012 | | Help |

Welcome! Login or create an account Learn why



Home > Baby Toys > Soft & Plush Toys

                                                                        Print Page        Email A Friend

## Animal Alley 15 inch Sammie the Pup Plush

By: Toys R Us

**SAVE** ONLY $4.99 Dog or Bear with purchase! (Details)

**See more Special Offers below**

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Average Customer Rating

(16 Ratings)

Rate and Review this Item

Read 16 Reviews

🔍 Larger Image

**Our Price: $5.99**

**Quantity:** 1

- In stock for shipping
- Eligible for Store Pickup: Select a store

ADD TO CART

BETA Buy online
pick up in store!
It's Fast! It's Easy!    learn more ▸

3/16/2014                          Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

Our Recommended Age: Birth - 7 years (details)

Manufacturer's Age: Birth - 7 years

Share:

ONLY $4.99 Exclusive! 19" Toys "R" Us Roscoe the Dog or Riley the Bear with ANY purchase of $50 or more! - (Details)

Free Standard Shipping (up to $20) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - Free Shipping (up to $20) (Details)

Now through Dec. 24, Earn 10% Back on Your Holiday Purchases with Rewards"R"Us! - (Details)



| Animal Alley 10.5 inch Hippo - Pink | Animal Alley 10.5 inch Hippo - Blue | Animal Alley Standing Giraffe | Animal Alley 17 inch Tinker Bell Fairy Bear - Green Dress | Animal Alley 10.5" Pink Doll |
|---|---|---|---|---|
| $9.99 | Average Customer Rating | Average Customer Rating | Average Customer Rating | Average Customer Rating |
| ☐ Include this item when you add to cart | (3 Ratings) | (27 Ratings) | (6 Ratings) | (11 Ratings) |
| | Rate and Review this Item | Rate and Review this Item | Rate and Review this Item | Rate and Review this Item |
| | Read 3 Reviews | Read 27 Reviews | Read 6 Reviews | Read 11 Reviews |
| | $9.99 | $14.99 | $14.99 | $7.99 |
| | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart |

ADD ITEM(S) TO CART       Add to BABY REGISTRY       Add to WISH LIST

REVIEW SNAPSHOT® by PowerReviews

Average Customer Rating:                    (based on 2 ratings)

Reviewed by 2 Customers                                                           Sort by: Newest ▼

Displaying Reviews 1-2 of 2

[3 of 3 customers found this review helpful]

LOVE SAMMIE

3/16/2014                                    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

By SUCH a great puppy! from Rochester, NY on 8/16/2010

|                    |                                                  |
|--------------------|--------------------------------------------------|
| Pros:              | Cute, Good Quality, Perfect Size, Snuggly, Soft  |
| Best Uses:         | All Ages                                         |
| Describe Yourself: | First Time Parent                                |
| Bottom Line:       | Yes, I would recommend this to a friend          |

Totally disagree with previous post/ Just because she didn't match the dog properly to her son's doesn't mean he isn't AWEsome!

Such a great pup! Bought for my niece, every kid in he house tries to steal him! I just wish that there were more Sammies available - they no longer make the 15-inch in tan, just pink, which won't fly with my 2 nephews!

Highly recommend this pup. Soft, great quality, he doesn't fall apart. But he does have hard plastic eyes so probably not good for newborns...

*Was this review helpful to you?* **Yes / No** *- You may also* **Report this review as Inappropriate.**

*[0 of 2 customers found this review helpful]*

### Looks are deceiving

By Sarah [VERIFIED BUYER] from **Arkansas** on 8/9/2010

|                    |                                           |
|--------------------|-------------------------------------------|
| Cons:              | Not very soft, Poor Design                |
| Best Uses:         | Group Activity, Imaginative Play          |
| Describe Yourself: | Parent Of Two Or More Children            |
| Bottom Line:       | No, I would not recommend this to a friend |

I wouldn't buy this puppy again. I thought it was going to be a lot softer than it was and more flexible. I got it for my newborn for when he got older so him and my son would have a puppy that looked alike. He does look like my older son's puppy except for some colors, but when I got it I was very disappointed on how he was nothing like it.

*Was this review helpful to you?* **Yes / No** *- You may also* **Report this review as Inappropriate.**

Displaying Reviews 1-2 of 2













| Animal Alley 16 inch Toy Story Woody Bear - ... | Tiny Love Tiny Princess Electronic Book | Tiny Love Tiny Princess Follow Me Fiona | Disney Princess Purple Leotard Skirt - XX-Sm... | Adorable Originals 14 inch Brunette Hair Lit... | Corolle Pink Flounce Baby Doll Dress for 12 ... |
|---|---|---|---|---|---|
| $14.99 | $21.99 | $24.99 | $14.98 | $17.99 | $19.99 |

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program
Special Events

**Safe & Secure Shopping**

**Terms & Conditions**
**Privacy Policy**
**Site Map**

- •
- •
- •
- •
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ►

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us





- o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o

- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- o Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- o Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >> Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes
- o Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Winter Activities Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play More >> Winter Wonderland Party Supplies Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >>
- o Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >> Vehicles, Hobby & R/C Radio Control

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated
Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe
Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO
LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items

| All Products ▾ |    **GO!**

Welcome! Login or create an account Learn why



Home > Baby Toys > Soft & Plush Toys

Print Page        Email A Friend

### Animal Alley 15 inch Sammie the Pup Plush

By: Toys R Us

**BUY1 GET1 ½ OFF** Buy 1 Get 1 50% OFF! (Details)

**See more Special Offers below**

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)



4.2  (16 reviews)

| Read 16 Customer Reviews | Rate and Review this Item |

**Our Price: $5.99**

**Quantity:** 1

- In stock for shipping
- Eligible for Store Pickup: Select a store




Buy online, pick up in store!
Fast, Easy and NO Shipping Charges!    learn more ▸

3/16/2014

Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



**Our Recommended Age:** Birth - 7 years (**details**)

**Manufacturer's Age:** Birth - 7 years

Share:



Buy 1 Get 1 50% OFF ALL "R" Exclusive plush! - (Details)

Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply. - (Details)

Bill Me Later! No Payments/No Interest if paid in Full in 6 months for orders $100 or more. Subject to credit approval. - (Details)

**Product Description**

The perfect canine companion, this 15 inch floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Ranging from oversized imaginary creations to life-like plush reproductions, Animal Alley stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, Animal Alley plush toy animals offer tremendous value and quality for children's pretend play. Animal Alley plush toys - exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.



**Animal Alley 10.5 inch Hippo - Pink**

$9.99

☐ This item is temporarily unavailable

**Animal Alley 10.5 inch Hippo - Blue**

5.0 (3 reviews)

Read 3 Customer Reviews
Rate and Review this Item

$9.99

☐ Include this item when you add to cart

**Animal Alley Standing Giraffe**

4.5 (27 reviews)

Read 27 Customer Review
Rate and Review this Item

$14.99

☐ Include this item when you add to cart

**Animal Alley 10.5 inch Pink Rag Doll**

4.5

(11 reviews)

Read 11 Customer Reviews
Rate and Review this Item

$7.99

☐ Include this item when you add to cart



**Average Customer Rating:** by PowerReviews

4.3 (based on 13 reviews)

92% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (12) | | All ages (8) |
| Snuggly (12) | | |
| Soft (11) | | |
| Good quality (6) | | |
| Perfect size (6) | | |

REVIEWER PROFILE: First time parent (6), Parent of two or more children (5), Stay at home parent (4)

3/16/2014                              Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



WAS THIS A GIFT?:                    Yes (8), No (5)

Rate and Review this item

**Most Helpful Positive Review**                              **Most Helpful Critical Review**

**LOVE SAMMIE**                                              **Just a little dissapointed**

Totally disagree with previous post/ Just because she didn't match the dog     I purchased this puppy thinking it wouldn't be much smaller than a pillow
properly to her son's doesn't mean he isn't AWEsome!     **VS**     pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15"
                                                             from ...
Such a great pup! Bought for my niece, every...
                                                             Read complete review
Read complete review

Reviewed by 13 customers                                          Sort by  Newest ▼

Displaying reviews 1-10 Back to top                                    Previous | Next »

By **B and M**                              5.0  **Great dog!**                              1/2/2012
from Ohio
                          PROS                CONS                BEST USES
                          Cute                                   Young Children
                          Snuggly

                          Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

                          My husband renamed him bob... our 16 month old LOVES him,. He uses it for a pillow and a cuddle buddy!
                          Every time he sees him he points and says BOB! With a smile :) We are expecting again and can't wait to get
                          the new baby one!

                              WAS THIS A GIFT?:               Yes
                          BOTTOM LINE Yes, I would recommend this to a friend
                          *Was this review helpful? Yes / No - You may also report this review as inappropriate.*
Comment on this review ❓

By **SAHM**                              3.0  **Just a little dissapointed**                    12/13/2011
from Cincinnati, OH

About Me First Time Parent, Stay At Home Parent     PROS                CONS                BEST USES
                          Cute                                   All Ages
                          Good Quality
                          Snuggly
                          Soft

                          Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

                          I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's
                          teeny tiny! I guess they measure 15" from the tip of his nose to his tail, so I can't really hold toys-r-us
                          responsible for my lack of measuring skills. That said, it is a really soft pooch, and I think my 8 month old
                          daughter will adore him, I just wish he were bigger.

                              WAS THIS A GIFT?:               Yes
                          BOTTOM LINE Yes, I would recommend this to a friend
                          *Was this review helpful? Yes / No - You may also report this review as inappropriate.*
Comment on this review ❓

By **Constantine**                              5.0  **Very cute...**                          12/9/2011
from Seattle, WA

About Me First Time Parent                     PROS                CONS                BEST USES
                          Cute
See all my reviews        Good Quality
                          Interactive
💲 VERIFIED                Perfect Size
   BUYER                   Snuggly
                          Soft

                          Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

                          This little pup is just adorable! He is SUPER soft and very well constructed. My little one is not here yet, but I just
                          KNOW this stuffed animal is going to be a hit. It almost is shaped like a "pillow pet" is. Perfect for a baby! He's
                          actually smaller than I expected him to be, but in the end I was pleased by this. As I said, he's perfect for a baby
                          to use and play with. Animal Alley once again made a super soft, well constructed stuffed animal. When it
                          comes to anything plush - I would never go with any other brand. I own various Animal Alley stuffed animals,
                          and every single one is just great! For the price, this little pup is a great buy!! :)

                              WAS THIS A GIFT?:               No
                          BOTTOM LINE Yes, I would recommend this to a friend
                          *Was this review helpful? Yes / No - You may also report this review as inappropriate.*
Comment on this review ❓

By **Jhdixon2007**                    (1 of 1 customers found this review helpful)                7/25/2011
from Mechanicsville VA
                                       5.0  **My sons favorite**

3/16/2014

Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



3/16/2014                          Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



**By online shoppin mama**
**from raynesford, mt**

About Me Parent Of Two Or More Children, Stay At Home Parent

See all my reviews

☑ VERIFIED BUYER

4 ⭐ **cute puppy**                                                    12/20/2010

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | |
| Good Quality | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:*

This puppy seemed to be good quality and I was happy with the size for the money. It is very soft and squishy, perfect for my neice to snuggle.

WAS THIS A GIFT?:                Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

**By Silly Sadies Mommy**
**from Southern Ohio**

About Me First Time Parent, Stay At Home Parent

(1 of 1 customers found this review helpful)                        11/22/2010

5 ⭐ **Hmmm ... cute.**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:*

I will give it to this Plush Pup that he is soft, sweet and very cute ... But I did expect him to be a bit bigger. Even though, he is a good size for my 10 month old to carry around ... she enjoys him, no matter the small size.

WAS THIS A GIFT?:                No
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

Displaying reviews **1-10** Back to top                                    Previous | Next »

     

| Trend Lab Rockets Hooded Towel and Wash Clot... | Tommee Tippee 1-Pack Closer to Nature 9oz Bo... | Tommee Tippee Closer to Nature Newborn Start... | Toys R Us C Ultra Alkaline Batteries - 6 Pac... | FurReal Friends Snuggimals - Marmalade and W... | 4moms mamaRoo Infant Seat - Green Fi |
|---|---|---|---|---|---|
| $26.99 | $8.99 | $44.99 | $6.99 | $9.99 | $199.99 |

3955962 3934805

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**HELP**
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**TOP SEARCHES**
Imaginext
Cars
Squinkies

**WHAT'S HOT**
Clearance
Boys Toys
Girls Toys

**TOP CATEGORIES**
Bikes
Electronics
Cell Phones

**BUZZ**
Toys"R"Us Rewards
Weekly Ads
Shop by Age

**TWEET, LIKE, & WATCH**
Like us on Facebook
Follow us on Twitter

https://web.archive.org/web/20120303035256/http://www.toysrus.com/product/index.jsp?productId=4012261                5/6

3/16/2014                                           Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

Monster High Dolls      Tablets          Dolls & Stuffed Animals      Layaway          Watch us on Youtube
Batman                  Camcorders       Learning                     Store Locator
Hot Wheels              GPS              Outdoor Play                  Wish List         Mobile
Pokemon                 Video Gallery    Video Games                  Special Events
Baby Alive                               RC Cars                                        RSS
Trampoline
iPod Touch

Select a site ▼

© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry          **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                              Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



- o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o

- •
- •
- •
- •
- •

Email signup

Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- • o Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Ride-Ons Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
  - o Books, Movies & Music Children's Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >>
  - o Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery Children's Books More >> Musical Instruments Guitars Keyboards & Pianos More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Winter Activities More >> Party Supplies
  - o Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >>
  - o Vehicles, Hobby & R/C Radio Control Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated Easter Basket Fillers Easter Plush Toys and Gifts Books and Movies More >>
- • o Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  - o Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe
  - o Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>



http://www.toysrus.com/product/index.jsp?productId=4012261    [ Go ]

INTERNET ARCHIVE
WayBackMachine
8 captures
15 Apr 10 - 23 Jul 13

MAR  APR  MAY   Close
◄  3  ►
2010  2012  2013    Help

arium LEGO
l >>

- •

0
items

[ All Products ▼ ]    **GO!**
Welcome! Login or create an account. Learn why

 

FREE SHIPPING: Shipped Anywhere! Or Use In-Store Pick Up! see details ▸

Home > Easter > Easter Plush

Print Page      Email A Friend



## Animal Alley 15 inch Sammie the Pup Plush

By: Toys R Us

**SHIPS FREE** Ships Free with a purchase of $100 or more!

(Details)

**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

4.2  (16 reviews)

Read 16 Customer Reviews    Rate and Review this item

Our Recommended Age: Birth - 7 years (details)

**Our Price: $5.99**

**Quantity:** 1

- • In stock for shipping
- • Eligible for Store Pickup: Select a store

ADD TO CART

Buy online, pick up in store!
Fast, Easy and NO Shipping Charges!  learn more ▸

3/16/2014                          Animal Alley 15 Inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

Manufacturer's Age: Birth - 7 years

Share:


SHIPS FREE  Free Standard Shipping (up to $20) on ANY Toys"R"Us total purchase of $100 or more. Exclusions apply. - Free Shipping (up to $20) (Details)

**Product Description**
The perfect canine companion, this 15 inch floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Ranging from oversized imaginary creations to life-like plush reproductions, **Animal Alley** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Animal Alley** plush toy animals offer tremendous value and quality for children's pretend play. **Animal Alley** plush toys - exclusively at Toys"R"Us... It's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.



**Animal Alley 10.5 inch Hippo - Pink**

$9.99
☐ This item is temporarily unavailable

**Animal Alley 10.5 inch Hippo - Blue**

5.0 (3 reviews)
Read 3 Customer Reviews
Rate and Review this Item

$9.99
☐ This item is temporarily unavailable

**Animal Alley Standing Giraffe**

4.5 (27 reviews)
Read 27 Customer Reviews
Rate and Review this Item

$14.99
☐ Include this item when you add to cart

**Animal Alley 10.5 inch Pink Rag Doll**

4.5 (11 reviews)
Read 11 Customer Reviews
Rate and Review this item

$7.99
☐ Include this item when you add to cart

ADD ITEM(S) TO CART     Add to BABY REGISTRY     WISH LIST



**Average Customer Rating:** by PowerReviews

4.1   (based on 15 reviews)
[93%] of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute (13) |  | All ages (9) |
| Snuggly (13) |  |  |
| Soft (12) |  |  |
| Good quality (9) |  |  |
| Perfect size (7) |  |  |

REVIEWER PROFILE:          First time parent (7), Parent of two or more children (5), Stay at home parent (4)
WAS THIS A GIFT?:          No (7), Yes (6)

Rate and Review this Item

**Most Helpful Positive Review**                          **Most Helpful Critical Review**

3/16/2014                                         Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



**LOVE SAMMIE**

Totally disagree with previous post/ Just because she didn't match the dog properly to her son's doesn't mean he isn't AWEsome!

Such a great pup! Bought for my niece, every...

Read complete review

**VS**

**Just a little dissapointed**

I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15" from ...

Read complete review

---

**Reviewed by 15 customers**                                      Sort by  Newest ▼

Displaying reviews 1-10 Back to top                                          Previous | Next »

---

By **My sam sam**                                       5.0  **Sammie the pup!**                                    3/6/2012
from **Bradenton, Florida**

About Me **First Time Parent**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

Perfect for my baby girl due on May 30th. I have one very simmilar to this one but it is 28 years old. I hope this pup will last her that long. I'm sure it will.

WAS THIS A GIFT?:                    No
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **Rae**                                              1.0  **Sammie the pup plush**                              3/6/2012
from **Jax FL**

| PROS | CONS | BEST USES |
|------|------|-----------|

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

I have no problem with the product per se, just in how it was shipped to me. Because of how it was shipped, I am unable to give this to my son.

WAS THIS A GIFT?:                    No
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **B and M**                                          5.0  **Great dog!**                                        1/2/2012
from **Ohio**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | Young Children |
| Snuggly | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

My husband renamed him bob... our 16 month old LOVES him.. He uses it for a pillow and a cuddle buddy! Every time he sees him he points and says BOB! With a smile :) We are expecting again and can't wait to get the new baby one!

WAS THIS A GIFT?:                    Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **SAHM**                                             3.0  **Just a little dissapointed**                        12/13/2011
from **Cincinnati, OH**

About Me **First Time Parent, Stay At Home Parent**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15" from the tip of his nose to his tail, so I can't really hold toys-r-us responsible for my lack of measuring skills. That said, it is a really soft pooch, and I think my 8 month old daughter will adore him, I just wish he were bigger.

WAS THIS A GIFT?:                    Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **Constantine**                                      5.0  **Very cute...**                                      12/9/2011
from **Seattle, WA**

| PROS | CONS | BEST USES |
|------|------|-----------|

3/16/2014                                  Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

**About Me First Time Parent**

See all my reviews

$ VERIFIED BUYER

Cute
Good Quality
Interactive
Perfect Size
Snuggly
Soft

**Comments about Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:**

This little pup is just adorable! He is SUPER soft and very well constructed. My little one is not here yet, but I just KNOW this stuffed animal is going to be a hit. It almost is shaped like a "pillow pet" is. Perfect for a baby! He's actually smaller than I expected him to be, but in the end I was pleased by this. As I said, he's perfect for a baby to use and play with. Animal Alley once again made a super soft, well constructed stuffed animal. When it comes to anything plush - I would never go with any other brand. I own various Animal Alley stuffed animals, and every single one is just great! For the price, this little pup is a great buy!! :)

WAS THIS A GIFT?:                    No
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

**By Jhdixon2007**
from Mechanicsville VA

**About Me First Time Parent, Working Parent**

$ VERIFIED BUYER

(1 of 1 customers found this review helpful)        7/25/2011

5.0 **My sons favorite**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute |      | All Ages  |
| Good Quality | | |
| Snuggly | | |
| Soft | | |

**Comments about Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:**

My son received this dog as a Christmas gift last year when he was 6 months old. He attached himself to the dog and won't go anywhere without it! I purchased this one incase something were to happen to the original. The original dog has made it through being dragged throughout the house and daycare. I've even tossed him in the washing machine before and he came out perfectly.

WAS THIS A GIFT?:                    No
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

**By Mom of three boys**
from Wisconsin

**About Me Parent Of Two Or More Children, Stay At Home Parent**

See all my reviews

$ VERIFIED BUYER

6.0 **Very cute and soft!**        7/10/2011

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute |      | All Ages  |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

**Comments about Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:**

I bought this puppy for my son. Well technically Santa will have bought it because it's for Christmas from Santa. I am sure he will love it though. I am not a dog person but this is super cute! Definatley a great price!

WAS THIS A GIFT?:                    No
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

**By Dorie**
from Bronx, NY

$ VERIFIED BUYER

4.0 **I would buy this product again**        1/20/2011

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute |      | Young Children |
| Snuggly | | |
| Soft | | |

**Comments about Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:**

Gave this plush toy to my 2 year niece for Christmas & she loves it.

WAS THIS A GIFT?:                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

**By Shelly's Belly**
from Arizona

**About Me First Time Parent**

5.0 **So soft**        1/16/2011

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute |      | All Ages  |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

**Comments about Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:**

This is a very soft toy that I can't stop touching. Well built and perfect size for a child or infant.

3/16/2014                                    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

By Angel Baby Momma                                    5.0  **So soft**                                                    12/25/2010
from Arizona

About Me Parent Of Two Or More Children

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

**Comments about Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush:**

So very soft! I want one for my own!

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

Displaying reviews **1-10** Back to top                                                    Previous | Next »

     

| Wild Lights Super Bike - Red | Strawberry Shortcake Twirling Flower Fashion... | Step2 Fort Slide-Away Hideaway | NoJo Ray Ball Mobile | Minnie Mouse Headphones | Disney Princess Magiclip Wardrobe Collection... |
|---|---|---|---|---|---|
| $19.98 | $19.99 | $139.99 | $38.24 | $24.99 | $14.99 |

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**HELP**
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**
Cars
Halo
Hasbro Board Games
Laladoll
Lego Ninjago
Lego Star Wars
Monsuno
Star Wars
Swings
The Avengers

**WHAT'S HOT**
Cody Simpson
Clearance
Boys Toys
Girls Toys
Tablets
Camcorders
GPS
Video Gallery

**TOP CATEGORIES**
Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning
Outdoor Play
Video Games
RC Cars

**BUZZ**
Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator
Wish List
Special Events

**TWEET, LIKE, & WATCH**
- Like us on Facebook
- Follow us on Twitter
- Watch us on Youtube
- Mobile
- RSS

3/16/2014                         Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?



CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                          Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us





- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Ride-Ons Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- Books, Movies & Music Children's Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >>
- Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery Children's Books More >> Musical Instruments Guitars Keyboards & Pianos More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Winter Activities More >> Party Supplies
- Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Furniture Mattresses Bedding More >> Tween Girls Room Decor More >>
- Vehicles, Hobby & R/C Radio Control Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated Holiday Shops Halloween Costumes More >>
- Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
- Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
- Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items

All Products ▼      GO!

Welcome! Login or create an account. Learn why

 FREE SHIPPING: Shipped Anywhere! Or Use In-Store Pick Up! see details ▸

Home > Baby Toys > Soft & Plush Toys

                                                                    Print Page        Email A Friend

### Animal Alley 15 inch Sammie the Pup Plush

By: Toys R Us

**Our Price: $5.99**

SHIPS FREE  **Ships Free with a purchase of $100 or more!**

**Quantity:** 1

(Details)

See more Special Offers below

- Out of stock for shipping: Email me when available
- Eligible for Store Pickup: Select a store





ADD TO CART

Buy online, pick up in store! Fast, Easy and NO Shipping Charges! learn more ▸

                    4.2  (16 reviews)
Read 16 Customer Reviews   Rate and Review this Item

Roll over image to zoom Larger Image

**Our Recommended Age:** Birth - 7 years (details)
Manufacturer's Age: Birth - 7 years

3/16/2014                                    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us

Share:



**SHIPS FREE** Free Standard Shipping (up to $20) on ANY total purchase of $100 or more. Exclusions apply. - Free Shipping (up to $20) (Details)

**SAVE** Save $20 on purchases of $100 or more for NEW Bill Me Later Customers ONLY! Subject to credit approval. - (Details)

**Product Description**

The perfect canine companion, this 15 inch floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Ranging from oversized imaginary creations to life-like plush reproductions, **Animal Alley** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Animal Alley** plush toy animals offer tremendous value and quality for children's pretend play. **Animal Alley** plush toys - exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.



**Animal Alley 10.5 inch Hippo - Pink**

$9.99

☐ Include this item when you add to cart

**Animal Alley 10.5 inch Hippo - Blue**

5.0  (3 reviews)

Read 3 Customer Reviews
Rate and Review this Item

$9.99

☐ Include this item when you add to cart

**Animal Alley Standing Giraffe**

4.5  (27 reviews)

Read 27 Customer Reviews
Rate and Review this Item

$14.99

☐ Include this item when you add to cart

**Animal Alley 10.5 inch Pink Rag Doll**

4.5  (11 reviews)

Read 11 Customer Reviews
Rate and Review this Item

$7.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART**    **Add to BABY REGISTRY**    **Add to WISH LIST**



**Average Customer Rating:** by PowerReviews

4.1  (based on 15 reviews)

93% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute (13)<br>Snuggly (13)<br>Soft (12)<br>Good quality (9)<br>Perfect size (7) | | All ages (9) |

REVIEWER PROFILE:        First time parent (7), Parent of two or more children (5), Stay at home parent (4)
WAS THIS A GIFT?:        No (7), Yes (6)

Rate and Review this Item

| Most Helpful Positive Review | Most Helpful Critical Review |
| --- | --- |

3/16/2014                          Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



**LOVE SAMMIE**

Totally disagree with previous post/ Just because she didn't match the dog properly to her son's doesn't mean he isn't AWEsome!

Such a great pup! Bought for my niece, every...

Read complete review

**VS**

**Just a little disappointed**

I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15" from ...

Read complete review

---

Reviewed by 15 customers                                                Sort by  Newest  ▼

Displaying reviews 1-10 Back to top                                          Previous | Next »

---

By **My sam sam**
from **Bradenton, Florida**                              5.0  **Sammie the pup!**                            3/6/2012
About Me First Time Parent

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

Perfect for my baby girl due on May 30th, I have one very simmilar to this one but it is 28 years old. I hope this pup will last her that long, I'm sure it will.

WAS THIS A GIFT?:              No
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ⊘

---

By **Rae**
from **Jax FL**                                          1.0  **Sammie the pup plush**                      3/6/2012

| PROS | CONS | BEST USES |
|------|------|-----------|

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

I have no problem with the product per se, just in how it was shipped to me. Because of how it was shipped, I am unable to give this to my son.

WAS THIS A GIFT?:              No
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ⊘

---

By **B and M**
from **Ohio**                                            5.0  **Great dog!**                                1/2/2012

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | Young Children |
| Snuggly | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

My husband renamed him bob... our 16 month old LOVES him,. He uses it for a pillow and a cuddle buddy! Every time he sees him he points and says BOB! With a smile :) We are expecting again and can't wait to get the new baby one!

WAS THIS A GIFT?:              Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ⊘

---

By **SAHM**
from **Cincinnati, OH**          (0 of 1 customers found this review helpful)              12/13/2011
About Me First Time Parent, Stay At Home Parent    3.0  **Just a little disappointed**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

I purchased this puppy thinking it wouldn't be much smaller than a pillow pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15" from the tip of his nose to his tail, so I can't really hold toys-r-us responsible for my lack of measuring skills. That said, it is a really soft pooch, and I think my 8 month old daughter will adore him, I just wish he were bigger.

WAS THIS A GIFT?:              Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ⊘

---

3/16/2014    Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



By Constantine
from Seattle, WA

About Me First Time Parent

See all my reviews

VERIFIED BUYER

5.0  Very cute...    12/9/2011

PROS          CONS          BEST USES
Cute
Good Quality
Interactive
Perfect Size
Snuggly
Soft

Comments about *Toys R Us 1001325 Animal Alley 15 Inch Sammie the Pup Plush*:

This little pup is just adorable! He is SUPER soft and very well constructed. My little one is not here yet, but I just KNOW this stuffed animal is going to be a hit. It almost is shaped like a "pillow pet" is. Perfect for a baby! He's actually smaller than I expected him to be, but in the end I was pleased by this. As I said, he's perfect for a baby to use and play with. Animal Alley once again made a super soft, well constructed stuffed animal. When it comes to anything plush - I would never go with any other brand. I own various Animal Alley stuffed animals, and every single one is just great! For the price, this little pup is a great buy!! :)

WAS THIS A GIFT?:          No
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

By Jhdixon2007
from Mechanicsville VA

About Me First Time Parent, Working Parent

VERIFIED BUYER

(1 of 1 customers found this review helpful)    7/25/2011

5.0  My sons favorite

PROS          CONS          BEST USES
Cute                         All Ages
Good Quality
Snuggly
Soft

Comments about *Toys R Us 1001325 Animal Alley 15 Inch Sammie the Pup Plush*:

My son received this dog as a Christmas gift last year when he was 6 months old. He attached himself to the dog and won't go anywhere without it! I purchased this one incase something were to happen to the original. The original dog has made it through being dragged throughout the house and daycare. I've even tossed him in the washing machine before and he came out perfectly.

WAS THIS A GIFT?:          No
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

By Mom of three boys
from Wisconsin

About Me Parent Of Two Or More Children, Stay At Home Parent

See all my reviews

VERIFIED BUYER

5.0  Very cute and soft!    7/10/2011

PROS          CONS          BEST USES
Cute                         All Ages
Perfect Size
Snuggly
Soft

Comments about *Toys R Us 1001325 Animal Alley 15 Inch Sammie the Pup Plush*:

I bought this puppy for my son. Well technically Santa will have bought it because it's for Christmas from Santa. I am sure he will love it though. I am not a dog person but this is super cute! Definatley a great price!

WAS THIS A GIFT?:          No
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

By Doris
from Bronx, NY

VERIFIED BUYER

4.0  I would buy this product again    1/20/2011

PROS          CONS          BEST USES
Cute                         Young Children
Snuggly
Soft

Comments about *Toys R Us 1001325 Animal Alley 15 Inch Sammie the Pup Plush*:

Gave this plush toy to my 2 year niece for Christmas & she loves it.

WAS THIS A GIFT?:          Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

By Shelly's Belly
from Arizona

About Me First Time Parent

5.0  So soft    1/18/2011

PROS          CONS          BEST USES
Cute                         All Ages
Good Quality
Perfect Size
Snuggly
Soft

3/16/2014                        Animal Alley 15 inch Sammie the Pup Plush - Toys R Us - Toys "R" Us



Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

This is a very soft toy that I can't stop touching. Well built and perfect size for a child or infant.

**WAS THIS A GIFT?:**                Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

By **Angel Baby Momma**                                    ♭ʋ **So soft**                                    12/25/2010
from **Arizona**

About Me **Parent Of Two Or More Children**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Animal Alley 15 inch Sammie the Pup Plush*:

So very soft! I want one for my own!

**WAS THIS A GIFT?:**                Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

---

Displaying reviews **1-10** Back to top                                        Previous | Next »



Little Tikes Little HandiWorker Workhorse

$24.99

**YOUR ORDER**          **HELP**                    **GIFT SERVICES**

- Track My Order        - Safety Information        - Gift Cards
- Returns               - Shipping & Delivery       - Gift Card Redemption
- Cancellations         - Payment Options           - Gift Wrap
                        - Contact Us                - Gift Finder

**ABOUT US**            **SAFE & SECURE SHOPPING**

- Company Info          - Terms & Conditions
- Careers               - Privacy Policy
- News/Press Room       - Site Map
- Affiliate Program
- Our Supply Chain

**TOP SEARCHES**    **WHAT'S HOT**    **TOP CATEGORIES**    **BUZZ**    **TWEET, LIKE, & WATCH**

| Cars | Cody Simpson | Bikes | Toys"R"Us Rewards |  Like us on Facebook |
| Halo | Clearance | Electronics | Weekly Ads | |
| Hasbro Board Games | Boys Toys | Cell Phones | Shop by Age |  Follow us on Twitter |
| Laladoll | Girls Toys | Dolls & Stuffed Animals | Layaway | |
| Lego Ninjago | Tablets | Learning | Store Locator | Watch us on Youtube |
| Lego Star Wars | Camcorders | Outdoor Play | Wish List | |
| Monsuno | GPS | Video Games | Special Events | Mobile |
| Star Wars | Video Gallery | RC Cars | | |
| Swings | | | | RSS |
| The Avengers | | | | |



© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?



YES
add to my registry

NO
return to product page

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                  Toys R Us Plush 15 inch Sammie the Pup - Toys R Us - Toys "R" Us



3/16/2014                          Toys R Us Plush 15 Inch Sammie the Pup - Toys R Us - Toys "R" Us



**SHIPS FREE** Ships Free with a purchase of $79 or more! (Details)

- Free Ship-To-Store
- Free Store Pickup Today: Select a store



**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)

(16 reviews)

Read 16 Customer Reviews    Rate and Review this item

**Q&A**  Ask Questions, share answers

0 Questions | 0 Answers   Ask a Question

**SHIPS FREE** Free Standard Shipping on ANY purchase of $79 or more. Exclusions apply. - Free Shipping (Details)

**Customers Also Liked**



| Toys R Us Plush 10.5 Inch Hippo - Pink | Lamaze Peek-a-Boo Puppy Soft Book | Babies R Us Plush 8 Inch Plush Puppy - Brown | Toys R Us Plush 10.5 Inch Hippo - Blue | Toys R Us Plush Standing Giraffe |
|---|---|---|---|---|
| $9.99 | 0.0 | 0.0 | 5.0 (3 | 4.5 |
| Include this item when you add to cart | (No reviews) | (No reviews) | reviews) | (27 reviews) |
| | Be the first to Rate and Review this item | Be the first to Rate and Review this item | Read 3 Customer Reviews Rate and Review this item | Read 27 Customer Reviews Rate and Review this item |
| | $14.99 | $12.99 | $9.99 | $16.99 |
| | This item is temporarily unavailable | Include this item when you add to cart | Include this item when you add to cart | Include this item when you add to cart |

3/16/2014                                    Toys R Us Plush 15 inch Sammie the Pup - Toys R Us - Toys "R" Us



**Average Customer Rating:** by PowerReviews

4.2   (based on 17 reviews)

94%  of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (15) | | All ages (9) |
| Snuggly (14) | | Young children (4) |
| Soft (13) | | Imaginative play (3) |
| Good quality (10) | | |
| Perfect size (8) | | |

REVIEWER PROFILE:         First time parent (8), Parent of two or more children (5), Stay at home parent (4)
WAS THIS A GIFT?:         Yes (8), No (7)

Rate and Review this Item

**Most Helpful Positive Review**

**LOVE SAMMIE**

Totally disagree with previous post/ Just because she didn't match the dog
properly to her son's doesn't mean he isn't AWEsome!

Such a great pup! Bought for my niece, every...

Read complete review

**VS**

**Most Helpful Critical Review**

**Just a little dissapointed**

I purchased this puppy thinking it wouldn't be much smaller than a pillow
pet (they're 19"). Boy was I wrong! It's teeny tiny! I guess they measure 15"
from ...

Read complete review

Reviewed by 17 customers                                                    Sort by  Newest ▼

Displaying reviews 1-10 Back to top                                         Previous | Next »

By **Drums**                            5.0  **Woof Woof**                                    3/2/2013
from **Chicago**

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | Young Children |

Comments about *Toys R Us 1001325 Toys R Us Plush 15 inch Sammie the Pup*:

I love my cute little dog.

WAS THIS A GIFT?:              Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

By **Tbaby**                            5.0  **Cute puppy**                                   7/12/2012
from **Louisville KY**

About Me **First Time Parent, Working Parent**

$ VERIFIED
BUYER

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | Imaginative Play |
| Good Quality | | Young Children |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 15 inch Sammie the Pup*:

Cute puppy

WAS THIS A GIFT?:              Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

INTERNET ARCHIVE          http://www.toysrus.com/product/index.jsp?productId=4012261    [Go]    MAY  JUL  AUG  Close

3/16/2014                          Toys R Us Plush 15 inch Sammie the Pup - Toys R Us - Toys "R" Us



3/16/2014                                 Toys R Us Plush 15 inch Sammie the Pup - Toys R Us - Toys "R" Us

This little pup is just adorable! He is SUPER soft and very well constructed. My little one is not here yet, but I just KNOW this stuffed animal is going to be a hit. It almost is shaped like a "pillow pet" is. Perfect for a baby! He's actually smaller than I expected him to be, but in the end I was pleased by this. As I said, he's perfect for a baby to use and play with. Animal Alley once again made a super soft, well constructed stuffed animal. When it comes to anything plush - I would never go with any other brand. I own various Animal Alley stuffed animals, and every single one is just great! For the price, this little pup is a great buy!! :)

WAS THIS A GIFT?:                    No
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ⓘ

---

By Jhdixon2007                       (1 of 1 customers found this review helpful)                                    7/25/2011
from Mechanicsville VA
                                                     5.0  My sons favorite
About Me First Time Parent, Working Parent
                                     PROS                         CONS                         BEST USES
  $  VERIFIED                        Cute                                                      All Ages
     BUYER                           Good Quality
                                     Snuggly
                                     Soft

                                     Comments about Toys R Us 1001325 Toys R Us Plush 15 inch Sammie the Pup:

                                     My son received this dog as a Christmas gift last year when he was 6 months old. He attached himself to the
                                     dog and won't go anywhere without it! I purchased this one incase something were to happen to the original.
                                     The original dog has made it through being dragged throughout the house and daycare. I've even tossed him in
                                     the washing machine before and he came out perfectly.

                                     WAS THIS A GIFT?:                    No
                                     BOTTOM LINE Yes, I would recommend this to a friend
                                     Was this review helpful? Yes / No - You may also report this review as inappropriate.
Comment on this review ⓘ

---

By Mom of three boys                                  5.0  Very cute and soft!                                    7/10/2011
from Wisconsin
                                     PROS                         CONS                         BEST USES
About Me Parent Of Two Or More Children, Stay At Home   Cute                                                      All Ages
Parent                               Perfect Size
                                     Snuggly
See all my reviews                   Soft

  $  VERIFIED                        Comments about Toys R Us 1001325 Toys R Us Plush 15 inch Sammie the Pup:
     BUYER
                                     I bought this puppy for my son. Well technically Santa will have bought it because it's for Christmas from Santa.
                                     I am sure he will love it though. I am not a dog person but this is super cute! Definatley a great price!

                                     WAS THIS A GIFT?:                    No
                                     BOTTOM LINE Yes, I would recommend this to a friend
                                     Was this review helpful? Yes / No - You may also report this review as inappropriate.
Comment on this review ⓘ

---

By Doris                                              4.0  I would buy this product again                         1/20/2011
from Bronx, NY
                                     PROS                         CONS                         BEST USES
  $  VERIFIED                        Cute                                                      Young Children
     BUYER                           Snuggly
                                     Soft

                                     Comments about Toys R Us 1001325 Toys R Us Plush 15 inch Sammie the Pup:

                                     Gave this plush toy to my 2 year niece for Christmas & she loves it.

                                     WAS THIS A GIFT?:                    Yes
                                     BOTTOM LINE Yes, I would recommend this to a friend
                                     Was this review helpful? Yes / No - You may also report this review as inappropriate.
Comment on this review ⓘ

---

Displaying reviews 1-10 Back to top                                                              Previous | Next »

Do you have questions about this product?

Ask a question
AnswerBox











Super Mario 6 inch        Disney Mickey        Rise of the        Doc McStuffins        Yankee Stadium

3/16/2014                                    Toys R Us Plush 15 inch Sammie the Pup - Toys R Us - Toys "R" Us

| Plush Figure - Koopa | Mouse Clubhouse Slumberbag | Guardians for Nintendo DS | Lambie Pillowtime Pal | Opening Day 1923 and 2008 Com... |
|---|---|---|---|---|
| $12.99 | $22.99 | $19.99 | $22.99 | $129.99 |

Express | Styl & Control | Arts & Crafts Supplies | Gyms & Playmats | Shampoo & Body Wash

19350536   4130834   12400100   17519366   18263476

## YOUR ORDER

- Track My Order
- Returns
- Cancellations
- Create a Pre-Paid Return Label

## HELP

- "R" Us Credit Card
- Rewards"R"Us
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

## GIFT SERVICES

- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

## ABOUT US

- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

## SAFE & SECURE SHOPPING

- Terms & Conditions
- Privacy Policy
- Site Map

| TOP SEARCHES | WHAT'S HOT | TOP CATEGORIES | BUZZ | TWEET, LIKE, & WATCH |
|---|---|---|---|---|
| Monster High | Family Movies | Bikes | In-Store Events | Like us on Facebook |
| LEGO | Tabeo Kids Tablet | Sandboxes | Differently Abled Toy Guide | Follow us on Twitter |
| Skylanders | Hot Deals & Discounts | Trampolines | International Shipping | Watch us on Youtube |
| Nerf | Clearance | Swing Sets | Weekly Ads | |
| Swings | Boys Toys | Water Tables | Shop by Age | Mobile |
| Barbie | Girls Toys | Water Slides | Store Locator | RSS |
| Furby | Tablets | Slides | Wish List | |
| TMNT | MP3 Players | Scooters | | |
| Lalaloopsy | Cameras | Remote Control | | |
| WWE | Camcorders | Wagons | | |
| | Video Gallery | | | |

Select a site ▼

© 2013 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/16/2014                                    Animal Alley 16 inch Bear - Honey - Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productId=3195480    [Go]    NOV  DEC  JAN  Qose
1 captures    ◀ 1 ▶    Help
1 Dec 09 - 1 Dec 09    2008  2009  2010



- 
  - ○
  - ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- ○ Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  - ○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  - ○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
  - ○ Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

BABIES R US
Looking for baby products?
Visit Babies "R" Us for all your newborn, infant and toddler needs. Go now ▶

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

[ All Products ▼ ]
Welcome! Login or create an account. Learn why

THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED!    FREE SHIPPING    (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ▶

Home > Preschool > Stuffed Animals & Dolls > Stuffed Animals > Bears



[Q] Larger Image



## Animal Alley 16 inch Bear - Honey

By: **Toys R Us**

SHIPS FREE ree Shipping(up to $25) (Details)

See more Special Offers below

**Average Customer Rating**
 (2 Ratings)
Rate and Review this Item
Read 2 Reviews

**Our Recommended Age:** 2 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:

## Buy Online                        Print Page   Email A Friend

List Price: $19.99
## Our Price: $9.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

## Find It In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                                  Animal Alley 16 inch Bear - Honey - Toys R Us - Toys "R" Us

**Special Offers**

**SHIPS FREE** Free Shipping (up to $25) when you spend $49 or more on eligible items! - (Details)

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping



| Animal Alley: 9-inch White Polar Bear | Animal Alley: 9-inch Black and White Panda | Animal Alley 10 inch Bear - Honey | Animal Alley: 9-inch Pink Pig |
|---|---|---|---|
| $9.99 | $9.99 | Average Customer Rating | Average Customer Rating |
| | | (1 Rating) | (0 Ratings) |
| | | Rate and Review | Be the first to Rate |
| ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ This item is temporarily unavailable Read 1 Review | ☐ Include this item when you add to cart |
| | | $6.99 | $9.99 |

Add to WISH LIST    Add to BABY REGISTRY    **ADD ITEM(S) TO CART**

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**                    **(based on 2 ratings)**

Reviewed by 2 Customers                                        Sort by: Newest ▼

Displaying Reviews 1-2 of 2

### AnimalAlley 16 inch HoneyBear (I goofed)

By **Busy Grandma of 2**    [$] VERIFIED BUYER    from Ilvonia, Michigan on 8/23/2009

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Snuggly, Soft |
| **Best Uses:** | Imaginative Play, Older Children |
| **Describe Yourself:** | Grandparent |
| **Bottom Line:** | |

The plush bear is very cute, but I goofed because I was looking for a bear for a 1 year old and the eyes on this bear are made from hard plastic. I had hoped the eyes would be embroidered (sp?) on with just thread.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Honey Bear brought a smile to my neice

By **Proud Uncle**    [$] VERIFIED BUYER    from Bronx, NY on 3/20/2009

| | |
|---|---|
| **Pros:** | Cute |
| **Best Uses:** | Older Children, Small Children |
| **Bottom Line:** | |

I loved what I saw online and thought it was perfect for my niece and sure enough it was. Honey Bear reminds me of her, seems like the silent type but warm at heart.

3/16/2014            Animal Alley 16 inch Bear - Honey- Toys R Us - Toys "R" Us

Was this review helpful to you? Yes / No - Report this review as inappropriate.

Displaying Reviews 1-2 of 2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Aerobed Classic Raised Pillow top Twin Sized ... | Playskool Tonka Bounce Back Racer | Baby Einstein: Baby's First Sounds: Discover... | Shining Stars: Light Blue Bear | Shining Stars: Pink Bear | Shining Stars: Brown Bear |
| $80.00 | $34.99 | $14.99 | $4.99 | $4.99 | $4.99 |

2264752



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES. **APPLY TODAY▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU▶



**Join Shaq Give Back**
DONATE TODAY▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU▶



**GIFT CARDS**
BUY NOW▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions

3/16/2014                              Animal Alley 16 inch Bear - Honey - Toys R Us - Toys "R" Us

Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |

CLOSE ✖

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✖

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014    Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta - Toys "R" Us



- ○
  - ○

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

  - ○    Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD
  - ○    Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>
  - ○    Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>
  - ○    Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >> Top Rated Custom Printed Cards
  - ○    Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
  - ○    Avatar the Movie Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
  - ○    Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
  - ○    Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

INTERNET ARCHIVE
WayBackMachine

http://www.toysrus.com/product/index.jsp?productId=3372822    [ Go ]

6 captures
26 Dec 09 - 22 Nov 13

NOV  DEC  DEC  Close
◀ **26** ▶
2008  2009  2013    Help

**0**
items

[ All Products ▼ ]  [_____]  **GO!**
Welcome! Login or create an account. Learn why

**CLEARANCE BLOWOUT!** UP TO **60% OFF** in our Online Clearance Store  shop now ▸

Home > Baby Toys > Soft & Plush Toys



[ 🔍 Larger Image ]



# Animal Alley 16 inch Grey Sitting Hippo

By: **Hunk Ta Bunk Ta**

**SAVE** SAVE $10 on ANY purchase of $30 or more! (De

**Average Customer Rating**

(11 Ratings)

Rate and Review this Item

Read 11 Reviews

**Our Recommended Age:** 3 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:
[ ➕ SHARE ]  [ t f ✉ ... ]

**Buy Online**    Print Page   Email A Friend

**Our Price: $14.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

[ ADD TO CART ]  [_____]

**Find it in Stores**

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!':  Enter Zip  GO!

3/16/2014                    Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta - Toys "R" Us

**Special Offers**

 **SAVE** New Big Me Later® Customers SAVE $10 on ANY purchase of $30 or more - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $12.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Read 1 Review | This item is temporarily unavailable | This item is temporarily unavailable | | Read 2 Reviews |
| $12.99 | | | $9.99 | $39.99 |

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**          **(based on 11 ratings)**

Customers most agreed on the following attributes:
  **Pros:** Cute (10), Soft (5), Durable (4), Fun (4), Cuddly (3)
  **Best Uses:** All ages (5)
  **Was this a gift?:** Yes (6)

**Reviewed by 14 Customers**                                   Sort by: Newest ▼

Displaying Reviews 1-10 of 11                                        Previous | Next »

### Bigger and Softer than expected

By **Gift giver**  [$] VERIFIED BUYER  from **Virginia** on **12/26/2011**

  **Was this a gift?:** Yes
  **Bottom Line:**

Very nice, Bigger and Softer than expected.

My niece loved it, and called it a "Hug"apottomus.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Awesome, soft and cuddly stuffed animal

By NJLmom from **Bay City, MI** on **10/24/2011**

  **Was this a gift?:** Yes
  **Bottom Line:**

This is such a cute and very soft stuffed animal. My son (now 16 months) juts loves this. He wrestles on the floor with it. Would recommend to anyone.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

3/16/2014                                     Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta - Toys "R" Us

### Too Cuddly

By Becky (a tired band geek) from C-Town, AZ on 10/1/2011

**Pros:** Adorable, Cuddly, Cute, Fun, Perfect, Soft
**Was this a gift?:** Yes
**Bottom Line:**

Of all my stuffed animals, my hippo is the only one that I cuddle with when I sleep now. He's just so darn cute and soft, I lovee my hippo.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### sweetest stuffed friend

By mushyforplushy from south carolina on 3/30/2011

**Pros:** Cuddly, Soft
**Best Uses:** Lovin
**Describe Yourself:** Aunt
**Was this a gift?:** Yes
**Bottom Line:**

My boyfriend and I were shopping for board games and happened across one stray hippo. Intending only to return him to the correct isle, once I picked him up I couldn't put him down. Fast forward 14 months and he's the only thing in my bed more hours a day than I am! Love love love his sweet face, extra plushy paws and soft fur. Can't look at him without melting!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Amazing

By Ashleigh from Lynchburg, Va on 10/22/2010

**Pros:** Durable, Engaging, Fun
**Was this a gift?:** Yes
**Bottom Line:**

I bought this product for my girlfriend and she loved it! It is the softest thing ever!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Awesome!

By **Gift for a girlfriend** [$] VERIFIED BUYER from Ohio on 9/10/2010

**Pros:** Cute, Durable, Fun, Great color, Makes Me Smile, Soft
**Cons:** None
**Best Uses:** Imaginative Play, Indoor, Special Needs
**Describe Yourself:** Boyfriend, Student
**Was this a gift?:** Yes
**Bottom Line:**

This is an awesome gift for anyone! It's a lot bigger than I had expected, and extremely soft. My girlfriend at the time loved it and still does! I know she kept it with her when she left for school.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### Big, Soft and Cuddly!

By **Momma of Boys** [$] VERIFIED BUYER from Arkansas on 5/16/2010

**Pros:** Durable, Engaging, Fun
**Best Uses:** Imaginative Play
**Describe Yourself:** Parent Of Two Or More Children, Stay At Home Parent
**Bottom Line:**

Couldn't find a stuffed hippo where we live so I ordered this online and it was wonderful. It was bigger then I expected and so soft.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### My Love :)

By LSU student who loves stuffed animals! from Baton Rouge, LA on 4/27/2010

**Pros:** Cuddly, Durable, Soft
**Best Uses:** Indoor
**Describe Yourself:** Eventually will be parent
**Bottom Line:**

I cuddle with my Hippo. It had a ton of stuffing when I go it, but I have cuddled it to death. I would buy him again in a heartbeat!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### So soft!

By Hippo lover from West linn, OR on 12/27/2009

**Pros:** Cute, Long Lasting, Perfect size for cuddling, Super soft
**Best Uses:** All Ages, Older Children, Small Children, Young Children
**Describe Yourself:** Teen age girl
**Bottom Line:**

I've looked everywhere for a soft cuddly hippo to cuddle up with, and my boyfriend found this for me. I can happily and honestly say this is my favorite stuffed animal in my fairly

3/16/2014                                   Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta - Toys "R" Us

large collection. Hippos Aren't commonly thought of as cuddly creatures, but I think they are adorable, if I had to say something was wrong with it, the only thing I could think of is the length of it's tail. But, who really cares about such a small detail?

*Was this review helpful to you?* **Yes / No - Report this review as inappropriate.**

### LOVE

By **mom2kids** from **cleveland oh** on **11/17/2009**

| | |
|---|---|
| **Pros:** | Adorable, Cute, Long Lasting, Realistic, Snuggley, Soft Fur |
| **Cons:** | I'm too old for one o |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | Parent of Two or More Children |
| **Bottom Line:** | |

My daughter has a huge hippo collection,.She owns pretty much every hippo stuffed animal out there, if it was online, she owns it, We bought her this one and it is our favorite out of all of them, it is so soft and so cute! I love the chocolate colored fur,.(it is more brown than gray in my opinion). You must buy this!

*Was this review helpful to you?* **Yes / No - Report this review as inappropriate.**

---

Displaying Reviews 1-10 of 11                                                            Previous | Next »



Wild Force Retrofire Team 5 inch Action Figu...   Power Rangers RPM Series Turbo Vehicle 4-Pie...

$14.99                              $11.99



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES   **APPLY TODAY▶**

**STORE LOCATOR**
FIND A STORE NEAR YOU▶



**Join Shaq Give Back**
DONATE TODAY▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU▶



**GIFT CARDS**
BUY NOW▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

3/16/2014                    Animal Alley 16 inch Grey Sitting Hippo - Hunk Ta Bunk Ta - Toys "R" Us



- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News/Press Room
- Affiliate Program

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                    Animal Alley: 16" Stuffed Bear with Blue Shirt - Toys R Us - Toys "R" Us



- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- ○ Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  ○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  ○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
  ○ Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

BABIES R US
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▶

- ○
  ○ Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
    Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
    Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People

INTERNET ARCHIVE WayBack Machine    http://www.toysrus.com/product/index.jsp?productId=3372823    [Go]    NOV  DEC  JAN  Close    Pets See All >>
1 captures                                                                                          ◄ 1 ►   Help   LeapFrog
1 Dec 09 - 1 Dec 09                                                                            2008 2009 2010        o All >>

0
items

[All Products ▼]    GO!
Welcome! Login or create an account. Learn why

THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED!  Free Shipping  (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ▶

Home > Baby Toys > Soft & Plush Toys



[Q Larger Image]

## Animal Alley: 16" Stuffed Bear with Blue Shirt

By: Toys R Us

SHIPS FREE  Free Shipping (up to $25) (Details)

See more Special Offers below

Our Recommended Age: 3 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:
SHARE  t f ✉ ...

### Buy Online                    Print Page   Email A Friend

List Price: $10.99
**Our Price: $9.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

### Find It In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

**Special Offers**

3/16/2014                          Animal Alley: 16" Stuffed Bear with Blue Shirt - Toys R Us - Toys "R" Us

**SHIPS FREE** Free Shipping (up to $25) when you spend $49 or more on eligible items! - (Details)

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $6.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Read 1 Review | Include this item when you add to cart | Include this item when you add to cart | | Read 2 Reviews |
| $6.99 | | | $9.99 | $39.99 |

**Add to WISH LIST**    **Add to BABY REGISTRY**    **ADD ITEM(S) TO CART**

---

REVIEW SNAPSHOT® by PowerReviews

**Average Customer Rating:**            (based on 1 ratings)

Displaying Review 1 of 1

### Great Product

By K's Big Sis from OK on 2/22/2009

Pros:    Colorful, Cute, cute design, Easy To Assemble, Easy To Use, Good quality, Great for all ages, Great Gift Idea, High Quality, Lasting Fun, Soft
Best Uses:    Home, Outside, Parties, School, Travel
Describe Yourself:    Student
Bottom Line:    Yes, I would recommend this to a friend

I love this product! It is soft and big. The shirt fit the bear perfectly and is adorable and soft. I bought the other one in a pink shirt, too. Worth every penny!!!

Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.

Displaying Review 1 of 1

                    

| Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley: 16" Stuffed Bear with Pink Shi... | Animal Alley 29 Inch Pink Hanging Monkey | Animal Alley 13 Inch Tan Sitting Cheetah | Fathead New York Yankees NY Logo Wall Decal | Fathead New York Knicks Logo Wall Decal |
|---|---|---|---|---|---|
| $6.99 | $9.99 | $6.99 | $6.99 | $39.99 | $39.99 |

3/16/2014                     Animal Alley: 16" Stuffed Bear with Blue Shirt - Toys R Us - Toys "R" Us

2264752

**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES   **APPLY TODAY▶**

**ToysЯus**

**STORE LOCATOR**
FIND A STORE NEAR YOU▶

**TOYS FOR TOTS**
**Join Shaq Give Back**
DONATE TODAY▶

**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU▶

**GIFT CARDS**
BUY NOW▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

**Low Inventory!**

3/16/2014                          Animal Alley: 16" Stuffed Bear with Blue Shirt - Toys R Us - Toys "R" Us

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry    **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▶**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/16/2014                        Animal Alley: 16" Stuffed Bear with Pink Shirt - Toys R Us - Toys "R" Us





NOV   DEC   JAN
◄    1    ►
2008  2009  2010

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>

Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>

Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies

Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games



**BABIES R US**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ | | **GO!** |

Welcome! Login or create an account  Learn why

**THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED!** **Free SHIPPING** (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ▸

Home > Preschool > Pretty In Pink





**Special Offers**

# Animal Alley: 16" Stuffed Bear with Pink Shirt

**By:** Toys R Us



**SHIPS FREE** Free Shipping(up to $25) (Details)

See more Special Offers below

**Our Recommended Age:** 3 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:
SHARE  t f ✉ ...

**Buy Online**                    Print Page   Email A Friend

List Price: $19.99
**Our Price: $9.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1



**Find It In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                          Animal Alley: 16" Stuffed Bear with Pink Shirt - Toys R Us - Toys "R" Us

**SHIPS FREE** Free Shipping (up to $25) when you spend $49 or more on eligible items! - (Details)

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $6.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |

☐ Include this item when you add to cart
Read 1 Review

☐ Include this item when you add to cart

☐ Include this item when you add to cart

☐ Include this item and Review this item

Add to WISH LIST

☐ Include this item when you add to cart
Read 2 Reviews

Add to BABY REGISTRY    **ADD ITEM(S) TO CART**

$6.99                                                                              $9.99    $39.99

---

REVIEW SNAPSHOT® by PowerReviews

**Average Customer Rating:**                    (based on 1 ratings)

---

Displaying Review 1 of 1

*[1 of 1 customers found this review helpful]*

### I love this item!!!

By K's Big Sis from OK on 2/22/2009

| | |
|---|---|
| **Pros:** | Colorful, Creative, Cute, Easy To Assemble, Easy To Use, Good quality, Great for all ages, Great Gift Idea, Great Value, High Quality, Lasting Fun |
| **Best Uses:** | All ages, Home, Outside, Parties, School, Travel |
| **Describe Yourself:** | Student |
| **Bottom Line:** | Yes, I would recommend this to a friend |

I love this product. It is so soft and adorable and big! The shirt fit perfectly and looks adorable. I also got the one with a blue shirt. It was worth every penny.

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

Displaying Review 1 of 1

   

| Animal Alley 29 Inch Pink Hanging Monkey | Animal Alley 13 Inch Tan Sitting Cheetah | Fathead New York Yankees NY Logo Wall Decal | Fathead New York Knicks Logo Wall Decal | Fathead Michigan Blue Logo Wall Decal | Nerf Rocket Pass Football - Red    A |
|---|---|---|---|---|---|
| $6.99 | $6.99 | $39.99 | $39.99 | $39.99 | $14.99 |

3/16/2014                          Animal Alley: 16" Stuffed Bear with Pink Shirt - Toys R Us - Toys "R" Us

2264752



10% OFF
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES   APPLY TODAY ▶



STORE LOCATOR
FIND A STORE NEAR YOU ▶



Join Shaq Give Back
DONATE TODAY ▶



IN-STORE EVENTS
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



GIFT CARDS
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site                      ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

**Low Inventory!**

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                    Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productId=3372836     Go
3 captures
26 Dec 09 - 22 Jun 13
NOV   DEC   SEP   Qose
◄ 26 ►
2008  2009  2013   Help



- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

○ Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD

○ Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>

○ Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>

○ Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

**BABIES** Я **US**
Looking for baby products?
Visit Babies "R" Us for all your newborn, infant and toddler needs. Go now ►

More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >> Top Rated Custom Printed Cards
- ○ Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Avatar the Movie Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
- ○ Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
- ○ Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
- ○ Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
- ○ ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |     GO!

Welcome! Login or create an account. Learn why

**CLEARANCE BLOWOUT!** UP TO **60% OFF** in our Online Clearance Store   shop now ►

Home > Baby Toys > Soft & Plush Toys




## Animal Alley: 18" Black Bear

**By: Toys R Us**



SAVE   SAVE $10 on ANY purchase of $30 or more! (De

**Average Customer Rating**

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:
SHARE   t f ✉ ...

**Buy Online**          Print Page   Email A Friend

## Our Price: $19.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1


ADD TO CART

## Find it In Stores

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!': Enter Zip   GO!

3/16/2014          Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us

## Special Offers

SAVE New Big Me Later® Customers SAVE $10 on ANY purchase of $30 or more - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $12.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Read 1 Review | This item is temporarily unavailable | This item is temporarily unavailable | $9.99 | Read 2 Reviews |
| $12.99 | | | | $39.99 |

ADD ITEM(S) TO CART

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**  **(based on 8 ratings)**

Customers most agreed on the following attributes:

Pros: Cute (30), Soft (30), Snuggly (29), Good quality (24), Perfect size (24)
Best Uses: All ages (27), Young children (8), Imaginative play (7), Older children (4), Special needs (3)
Describe Yourself: Parent of two or more children (12), Grandparent (8), Working parent (7), Stay at home parent (5), Education oriented (4)
Was this a gift?: Yes (24), No (6)

**Reviewed by 32 Customers**   Sort by: Newest

Displaying Reviews 1-8 of 8

*[1 of 1 customers found this review helpful]*

### I Absolutely Wuv him!

By **BigOMe** from **Brooklyn, New York** on **1/26/2013**

Pros: Cute, irresistible, Snuggly, Soft
Cons: None So Far
Best Uses: All Ages, Cuddling
Describe Yourself: Collector, grown up kid
Was this a gift?: No
Bottom Line:

MyOMy! This bear is soooooooo irresistibly cuddly!
I was just having a little fun to myself just shopping around ToysRus and I entered into the Plush section. This little black bear caught my eyes when I saw his shinny black coat and his cute little face. As soon as I picked him up, it was a Wrap! I knew I had to have him. He was so soft and so cuddly that I instantly feel in wuv with him...He's mines now. This bear is really huggably soft and feels really good. He is not too stuffed and is a lil floopy. He has the little beanie like beads in a small portion of his toosh, hands and feet. His ears and tail has a nice feel to it. He is my bestest bear that I've ever had. I just WUV him!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### He's a keeper

3/16/2014                                    Animal Alley. 18" Black Bear - Toys R Us - Toys "R" Us

By Tiffany from Houston Tx on 10/12/2012

    Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  Young Children
Describe Yourself:  Parent Of Two Or More Children, Stay At Home Parent
Was this a gift?:  Yes
Bottom Line:

My mom bought this bear only it was the brown one for my daughter when she was born. Around a year old she started clinging to it. She is almost three now and she has slept with it every night and drags him everywhere. I will be keeping him forever. He's a special bear. Very durable too. He's had many runs in the washing machine and is still very intact.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### It's okay.....

By J.A-M.S mom!!    [$] VERIFIED BUYER    from south jersey on 1/13/2012

    Pros:  Cute
Best Uses:  All Ages
Describe Yourself:  Education Oriented, First Time Parent, Working Parent
Was this a gift?:  Yes
Bottom Line:

thought it would be a little bigger and stuffed a little more... stray fiber are found around my house..something to worry about when its a gift to an infant...

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### BROUGHT LOTS OF SMILES

By BIZZZ E GRANNI    [$] VERIFIED BUYER    from POCONO, PA on 11/14/2011

    Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  All Ages, Imaginative Play
Describe Yourself:  Grandparent
Was this a gift?:  Yes
Bottom Line:

GREAT QUALITY FLUFFY & FUZZY BOUGHT TWO THE KIDS WENT CRAZY OVER THE BEARS AND WOULDN'T PUT THEM DOWN FOR DAYS STILL A FAVORITE

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Awwwdorable

By warbler from Queen City, NC on 9/11/2011

    Pros:  Cute, Perfect Size, Snuggly, Soft
Best Uses:  All Ages, Imaginative Play
Was this a gift?:  Yes
Bottom Line:

Bought it for a friend's newborn. But I want one for myself too!!!!

It was impossible to put down. Literally. I walked around the store not sure what else I was getting and I couldnt put it back.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Awesome Bear

By Kodowolf from Orange County on 6/17/2011

    Pros:  Cute, Good Quality, Huggable, Perfect Size, Sleeping buddy, Snuggly, Soft
Best Uses:  All Ages
Describe Yourself:  Guy, Teenagers
Was this a gift?:  No
Bottom Line:

I wanted to buy a bear for my room. I saw the bear on the site. It was perfect. I went to the store. I have to say, the bear is bigger than I thought it would be. But I am happy that I bought him. The bear is so soft and fluffy. He is my favorite bear. I would recommend the black bear to anyone and would make a really great gift.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### excellent

By caring husband    [$] VERIFIED BUYER    from bristow, ia on 1/1/2011

    Pros:  Cute, Good Quality, Interactive, Perfect Size, Snuggly, Soft
Best Uses:  All Ages, Imaginative Play, Older Children
Describe Yourself:  Collector, Grandparent, Working Parent
Was this a gift?:  Yes
Bottom Line:

It was given to my wife as Christmas gift. She collects blackbears of all sizes.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[5 of 5 customers found this review helpful]*

### Love It!!

By The 17 year old :) from Naples, FL on 1/3/2010

    Pros:  Adorable, Good Quality, Perfect Size, Shiny, Snuggly, Soft
Best Uses:  All Ages

3/16/2014                                          Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us

**Describe Yourself:** TEEN
**Bottom Line:**

I got this stuffed animal as a Christmas present from my boyfriend. I ABSOLUTELY adore it! Its SO soft and very snuggable. I sleep with it every night. I favor it more than other stuffed animals i have recieved from boyfriends, ect. from places like Build A Bear because its so much cuter and softer than them. I love it so much i am buying one for a friends daughter!

Images shared by: **The 17 year old :)**

Me and my bear :)



*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[2 of 2 customers found this review helpful]*

**adorable!**

By **not exactly a mom...** from **pittsburgh, pa** on **2/20/2009**

**Pros:** High Quality, Shine, Softness
**Best Uses:** Home
**Describe Yourself:** Collegiate, Student
**Bottom Line:**

i originally went to the store to buy some little people for my 3 year old sister. when i walked past this in the display of stuffed animals, i could not resit it! It is incredibly soft, shiny, and adorable! i am 22 years old and i LOVE this toy!

(and it was really hard to convince my sister this wasnt for her. so its great for a wide range of ages!)

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

Displaying Reviews 1-8 of 8

            

Animal Alley 16 inch Grey Sitting Hippo   Wild Force Retrofire Team 5 inch Action Figu...   Power Rangers RPM Series Turbo Vehicle 4-Pla...

$14.99                          $14.99                          $11.99



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES. **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



**Join Shaq Give Back**
DONATE TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶

3/16/2014                              Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us



**GIFT CARDS**
BUY NOW ►

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ►

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014　　　　　　　　　　　　　Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us





- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- ○ What's New Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Halloween Store Infant Costumes Toddler Costumes Kids Costumes More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV, Movie & Music Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- ○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Collectible Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- ○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >>
- ○ Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▶

More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> Hot Deals Store

- ○ Birth - 12 months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Kung Zhu Pets Little People Marvel Universe
- ○ Monster High Star Wars The Twilight Saga: Eclipse Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
- ○ Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
- ○ LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

**0
items**

All Products ▼　　　　　**GO!**

Welcome! Login or create an account. Learn why



BABIES Я US  TOYS Я US  FREE SHIPPING on EVERYTHING with your purchase of $100 or more! see details ▶ (standard shipping only, up to a $25 value)

Home > Baby Toys > Soft & Plush Toys

Print Page　　　Email A Friend

## Animal Alley: 18" Black Bear

By: Toys R Us




**Q Larger Image**



**SHIPS FREE** Free Shipping! (Details)

**Average Customer Rating**

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:
 SHARE  t f ✉ ...

### Buy Online

### Our Price: $19.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**

### Find it in Stores

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!': Enter Zip **GO!**

3/16/2014                                     Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us

 Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - (Details)



**Animal Alley 29 Inch White Stick Horse**

$3.98

☐ Include this item when you add to cart

**Animal Alley 26 Inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 Inch Pink Floppy Dog**

Average Customer Rating

(7 Ratings)

Rate and Review this Item

Read 7 Reviews

$16.99

☐ Include this item when you add to cart

**Animal Alley 26 Inch Blue Sitting Polar Bear**

Average Customer Rating

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley: 18" Black Bear**

Average Customer Rating

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

$19.99

☐ Include this item when you add to cart

[ADD ITEM(S) TO CART]  [Add to BABY REGISTRY]  [Add to WISH LIST]

---

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                    **(based on 2 ratings)**

**Reviewed by 2 Customers**                                     Sort by: Newest ▼

Displaying Reviews 1-2 of 2

**Love It!!**

By The 17 year old :) from **Naples, FL** on 1/3/2010

      **Pros:** Adorable, Good Quality, Perfect Size, Shiny, Snuggly, Soft
      **Best Uses:** All Ages
**Describe Yourself:** TEEN
      **Bottom Line:** Yes, I would recommend this to a friend

I got this stuffed animal as a Christmas present from my boyfriend. I ABSOLUTELY adore it! Its SO soft and very snuggable. I sleep with it every night. I favor it more than other stuffed animals I have recieved from boyfriends, ect. from places like Build A Bear because its so much cuter and softer than them. I love it so much i am buying one for a friends daughter!

Images shared by: **The 17 year old :)**

Me and my bear :)



3/16/2014                                    Animal Alley: 18" Black Bear - Toys R Us - Toys "R" Us

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### adorable!

By not exactly a mom... from pittsburgh, pa on 2/20/2009

|  |  |
|---|---|
| **Pros:** | High Quality, Shine, Softness |
| **Best Uses:** | Home |
| **Describe Yourself:** | Collegiate, Student |
| **Bottom Line:** | Yes, I would recommend this to a friend |

i originally went to the store to buy some little people for my 3 year old sister. when i walked past this in the display of stuffed animals, i could not resit it! it is incredibly soft, shiny, and adorable! i am 22 years old and I LOVE this toy!

(and it was really hard to convince my sister this wasnt for her. so its great for a wide range of ages!)

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

Displaying Reviews 1-2 of 2

          

| Skip Hop Hare Brush and Comb Set | ER Doctor Halloween Costume - Child Size 4-6 | Boon Snack Ball Snack Container | Fisher-Price My First Dollhouse Sister | Skip Hop Pronto Changing Wallet - Black | Skip Hop Triple Bottle Bag - Black | T |
| $19.99 | $15.99 | $5.99 | $7.99 | $29.99 | $27.99 | |

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry    **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ›**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/16/2014                                  Toys R Us Plush 18 inch Black Bear - Toys R Us - Toys "R" Us





Enter email address for savings!

sign up
CHOOSE MY STORE

Enter Location (Street Address, City, State or Zip Code):

GIFT CARDS
|
MY ACCOUNT
|
HELP
Find great baby products at Babies R Us

Baby Registry
Wish List
Rewards"R"Us
Geoffrey's Birthday Club
Store Locator

Enter Location (Street Address, City, State or Zip Code):

Cart 0

Category

- Great Deals StoreClearanceWhat's NewAction Figures Movies, Music & TVMore >>Arts & Crafts SuppliesDrawing & ColoringMore >>Baby ToysGyms & PlaymatsCrib ToysMore >>Bikes, Scooters & Ride-OnsBike ShopPowered Riding ToysRiding Toys & WagonsScootersMore >>
- Books, Movies & MusicChildren's BooksDVDsBlu-Ray DiscsMovie DownloadsMore >>Building Sets & BlocksCollectiblesAction FiguresBusts & StatuesDollsEntertainment EarthSports Fan ShopMore >>Dolls & Stuffed AnimalsElectronicsComputers & TabletsDigital Cameras & CamcordersAudioMore >>
- Games & PuzzlesBoard GamesElectronic & Interactive GamesMore >>Kids' ClothesLearning & Educational ToysElectronic LearningBack to School Science & DiscoveryChildren's BooksMore >>Musical InstrumentsGuitarsKeyboards & PianosMore >>Outdoor Play Swing Sets, Slides & SwingsInflatable Bouncers & Ball PitsTrampolinesToy Blasters & Foam PlayMore >>
- Party SuppliesCandy Machines & RefillsMore >>PreschoolLearningBuilding Sets & BlocksMore >>Pretend Play & Dress-UpFood & AccessoriesBeauty & FashionMore >>Specialty ToysArts & CraftsBaby ToysMore >>Toddler & KidsKids FurnitureMattressesBeddingMore >>
- Tween ShopRoom DecorMore >>Vehicles, Hobby & R/CRCVehicles & Play SetsMore >>Video GamesNintendo Wii UNintendo 3DSNintendo DSXbox 360PS3More >>At The MoviesHoliday ShopsEasterMore >>Top Rated
|
Age
- Birth - 12 Months12 - 24 Months2 Years3 - 4 Years5 - 7 Years8 - 11 Years12 - 14 YearsBig Kids
|
Boys' Toys
- Action FiguresArts & CraftsBikes & Ride-onsBuilding SetsElectronicsGames & PuzzlesLearningMusical InstrumentsOutdoor PlayPreschool
- Pretend PlayStuffed AnimalsVehicles, Hobby & R/CVideo Games
|
Girls' Toys
- Arts & CraftsBath, Beauty & AccessoriesBikes & Ride-onsBuilding SetsDollsElectronicsGames & PuzzlesLearningMusical InstrumentsOutdoor Play
- PreschoolPretend PlayStuffed AnimalsVideo Games
|
Character/Theme
- Angry BirdsBarbieDisney PrincessDoc McStuffins FurbyGI JoeHello Kitty StoreIron Man 3Jake and the Never Land Pirates Lalaloopsy
- Monster HighPower RangersSkylandersSofia the FirstStar WarsTeenage Mutant Ninja Turtles - TMNTToy StoryTransformersWWESee All >>
|
Brand
- Apple iPodCrayolaDisney ShopExclusive BrandsFAO SchwarzFisher-Price Hot WheelsImaginarium.comLEGOLeapFrog
- Little TikesMega BloksMelissa & DougNERFNickelodeonPlaymobilSesame StreetVTech"R" Disney ExclusivesSee All >>
|
Hot Deals
Clearance

Search by keyword or "R"Web#

All Products
[All Products ▼]

[GO!]

Welcome! Login or create an account. Learn why

FREE Store Pickup    |    FREE Ship to Home

Home > Preschool > Stuffed Animals & Dolls > Stuffed Animals > Bears

Print Page          Email A Friend

## Toys R Us Plush 18 inch Black Bear

By: Toys R Us

Like  < 36  Pin It       Tweet  < 0

**Our Price: $24.99**

**Quantity:** 1

- Ship-To-Home

3/16/2014                                    Toys R Us Plush 18 inch Black Bear - Toys R Us - Toys "R" Us



- Free Ship-To-Store
- Free Store Pickup Today: Select a store

**SHIPS FREE** Ships Free with a purchase of $79 or more! (Details)

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)

Share your own images

**SHIPS FREE** Free Standard Shipping on ANY purchase of $79 or more. Exclusions apply. - Free Shipping (Details)



**Animal Alley 19 inch Exclusive Toys 'R' Us Riley the Bear**

4.1 (31 reviews)

Read 31 Customer Reviews
Rate and Review this Item

$5.98

☐ This item is temporarily unavailable

**Toys R Us Plush 27 inch Sitting Monkey - Brown**

5.0 (10 reviews)

Read 10 Customer Reviews
Rate and Review this Item

$19.98

☐ Include this item when you add to cart

**Toys R Us Plush 18 inch Geoffrey - Yellow**

0.0 (No reviews)

Be the first to Rate and Review this Item

$9.99

☐ Include this item when you add to cart

**Toys R Us Plush 14 inch Koala Bear**

$14.99

☐ Include this item when you add to cart



**Average Customer Rating:** by PowerReviews

4.7 (based on 9 reviews)

100% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (8)<br>Snuggly (7)<br>Soft (7)<br>Perfect size (6)<br>Good quality (5) | | All ages (7)<br>Imaginative play (3) |

WAS THIS A GIFT?:                    Yes (5)

Rate and Review this Item

3/16/2014     Toys R Us Plush 18 inch Black Bear - Toys R Us - Toys "R" Us



Reviewed by 9 customers     Sort by [Newest ▼]

Displaying reviews 1-9 Back to top

**By BigOMe**
from Brooklyn, New York

About Me Collector, grown up kid

(1 of 1 customers found this review helpful)     1/26/2013

5.0 **I Absolutely Wuv him!**

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute | None So Far | All Ages |
| Irresistible | | Cuddling |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 18 inch Black Bear*:

MyOMy! This bear is soooooooo irresistibly cuddly!
I was just having a little fun to myself just shopping around ToysRus and I entered into the Plush section. This little black bear caught my eyes when I saw his shinny black coat and his cute little face. As soon as I picked him up, it was a Wrap! I knew I had to have him. He was so soft and so cuddly that I instantly feel in wuv with him...He's mines now. This bear is really huggably soft and feels really good. He is not too stuffed and is a lil floopy. He has the little beanie like beads in a small portion of his toosh, hands and feet. His ears and tail has a nice feel to it. He is my bestest bear that I've ever had. I just WUV him!

WAS THIS A GIFT?:     No
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓐ

**By Tiffany**
from Houston Tx

About Me Parent Of Two Or More Children, Stay At Home Parent

4.0 **He's a keeper**     10/12/2012

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute | | Young Children |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 18 inch Black Bear*:

My mom bought this bear only it was the brown one for my daughter when she was born. Around a year old she started clinging to it. She is almost three now and she has slept with it every night and drags him everywhere. I will be keeping him forever. He's a special bear. Very durable too. He's had many runs in the washing machine and is still very intact.

WAS THIS A GIFT?:     Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓐ

**By J.A~M.S mom II**
from south Jersey

About Me Education Oriented, First Time Parent, Working Parent

[$ VERIFIED BUYER]

3.0 **It's okay.....**     1/13/2012

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute | | All Ages |

Comments about *Toys 'R' Us Toys R Us Plush 18 inch Black Bear*:

thought it would be a little bigger and stuffed a little more... stray fiber are found around my house..something to worry about when its a gift to an infant...

WAS THIS A GIFT?:     Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓐ

**By BIZZZ E GRANNI**
from POCONO, PA

About Me Grandparent

[$ VERIFIED BUYER]

5.0 **BROUGHT LOTS OF SMILES**     11/14/2011

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute | | All Ages |
| Good Quality | | Imaginative Play |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 18 inch Black Bear*:

GREAT QUALITY FLUFFY & FUZZY BOUGHT TWO THE KIDS WENT CRAZY OVER THE BEARS AND WOULDN'T PUT THEM DOWN FOR DAYS STILL A FAVORITE

WAS THIS A GIFT?:     Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓐ

**By warbler**
from Queen City, NC

5.0 **Awwwdorable**     9/11/2011

| PROS | CONS | BEST USES |
| --- | --- | --- |

3/16/2014                                Toys R Us Plush 18 inch Black Bear - Toys R Us - Toys "R" Us



3/16/2014                                    Toys R Us Plush 18 inch Black Bear - Toys R Us - Toys "R" Us

By The 17 year old :)
from Naples, FL

About Me TEEN

(5 of 5 customers found this review helpful )                                          1/3/2010

5.0  Love it!!

**PROS** | **CONS** | **BEST USES**
Adorable | | All Ages
Good Quality | |
Perfect Size | |
Shiny | |
Snuggly | |
Soft | |

Comments about *Toys 'R' Us Toys R Us Plush 18 inch Black Bear*:

I got this stuffed animal as a Christmas present from my boyfriend. I ABSOLUTELY adore it! Its SO soft and very snuggable. I sleep with it every night. I favor it more than other stuffed animals i have recieved from boyfriends, ect. from places like Build A Bear because its so much cuter and softer than them. I love it so much I am buying one for a friends daughter!

**BOTTOM LINE** Yes, I would recommend this to a friend

Images shared by The 17 year old :)

Me and my bear :)



Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

---

By not exactly a mom...
from pittsburgh, pa

About Me Collegiate, Student

(2 of 2 customers found this review helpful)                                         2/20/2009

5.0  adorable!

**PROS** | **CONS** | **BEST USES**
High Quality | | Home
Shine | |
Softness | |

Comments about *Toys 'R' Us Toys R Us Plush 18 inch Black Bear*:

i originally went to the store to buy some little people for my 3 year old sister. when i walked past this in the display of stuffed animals, i could not resit it! it is incredibly soft, shiny, and adorable! i am 22 years old and i LOVE this toy!

(and it was really hard to convince my sister this wasnt for her. so its great for a wide range of ages!)

**BOTTOM LINE** Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

Displaying reviews 1-9 Back to top

tmi Small Train Cosmetic Set - Girly

$14.99

You & Me Friends 14 inch Doll - Brunette wit...

$12.99

Power Rangers Sword Cycle Vehicle with Actio...

$13.99

Angry Birds Space Morph Lite Series 1 - Ice ...

$9.99

Disney Doc McStuffins Night Light

$9.99

Natural & Organics    Doll Play Sets    Room Decor    Doll Furniture    Push & Pedal Riding Toys

4360516    11220761    4465092    18977956    4243228

YOUR ORDER          HELP                    GIFT SERVICES

3/16/2014                                                    Toys R Us Plush 18 inch Black Bear - Toys R Us - Toys "R" Us

- Track My Order
- Returns
- Cancellations
- Create a Pre-Paid Return Label

- "R" Us Credit Card
- Rewards"R"Us
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**

- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**

Select a site ▼

- Terms & Conditions
- Privacy Policy
- Site Map

| TOP SEARCHES | WHAT'S HOT | TOP CATEGORIES | BUZZ | TWEET, LIKE, & WATCH |
|---|---|---|---|---|
| Monster High | Family Movies | Bikes | In-Store Events | Like us on Facebook |
| LEGO | Tabeo Kids Tablet | Sandboxes | Differently Abled Toy Guide | Follow us on Twitter |
| Skylanders | Hot Deals & Discounts | Trampolines | International Shipping | Watch us on Youtube |
| Nerf | Clearance | Swing Sets | Weekly Ads | Mobile |
| Swings | Boys Toys | Water Tables | Shop by Age | RSS |
| Barbie | Girls Toys | Water Slides | Store Locator | |
| Furby | Tablets | Slides | Wish List | |
| TMNT | MP3 Players | Scooters | | |
| Lalaloopsy | Cameras | Remote Control | | |
| WWE | Camcorders | Wagons | | |
| | Video Gallery | | | |

© 2013 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



- 
  - 
  - 

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- 
  - Hot Deals Store Our Biggest Big Book Ever Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  - Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  - Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
  - Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games



- 
  - Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
  - Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
  - Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
  - Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
  - ToysRUs Exclusives Clearance Award Winners

0
**items**

[ All Products ▼ ]     **GO!**

Welcome! Login or create an account Learn why
Home > Baby Toys > Soft & Plush Toys



**Q Larger Image**



# Animal Alley 19 inch Dark Brown Floppy Bear

**By: Toys R Us**

FREE LEGO Santa Key Chain with purchase! (D

See more Special Offers below

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

**Our Recommended Age:** Birth - 5 years (details)

**Manufacturer's Age:** Birth and up

Share:
+ SHARE  t f ✉ ...

**Special Offers**

**Buy Online**                    Print Page    Email A Friend

**Our Price: $14.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**

**Find it in Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                                 Animal Alley 19 inch Dark Brown Floppy Bear - Toys R Us - Toys "R" Us

ONLINE ONLY! FREE LEGO Santa Key Chain with your ToysRUs.com purchase! - (Details)

SAVE ONLY $4.99 Exclusive Animal Alley 19" Dog or Bear with ANY $50 ToysRUs.com purchase! Choice of Dog or Bear! - (Details)

Shipping

REVIEW SNAPSHOT® (Powered by PowerReviews.com)


Disney Bolt for Nintendo Wii

$19.99


Especially For Baby High Chair Pad Cover

$19.99


Fisher-Price Laugh & Learn Fun with Friends ...

$37.99


Playskool Musical Sit 'N Spin

$19.99


Yu-Gi-Oh! Trading Card Game Volcanic Doomfir...

$23.99


The Game of Life

$12.99

Strategy & Skill

2911529


**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES   APPLY TODAY ▶


**STORE LOCATOR**
FIND A STORE NEAR YOU ▶


**Join Shaq Give Back**
DONATE TODAY ▶


**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶


**GIFT CARDS**
BUY NOW ▶

Your Order

3/16/2014                                        Animal Alley 19 inch Dark Brown Floppy Bear – Toys R Us – Toys "R" Us



Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The Item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the Item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The Item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/31/2014                                    Animal Alley 22 inch Hippo - Blue - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
**WayBackMachine**
http://www.toysrus.com/product/index.jsp?productId=3922201   [Go]

2 captures
22 Sep 10 - 24 Nov 10

AUG   **SEP**   NOV   Qose
◄   **22**   ►
2009   **2010**   2011      Help



- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

  ○ What's New Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Halloween Store Infant Costumes Toddler Costumes Kids Costumes More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV, Movie & Music Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  ○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Collectible Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  ○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >>
  ○ Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Remote Control Vehicles Radio & Remote Control Trains & Train Sets More

**BABIES☆US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ►

  >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> Hot Deals Store
- ○ Birth - 12 months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Kung Zhu Pets Little People Marvel Universe
- ○ Monster High Star Wars The Twilight Saga: Eclipse Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
- ○ Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
- ○ LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

**0**
items

[ All Products ▼ ]      [**GO!**]
Welcome! Login or create an account. Learn why


BABIES☆US TOYS☆US FREE SHIPPING on EVERYTHING with your purchase of $100 or more! see details ► (standard shipping only, up to a $25 value)

Home > Baby Toys > Soft & Plush Toys

Print Page        Email A Friend


[Q Larger Image]

### Animal Alley 22 inch Hippo - Blue
By: Toys R Us

SHIPS FREE **Free Shipping!** (Details)

**Average Customer Rating**
(0 Ratings)
Be the first to Rate and Review this Item

Our **Recommended Age**: Birth - 7 years (details)
**Manufacturer's Age**: Birth and up

Share:
🞦 SHARE  t f ✉ ...

**Buy Online**

**Our Price: $39.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

[ADD TO CART]

**Find it in Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/31/2014                                        Animal Alley 22 inch Hippo - Blue - Toys R Us - Toys "R" Us

 Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - Free Shipping (up to $25) (Details)

    

| **Animal Alley 10.5 inch My First Puppy - Blue and White** | **Animal Alley 10.5 inch My First Puppy - Pink and White** | **Animal Alley 22 inch Hippo - Pink** | **Animal Alley 22 inch Hippo - Blue** | **Animal Alley 15.5 inch Polar Bear - White** |
|---|---|---|---|---|
| Average Customer Rating | Average Customer Rating | Average Customer Rating | Average Customer Rating | Average Customer Rating |
| (1 Rating) | (5 Ratings) | (2 Ratings) | (0 Ratings) | (7 Ratings) |
| Rate and Review this Item | Rate and Review this Item | Rate and Review this Item | Be the first to Rate and Review this Item | Rate and Review this Item |
| Read 1 Review | Read 5 Reviews | Read 2 Reviews | $39.99 | Read 7 Reviews |
| $7.99 | $7.99 | $39.99 | ☐ Include this item when you add to cart | $14.99 |
| ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | | ☐ Include this item when you add to cart |

**ADD ITEM(S) TO CART**     **Add to BABY REGISTRY**     **Add to WISH LIST**

**REVIEW SNAPSHOT®** by PowerReviews

     

| Newborn Lil' Houdini Woombie - Light Blue (N... | Piccolo Bambino Velour/Cotton Gift Set - Blu... | Fisher-Price Grow with Me Cook and Care Pink... | Babies R Us 66 Ct Super Mega Pack Diapers - ... | Babies R Us 96 Ct Super Value Box Diapers - ... | Well Baby BPA Free Newborn Starter Gift Set | Q |
|---|---|---|---|---|---|---|
| $29.99 | $39.99 | $69.99 | $10.99 | $17.99 | $36.98 | |

Pretend Play & Dress Up



© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?



CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/31/2014                                          Animal Alley 22 inch Hippo - Blue - Toys R Us - Toys "R" Us



- o
  - o
  - o
  - o
  - o
  - o
  - o

- Email signup
- Product Alerts
  My account
  Help
  Find great baby products at Babies R Us

  Baby Registry
  Wish Lists
  Rewards R Us
  Gift Finder
  Gift Cards
  Geoffrey's Birthday Club
  Store Locator

  - o  The Great Big Christmas Book Hot Deals Store Christmas Store Baby's First Christmas Christmas Ornaments Christmas Stockings Christmas Trees and Wreaths More >> What's New At The Movies Action Figures Movies, Music & TV Science Fiction & Fantasy Sports More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >>
  - o  Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >>
  - o  Dolls & Stuffed Animals Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
  - o  Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles, Hobby & R/C Radio Control Trains Vehicles & Playsets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>

**BABIES**US
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ›

  - o  Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  - o  Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Justin Bieber Kung Zhu Pets Little People
  - o  Marvel Universe Monster High Star Wars Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
  - o  Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex
  - o  LEGO LeapFrog Little Tikes Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

**0
items**

All Products ▼     **GO!**
Welcome! Login or create an account. Learn why



Home > Baby Toys > Soft & Plush Toys

Print Page          Email A Friend

http://www.toysrus.com/product/index.jsp?productId=3922201     Go

2 captures
22 Sep 10 - 24 Nov 10

SEP  NOV  DEC  Close
◄  **24**  ►
2009  2010  2011  Help

SHIPS FREE  **Free Shipping!** (Details)

**See more Special Offers below**

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Average Customer Rating**
(0 Ratings)
Be the first to Rate and Review this Item

**Our Recommended Age: Birth - 7 years (details)**

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

ADD TO CART

Q Larger Image

3/31/2014  Animal Alley 22 inch Hippo - Blue - Toys R Us - Toys "R" Us

**Manufacturer's Age:** Birth and up

Share:

**SHIPS FREE** Free Standard Shipping (up to $20) on toys purchases of $49 or more! Excludes video game hardware, software &accessories - (Details)

**$** Now through Dec, 24, Earn 10% Back on Your Holiday Purchases with Rewards"R"Us! - (Details)

**SAVE** ONLY $4.99 Exclusive! 19" Toys "R" Us Roscoe the Dog or Riley the Bear with ANY purchase of $50 or more! - (Details)

**SAVE** Save $10 on purchases of $30 or more for NEW Big Me Later Customers only! - (Details)



**Animal Alley 10.5 Inch My First Puppy - Blue and White**

Average Customer Rating

(1 Rating)

Rate and Review this Item

Read 1 Review

$7.99

☐ Include this item when you add to cart



**Animal Alley 10.5 Inch My First Puppy - Pink and White**

Average Customer Rating

(5 Ratings)

Rate and Review this Item

Read 5 Reviews

$7.99

☐ Include this item when you add to cart



**Animal Alley 22 Inch Hippo - Pink**

Average Customer Rating

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

$39.99

☐ Include this item when you add to cart



**Animal Alley 22 Inch Hippo - Blue**

Average Customer Rating

(0 Ratings)

Be the first to Rate and Review this Item

$39.99

☐ Include this item when you add to cart



**Animal Alley 15.5 Inch Polar Bear - White**

Average Customer Rating

(7 Ratings)

Rate and Review this Item

Read 7 Reviews

$14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART**    Add to **BABY REGISTRY**    Add to **WISH LIST**

**REVIEW SNAPSHOT®** by PowerReviews



Carter's 3-Piece Heart Quicktripper Changing...

$14.99



Step2 Play Up Gym Set

$299.99



Dr. Brown's Level 3 Standard Nipples - 3 Pac...

$3.39



Fresh Baby So Easy Baby Food Kit

$37.99



ABC Chalk Talk Electronic Learning Chalkboa...

$44.99



Tarantula Planet - Spike

$12.99

Le

3/31/2014                                    Animal Alley 22 inch Hippo - Blue - Toys R Us - Toys "R" Us

Globes & Telescopes Trains Sound Systems

2661707

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program
Special Events

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!
The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!
The item(s) below are unavailable and cannot be added to your registry. Please

select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✕

**We're Sorry!**
The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/31/2014                              Animal Alley 22 inch Hippo - Pink - Toys R Us - Toys "R" Us



| http://www.toysrus.com/product/index.jsp?productId=3922200 | Go | MAR | APR | NOV | Qose |

INTERNET ARCHIVE
**BayBack Machine**
2 captures
15 Apr 10 - 3 Nov 10

MAR  APR  NOV  Qose
◄  **15**  ►
2009  2010  2011  Help



- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- ○ Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD
- ○ Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls & Accessories Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>
- ○ Kids' Room Tables, Chairs & Desks Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Slides, Swings & Gym Sets Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>
- ○ Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> What's New Custom Printed Cards

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs  Go now ▸

- ○ Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
  Avatar the Movie Bakugan Barbie Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Kung Zhu Pets
  Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
  Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
  LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

**0**
items

| All Products ▼ |     **GO!**

Welcome! Login or create an account. Learn why

**BABIES Я US TOYS Я US** FREE SHIPPING on EVERYTHING (Standard Shipping Only Up to a $25 Value) with your purchase of $100 or more ▸
Excludes video game consoles/handhelds, software, accessories & Buyer Protection Plans

Home > Preschool > Pretty In Pink

Print Page     Email A Friend


**Q Larger Image**



## Animal Alley 22 inch Hippo - Pink

By: Toys R Us

SHIPS FREE  Free Shipping! (Details)

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

**Our Recommended Age:** Birth - 7 years (details)

**Manufacturer's Age:** Birth and up

Share:
 SHARE  t f ✉ ...

**Buy Online**

## Our Price: $39.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. -
(details)

**Quantity** 1

**ADD TO CART**

## Find It In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/31/2014                                    Animal Alley 22 inch Hippo - Pink- Toys R Us - Toys "R" Us

**SHIPS FREE** Free Standard Shipping (up to $25) on ANY purchase of $100 or more (some exclusions apply) - (Details)



**Animal Alley 12 inch Jungle Lion**

Average Customer Rating
(1 Rating)

Rate and Review this Item

Read 1 Review

**$12.99**

☐ Include this item when you add to cart

**Animal Alley 10.5 inch My First Puppy - Blue and White**

Average Customer Rating
(1 Rating)

Rate and Review this Item

Read 1 Review

**$7.99**

☐ Include this item when you add to cart

**Animal Alley 10.5 inch My First Puppy - Pink and White**

Average Customer Rating
(5 Ratings)

Rate and Review this Item

Read 5 Reviews

**$7.99**

☐ Include this item when you add to cart

**Animal Alley 22 inch Hippo - Pink**

Average Customer Rating
(2 Ratings)

Rate and Review this Item

Read 2 Reviews

**$39.99**

☐ Include this item when you add to cart

**Animal Alley 22 inch Hippo - Blue**

Average Customer Rating
(0 Ratings)

Be the first to Rate and Review this item

**$39.99**

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART**     Add to **BABY REGISTRY**     Add to **WISH LIST**

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                    (based on 2 ratings)

**Reviewed by 2 Customers**                                                   Sort by: Newest ▼

Displaying Reviews 1-2 of 2

*[1 of 1 customers found this review helpful]*

### Really perfect

By **Andarta** from **Chicago, IL** on **4/2/2011**

**Bottom Line:**

This is the best, softest, and cutest stuffed animal out there. My daughter will not go to sleep without it. Great buy!

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

### great product and soooooo soft

By **Oma(grandma to beautiful granddaughter)** [$] VERIFIED BUYER from **Bluffton, Indiana USA** on **3/7/2011**

|  |  |
|---|---|
| **Pros:** | Easy To Use, High Quality, Lasting Fun |
| **Best Uses:** | Home |
| **Describe Yourself:** | Collector, Parent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** |  |

3/31/2014                                          Animal Alley 22 inch Hippo - Pink - Toys R Us - Toys "R" Us

I gave this huge hippo to my granddaughter. Her mommy loved it (as baby is too little to know yet) and plans to have her photo taken at the local picture place with it amoung many other hippos she has... Won't that be cute for a small baby to be sitting in the lap of the hippo with many others surrounding it! When the rocking chair in the nursery is not in use, the Hippo has a place to sit!!! We love the HIPPO!!!!

*Was this review helpful to you? Yes / No* . *You may also* Report this review as inappropriate.

Displaying Reviews 1-2 of 2

      

Bruin My First TV         Dragon Ball Raging Blast for Xbox       Bruin Wacky Sounds Rescue Driver       Bruin Electronic Learning Ball       Fisher-Price Little People Pull-A-Long       Fisher-Price Ocean Wonders Deep       A
                          360                                    Dashboard                                                                     Lacin...                                Blue Sea Gym

$10.99                                                                                                          $9.99

                          $59.99                                 $19.99                                                                         $14.99                                   $69.99



10% OFF
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.   APPLY TODAY ▶



STORE LOCATOR
FIND A STORE NEAR YOU ▶



geoffreys
BIRTHDaY
club

SIGN UP TODAY ▶

Take Time To Pay.

Layaway!

LEARN MORE ▶


Help Solve the Puzzle

FIND OUT HOW ▶

Your Order

Track my Order
Returns
Cancellations

Help

Safety Information
Shipping & Delivery
Payment Options
Contact Us

Gift Services

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

About Us

Company Info
Careers
News/Press Room
Affiliate Program