# EXHIBIT G, PART 3

3/31/2014

Animal Alley 22 inch Hippo - Pink - Toys R Us - Toys "R" Us

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

- •
- •
- •
- • ○
    ○

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

https://web.archive.org/web/20100415192453/http://www.toysrus.com/product/index.jsp?productId=3922200

4/4

3/31/2014                          Animal Alley 22 inch Hippo - Pink- Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productid=3922200    Go    APR  NOV  DEC  Qose
◄  **3**  ▶
2 captures    2009  2010  2011    Help
16 Apr 10 - 3 Nov 10



* o
  * o
  * o
  * o
  * o
  * o
  * o

* Email signup

* Product Alerts
* My account
* Help
* Find great baby products at Babies R Us

* Baby Registry
* Wish Lists
* Rewards R Us
* Gift Finder
* Gift Cards
* Geoffrey's Birthday Club
* Store Locator

* o The Great Big Christmas Book Hot Deals Store Christmas Store Baby's First Christmas Christmas Ornaments Christmas Stockings Christmas Trees and Wreaths More >> What's New At The Movies Action Figures Movies, Music & TV Science Fiction & Fantasy Sports More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >>
  * o Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >>
  * o Dolls & Stuffed Animals Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
  * o Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Radio Control Planes, Boats & Vehicles Radio Control Train Sets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>



**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ›



* o Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
* o Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Justin Bieber Kung Zhu Pets Little People
* o Marvel Universe Monster High Star Wars Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
* o Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex
* o LEGO LeapFrog Little Tikes Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

**0**
items

All Products ▼    **GO!**
Welcome! Login or create an account. Learn why

**BABIES Я US  TOYS Я US  FREE SHIPPING on EVERYTHING**  see details ›

Home > Preschool > Pretty In Pink

Print Page    Email A Friend



### Animal Alley 22 inch Hippo - Pink

By: Toys R Us

**SAVE** ONLY $4.99 Dog or Bear with purchase! (Details)

**See more Special Offers below**

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

Q Larger Image

**Our Price: $39.99**

**Quantity:** 1

* In stock for shipping
* Not eligible for Store Pickup
* Sold in stores (details)



ADD TO CART

3/31/2014                                    Animal Alley 22 inch Hippo - Pink- Toys R Us - Toys "R" Us

Our Recommended Age: Birth - 7 years (details)
Manufacturer's Age: Birth and up

Share:


**SAVE** ONLY $4.99 Exclusive! 19" Toys "R" Us Roscoe the Dog or Riley the Bear with ANY purchase of $50 or more! - (Details)

**SHIPS FREE** Free Standard Shipping (up to $20) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - Free Shipping (up to $20) (Details)

Now through Dec. 24, Earn 10% Back on Your Holiday Purchases with Rewards"R"Us! - (Details)











| Animal Alley 10.5 inch My First Puppy - Blue and White | Animal Alley 10.5 inch My First Puppy - Pink and White | Animal Alley 22 inch Hippo - Pink | Animal Alley 22 inch Hippo - Blue | Animal Alley 15.5 inch Polar Bear - White |
|---|---|---|---|---|
| Average Customer Rating | Average Customer Rating | Average Customer Rating | Average Customer Rating | Average Customer Rating |
| (1 Rating) | (5 Ratings) | (2 Ratings) | (0 Ratings) | (7 Ratings) |
| Rate and Review this Item | Rate and Review this Item | Rate and Review this Item | Be the first to Rate and Review this Item | Rate and Review this Item |
| Read 1 Review | Read 5 Reviews | Read 2 Reviews | $39.99 | Read 7 Reviews |
| $7.99 | $7.99 | $39.99 | ☐ Include this item when you add to cart | $14.99 |
| ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | | ☐ Include this item when you add to cart |

**ADD ITEM(S) TO CART**   **Add to BABY REGISTRY**   **Add to WISH LIST**

REVIEW SNAPSHOT® by PowerReviews

**Average Customer Rating:**            (based on 2 ratings)

**Reviewed by 2 Customers**                                            Sort by: Newest ▼

Displaying Reviews 1-2 of 2

[1 of 1 customers found this review helpful]

**Really perfect**

By Andarta from Chicago, IL on 4/2/2011

3/31/2014                                    Animal Alley 22 inch Hippo - Pink- Toys R Us - Toys "R" Us

**Bottom Line:**

This is the best, softest, and cutest stuffed animal out there. My daughter will not go to sleep without it. Great buy!

*Was this review helpful to you?* Yes / No  - *is this* Report this review as inappropriate.

### great product and soooooo soft

By **Oma(grandma to beautiful granddaughter)**     [$] VERIFIED BUYER     from Bluffton, Indiana USA on 3/7/2011

| | |
|---|---|
| **Pros:** | Easy To Use, High Quality, Lasting Fun |
| **Best Uses:** | Home |
| **Describe Yourself:** | Collector, Parent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

I gave this huge hippo to my granddaughter. Her mommy loved it (as baby is too little to know yet) and plans to have her photo taken at the local picture place with it among many other hippos she has... Won't that be cute for a small baby to be sitting in the lap of the hippo with many others surrounding it! When the rocking chair in the nursery is not in use, the Hippo has a place to sit!!! We love the HIPPO!!!!

*Was this review helpful to you?* Yes / No  - *is this* Report this review as inappropriate.

Displaying Reviews 1-2 of 2



K's Kids Ryan 28 Activity Center Large

$107.99

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program
Special Events

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

3/31/2014                                    Animal Alley 22 Inch Hippo - Pink - Toys R Us - Toys "R" Us

- o
- o
- o

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry        **NO** return to product page

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                Animal Alley 26 inch Beige Sitting Dog - Toys R Us - Toys "R" Us





- 
  - o
  - o

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- o   Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  - o   Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  - o   Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
  - o   Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games


Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

- Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
  - o   Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
  - o   Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
  - o   Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
  - o   Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
  - o   Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
  - o   ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |   | GO! |

Welcome! Login or create an account, Learn why

THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED!   FREE SHIPPING   (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ▸

Home > Preschool > Stuffed Animals & Dolls > Stuffed Animals > Dogs & Cats






Special Offers

## Animal Alley 26 inch Beige Sitting Dog

By: Toys R Us

SAVE  SAVE $10 on any purchase of $60 or more! (De

Our Recommended Age: 3 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:
 SHARE   ...

### Buy Online                    Print Page   Email A Friend

### Our Price: $39.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

### Find it In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                                      Animal Alley 26 inch Beige Sitting Dog - Toys R Us - Toys "R" Us

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $12.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| ☐ Include this item when you add to cart Read 1 Review | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart | ☐ Include this item when you add to cart Read 2 Reviews |
| $12.99 | | | $9.99 | $39.99 |

Add to **WISH LIST**          Add to **BABY REGISTRY**          **ADD ITEM(S) TO CART**

---

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                    (based on 1 ratings)

Displaying Review 1 of 1

### Love it!

By FL Mom from Florida on 11/7/2009

**Pros:** Lasting Fun
**Bottom Line:** Yes, I would recommend this to a friend

We got this for my son when he was about 9 months old. He still love it 3 months later, he tackles him and just burries his face in it. He watches movies with him and I think he'll enjoy him for a long time. My only complaint is that little pieces of fur come out and it doesn't say you can put it in the washing machine, but I might try anyway.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

Displaying Review 1 of 1

|  Animal Alley Stick Unicorn with Sound - Purp... |  Logitech G15 Gaming Keyboard |  Gumdrop Kids Chair - Chocolate/Pink | Sony PS3 160GB Uncharted: Drake's Fortune Bu... |  Pedia Lax Chewable Tablets - 30Ct |  Fast Lane 1:55 Scale Apache Air Ranger Helic... | B |
|---|---|---|---|---|---|---|
| $14.99 | $99.99 | $169.99 | $399.99 | $8.98 | $9.99 | |

3/16/2014                                    Animal Alley 26 Inch Beige Sitting Dog - Toys R Us - Toys "R" Us



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.   **APPLY TODAY**▶



**STORE LOCATOR**
FIND A STORE NEAR YOU▶



**Join Shaq Give Back**
DONATE TODAY▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU▶



**GIFT CARDS**
BUY NOW▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site    ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

3/16/2014                Animal Alley: 26" Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productId=3372839   Go

4 captures
14 Jul 09 - 14 Jun 10

JUN JUL NOV   Close
◄ **14** ►
2008 **2009** 2010   Help



- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

Hot Deals Store At The Movies Back to School Backpacks Lunch Kits General School Supplies Science & Discovery Laptops & Netbooks More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>

Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products More >> Collectibles Dolls More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Laptops & Netbooks Digital Cameras & Imaging Audio More >> Games & Puzzles

Learning Electronic Learning Science & Discovery Back to School More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>

Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Top Rated Other Toys

**BABIES Я US**
Looking for baby products?
Visit Babies "R" Us for all your newborn,
infant and toddler needs. Go now ▸

Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Ben 10 Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
Little People Marvel Universe Star Trek Star Wars Thomas & Friends Transformers WWE Webkinz See All >>
Animal Planet Apple Fast Lane Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

**0**
items

[ All Products ▾ ]   **GO!**
Welcome! Login or create an account. Learn why

UP TO **70% OFF** in our Clearance Store   PLUS **FREE SHIPPING** (up to $25 value) on ANY Clearance Store purchase of $49 or more.   shop now ▸

Home > Baby Toys > Soft & Plush Toys



## Animal Alley: 26" Blue Sitting Polar Bear
By: Toys R Us

Print Page   Email A Friend

**Our Price: $39.99**

**Buy Online**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**
(6 Ratings)
Rate and Review this Item
Read 6 Reviews

Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

**Quantity** 1

**ADD TO CART**   ADD TO BABY REGISTRY ▸   ADD TO WISH LIST ▸

**Find it in Stores**
This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

Q Larger Image

3/16/2014                                    Animal Alley: 26" Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



**Animal Alley: 29" Purple Hanging Monkey**
Average Customer Rating

(1 Rating)

Read 1 Review

$12.99

**Animal Alley: 29" Pink Stick Horse**
$9.99

include this item when you add to cart

**Animal Alley: 29" Brown Hanging Monkey**
$12.99

include this item when you add to cart

**Animal Alley: 29" Black Stick Horse**
Average Customer Rating

(0 Ratings)

Be the first to Rate

**Animal Alley: 26" Pink Sitting Polar Bear**
Average Customer Rating

(2 Ratings)

Read 2 Reviews

$39.99

REVIEW SNAPSHOT® (Powered by PowerReviews.com)

**Average Customer Rating:**                    (based on 6 ratings)

Customers most agreed on the following attributes:
Pros:   Cute (4), Snuggly (4), Soft (4)

**Reviewed by 6 Customers**                                              Sort by: Newest ▼

Displaying Reviews 1-6 of 6

[1 of 1 customers found this review helpful]

**outstanding for the price**

By momof three from Holmdel NJ on 4/21/2011

Pros:   Cute, Snuggly, Soft
Best Uses:   All Ages
Describe Yourself:   Parent Of Two Or More Children
Bottom Line:

For the price ( and add your toys r us 20% off one baby item coupon), it's a great gift. I like to give these as congratulations on a new baby gift (tie a bunch of balloons around it, comes in pink too).
I do agree with a previous review that the seams can open from time to time, but not enough to scratch it off your list.
it's really soft and great for older kids to watch TV with too.

Was this review helpful to you? Yes / No - Report this review as inappropriate.

[1 of 1 customers found this review helpful]

**Super plush & cozy bear**

By SummerDay   [VERIFIED BUYER]   from Long Beach, Ca on 1/4/2011

Pros:   Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:   Imaginative Play, Young Children
Describe Yourself:   First Time Parent, Stay At Home Parent
Was this a gift?:   Yes
Bottom Line:

Fun jumbo size... very huggable!! My 5 year (almost 6) boy LOVES it! Worth the money. He enjoys wrestling around with it too!

Was this review helpful to you? Yes / No - Report this review as inappropriate.

[2 of 3 customers found this review helpful]

**Perfect!**

By The love girlfriend from Indiana on 8/21/2010

Pros:   Cute, Good Quality, Perfect Size, Snuggly, Soft

3/16/2014                  Animal Alley: 26" Blue Sitting Polar Bear - Toys R Us - Toys "R" Us

**Best Uses:** All Ages
**Describe Yourself:** Girlfriend
**Bottom Line:**

My boyfriend sent me this in the mail before he went on vacation! I love it.. its very soft and doesnt shed like most stuffed ainmals made with poor care. Hes PERFECT.

*Was this review helpful to you? Yes / No - Report this review as inappropriate.*

---

*[0 of 2 customers found this review helpful]*

### Not worth buying for toddlers.

By Greatest Dad from Buford, GA on 8/15/2010

**Pros:** Cute, Snuggly, Soft
**Cons:** Poor Quality
**Describe Yourself:** First Time Parent
**Bottom Line:**

We got this for our son. He would not put it down at the store. He's 15 months and plays with it like a normal kid. In the past two weeks, I had to sow up two separate holes in two different places. I'm sure I'll be doing it in a few more spots. He loves it, so I can't bring myself to get rid of it.

*Was this review helpful to you? Yes / No - Report this review as inappropriate.*

---

*[1 of 1 customers found this review helpful]*

### Lovely purchase

By **Sim the romantic**  [$] VERIFIED BUYER  from **College Station TX** on 4/13/2009

**Pros:** Easy To Use, High Quality, Lasting Fun
**Best Uses:** Home, Outside, Parties, Sleeping, Travel
**Describe Yourself:** Educator
**Bottom Line:**

Gave it to my fiance to hold at night and miss me lesser, and it works!
everythign about it is great..cute soft cuddly..overall wonderful!

*Was this review helpful to you? Yes / No - Report this review as inappropriate.*

---

*[3 of 3 customers found this review helpful]*

### so cute and soft!!!!!

By Iyasa from morrisville, pa on 3/12/2009

**Pros:** Easy To Use, High Quality, Lasting Fun, Very soft and fluffy
**Best Uses:** Home, Travel
**Describe Yourself:** Teenager
**Bottom Line:**

I love this bear! im 17 and I absolutly just fell in love with is when I saw it! your never to old to cuddle with a soft and big stuffed animal! and i absolutly love the color light blue,
so it just caught my eye! I would recommend this to any one!
and its at a reasonable price!!

*Was this review helpful to you? Yes / No - Report this review as inappropriate.*

Displaying Reviews 1-6 of 6



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



HELP PROVIDE BLANKETS
FOR BABIES IN NEED
FIND OUT HOW ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

3/16/2014                          Animal Alley: 26" Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



Help

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |

CLOSE

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

3/16/2014                          Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productId=3372839    Go    JUL NOV JAN  Close
4 captures    ◄ 11 ►
14 Jul 09 - 14 Jun 10    2008 2009 2010    Help



- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffreys Birthday Club
Store Locator

- Hot Deals Store Our Biggest Big Book Ever Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

BABIES ЯUS
Looking for baby products?
Visit Babies"R"Us for all your newborn
infant and toddler needs. Go now ▸

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼    GO!
Welcome! Login or create an account. Learn why

 

Home > Baby Toys > Soft & Plush Toys



Q Larger Image

## Animal Alley 26 inch Blue Sitting Polar Bear

By: Toys R Us

SAVE Exclusive Animal Alley ONLY $4.99 with purchase

See more Special Offers below

**Average Customer Rating**

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

**Our Recommended Age:** Birth - 5 years (details)

Manufacturer's Age: Birth and up

Share:

**Buy Online**    Print Page    Email A Friend

**Our Price: $39.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1



**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                                  Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



**Special Offers**

SAVE ONLY $4.99 Exclusive Animal Alley 19" Dog or Bear with ANY $50 ToysRUs.com purchase! Choice of Dog or Bear! - (Details)

TOP PICK This item is one of the most popular Toys & More items from our Baby Registry - (Details)

SAVE New Bill Me Later® Customers SAVE $10 on any purchase of $30 or more - (Details)

Shipping



**Animal Alley 29 Inch Purple Hanging Monkey**

Average Customer Rating

(1 Rating)

☐ stekardReview this teeryou add to cart
Read 1 Review

$12.99

**Animal Alley 29 inch Pink Stick Horse**

$9.99

☐ Include this item when you add to cart

**Animal Alley 29 inch Brown Hanging Monkey**

$12.99

☐ Include this item when you add to cart

**Animal Alley 29 Inch Black Stick Horse**

Average Customer Rating

(0 Ratings)

☐ enbiedinttiktEhate and Reviewtthisto Itemart

Add to WISH LIST

$9.99

**Animal Alley 26 Inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

☐ stekardReview this teeryou add to cart
Read 2 Reviews

Add to BABY REGISTRY

$39.99

ADD ITEM(S) TO CART

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**            **(based on 6 ratings)**

Customers most agreed on the following attributes:

Pros:   Cute (4), Snuggly (4), Soft (4)

**Reviewed by 6 Customers**                                           Sort by: Newest ▼

Displaying Reviews 1-6 of 6

*[1 of 1 customers found this review helpful]*

**outstanding for the price**

By mom of three from Holmdel NJ on 4/21/2011

Pros:   Cute, Snuggly, Soft
Best Uses:   All Ages
Describe Yourself:   Parent Of Two Or More Children
Bottom Line:

For the price ( and add your toys r us 20% off one baby item coupon), it's a great gift. I like to give these as congratulations on a new baby gift (tie a bunch of balloons around it, comes in pink too).
I do agree with a previous review that the seams can open from time to time, but not enough to scratch it off your list.
It's really soft and great for older kids to watch TV with too.

*Was this review helpful to you?* Yes / No  - Report this review as inappropriate.

3/16/2014                                    Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us

*[1 of 1 customers found this review helpful]*

### Super plush & cozy bear

By **SummerDay**    [$] VERIFIED BUYER    from **Long Beach, Ca** on 1/4/2011

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | Imaginative Play, Young Children |
| **Describe Yourself?:** | First Time Parent, Stay At Home Parent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

Fun jumbo size... very huggable!! My 5 year (almost 6) boy LOVES it!! Worth the money. He enjoys wrestling around with it too!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[2 of 3 customers found this review helpful]*

### Perfect!

By **The love girlfriend** from **Indiana** on 8/21/2010

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | Girlfriend |
| **Bottom Line:** | |

My boyfriend sent me this in the mail before he went on vacation! I love it.. Its very soft and doesnt shed like most stuffed ainmals made with poor care. Hes PERFECT.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[0 of 2 customers found this review helpful]*

### Not worth buying for toddlers.

By **Greatest Dad** from **Buford, GA** on 8/15/2010

| | |
|---|---|
| **Pros:** | Cute, Snuggly, Soft |
| **Cons:** | Poor Quality |
| **Describe Yourself:** | First Time Parent |
| **Bottom Line:** | |

We got this for our son. He would not put it down at the store. He's 15 months and plays with it like a normal kid. In the past two weeks, I had to sow up two separate holes in two different places. I'm sure I'll be doing it in a few more spots. He loves it, so I can't bring myself to get rid of it.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### Lovely purchase

By **Sim the romantic**    [$] VERIFIED BUYER    from **College Station TX** on 4/13/2009

| | |
|---|---|
| **Pros:** | Easy To Use, High Quality, Lasting Fun |
| **Best Uses:** | Home, Outside, Parties, Sleeping, Travel |
| **Describe Yourself:** | Educator |
| **Bottom Line:** | |

Gave it to my fiance to hold at night and miss me lesser, and it works!
everythign about it is great..cute soft cuddly,.overall wonderful!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[3 of 3 customers found this review helpful]*

### so cute and soft!!!!!

By **lyssa** from **morrisville, pa** on 3/12/2009

| | |
|---|---|
| **Pros:** | Easy To Use, High Quality, Lasting Fun, Very soft and fluffy |
| **Best Uses:** | Home, Travel |
| **Describe Yourself:** | Teenager |
| **Bottom Line:** | |

I love this bear! Im 17 and I absolutiyjust fell in love with is when I saw it! your never to old to cuddle with a soft and big stuffed animal! and I absolutiylove the color light blue,
so it just caught my eye! I would recommend this to any one!
and its at a reasonable price!!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

Displaying Reviews 1-6 of 6


Animal Alley 13 inch Yellow Labrador
$9.99


Animal Alley 13 inch White Sitting Tiger
$9.99


Animal Alley 15 inch Cream and Brown Elephan...
$19.99


Sassy Baby's First Books
$13.99


Sassy MP3 Me in the Mirror
$14.99


Bruin & Friends Piano - Pink
$15.99

L

Kids Picnic Tables & Umbrellas Ice Skates



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



**Join Shaq Give Back**
DONATE TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▾

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ⊠

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry          **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ›**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/16/2014                          Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us





- ○
- ○

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- ○ Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD
- ○ Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>
- ○ Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Gym Sets, Slides & Swings Inflatable Bouncers Blasters & Foam Play Winter Recreation More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>
- ○ Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ›

More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >> Top Rated Custom Printed Cards
- ○ Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Avatar the Movie Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
- ○ Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
- ○ Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
- ○ Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
- ○ ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |    **GO!**

Welcome! Login or create an account. Learn why

# CLEARANCE BLOWOUT! UP TO 60% OFF in our Online Clearance Store  shop now ›

Home > Baby Toys > Soft & Plush Toys



## Animal Alley 26 inch Blue Sitting Polar Bear

**By: Toys R Us**

SHIPS FREE  Free shipping for Bill Me Later® New Customers (Details)

**Average Customer Rating**

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:

3/16/2014                            Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



**SHARE**

## Buy Online

Print Page    Email A Friend

### Our Price: $39.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**

### Find it in Stores

This item does not participate in the check store inventory
feature. Please visit your local store to determine availability.
- (details)

**Special Offers**

**SHIPS FREE** New Bill Me Later® customers get FREE SHIPPING - up to $15 statement credit! - (Details)

Shipping

| Animal Alley 29 inch Purple Hanging Monkey | Animal Alley 29 inch Pink Stick Horse | Animal Alley 29 inch Brown Hanging Monkey | Animal Alley 29 inch Black Stick Horse | Animal Alley 26 inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $12.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Include this item when you add to cart | Include this item when you add to cart | This item is temporarily unavailable | Be the first to rate and review this item! | Include this item when you add to cart |
| Read 1 Review | | | | Read 2 Reviews |
| $12.99 | | | $9.99 | $39.99 |

**Add to WISH LIST**

**Add to BABY REGISTRY**

**ADD ITEM(S) TO CART**

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**          (based on 2 ratings)

**Reviewed by 2 Customers**                            Sort by: Newest ▼

Displaying Reviews 1-2 of 2

#### Lovely purchase

By Sim the romantic   **$ VERIFIED BUYER**    from **College Station TX** on 4/13/2009

3/16/2014                                    Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us

           Pros:  Easy To Use, High Quality, Lasting Fun
      Best Uses:  Home, Outside, Parties, Sleeping, Travel
Describe Yourself:  Educator
     Bottom Line:  Yes, I would recommend this to a friend

Gave it to my fiance to hold at night and miss me lesser, and it works!
everythign about it is great,.cute soft cuddly,.overall wonderful!

*Was this review helpful to you?* Yes / No  . *You may also* Report this review as inappropriate.

---

### so cute and soft!!!!!

By lyssa from morrisville, pa on 3/12/2009

           Pros:  Easy To Use, High Quality, Lasting Fun, Very soft and fluffy
      Best Uses:  Home, Travel
Describe Yourself:  Teenager
     Bottom Line:  Yes, I would recommend this to a friend

i love this bear! im 17 and i absolutly just fell in love with is when i saw it! your never to old to cuddle with a soft and big stuffed animal! and i absolutly love the color light blue,
so it just caught my eye! i would recommend this to any one!
and its at a reasonable price!!

*Was this review helpful to you?* Yes / No  . *You may also* Report this review as inappropriate.

Displaying Reviews 1-2 of 2



Animal Alley 26 inch Pink Sitting Polar Bear    Razor RipStik Caster Board - Blue

$39.99                              $79.99

2911010



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



SIGN UP **TODAY** ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

Help

3/16/2014                        Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                              Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us



- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

Hot Deals Store What's New At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>

Books, CDs, DVDs & Blu-Ray Discs Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >>

Learning Electronic Learning Back to School Science & Discovery More >> Kids' Clothes Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>

Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets



More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Avatar the Movie Bakugan Barbie Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Kung Zhu Pets
Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>



INTERNET ARCHIVE WayBackMachine    http://www.toysrus.com/product/index.jsp?productId=3372839    Go

4 captures
14 Jul 09 - 14 Jun 10

JAN  JUN  JUL  Close
◄ 14 ►
2009  2010  2011    Help

All Products ▼    GO!
Welcome! Login or create an account. Learn why


BABIES R US  TOYS R US  FREE SHIPPING on EVERYTHING with your purchase of $49 or more
(standard shipping only, up to a $25 value)
Excludes video game consoles/handhelds and Buyer Protection Plan.

Home > Baby Toys > Soft & Plush Toys

Print Page    Email A Friend

### Animal Alley 26 inch Blue Sitting Polar Bear

By: Toys R Us

 Free Shipping! (Details)

**Average Customer Rating**
(6 Ratings)
Rate and Review this Item
Read 6 Reviews

Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:
SHARE  t f ✉ ...



Q Larger Image

**Buy Online**

## Our Price: $39.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                              Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us

 **SHIPS FREE** Free Standard Shipping (up to $25) on ANY purchase of $49 or more. Excludes video game hardware. - (Details)



**Animal Alley 29 inch Black Stick Horse**

Average Customer Rating
                    (0 Ratings)

Be the first to Rate and Review this item

$3.98

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Sitting Polar Bear**

Average Customer Rating
                    (2 Ratings)

Rate and Review this item

Read 2 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

Average Customer Rating
                    (7 Ratings)

Rate and Review this item

Read 7 Reviews

$16.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Blue Sitting Polar Bear**

Average Customer Rating
                    (6 Ratings)

Rate and Review this item

Read 6 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Beige Sitting Dog**

$12.98

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART**      Add to BABY REGISTRY      Add to WISH LIST

---

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                    **(based on 2 ratings)**

---

**Reviewed by 2 Customers**                                                    Sort by: Newest ▼

Displaying Reviews 1-2 of 2

---

**Lovely purchase**

By **Sim the romantic** [$] VERIFIED BUYER    from **College Station TX** on **4/13/2009**

        **Pros:** Easy To Use, High Quality, Lasting Fun
    **Best Uses:** Home, Outside, Parties, Sleeping, Travel
**Describe Yourself:** Educator
    **Bottom Line:** Yes, I would recommend this to a friend

Gave it to my fiance to hold at night and miss me lesser, and it works!
everythign about it is great..cute soft cuddly..overall wonderfull

*Was this review helpful to you? Yes / No  - You may also* Report this review as inappropriate.

---

**so cute and soft!!!!!**

By **lysaa** from **morrisville, pa** on **3/12/2009**

        **Pros:** Easy To Use, High Quality, Lasting Fun, Very soft and fluffy
    **Best Uses:** Home, Travel
**Describe Yourself:** Teenager
    **Bottom Line:** Yes, I would recommend this to a friend

3/16/2014                                    Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us

I love this bear! Im 17 and I absolutly just fell in love with is when I saw it! your never to old to cuddle with a soft and big stuffed animal! and I absolutly love the color light blue,
so it just caught my eye! I would recommend this to any one!
and its at a reasonable price!!

*Was this review helpful to you? Yes / No . You may also Report this review as inappropriate.*

Displaying Reviews 1-2 of 2

                    

| Black Twill Tink Sofa | Brown Tink Sofa with Pink Piping | Multi-Color Tink Sofa | Kid's Elite Sofa - Purple | Kid's Homey VIP Sofa - Pink | Kid's Homey VIP Sofa - Khaki |
|---|---|---|---|---|---|
| $109.99 | $109.99 | $109.99 | $119.99 | $139.99 | $139.99 |



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.    **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



SIGN UP **TODAY ▶**



Take Time To Pay.

**LEARN MORE ▶**



HELP PROVIDE BLANKETS
FOR BABIES IN NEED

FIND OUT HOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

3/16/2014                     Animal Alley 26 inch Blue Sitting Polar Bear - Toys R Us - Toys "R" Us

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry          **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▸**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/16/2014                           Animal Alley: 26" Pink Floppy Dog - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WayBackMachine        http://www.toysrus.com/product/index.jsp?productId=3372840    [Go]

10 captures
14 Jul 09 - 31 Jul 13

JUN  **JUL**  NOV  Close
◄  **14**  ►    Help
2008  **2009**  2010



- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

  Baby Registry
  Wish Lists
  Rewards R Us
  Gift Finder
  Gift Cards
  Geoffrey's Birthday Club
  Store Locator

- ○ Hot Deals Store At The Movies Back to School Backpacks Lunch Kits General School Supplies Science & Discovery Laptops & Netbooks More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
  - ○ Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products More >> Collectibles Dolls More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Laptops & Netbooks Digital Cameras & Imaging Audio More >> Games & Puzzles
  - ○ Learning Electronic Learning Science & Discovery Back to School More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
  - ○ Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Top Rated Other Toys

BABIES ЯUS
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

- ○ Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Bakugan Barbie Batman Ben 10 Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
- ○ Little People Marvel Universe Star Trek Star Wars Thomas & Friends Transformers WWE Webkinz See All >>
- ○ Animal Planet Apple Fast Lane Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
- ○ Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
- ○ ToysRUs Exclusives Clearance Award Winners

0
items

[ All Products ▾ ]    **GO!**

Welcome! Login or create an account. Learn why



UP TO **70%OFF** in our Clearance Store  PLUS **FREE SHIPPING** (up to $25 value) on ANY Clearance Store purchase of $49 or more.  shop now ▸

Home > Baby Toys > Soft & Plush Toys

## Animal Alley: 26" Pink Floppy Dog
By: Toys R Us

🖨 Print Page    ✉ Email A Friend

### Our Price: $16.99

**Average Customer Rating**
(7 Ratings)
Rate and Review this Item
Read 7 Reviews

Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

[Q Larger Image]

### Buy Online

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Quantity** 1

[ADD TO CART]  [ADD TO BABY REGISTRY ▸]  [ADD TO WISH LIST ▸]

### Find it in Stores

Check availability of this item at your local store (details)

Enter your ZIP code and click 'GO!':  Enter Zip  **GO!**

3/16/2014                                 Animal Alley: 26" Pink Floppy Dog - Toys R Us - Toys "R" Us



**Animal Alley: 29" Purple Hanging Monkey**

Average Customer Rating

(1 Rating)

☐ Select this item when you add to cart
Read 1 Review

$12.99

**Animal Alley: 29" Pink Stick Horse**

$9.99

☐ Include this item when you add to cart

**Animal Alley: 29" Brown Hanging Monkey**

$12.99

☐ Include this item when you add to cart

**Animal Alley: 29" Black Stick Horse**

Average Customer Rating

(0 Ratings)

Be the first to Rate
☐ Include this item when you add to cart

**Animal Alley: 26" Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

☐ Select this item when you add to cart
Read 2 Reviews

$39.99

ADD TO WISH LIST ▸     ADD TO BABY REGISTRY ▸     **ADD ITEM(S) TO CART**

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**          **(based on 7 ratings)**

Customers most agreed on the following attributes:

| | |
|---|---|
| **Pros:** | Cute (13), Snuggly (12), Soft (12), Perfect size (10), Good quality (8) |
| **Best Uses:** | All ages (9), Imaginative play (3), Indoor (3), Young children (3) |
| **Describe Yourself:** | Grandparent (6), Parent of two or more children (4), First time parent (3), Stay at home parent (3), Working parent (3) |
| **Was this a gift?:** | Yes (11) |

**Reviewed by 18 Customers**                                          Sort by: Newest ▾

Displaying Reviews 1-7 of 7

### Just what I was looking/hoping for

By **Workin' momma**   $ VERIFIED BUYER   from **Northern New York** on **12/27/2013**

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Describe Yourself:** | First Time Parent, Working Parent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

Big for a 3yr old but still easily carried. Looks like it will hold up for many years. Plastic eyes but the nose is plush so ouchies are unlikely. Very happy thus far.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Sleeps with his head on her every night!

By **Quincy's Mommy**   $ VERIFIED BUYER   from **Columbus, Ohio** on **9/27/2013**

| | |
|---|---|
| **Pros:** | Cute, Snuggly, Soft |
| **Best Uses:** | All Ages, And Dogs |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

I purchased this for my niece but my 100lbs. American Bulldog fell in love with it. He now sleeps with his head on her every night. He loves her!!! The only issue I've had with it is some of the seems were cut too closely and had to be reinforced.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Pink Floppy Dog is adorable

By **Gigi**   $ VERIFIED BUYER   from **Hickory, NC** on **9/14/2013**

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | Grandparent |
| **Was this a gift?:** | No |
| **Bottom Line:** | |

3/16/2014                                Animal Alley: 26" Pink Floppy Dog - Toys R Us - Toys "R" Us

I bought this for our " just turning 1 " Granddaughter and she loves it, it is very soft and fun for her to sit on and crawl over, plus she can pick Her up and drag her around. I watch our granddaughter each day and watch her play, it's like a friend sitting there with her on the floor.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Cute!!

By **Rage** [$] VERIFIED BUYER    from **Houston Texas** on **9/3/2013**

Pros: Cute, Snuggly, Soft
Best Uses: All Ages
Describe Yourself: Parent Of Two Or More Children, Stay At Home Parent
Was this a gift?: No
Bottom Line:

Soft and cute

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### I would purchase this product again

By **Michelle** [$] VERIFIED BUYER    from **Pawtucket, RI** on **8/12/2013**

Pros: Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses: All Ages
Describe Yourself: Working Parent
Was this a gift?: Yes
Bottom Line:

My daughter just had surgery and needed something comfortable to snuggle with and make her comfortable. The dog is soft and well made.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### We LOVE this dog!

By **Becky** [$] VERIFIED BUYER    from **Grand Rapids, mi** on **6/6/2013**

Pros: Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses: All Ages, Imaginative Play
Describe Yourself: Parent Of Two Or More Children
Was this a gift?: Yes
Bottom Line:

This was a present for my nieces birthday party and it was the favorite present at the party. She brings this dog everywhere. It's large, but still a good size for a 3 year old to carry around. It's super soft and fluffy. We are very happy with this purchase!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### A perfect plush!

By **Momma of four** [$] VERIFIED BUYER    from **Bakersfield, CA** on **7/30/2013**

Pros: Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses: All Ages
Describe Yourself: Parent Of Two Or More Children, Stay At Home Parent
Was this a gift?: Yes
Bottom Line:

This soft plush keeps my little one company at night to keep the monsters away.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Amazing Product

By **Jenn** from **Louisiana** on **12/29/2012**

Pros: Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses: All Ages
Describe Yourself: Aunt
Was this a gift?: Yes
Bottom Line:

This product was amazing. I bought 2 of them for my nieces, over a year and a little bit under, and they absolutely love them! They are very soft, durable, and easy to clean, which is a must with babies. I would definitely buy it again.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### A Big Hit!

By **BabygirlsGrandma** from **Virginia** on **8/5/2012**

Pros: Cute, Interactive, Perfect Size, Snuggly, Soft
Best Uses: All Ages
Describe Yourself: Grandparent
Was this a gift?: Yes
Bottom Line:

This was a gift for my granddaughter. A home run from the start! She will lay on this toy and fall asleep in no time without any prompting. She takes it with her where ever she goes. Recommend the plush floppy puppy for any small child.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

3/16/2014    Animal Alley: 26" Pink Floppy Dog - Toys R Us - Toys "R" Us

*[0 of 1 customers found this review helpful]*

**Perfect!**

By **Princess**    [$] VERIFIED BUYER    from **RSM, CA** on **6/4/2012**

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | Imaginative Play, Young Children |
| **Describe Yourself:** | Parent Of Multiples (Twins etc) |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

Exactly what I wanted!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

Displaying Reviews 1-7 of 7



STORE LOCATOR
FIND A STORE NEAR YOU ▶



HELP PROVIDE BLANKETS
FOR BABIES IN NEED

FIND OUT HOW ▶



IN-STORE EVENTS
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



GIFT CARDS
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map



Select a site    ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| --- | --- |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▸**

3/16/2014                           Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Our Biggest Big Book Ever Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

**BABIES R US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

**0 items**

All Products ▼     **GO!**

Welcome! Login or create an account. Learn why
Home > Preschool > Pretty In Pink



**Q Larger Image**

# Animal Alley 26 inch Pink Floppy Dog

**By: Toys R Us**



**SAVE** Exclusive Animal Alley ONLY $4.99 with purchase

See more Special Offers below

**Average Customer Rating**
(7 Ratings)
Rate and Review this Item
Read 7 Reviews

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:
SHARE  t f ✉ ...

**Special Offers**

**Buy Online**          Print Page    Email A Friend

**Our Price: $16.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1



**Find it in Stores**

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!':  Enter Zip  **GO!**

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



**SAVE** ONLY $4.99 Exclusive Animal Alley 19" Dog or Bear with ANY $50 ToysRUs.com purchase! Choice of Dog or Bear! - (Details)

**TOP PICK** This item is one of the most popular Toys & More items from our Baby Registry - (Details)

Shipping

**Animal Alley 29 inch Purple Hanging Monkey**
Average Customer Rating
(1 Rating)
Include this item when you add to cart
Read 1 Review
$12.99

**Animal Alley 29 inch Pink Stick Horse**
$9.99
Include this item when you add to cart

**Animal Alley 29 inch Brown Hanging Monkey**
$12.99
Include this item when you add to cart

**Animal Alley 29 inch Black Stick Horse**
Average Customer Rating
(0 Ratings)
Include this item when you add to cart
$9.99

**Animal Alley 26 inch Pink Sitting Polar Bear**
Average Customer Rating
(2 Ratings)
Include this item when you add to cart
Read 2 Reviews
$39.99

Add to WISH LIST    Add to BABY REGISTRY    **ADD ITEM(S) TO CART**

---

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**          **(based on 7 ratings)**

Customers most agreed on the following attributes:
   Pros:   Cute (13), Snuggly (12), Soft (12), Perfect size (10), Good quality (8)
   Best Uses:   All ages (9), Imaginative play (3), Indoor (3), Young children (3)
   Describe Yourself:   Grandparent (6), Parent of two or more children (4), First time parent (3), Stay at home parent (3), Working parent (3)
   Was this a gift?:   Yes (11)

---

**Reviewed by 18 Customers**                                          Sort by: Newest

Displaying Reviews 1-7 of 7

### Just what I was looking/hoping for

By **Workin' momma**    [$] VERIFIED BUYER    from **Northern New York** on **12/27/2013**

   Pros:   Cute, Good Quality, Perfect Size, Snuggly, Soft
   Describe Yourself:   First Time Parent, Working Parent
   Was this a gift?:   Yes
   Bottom Line:

Big for a 3yr old but still easily carried. Looks like it will hold up for many years. Plastic eyes but the nose is plush so ouchies are unlikely. Very happy thus far.

*Was this review helpful to you? Yes / No - Report this review as inappropriate.*

### Sleeps with his head on her every night!

By **Quincy's Mommy**    [$] VERIFIED BUYER    from **Columbus, Ohio** on **9/27/2013**

   Pros:   Cute, Snuggly, Soft
   Best Uses:   All Ages, And Dogs
   Was this a gift?:   Yes
   Bottom Line:

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

I purchased this for my niece but my 100lbs. American Bulldog fell in love with it. He now sleeps with his head on her every night. He loves her!!! The only issue I've had with it is some of the seems were cut too closely and had to be reinforced.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### Pink Floppy Dog is adorable

By **Gigi**   [$] VERIFIED BUYER   from **Hickory, NC** on **9/14/2013**

Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  All Ages
Describe Yourself:  Grandparent
Was this a gift?:  No
Bottom Line:

I bought this for our " Just turning 1" Granddaughter and she loves it. It is very soft and fun for her to sit on and crawl over, plus she can pick Her up and drag her around. I watch our granddaughter each day and watch her play. It's like a friend sitting there with her on the floor.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### Cute !!

By **Rage**  [$] VERIFIED BUYER   from **Houston Texas** on **9/3/2013**

Pros:  Cute, Snuggly, Soft
Best Uses:  All Ages
Describe Yourself:  Parent Of Two Or More Children, Stay At Home Parent
Was this a gift?:  No
Bottom Line:

Soft and cute

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### I would purchase this product again

By **Michelle**   [$] VERIFIED BUYER   from **Pawtucket, RI** on **8/12/2013**

Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  All Ages
Describe Yourself:  Working Parent
Was this a gift?:  Yes
Bottom Line:

My daughter just had surgery and needed something comfortable to snuggle with and make her comfortable. The dog is soft and well made.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### We LOVE this dog!

By **Becky**   [$] VERIFIED BUYER   from **Grand Rapids, mi** on **8/6/2013**

Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  All Ages, Imaginative Play
Describe Yourself:  Parent Of Two Or More Children
Was this a gift?:  Yes
Bottom Line:

This was a present for my nieces birthday party and it was the favorite present at the party. She brings this dog everywhere. It's large, but still a good size for a 3 year old to carry around. It's super soft and fluffy. We are very happy with this purchase!

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### A perfect plush!

By **Momma of four**   [$] VERIFIED BUYER   from **Bakersfield, CA** on **7/30/2013**

Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  All Ages
Describe Yourself:  Parent Of Two Or More Children, Stay At Home Parent
Was this a gift?:  Yes
Bottom Line:

This soft plush keeps my little one company at night to keep the monsters away.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### Amazing Product

By **Jenn**   from **Louisiana** on **12/29/2012**

Pros:  Cute, Good Quality, Perfect Size, Snuggly, Soft
Best Uses:  All Ages
Describe Yourself:  Aunt
Was this a gift?:  Yes
Bottom Line:

This product was amazing. I bought 2 of them for my nieces, over a year and a little bit under, and they absolutely love them! They are very soft, durable, and easy to clean, which is a must with babies. I would definitely buy it again.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

3/16/2014           Animal Alley 26 inch Pink Floppy Dog – Toys R Us – Toys "R" Us

*[1 of 1 customers found this review helpful]*

### A Big Hit!

By **BabygirlsGrandma** from Virginia on 6/5/2012

| | |
|---|---|
| **Pros:** | Cute, Interactive, Perfect Size, Snuggly, Soft |
| **Best Uses:** | All Ages |
| **Describe Yourself:** | Grandparent |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

This was a gift for my granddaughter. A home run from the start! She will lay on this toy and fall asleep in no time without any prompting. She takes it with her where ever she goes. Recommend the plush floppy puppy for any small child.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

*[0 of 1 customers found this review helpful]*

### Perfect!

By **Princess**   [$ VERIFIED BUYER]   from **RSM, CA** on 6/4/2012

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Perfect Size, Snuggly, Soft |
| **Best Uses:** | Imaginative Play, Young Children |
| **Describe Yourself:** | Parent Of Multiples (Twins etc) |
| **Was this a gift?:** | Yes |
| **Bottom Line:** | |

Exactly what I wanted!

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

Displaying Reviews 1-7 of 7

      

| Animal Alley 19 Inch Dark Brown Floppy Bear | Disney Bolt for Nintendo Wii | Especially For Baby High Chair Pad Cover | Fisher-Price Laugh & Learn Fun with Friends ... | Playskool Musical Sit 'N Spin | Yu-Gi-Oh! Trading Card Game Volcanic Doomfir... |
|---|---|---|---|---|---|
| $14.99 | $19.99 | $19.99 | $37.99 | $19.99 | $23.99 |

Strategy & Skill

2911529



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES. **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



**Join Shaq Give Back**
DONATE TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶

**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

| Select a site ▼ |
| --- |

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| --- | --- |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▶

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

3/16/2014                          Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



- o
  - o

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- o  Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD
- o  Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>
- o  Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>
- o  Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >> Top Rated Custom Printed Cards
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Avatar the Movie Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>

INTERNET ARCHIVE
WayBackMachine
http://www.toysrus.com/product/index.jsp?productId=3372840    [Go]    NOV  JAN  APR  Close
10 captures                                                    ◀  8  ▶   Help
14 Jul 09 - 31 Jul 13                                          2009 2010 2012

0
items

[ All Products ▾ ]                    **GO!**
Welcome! Login or create an account. Learn why

**CLEARANCE BLOWOUT!** UP TO **60% OFF** in our Online Clearance Store  shop now ▸

Home > Preschool > Pretty In Pink



## Animal Alley 26 inch Pink Floppy Dog

By: **Toys R Us**

**Average Customer Rating**
(7 Ratings)
Rate and Review this Item
Read 7 Reviews

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:
[ ➕ SHARE  ⴳ f ✉ ... ]

**Buy Online**                Print Page   Email A Friend

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



## Our Price: $16.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

[ADD TO CART]

## Find it in Stores

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!':  Enter Zip  [GO!]

Shipping

**Animal Alley 29 Inch Purple Hanging Monkey**

Average Customer Rating

(1 Rating)

☐ Read and Rate this item you add to cart
Read 1 Review

$12.99

**Animal Alley 29 Inch Pink Stick Horse**

$9.99

☐ Include this item when you add to cart

**Animal Alley 29 inch Brown Hanging Monkey**

$12.99

☐ This item is temporarily unavailable

**Animal Alley 29 Inch Black Stick Horse**

Average Customer Rating

(0 Ratings)

☐ Read and Rate and Review this item

$9.99

**Animal Alley 26 inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

☐ Read and Rate this item you add to cart
Read 2 Reviews

$39.99

[Add to WISH LIST]  [Add to BABY REGISTRY]  [ADD ITEM(S) TO CART]

YOUR FIRST
PLUS, EARN
CERTIFICA

## REVIEW SNAPSHOT® by PowerReviews

**Average Customer Rating:**                    (based on 5 ratings)

Customers most agreed on the following attributes:
          Pros:  Engaging (3), Fun (3)
     Best Uses:  Indoor (3)

**Reviewed by 5 Customers**                                                    Sort by: [Newest ▼]

Displaying Reviews 1-5 of 5

### Loved it, my kids fell in love with it.

By **Mema** [$] VERIFIED BUYER  from **Bakersfield, CA** on 1/4/2010

                Pros:  Durable
           Best Uses:  Creative Development
   Describe Yourself:  Grandparent
         Bottom Line:  Yes, I would recommend this to a friend

The big fluffy dog is like a big best friend that you can snuggle up to.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

3/16/2014                                   Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

### Pure Warmth

By Bethany from CT on 11/10/2009

| | |
|---|---|
| Pros: | Engaging, Fun, Great Price, Large, Warm |
| Best Uses: | Indoor |
| Describe Yourself: | TEEN |
| Bottom Line: | Yes, I would recommend this to a friend |

My mom bought this for me a few days ago and where I live and where my room is in my house its get COLD. So I would need a lot of covers. But this doggie is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way I do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me!! I think I might buy my little cousin one for Christmas!! I would recommend this to anyone and the price is great too!! The only thing i have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

### Bedtime Favorite!

By Doggie from Brooklyn, NY on 9/25/2009

| | |
|---|---|
| Pros: | Comfy, Durable, Engaging, Fun |
| Best Uses: | Indoor |
| Describe Yourself: | Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent |
| Bottom Line: | Yes, I would recommend this to a friend |

My husband bought this for our daughter, and she absolutely loves it!! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her!! She also uses it as a pillow at times.

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

### Great Gift!

By OregonMom from Portland, OR on 5/31/2009

| | |
|---|---|
| Pros: | Engaging, Fun |
| Best Uses: | Imaginative Play, Indoor |
| Describe Yourself: | Grandparent, Parent Of Two Or More Children |
| Bottom Line: | Yes, I would recommend this to a friend |

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

### REALLY SOFT

By SKYHARRIER from BOSTON on 5/14/2009

| | |
|---|---|
| Bottom Line: | Yes, I would recommend this to a friend |

i REALLY LIKE i GAVE 5 AS A GIFTY AND i'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

*Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.*

Displaying Reviews 1-5 of 5



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



SIGN UP TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

Help

Safety Information
Shipping & Delivery

3/16/2014                          Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



**Payment Options**
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▾

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES add to my registry | NO return to product page |

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                 Animal Alley 26 inch Pink Floppy Dog – Toys R Us - Toys "R" Us





- ○
- ○

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- ○ Hot Deals Store What's New At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- ○ Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >>
- ○ Learning Electronic Learning Back to School Science & Discovery More >> Kids' Clothes Kids' Room Tables, Chairs & Desks Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Slides, Swings & Gym Sets Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Party Supplies Pet Supplies
- ○ Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls What's Hot! More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video

Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Avatar the Movie Bakugan Barbie Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Kung Zhu Pets
Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

- ○
- ○
- ○
- ○

0
items

All Products ▼        GO!

Welcome! Login or create an account. Learn why

BABIESЯUS TOYSЯUS   FREE SHIPPING on EVERYTHING   (Standard Shipping Only Up to a $25 Value) with your purchase of $100 or more ▶
Excludes video game consoles/handhelds, software, accessories & Buyer Protection Plans

Home > Preschool > Pretty In Pink

Print Page        Email A Friend

## Animal Alley 26 inch Pink Floppy Dog

By: Toys R Us




SHIPS FREE  Free Shipping! (Details)

Average Customer Rating
(7 Ratings)
Rate and Review this Item
Read 7 Reviews

🔍 Larger Image

Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:
SHARE  t f ✉ ...



**Buy Online**

## Our Price: $16.99

In stock
usually leaves warehouse in 1 - 2 full bus. days. - (details)

Quantity 1

ADD TO CART

**Find it in Stores**

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!': Enter Zip  GO!

3/16/2014                                        Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



SHIPS FREE  Free Standard Shipping (up to $25) on ANY purchase of $100 or more (some exclusions apply) – (Details)

**Animal Alley 29 inch Pink Stick Horse**

$9.99

☐ Include this item when you add to cart

**Animal Alley 29 inch Black Stick Horse**

Average Customer Rating

                    (0 Ratings)

Be the first to Rate and Review this Item

$9.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Sitting Polar Bear**

Average Customer Rating

                    (2 Ratings)

Rate and Review this Item

Read 2 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

Average Customer Rating

                    (7 Ratings)

Rate and Review this Item

Read 7 Reviews

$16.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Blue Sitting Polar Bear**

Average Customer Rating

                    (6 Ratings)

Rate and Review this Item

Read 6 Reviews

$39.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART    Add to BABY REGISTRY    Add to WISH LIST

REVIEW SNAPSHOT® by PowerReviews

**Average Customer Rating:**                    (based on 5 ratings)

Customers most agreed on the following attributes:
    **Pros:**  Engaging (3), Fun (3)
    **Best Uses:**  Indoor (3)

**Reviewed by 5 Customers**                                        Sort by: Newest ▼

Displaying Reviews 1-5 of 5

**Loved it, my kids fell in love with it.**

By Mema  [$] VERIFIED BUYER  from Bakersfield, CA on 1/4/2010

                Pros:  Durable
          Best Uses:  Creative Development
Describe Yourself:  Grandparent
        Bottom Line:  Yes, I would recommend this to a friend

The big fluffy dog is like a big best friend that you can snuggle up to.

Was this review helpful to you? Yes / No - You may also Report this review as inappropriate.

[1 of 1 customers found this review helpful]

**Pure Warmth**

3/16/2014                                              Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

By Bethany from CT on 11/10/2009

Pros: Engaging, Fun, Great Price, Large, Warm
Best Uses: Indoor
Describe Yourself: TEEN
Bottom Line: Yes, I would recommend this to a friend

My mom bought this for me a few days ago and where I live and where my room is In my house its get COLD. So I would need a lot of covers. But this doggie is adorable cuddly and warm! it's great for those cold winter nights and you dont have heat (which by the way i do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me!! I think i might buy my little cousin one for Christmas!! I would recommend this to anyone and the price is great too!! The only thing I have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

### Bedtime Favorite!

By Doggie from Brooklyn, NY on 9/26/2009

Pros: Comfy, Durable, Engaging, Fun
Best Uses: Indoor
Describe Yourself: Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent
Bottom Line: Yes, I would recommend this to a friend

My husband bought this for our daughter, and she absolutely loves it!! She's had It since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her!! She also uses it as a pillow at times.

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

### Great Gift!

By OregonMom from Portland, OR on 5/31/2009

Pros: Engaging, Fun
Best Uses: Imaginative Play, Indoor
Describe Yourself: Grandparent, Parent Of Two Or More Children
Bottom Line: Yes, I would recommend this to a friend

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

### REALLY SOFT

By SKYHARRIER from BOSTON on 5/14/2009

Bottom Line: Yes, I would recommend this to a friend

I REALLY LIKE i GAVE 5 AS A GIFT Y AND i'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

Displaying Reviews 1-5 of 5

            

| Melissa & Doug My Favorite Peg Puzzles - Far... | Princess & Frog Toy Chest | Fisher-Price Little People 50th Anniversary ... | Barbie Beach Party Doll - Steven | Disney Fairies 8 inch Glitter Fashion Doll -... | Baby Einstein: Sing and Play CD |
|---|---|---|---|---|---|
| $7.99 | $149.99 | $17.99 | $5.99 | $5.99 | $6.98 |

Nature Bikes, Scooters & Riding Toys



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES    APPLY TODAY ▶



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶

3/16/2014                                 Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





LEARN MORE ▶



FIND OUT HOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
|---|---|
| add to my registry | return to product page |

CLOSE ✖

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▶

CLOSE ❌

## We're Sorry!

The Item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

CLOSE ❌

3/16/2014    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





- o
  - o

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- o Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> At The Movies Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  - o Clearance What's New Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  - o Top Rated Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Learning Electronic Learning Back to School Science & Discovery More >>
  - o Books, CDs, DVDs & Blu-Ray Discs Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Tween Girls What's Hot! More >> Kids' Clothes

**BABIES ЯUS**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

- o Birth - 12 months 12 - 24 months 2 Years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  - o Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Kung Zhu Pets Little People Marvel Universe
  - o Monster High Star Wars The Twilight Saga: Eclipse Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
  - o Animal Planet Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
  - o Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool Power Wheels See All >>

0
items

All Products ▾    GO!

Welcome! Login or create an account. Learn why

**BABIES ЯUS** **TOYSЯUS** FREE SHIPPING on EVERYTHING with your purchase of $100 or more
(standard shipping only, up to a $25 value)    Excludes video game consoles/handhelds,
software, accessories & Buyer Protection Plan. ▸

Home > Preschool > Pretty in Pink

Print Page    Email A Friend

## Animal Alley 26 inch Pink Floppy Dog

By: Toys R Us



**SHIPS FREE** Free Shipping! (Details)

**Average Customer Rating**
(7 Ratings)
Rate and Review this Item
Read 7 Reviews

Q Larger Image

**Our Recommended Age:** Birth - 5 years (details)
**Manufacturer's Age:** Birth and up

Share:
 SHARE  t f ✉ ...

**Buy Online**

**Our Price: $16.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. -
(details)

**Quantity** 1

ADD TO CART

**Find it in Stores**

Check availability of this item at your local store
(details)
Enter your ZIP code and click 'GO!': Enter Zip

3/16/2014                                 Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



SHIPS FREE  Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - (Details)

**Animal Alley 29 inch Pink Stick Horse**

$3.98

☐ This item is temporarily unavailable

**Animal Alley 26 inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

Average Customer Rating

(7 Ratings)

Rate and Review this Item

Read 7 Reviews

$16.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Blue Sitting Polar Bear**

Average Customer Rating

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley: 18" Black Bear**

Average Customer Rating

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

$19.99

☐ This item is temporarily unavailable

ADD ITEM(S) TO CART    Add to BABY REGISTRY    Add to WISH LIST

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**                (based on 5 ratings)

Customers most agreed on the following attributes:
        Pros:  Engaging (3), Fun (3)
  Best Uses:  Indoor (3)

**Reviewed by 5 Customers**                                                        Sort by: Newest ▼

Displaying Reviews 1-5 of 5

### Loved it, my kids fell in love with it.

By **Mema** [$] VERIFIED BUYER  from **Bakersfield, CA** on 1/4/2010

              Pros:  Durable
        Best Uses:  Creative Development
  Describe Yourself:  Grandparent
      Bottom Line:  Yes, I would recommend this to a friend

The big fluffy dog is like a big best friend that you can snuggle up to.

*Was this review helpful to you?* Yes / No - You may also Report this review as inappropriate.

[1 of 1 customers found this review helpful]

### Pure Warmth

By **Bethany** from CT on 11/10/2009

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

Pros: Engaging, Fun, Great Price, Large, Warm
Best Uses: Indoor
Describe Yourself: TEEN
Bottom Line: Yes, I would recommend this to a friend

My mom bought this for me a few days ago and where I live and where my room is in my house its get COLD. So I would need a lot of covers. But this doggle is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way I do but where my room is I dont feel heat at all) and my little cousin keeps taking it from me! I think I might buy my little cousin one for Christmas!! I would recommend this to anyone and the price is great too!! The only thing I have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

### Bedtime Favorite!

By **Doggle** from **Brooklyn, NY** on **9/26/2009**

Pros: Comfy, Durable, Engaging, Fun
Best Uses: Indoor
Describe Yourself: Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent
Bottom Line: Yes, I would recommend this to a friend

My husband bought this for our daughter, and she absolutely loves it!! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her!! She also uses it as a pillow at times.

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

### Great Gift!

By **OregonMom** from **Portland, OR** on **5/31/2009**

Pros: Engaging, Fun
Best Uses: Imaginative Play, Indoor
Describe Yourself: Grandparent, Parent Of Two Or More Children
Bottom Line: Yes, I would recommend this to a friend

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

### REALLY SOFT

By **SKYHARRIER** from **BOSTON** on **5/14/2009**

Bottom Line: Yes, I would recommend this to a friend

I REALLY LIKE I GAVE 5 AS A GIFTY AND I'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

Displaying Reviews 1-5 of 5

     

| Bakugan Bakubowl Arena | Disney Princess Belle Dining Room | Disney Princess Musical Majesty - Cinderella... | PixOs Ocean Theme Kit | Pavilion Games: Tournament Walnut and Spruce... | Jakks Motion Control Disney Fairies/Sleeping... |
|---|---|---|---|---|---|
| $14.98 | $15.98 | $24.98 | $7.98 | $12.98 | $20.98 |



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES   **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶

3/16/2014                                Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





LEARN MORE ▸



IT'S NEVER TOO EARLY TO GiVE

DONATE TODAY ▸

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ❌

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                          Animal Alley 26 inch Pink Floppy Dog – Toys R Us – Toys "R" Us





- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- What's New Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Halloween Store Infant Costumes Toddler Costumes Kids Costumes More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV, Movie & Music Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Collectible Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >>
- Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Remote Control Vehicles Radio & Remote Control Trains & Train Sets More

**BABIES "R" US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▶

>> Video Games Nintendo Wii Nintendo DS Nintendo DSI XL Xbox 360 PlayStation 3 PSP More >> Hot Deals Store
- Birth - 12 months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Kung Zhu Pets Little People Marvel Universe
- Monster High Star Wars The Twilight Saga: Eclipse Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
- Animal Planet Apple Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO
- LeapFrog Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

0
**items**

| All Products ▼ |   **GO!**

Welcome! Login or create an account. Learn why

 

Home > Preschool > Pretty In Pink

Print Page          Email A Friend

## Animal Alley 26 inch Pink Floppy Dog

By: Toys R Us



**SHIPS FREE** Free Shipping! (Details)

**Average Customer Rating**
(7 Ratings)
Rate and Review this Item
Read 7 Reviews

Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:
  

**Buy Online**

## Our Price: $16.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**

**Find it In Stores**

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!': Enter Zip

**SHIPS FREE** Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - (Details)



**Animal Alley 29 inch White Stick Horse**

$3.98

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

Average Customer Rating

(7 Ratings)

Rate and Review this Item

Read 7 Reviews

$16.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Blue Sitting Polar Bear**

Average Customer Rating

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

$39.99

☐ Include this item when you add to cart

**Animal Alley: 18" Black Bear**

Average Customer Rating

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

$19.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART    Add to BABY REGISTRY    Add to WISH LIST

---

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**            (based on 5 ratings)

Customers most agreed on the following attributes:
            **Pros:** Engaging (3), Fun (3)
    **Best Uses:** Indoor (3)

**Reviewed by 5 Customers**                                Sort by: Newest ▼

Displaying Reviews 1-5 of 5

**Loved it, my kids fell in love with it.**

By Mema  $ VERIFIED BUYER    from Bakersfield, CA on 1/4/2010

            **Pros:** Durable
        **Best Uses:** Creative Development
**Describe Yourself:** Grandparent
    **Bottom Line:** Yes, I would recommend this to a friend

The big fluffy dog is like a big best friend that you can snuggle up to.

*Was this review helpful to you?* Yes / No - You may also Report this review as inappropriate.

[1 of 1 customers found this review helpful]

**Pure Warmth**

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

By **Bethany** from CT on 11/10/2009

| | |
|---|---|
| **Pros:** | Engaging, Fun, Great Price, Large, Warm |
| **Best Uses:** | Indoor |
| **Describe Yourself:** | TEEN |
| **Bottom Line:** | Yes, I would recommend this to a friend |

My mom bought this for me a few days ago and where i live and where my room is in my house its get COLD. So i would need a lot of covers. But this doggie is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way i do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me!! i think i might buy my little cousin one for Christmas!! I would recommend this to anyone and the price is great too!! The only thing i have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

### Bedtime Favorite!

By **Doggie** from **Brooklyn, NY** on 9/26/2009

| | |
|---|---|
| **Pros:** | Comfy, Durable, Engaging, Fun |
| **Best Uses:** | Indoor |
| **Describe Yourself:** | Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent |
| **Bottom Line:** | Yes, I would recommend this to a friend |

My husband bought this for our daughter, and she absolutely loves it! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her!! She also uses it as a pillow at times.

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

### Great Gift!

By **OregonMom** from **Portland, OR** on 5/31/2009

| | |
|---|---|
| **Pros:** | Engaging, Fun |
| **Best Uses:** | Imaginative Play, Indoor |
| **Describe Yourself:** | Grandparent, Parent Of Two Or More Children |
| **Bottom Line:** | Yes, I would recommend this to a friend |

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

### REALLY SOFT

By **SKYHARRIER** from **BOSTON** on 5/14/2009

| | |
|---|---|
| **Bottom Line:** | Yes, I would recommend this to a friend |

i REALLY LIKE i GAVE 5 AS A GIFTY AND i'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

*Was this review helpful to you?* Yes / No  *- You may also* Report this review as inappropriate.

Displaying Reviews 1-5 of 5

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program
Special Events

**Safe & Secure Shopping**

Terms & Conditions

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

Privacy Policy
Site Map

Select a site    ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WayBackMachine

http://www.toysrus.com/product/index.jsp?productId=3372840    Go

10 captures
14 Jul 09 - 31 Jul 13

SEP FEB JUL   Close
◄ 12 ►
2010 2012 2013   Help



- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >> Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes
- Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Winter Activities Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play More >> Winter Wonderland Party Supplies Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >>
- Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >> Vehicles, Hobby & R/C Radio Control

BABIESЯUS
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated
Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe
Monster High Pokémon Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO
LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items

All Products ▼    GO!
Welcome! Login or create an account Learn why

Toysяus FREE SHIPPING: Shipped Anywhere! Or Use In-Store Pick Up!   learn more ▸

Home > Preschool > Pretty In Pink

Print Page    Email A Friend



### Animal Alley 26 inch Pink Floppy Dog

By: Toys R Us

SHIPS FREE Ships Free with a purchase of $75 or more! (Details)

See more Special Offers below

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Our Recommended Age: Birth - 5 years (details)

Manufacturer's Age: Birth and up

List Price: $19.99
**Our Price: $11.99**

**Quantity:** 1

- In stock for shipping
- Eligible for Store Pickup: Select a store

ADD TO CART


Buy online, pick up in store!
Fast, Easy and NO Shipping Charges!   learn more ▸