# EXHIBIT G, PART 4

3/16/2014                          Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



Share:


**SHIPS FREE** Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply. - (Details)

**SAVE** Bill Me Later! No Payments/No Interest if paid in Full in 6 months for orders $100 or more. Subject to credit approval. - (Details)



**Animal Alley 26 inch Pink Sitting Polar Bear**

5.0 (2 reviews)

Read 2 Customer Reviews
Rate and Review this Item

$23.99
☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

$11.99
☐ Include this item when you add to cart

**Animal Alley 26 inch Blue Sitting Polar Bear**

4.3 (6 reviews)

Read 6 Customer Reviews
Rate and Review this Item

$23.99
☐ Include this item when you add to cart

**Animal Alley 18 inch Black Bear**

4.6 (8 reviews)

Read 8 Customer Reviews
Rate and Review this Item

$24.99
☐ Include this item when you add to cart

ADD ITEM(S) TO CART   Add to BABY REGISTRY   Add to WISH LIST



**Average Customer Rating:** by PowerReviews

5.0  (based on 7 reviews)

100% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging (3) | | Indoor (3) |
| Fun (3) | | |

REVIEWER PROFILE:        Grandparent (3)

Rate and Review this Item
**REVIEWS**

Reviewed by 7 customers                                           Sort by  Newest ▼

Displaying reviews 1-7 Back to top

By gramma of 3                          5.0  **Adorable**                                    3/16/2011
from Michigan
                                        PROS                        CONS              BEST USES

3/16/2014                          Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



**About Me Grandparent**

See all my reviews

VERIFIED BUYER

Cute
Perfect Size
Snuggly
Soft

Young Children

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

Bought for Granddaughter due in April. Very soft and squeezable. Will make a great pillow for naps or TV watching when old enough. Nice size also.

WAS THIS A GIFT?:                Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

---

**By pmom**
from addison, tx

**About Me First Time Parent**

5.0  my daughter likes to use it as pillow                        10/6/2010

PROS                    CONS                    BEST USES
Cute                                            All Ages
Good Quality
Perfect Size
Snuggly
Soft

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

This is a multipurpose toy. My daughter likes to cuddle it, play with it and sleep on it.

WAS THIS A GIFT?:                Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

---

**By Mema**
from Bakersfield, CA

**About Me Grandparent**

VERIFIED BUYER

5.0  Loved it, my kids fell in love with it.                        1/4/2010

PROS                    CONS                    BEST USES
Durable                                         Creative Development

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

The big fluffy dog is like a big best friend that you can snuggle up to.

BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

---

**By Bethany**
from CT

**About Me TEEN**

(2 of 2 customers found this review helpful)
5.0  Pure Warmth                        11/10/2009

PROS                    CONS                    BEST USES
Engaging                                        Indoor
Fun
Great Price
Large
Warm

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

My mom bought this for me a few days ago and where i live and where my room is in my house its get COLD. So I would need a lot of covers. But this doggie is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way I do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me! I think i might buy my little cousin one for Christmas!!! I would recommend this to anyone and the price is great too!! The only thing I have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

---

**By Doggie**
from Brooklyn, NY

**About Me Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent**

(1 of 1 customers found this review helpful)
5.0  Bedtime Favorite!                        9/26/2009

PROS                    CONS                    BEST USES
Comfy                                           Indoor
Durable
Engaging
Fun

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

My husband bought this for our daughter, and she absolutely loves it! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her!! She also uses it as a pillow at times.

BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

3/16/2014     Animal Alley 26 inch Pink Floppy Dog – Toys R Us – Toys "R" Us



By OregonMom
from Portland, OR

About Me Grandparent, Parent Of Two Or More Children

(1 of 1 customers found this review helpful)    5.0 **Great Gift!**     5/31/2009

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging | | Imaginative Play |
| Fun | | Indoor |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No – You may also report this review as inappropriate.*

Comment on this review

By SKYHARRIER
from BOSTON

5.0 **REALLY SOFT**     5/14/2009

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

I REALLY LIKE I GAVE 5 AS A GIFTY AND I'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No – You may also report this review as inappropriate.*

Comment on this review

Displaying reviews **1-7** Back to top


LevelUp Zig Zag Gaming Storage Tower for Xb...
$39.98


Halo: Combat Evolved Anniversary Edition Gui...
$19.99


Grow-to-Pro Triple Hit Baseball
$29.99


Michael Jackson Thriller Puzzle- 500-Piece
$14.99

Duracell Coppertop D Size Battery - 4-Pack
$5.99


LEGO Architecture Empire State Building (210...
$21.99

Games & Puzzles Tools / Workshop Cables & Adapters Casual Classroom Furniture

4072802 12173644 11363483 11845159 4322866

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**HELP**
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**
Imaginext
Cars
Squinkies
Monster High Dolls
Batman
Hot Wheels
Pokemon
Baby Alive
Trampoline
iPod Touch

**WHAT'S HOT**
Clearance
Boys Toys
Girls Toys
Tablets
Camcorders
GPS
Video Gallery

**TOP CATEGORIES**
Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning
Outdoor Play
Video Games
RC Cars

**BUZZ**
Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator
Wish List
Special Events

**TWEET, LIKE, & WATCH**

Like us on Facebook
Follow us on Twitter
Watch us on Youtube
Mobile
RSS

3/16/2014                              Animal Alley 26 Inch Pink Floppy Dog - Toys R Us - Toys "R" Us



Select a site ▼

© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry          **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ›**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/16/2014                                           Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





- o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o
  - o

- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- o Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
  - o Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >> Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes
  - o Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Winter Activities Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play More >> Winter Wonderland Party Supplies Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >>
  - o Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >> Vehicles, Hobby & R/C Radio Control

**BABIES "R" US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▶

Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated
- o Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
- o Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
- o Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items

All Products ▼                    GO!
Welcome! Login or create an account Learn why

**TOYS "R" US FREE SHIPPING:** Shipped Anywhere! Or Use In-Store Pick Up! see details ▶

Home > Preschool > Pretty In Pink

Print Page        Email A Friend

### Animal Alley 26 inch Pink Floppy Dog

By: Toys R Us

**BUY1 GET1 ½OFF** Buy 1 Get 1 50% OFF! (Details)

See more Special Offers below

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)



Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

**Our Price: $19.99**

**Quantity:** 1

- In stock for shipping
- Eligible for Store Pickup: Select a store

ADD TO CART


Buy online, pick up in store!
Fast, Easy and NO Shipping Charges!    learn more ▶

3/16/2014        Animal Alley 26 Inch Pink Floppy Dog - Toys R Us - Toys "R" Us



Share:



**Buy 1 Get 1 50% OFF ALL "R" Exclusive plush! -** (Details)

**Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply. -** (Details)

**Bill Me Later! No Payments/No interest if paid in Full in 6 months for orders $100 or more. Subject to credit approval. -** (Details)

**Product Description**

This friendly pup is both cute and useful! The Animal Alley 26 inch pink floppy dog, a Toys 'R' Us exclusive, is a plush companion that lies around the room until you need a puppy pillow. She is constructed with a soft polyester body and stuffing. Surface clean only.

Ranging from oversized imaginary creations to life-like plush reproductions, **Animal Alley** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Animal Alley** plush toy animals offer tremendous value and quality for children's pretend play. **Animal Alley** plush toys – exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.



**Animal Alley 26 inch Pink Sitting Polar Bear**

5.0 (2 reviews)

Read 2 Customer Reviews
Rate and Review this Item

$39.99
☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

$19.99
☐ Include this item when you add to cart

**Animal Alley 26 inch Blue Sitting Polar Bear**

4.3 (6 reviews)

Read 6 Customer Reviews
Rate and Review this Item

$39.99
☐ Include this item when you add to cart

**Animal Alley 18 inch Black Bear**

4.0 (8 reviews)

Read 8 Customer Reviews
Rate and Review this Item

$24.99
☐ Include this item when you add to cart

ADD ITEM(S) TO CART    Add to BABY REGISTRY    Add to WISH LIST



**Average Customer Rating:** by PowerReviews

5.0 (based on 7 reviews)
100% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Engaging (3) | | Indoor (3) |
| Fun (3) | | |

REVIEWER PROFILE:      Grandparent (3)

Rate and Review this Item

**REVIEWS**

Reviewed by 7 customers      Sort by Newest

3/16/2014    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



Displaying reviews 1-7 Back to top

**By gramma of 3**
from **Michigan**

About Me **Grandparent**

See all my reviews

VERIFIED BUYER

5.0 **Adorable**    3/16/2011

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | Young Children |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

Bought for Granddaughter due in April. Very soft and squeezable. Will make a great pillow for naps or TV watching when old enough. Nice size also.

WAS THIS A GIFT?:    Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ?

**By pmom**
from **addison, tx**

About Me **First Time Parent**

5.0 **my daughter likes to use it as pillow**    10/8/2010

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

This is a multipurpose toy. My daughter likes to cuddle it, play with it and sleep on it.

WAS THIS A GIFT?:    Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ?

**By Mema**
from **Bakersfield, CA**

About Me **Grandparent**

VERIFIED BUYER

5.0 **Loved it, my kids fell in love with it.**    1/4/2010

| PROS | CONS | BEST USES |
|---|---|---|
| Durable | | Creative Development |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

The big fluffy dog is like a big best friend that you can snuggle up to.

BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ?

**By Bethany**
from **CT**

About Me **TEEN**

(2 of 2 customers found this review helpful)    11/10/2009
5.0 **Pure Warmth**

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging | | Indoor |
| Fun | | |
| Great Price | | |
| Large | | |
| Warm | | |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

My mom bought this for me a few days ago and where i live and where my room is in my house its get COLD. So i would need a lot of covers. But this doggie is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way i do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me! I think I might buy my little cousin one for Christmas! I I would recommend this to anyone and the price is great too!! The only thing I have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review ?

**By Doggie**
from **Brooklyn, NY**

About Me **Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent**

(1 of 1 customers found this review helpful)    9/26/2009
5.0 **Bedtime Favorite!**

| PROS | CONS | BEST USES |
|---|---|---|
| Comfy | | Indoor |
| Durable | | |
| Engaging | | |
| Fun | | |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

My husband bought this for our daughter, and she absolutely loves it! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her! She also uses it as a pillow

3/16/2014

Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



at times.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

By **OregonMom**
from **Portland, OR**

About Me Grandparent, Parent Of Two Or More Children

(1 of 1 customers found this review helpful)

5.0  **Great Gift!**

5/31/2009

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging | | Imaginative Play |
| Fun | | Indoor |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

By **SKYHARRIER**
from **BOSTON**

5.0  **REALLY SOFT**

5/14/2009

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

I REALLY LIKE I GAVE 5 AS A GIFTY AND I'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

Displaying reviews 1-7 Back to top



Carlisle Wood Gym Set

$399.98



gDiapers Refill - 32Ct (Medium/Large)

$12.74



Fisher-Price Papasan Cradle Swing - My Littl...

$169.99



Melissa & Doug Lifesized and Lovable Plush D...

$19.99



Angelcare Deluxe Movement Monitor

$143.99



Munchkin Dishwasher Baskets - 2 Pack (Colors...

$9.34

Tl

2648725

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**HELP**
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**
Imaginext
Cars
Squinkies
Monster High Dolls
Batman

**WHAT'S HOT**
Clearance
Boys Toys
Girls Toys
Tablets
Camcorders

**TOP CATEGORIES**
Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning

**BUZZ**
Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator

**TWEET, LIKE, & WATCH**
Like us on Facebook
Follow us on Twitter
Watch us on Youtube

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

Hot Wheels        GPS              Outdoor Play      Wish List            Mobile
Pokemon           Video Gallery    Video Games       Special Events
Baby Alive                         RC Cars                                RSS
Trampoline
IPod Touch

Select a site ▼

© 2012 Geoffrey, LLC, All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry        **NO** return to product page

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

  - Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
  - Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >>
  - Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Winter Activities More >> Party Supplies
  - Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >>
  - Vehicles, Hobby & R/C Radio Control Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated Easter Basket Fillers Easter Plush Toys and Gifts Books and Movies More >>
  - Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  - Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe
  - Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
  - Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO
  - LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items



All Products ▼          GO!
Welcome! Login or create an account. Learn why



Home > Easter > Easter Plush

Print Page        Email A Friend

### Animal Alley 26 inch Pink Floppy Dog

By: Toys R Us

SHIPS FREE Ships Free with a purchase of $75 or more! (Details)

**See more Special Offers below**

**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Our Recommended Age:** Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:



Larger Image

**Our Price: $19.99**

**Quantity:** 1

- In stock for shipping
- Eligible for Store Pickup: Select a store

ADD TO CART



Buy online, pick up in store!
Fast, Easy and NO Shipping Charges!   learn more ▸



**SHIPS FREE** Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply. - (Details)

**SHIPS FREE** Free Standard Shipping (up to $20) on ANY Babies "R"Us total purchase of $100 or more. - Free Shipping (up to $20) (Details)

**SAVE** Bill Me Later! No Payments/No Interest if paid in Full in 6 months for orders $100 or more. Subject to credit approval. - (Details)

**Product Description**

This friendly pup is both cute and useful! The Animal Alley 26 inch pink floppy dog, a Toys 'R' Us exclusive, is a plush companion that lies around the room until you need a puppy pillow. She is constructed with a soft polyester body and stuffing. Surface clean only.

Ranging from oversized imaginary creations to life-like plush reproductions, **Animal Alley** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Animal Alley** plush toy animals offer tremendous value and quality for children's pretend play. **Animal Alley** plush toys - exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.



**Animal Alley 26 Inch Pink Sitting Polar Bear**

5.0 (2 reviews)

Read 2 Customer Reviews
Rate and Review this Item

$39.99

☐ Include this item when you add to cart

**Animal Alley 26 Inch Pink Floppy Dog**

$19.99

☐ Include this item when you add to cart

**Animal Alley 26 Inch Blue Sitting Polar Bear**

4.3 (6 reviews)

Read 6 Customer Reviews
Rate and Review this Item

$39.99

☐ Include this item when you add to cart

**Animal Alley 18 Inch Black Bear**

4.6 (8 reviews)

Read 8 Customer Reviews
Rate and Review this Item

$24.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART**    Add to **BABY REGISTRY**    Add to **WISH LIST**



**Average Customer Rating:** by PowerReviews

5.0 (based on 7 reviews)

100% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Engaging (3) Fun (3) | | Indoor (3) |

**REVIEWER PROFILE:** Grandparent (3)

Rate and Review this Item

**REVIEWS**

Reviewed by 7 customers    Sort by Newest ▼

Displaying reviews 1-7 Back to top

By gramma of 3    5.0 **Adorable**    3/16/2011
from Michigan

3/16/2014 Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



About Me Grandparent

See all my reviews

VERIFIED BUYER

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute |  | Young Children |
| Perfect Size |  |  |
| Snuggly |  |  |
| Soft |  |  |

Comments about Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog:

Bought for Granddaughter due in April. Very soft and squeezable. Will make a great pillow for naps or TV watching when old enough. Nice size also.

WAS THIS A GIFT?: Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

---

By pmom
from addison, tx

About Me First Time Parent

5.0 my daughter likes to use it as pillow          10/8/2010

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute |  | All Ages |
| Good Quality |  |  |
| Perfect Size |  |  |
| Snuggly |  |  |
| Soft |  |  |

Comments about Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog:

This is a multipurpose toy. My daughter likes to cuddle it, play with it and sleep on it.

WAS THIS A GIFT?: Yes
BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

---

By Mema
from Bakersfield, CA

About Me Grandparent

VERIFIED BUYER

5.0 Loved it, my kids fell in love with it.          1/4/2010

| PROS | CONS | BEST USES |
|------|------|-----------|
| Durable |  | Creative Development |

Comments about Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog:

The big fluffy dog is like a big best friend that you can snuggle up to.

BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

---

By Bethany
from CT

About Me TEEN

(2 of 2 customers found this review helpful)          11/10/2009
5.0 Pure Warmth

| PROS | CONS | BEST USES |
|------|------|-----------|
| Engaging |  | Indoor |
| Fun |  |  |
| Great Price |  |  |
| Large |  |  |
| Warm |  |  |

Comments about Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog:

My mom bought this for me a few days ago and where I live and where my room is in my house its get COLD. So i would need a lot of covers. But this doggie is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way i do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me! I think i might buy my little cousin one for Christmas! I would recommend this to anyone and the price is great too! The only thing i have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

---

By Doggie
from Brooklyn, NY

About Me Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent

(1 of 1 customers found this review helpful)          9/26/2009
5.0 Bedtime Favorite!

| PROS | CONS | BEST USES |
|------|------|-----------|
| Comfy |  | Indoor |
| Durable |  |  |
| Engaging |  |  |
| Fun |  |  |

Comments about Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog:

My husband bought this for our daughter, and she absolutely loves it! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her!! She also uses it as a pillow at times.

BOTTOM LINE Yes, I would recommend this to a friend
Was this review helpful? Yes / No - You may also report this review as inappropriate.

Comment on this review

3/16/2014                                    Animal Alley 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



By **OregonMom**
from **Portland, OR**

About Me Grandparent, Parent Of Two Or More Children

(1 of 1 customers found this review helpful)     5/31/2009

5.0  **Great Gift!**

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging | | Imaginative Play |
| Fun | | Indoor |

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

By **SKYHARRIER**
from **BOSTON**

5.0  **REALLY SOFT**     5/14/2009

Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Floppy Dog*:

i REALLY LIKE i GAVE 5 AS A GIFTY AND i'M GOING TO BUY 2 MORE EVERYBODY WHO GOT LOVED SO MUCH

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review

Displaying reviews 1-7 Back to top

| LevelUp Zig Zag Gaming Storage Tower for Xb... | Halo: Combat Evolved Anniversary Edition Gui... | Grow-to-Pro Triple Hit Baseball | Michael Jackson Thriller Puzzle- 500-Piece | Duracell Coppertop D Size Battery - 4-Pack | LEGO Architecture Empire State Building (210... |
|---|---|---|---|---|---|
| $39.98 | $19.99 | $29.99 | $14.99 | $5.99 | $21.99 |

Games & Puzzles Tools / Workshop Cables & Adapters Casual Classroom Furniture

4057245 4072802 11956070 11712427 12173644

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**HELP**
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**
Cars
Halo
Hasbro Board Games
Laladoll
Lego Ninjago
Lego Star Wars
Monsuno
Star Wars
Swings

**WHAT'S HOT**
Clearance
Boys Toys
Girls Toys
Tablets
Camcorders
GPS
Video Gallery

**TOP CATEGORIES**
Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning
Outdoor Play
Video Games
RC Cars

**BUZZ**
Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator
Wish List
Special Events

**TWEET, LIKE, & WATCH**
Like us on Facebook
Follow us on Twitter
Watch us on Youtube
Mobile
RSS

Select a site ▼

© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                Toys R Us Plush 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us





- Enter email address for savings!
  sign up
- CHOOSE MY STORE
  Enter Location (Street Address, City, State or Zip Code):
- GIFT CARDS
- MY ACCOUNT
- HELP
  Find great baby products at Babies R Us

  Baby Registry
  Wish List
  Rewards"R"Us
  Geoffrey's Birthday Club
  Store Locator
  Enter Location (Street Address, City, State or Zip Code):
- Cart 0

  Category
  - Clearance What's New Back to School Backpacks Lunch Kits Science & Discovery More >> Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Ride-Ons Bike Shop Powered Riding Toys Riding Toys & Wagons Scooters More >>
  - Books, Movies & Music Children's Books DVDs Blu-Ray Discs Movie Downloads More >> Building Sets & Blocks Collectibles Action Figures Busts & Statues Dolls Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers Digital Cameras & Camcorders Audio More >>
  - Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes Learning & Educational Toys Electronic Learning Back to School Supplies Science & Discovery Children's Books More >> Musical Instruments Guitars Keyboards & Pianos More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Trampolines Toy Blasters & Foam Play More >>
  - Party Supplies Candy Machines & Refills More >> Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids Kids Furniture Mattresses Bedding More >>
  - Tween Shop Room Decor More >> Vehicles, Hobby & R/C R/C Vehicles & Play Sets More >> Video Games Nintendo Wii U Nintendo 3DS Nintendo DS Xbox 360 PS3 More >> Great Deals Store At The Movies Holiday Shops Easter More >>
- Age
  - Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- Boys' Toys
  - Action Figures Arts & Crafts Bikes & Ride-ons Building Sets Electronics Games & Puzzles Learning Musical Instruments Outdoor Play Preschool
  - Pretend Play Stuffed Animals Vehicles, Hobby & R/C Video Games
- Girls' Toys
  - Arts & Crafts Bath, Beauty & Accessories Bikes & Ride-ons Building Sets Dolls Electronics Games & Puzzles Learning Musical Instruments Outdoor Play
  - Preschool Pretend Play Stuffed Animals Video Games
- Character/Theme
  - Angry Birds Barbie Despicable Me Disney Princess Doc McStuffins Furby Hello Kitty Store Iron Man 3 Lalaloopsy Monster High
  - Power Rangers Skylanders Sofia the First Star Wars Teenage Mutant Ninja Turtles - TMNT The Smurfs Toy Story Transformers WWE See All >>
- Brand
  - Apple iPod Crayola Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hot Wheels Imaginarium.com LEGO LeapFrog
  - Little Tikes Mega Bloks Melissa & Doug NERF Nickelodeon Playmobil Sesame Street VTech "R" Disney Exclusives See All >>
- Hot Deals
  Clearance

  Search by keyword or "R"Web#
  All Products
  [All Products ▾]
  [GO!]
  Welcome! Login or create an account. Learn why

In Store & Online! **CLEARANCE BLAST** UP TO **70% OFF** THOUSANDS OF ITEMS! find a store ▸ shop now ▸

Home > Preschool > Pretty in Pink

Print Page          Email A Friend

## Toys R Us Plush 26 inch Pink Floppy Dog

By: Toys R Us

Like {37} Pin It     Tweet {0}

**Our Price: $19.99**

**Quantity:** 1

- Ship-To-Home

3/16/2014                    Toys R Us Plush 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us



Ships Free with a purchase of $79 or more! (Details)

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)

- Free Ship-To-Store
- Free Store Pickup Today: Select a store



Free Standard Shipping on ANY purchase of $79 or more, Exclusions apply. - Free Shipping (Details)

**Customers Also Liked**



**Toys R Us Plush 16 inch Cuddle Dog - Pink**

5.0 (1 review)

Read 1 Customer Review
Rate and Review this Item

$14.99

☐ Include this item when you add to cart





**Gund Baby Spunky Dog - Pink**

4.4 (14 reviews)

Read 14 Customer Reviews
Rate and Review this Item

$13.99

☐ Include this item when you add to cart





**Toys R Us Plush 22 inch Pink Sitting Polar Bear**

$39.99

☐ Include this item when you add to cart



**Toys R Us Plush 26 inch Pink Floppy Dog**

$19.99

☐ Include this item when you add to cart



**Toys R Us Plush 13 inch My First Teddy - Pink**

0.0

(No reviews)

Be the first to Rate and Review this Item

$9.99

☐ Include this item when you add to cart

**Average Customer Rating:** by PowerReviews

5.0 (based on 11 reviews)

3/16/2014    Toys R Us Plush 26 Inch Pink Floppy Dog - Toys R Us - Toys "R" Us



**100%** of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (6) | | All ages (3) |
| Perfect size (5) | | Indoor (3) |
| Snuggly (5) | | Young children (3) |
| Soft (5) | | |
| Engaging (3) | | |

REVIEWER PROFILE: Grandparent (5)
WAS THIS A GIFT?: Yes (6)

Rate and Review this Item

**Reviewed by 11 customers**                                       Sort by Newest ▼

Displaying reviews 1-10 Back to top                               Previous | Next »

By Jenn                          5.0  **Amazing Product**                  12/29/2012
from Louisiana

About Me Aunt

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 26 Inch Pink Floppy Dog*:

This product was amazing. I bought 2 of them for my nieces, over a year and a little bit under, and they absolutely love them! They are very soft, durable, and easy to clean, which is a must with babies. I would definitely buy it again.

WAS THIS A GIFT?:          Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

By BabygirlsGrandma              (1 of 1 customers found this review helpful)          8/5/2012
from Virginia                    5.0  **A Big Hit!**

About Me Grandparent

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Interactive | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 26 Inch Pink Floppy Dog*:

This was a gift for my granddaughter. A home run from the start! She will lay on this toy and fall asleep in no time without any prompting. She takes it with her where ever she goes. Recommend the plush floppy puppy for any small child.

WAS THIS A GIFT?:          Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

By Princess                      (0 of 1 customers found this review helpful)          6/4/2012
from RSM, CA                     5.0  **Perfect!**

About Me Parent Of Multiples (Twins etc)

VERIFIED BUYER

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | Imaginative Play |
| Good Quality | | Young Children |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 26 Inch Pink Floppy Dog*:

Exactly what I wanted!

WAS THIS A GIFT?:          Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

By fully dog                     (0 of 1 customers found this review helpful)          4/23/2012
from mass.                       5.0  **very nice**

About Me Grandparent

VERIFIED BUYER

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | Loud | Young Children |

Comments about *Toys 'R' Us Toys R Us Plush 26 Inch Pink Floppy Dog*:

3/16/2014                                       Toys R Us Plush 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

It had two prices on it one for [$] the other for [$] and you charged me the higher price. Needless to say I am not happy about that,

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⊘

---

**By gramma of 3**
from **Michigan**

About Me Grandparent

See all my reviews

💲 VERIFIED BUYER

(1 of 1 customers found this review helpful)

5.0  **Adorable**

3/16/2011

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | Young Children |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 26 inch Pink Floppy Dog*:

Bought for Granddaughter due in April. Very soft and squeezable. Will make a great pillow for naps or TV watching when old enough. Nice size also.

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⊘

---

**By pmom**
from **addison, tx**

About Me First Time Parent

(0 of 1 customers found this review helpful)

5.0  **my daughter likes to use it as pillow**

10/8/2010

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys 'R' Us Toys R Us Plush 26 inch Pink Floppy Dog*:

This is a multipurpose toy. My daughter likes to cuddle it, play with it and sleep on it.

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⊘

---

**By Merna**
from **Bakersfield, CA**

About Me Grandparent

💲 VERIFIED BUYER

(1 of 1 customers found this review helpful)

5.0  **Loved it, my kids fell in love with it.**

1/4/2010

| PROS | CONS | BEST USES |
|---|---|---|
| Durable | | Creative Development |

Comments about *Toys 'R' Us Toys R Us Plush 26 inch Pink Floppy Dog*:

The big fluffy dog is like a big best friend that you can snuggle up to.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⊘

---

**By Bethany**
from **CT**

About Me TEEN

(3 of 3 customers found this review helpful)

5.0  **Pure Warmth**

11/10/2009

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging | | Indoor |
| Fun | | |
| Great Price | | |
| Large | | |
| Warm | | |

Comments about *Toys 'R' Us Toys R Us Plush 26 inch Pink Floppy Dog*:

My mom bought this for me a few days ago and where I live and where my room is in my house its get COLD. So I would need a lot of covers. But this doggie is adorable cuddly and warm! It's great for those cold winter nights and you dont have heat (which by the way I do but where my room is i dont feel heat at all) and my little cousin keeps taking it from me! I think I might buy my little cousin one for Christmas!! I would recommend this to anyone and the price is great too!! The only thing i have a problem with is that if you buy this as a gift you might have to buy the smaller tan on or the larger tan one but it still gets 5 stars!!!

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⊘

---

**By Doggie**
from **Brooklyn, NY**

(1 of 1 customers found this review helpful)

5.0  **Bedtime Favorite!**

9/26/2009

3/16/2014                          Toys R Us Plush 26 inch Pink Floppy Dog - Toys R Us - Toys "R" Us

About Me Education Oriented, First Time Parent, Stay At Home Parent, Teacher, Working Parent

| PROS | CONS | BEST USES |
|---|---|---|
| Comfy<br>Durable<br>Engaging<br>Fun | | Indoor |

Comments about *Toys 'R' Us Toys R Us Plush 26 inch Pink Floppy Dog*:

My husband bought this for our daughter, and she absolutely loves it! She's had it since she was 10 months old and sleeps with it every night. She loves to squeeze it and hold it on top of her! She also uses it as a pillow at times.

BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

By OregonMom                                                              5/31/2009
from Portland, OR
About Me Grandparent, Parent Of Two Or More Children      5.0  **Great Gift!**

(1 of 1 customers found this review helpful)

| PROS | CONS | BEST USES |
|---|---|---|
| Engaging<br>Fun | | Imaginative Play<br>Indoor |

Comments about *Toys 'R' Us Toys R Us Plush 26 inch Pink Floppy Dog*:

Bought this cute dog as a shower gift and it was a huge hit. Will buy this item again! Super soft and cuddly. Big enough to be a "TV" or floor pillow.

BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

Displaying reviews **1-10** Back to top                                   Previous | **Next »**



| Skeleton Sweetie Halloween Costume - Teen Sl... | Crayola Chalk Draw Pot ( Color and Styles Ma... | LEGO City Retractable Pen - Construction | Nintendo Wii U Gaming System - White | Safety 1st Deluxe Roller Shade - 2 Pack |
|---|---|---|---|---|
| $39.99 | $5.98 | $8.99 | $299.99 | $10.99 |

Kids Camping | Creatures, Pets & Robotics | Ethnic Dolls | White Sox Apparel | Sunscreen & Bug Repellent

4378751 | 10784938 | 11107500 | 2302884 | 11128659

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations
- Create a Pre-Paid Return Label

**HELP**
- "R" Us Credit Card
- Rewards"R"Us
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

| TOP SEARCHES | WHAT'S HOT | TOP CATEGORIES | BUZZ | TWEET, LIKE, & WATCH |
|---|---|---|---|---|
| Monster High | Family Movies | Bikes | In-Store Events | Like us on Facebook |
| LEGO | Tabeo Kids Tablet | Sandboxes | Differently Abled Toy Guide | Follow us on Twitter |
| Skylanders | Hot Deals & Discounts | Trampolines | International Shipping | |

3/16/2014                                          Toys R Us Plush 26 Inch Pink Floppy Dog - Toys R Us - Toys "R" Us

Nerf              Clearance           Swing Sets          Weekly Ads          Watch us on Youtube
Swings            Boys Toys           Water Tables        Shop by Age
Barbie            Girls Toys          Water Slides        Store Locator       Mobile
Furby             Tablets             Slides              Wish List
TMNT              MP3 Players         Scooters                                RSS
Lalaloopsy        Cameras             Remote Control
WWE               Camcorders          Wagons
                  Video Gallery

Select a site ▼

© 2013 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/16/2014                          Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us





- o
  - o
  - o

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

  Baby Registry
  Wish Lists
  Rewards R Us
  Gift Finder
  Gift Cards
  Geoffrey's Birthday Club
  Store Locator

  - o  Hot Deals Store Our Biggest Big Book Ever Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
  - o  Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
  - o  Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
  - o  Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

  Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
  Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
  Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
  Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
  Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
  Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
  ToysRUs Exclusives Clearance Award Winners

- o
- o
- o
- o
- o
- o

0
items







| All Products ▼ |  GO! |

Welcome! Login or create an account. Learn why

Home > Preschool > Pretty In Pink





## Animal Alley 26 inch Pink Sitting Polar Bear

By: Toys R Us

 Exclusive Animal Alley ONLY $4.99 with purchase

See more Special Offers below

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

Our Recommended Age: Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:

### Buy Online                          Print Page    Email A Friend

### Our Price: $39.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1



### Find it In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/16/2014                                    Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us

**Special Offers**



**SAVE** ONLY $4.99 Exclusive Animal Alley 19" Dog or Bear with ANY $50 ToysRUs.com purchase! Choice of Dog or Bear! - (Details)

**TOP PICK** This item is one of the most popular Toys & More items from our Baby Registry - (Details)

**SAVE** New Bill Me Later® Customers SAVE $10 on any purchase of $30 or more - (Details)

Shipping



| Animal Alley 29 inch Purple Hanging Monkey | Animal Alley 29 inch Pink Stick Horse | Animal Alley 29 inch Brown Hanging Monkey | Animal Alley 29 inch Black Stick Horse | Animal Alley 26 inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $12.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Read 1 Review | Include this item when you add to cart | Include this item when you add to cart | | Read 2 Reviews |
| $12.99 | | | $9.99 | $39.99 |

ADD ITEM(S) TO CART

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**            (based on 2 ratings)

**Reviewed by 2 Customers**                                                                                   Sort by: Newest

Displaying Reviews 1-2 of 2

### SO SOFT

By **Abbysmom**    VERIFIED BUYER    from **Walton, N.Y.** on 7/24/2011

| | |
|---|---|
| Pros: | Soft |
| Best Uses: | Young Children |
| Describe Yourself: | Parent Of Two Or More Children |
| Was this a gift?: | No |
| Bottom Line: | |

This bear is a great size for a child a year and over, it may be overwelming for a small child. Price was great for the size and it is so soft you can use it for a pillow watching TV.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### The perfect bear

By **mysticarealm** from **Hamden, CT** on 7/11/2010

| | |
|---|---|
| Pros: | High Quality |
| Best Uses: | Home |
| Describe Yourself: | Collector |

3/16/2014                          Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us

**Bottom Line:**

I'm a avid collector of stuffed animals and all I have to say is this bear is by far the best bear I've seen since 2005. I'm really happy that I found him and on sale no less. Thanks!

*Was this review helpful to you? Yes / No* - Report this review as inappropriate.

Displaying Reviews 1-2 of 2

    

| Animal Alley 13 inch Brown Sitting Tiger | Fisher-Price Tummy Time Tea Party™ | First Act Designer Guitar Picks | Disco Light Karaoke System | Infantino Flip The Frog Rush |
|---|---|---|---|---|
| $9.99 | $25.99 | $5.39 | $49.99 | $13.99 |



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.   **APPLY TODAY▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU▶



**Join Shaq Give Back**
DONATE TODAY▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU▶



**GIFT CARDS**
BUY NOW▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

3/16/2014                    Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE ✖

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▶

CLOSE ✖

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014　　　　　　　　　　　Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us

INTERNET ARCHIVE
WayBackMachine
http://www.toysrus.com/product/index.jsp?productid=3372837　　Go
3 captures
11 Nov 09 - 8 Mar 12
NOV  JAN  MAR  Close
◄ 10 ►
2009 2010 2012  Help



- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD

Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>

Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Gym Sets, Slides & Swings Inflatable Bouncers Blasters & Foam Play Winter Recreation More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>

Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

BABIES R US
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ›

More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >> Top Rated Custom Printed Cards
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Avatar the Movie Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼　　　　　　　GO!
Welcome! Login or create an account Learn why

CLEARANCE BLOWOUT! UP TO 60% OFF in our Online Clearance Store  shop now ›

Home > Preschool > Pretty In Pink



## Animal Alley 26 inch Pink Sitting Polar Bear

By: Toys R Us

SHIPS FREE  Free shipping for Bill Me Later® New Customers (Details)

**Average Customer Rating**
(2 Ratings)
Rate and Review this Item
Read 2 Reviews



**Our Recommended Age:** Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:

3/16/2014                         Animal Alley 26 Inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us

**SHARE**

**Buy Online**                    Print Page    Email A Friend

**Our Price: $39.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

**Find It In Stores**

This item does not participate in the check store inventory
feature. Please visit your local store to determine availability.
- (details)

**Special Offers**

SHIPS FREE  New Bill Me Later® customers get FREE SHIPPING - up to $15 statement credit! - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $12.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Read 1 Review | Include this item when you add to cart | This item is temporarily unavailable | | Read 2 Reviews |
| $12.99 | | | $9.99 | $39.99 |

ADD ITEM(S) TO CART

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**          **(based on 2 ratings)**

**Reviewed by 2 Customers**                                          Sort by: Newest

Displaying Reviews 1-2 of 2

**SO SOFT**

By Abbysmom    from Walton, N.Y. on 7/24/2011

3/16/2014                                        Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us

Pros: Soft
Best Uses: Young Children
Describe Yourself: Parent Of Two Or More Children
Was this a gift?: No
Bottom Line:

This bear is a great size for a child a year and over, it may be overweiming for a small child. Price was great for the size and it is so soft you can use it for a pillow watching TV.

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

### The perfect bear

By mysticaresim from Hamden, CT on 7/11/2010

Pros: High Quality
Best Uses: Home
Describe Yourself: Collector
Bottom Line:

I'm a avid collector of stuffed animals and all I have to say is this bear is by far the best bear I've seen since 2005. I'm really happy that I found him and on sale no less. Thanks!

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

Displaying Reviews 1-2 of 2



Razor RipStik Caster Board - Blue

$79.99

2911010



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU▶



SIGN UP **TODAY ▶**



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

3/16/2014         Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us



- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**Gift Services**

- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News/Press Room
- Affiliate Program

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/16/2014                                    Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us



- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

  - Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
  - Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >>
  - Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Winter Activities More >> Party Supplies
  - Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >>
  - Vehicles, Hobby & R/C Radio Control Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated Easter Basket Fillers Easter Plush Toys and Gifts Books and Movies More >>
  - Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  - Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe
  - Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
  - Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO
  - LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

0
items

| All Products ▼ |  | GO! |

Welcome! Login or create an account. Learn why



Home > Preschool > Pretty In Pink

Print Page        Email A Friend

## Animal Alley 26 inch Pink Sitting Polar Bear

By: Toys R Us



**Q Larger Image**

**SHIPS FREE** Ships Free with a purchase of $75 or more! (Details)

See more Special Offers below

**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

| | 5.0 | (2 reviews) |
| Read 2 Customer Reviews | Rate and Review this Item |

**Our Recommended Age:** Birth - 5 years (details)

**Manufacturer's Age:** Birth and up

**Our Price: $39.99**

**Quantity:** 1

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)



ADD TO CART

3/16/2014

Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us



Share:



**SHIPS FREE** Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply. - (Details)

**SHIPS FREE** Free Standard Shipping (up to $20) on ANY Babies "R" Us total purchase of $100 or more. - Free Shipping (up to $20) (Details)

**SAVE** Big Me Later! No Payments/No Interest if paid in Full in 6 months for orders $100 or more. Subject to credit approval. - (Details)

**Product Description**

The Animal Alley 26 inch Sitting Polar Bear, a Toys 'R' Us exclusive, is just the right size to be a perfect companion. This plush stuffed animal is constructed from soft polyester fibers with a cushy filling. Surface clean only.

Ranging from oversized imaginary creations to life-like plush reproductions, **Animal Alley** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Animal Alley** plush toy animals offer tremendous value and quality for children's pretend play. **Animal Alley** plush toys - exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.





3/16/2014                                    Animal Alley 26 inch Pink Sitting Polar Bear - Toys R Us - Toys "R" Us



WAS THIS A GIFT?:              No
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

By mysticarealm                              5.0 **The perfect bear**                          │7/11/2010│
from Hamden, CT
                        **PROS**                    **CONS**                    **BEST USES**
About Me Collector      High Quality                                            Home

**Comments about *Hunk Ta Bunk Ta 1010576 Animal Alley 26 inch Pink Sitting Polar Bear*:**

I'm a avid collector of stuffed animals and all I have to say is this bear is by far the best bear I've seen since
2005. i'm really happy that i found him and on sale no less. Thanks!

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❓

Displaying reviews **1-2** Back to top

| Bobblehead Stylus for Nintendo 3DS/DS/DSi/DS... | Fisher-Price Friendly Pink Flip Phone | Dora the Explorer Microphone with Amplifier | Just Like Home Deluxe Cleaning Set - Pink | Crayola Dry-Erase Activity Workbook - Handwr... | Nintendo 3DS Handheld Gaming System - Flame ... |
|---|---|---|---|---|---|
| $9.99 | $10.99 | $19.99 | $16.99 | $4.99 | $169.99 |

Games & Puzzles LEGO Hard to Find Tools / Workshop Cables & Adapters Casual

3155393 3591035 4277269 2536165 3611849

## YOUR ORDER
- Track My Order
- Returns
- Cancellations

## HELP
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

## GIFT SERVICES
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

## ABOUT US
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

## SAFE & SECURE SHOPPING
- Terms & Conditions
- Privacy Policy
- Site Map

## TOP SEARCHES
Cars
Halo
Hasbro Board Games
Laladoll
Lego Ninjago
Lego Star Wars
Monsuno
Star Wars
Swings
The Avengers

## WHAT'S HOT
Clearance
Boys Toys
Girls Toys
Tablets
Camcorders
GPS
Video Gallery

## TOP CATEGORIES
Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning
Outdoor Play
Video Games
RC Cars

## BUZZ
Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator
Wish List
Special Events

## TWEET, LIKE, & WATCH
- Like us on Facebook
- Follow us on Twitter
- Watch us on Youtube
- Mobile
- RSS



© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?



YES
add to my registry          NO
return to product page

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!



RETURN TO THE PRODUCT PAGE

3/16/2014                    Animal Alley 29 inch Brown Hanging Monkey- Toys R Us - Toys "R" Us





- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games



Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼                GO!

Welcome! Login or create an account. Learn why



THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED! FRee SHiPPiNG (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ▶

Home > Baby Toys > Soft & Plush Toys



Q Larger Image

Special Offers



## Animal Alley 29 inch Brown Hanging Monkey

By: **Toys R Us**

SHIPS FREE Free Shipping(up to $25) (Details)

See more Special Offers below

**Our Recommended Age:** Birth - 5 years (details)

Manufacturer's Age: Birth and up

Share:
➕ SHARE ⌨ f ✉ ...



**Buy Online**                    Print Page    Email A Friend

List Price: $12.99
**Our Price: $6.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

**Find It In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

**SHIPS FREE** Free Shipping (up to $25) when you spend $49 or more on eligible items! - (Details)

**SAVE** SAVE $10 on your purchase of $80 or more when you use Google Checkout as payment method! - (Details)

Shipping



| Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear | Animal Alley 26 Inch Pink Floppy Dog |
|---|---|---|---|---|
| $9.99 | $8.99 | Average Customer Rating (0 Ratings) | Average Customer Rating (2 Ratings) | Average Customer Rating (7 Ratings) |
| Include this item when you add to cart | Include this item when you add to cart | | Read 2 Reviews $39.99 | Read 7 Reviews $9.99 |
| | | $9.99 | | |

**ADD ITEM(S) TO CART**

| Animal Alley: 16" Stuffed Bear with Pink Shi... | Animal Alley 29 inch Pink Hanging Monkey | Animal Alley 13 inch Tan Sitting Cheetah | Fathead New York Yankees NY Logo Wall Decal | Fathead New York Knicks Logo Wall Decal | Fathead Michigan Blue Logo Wall Decal |
|---|---|---|---|---|---|
| $9.99 | $8.99 | $6.99 | $39.99 | $39.99 | $39.99 |

2264752



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶

3/16/2014                               Animal Alley 29 inch Brown Hanging Monkey - Toys R Us - Toys "R" Us



**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!
The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES**
add to my registry

**NO**
return to product page

CLOSE

## We're Sorry!
The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▸**

CLOSE ☒

## We're Sorry!

The Item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate Item(s) or consider purchasing the Item(s) now!

RETURN TO THE PRODUCT PAGE

3/17/2014                                 Animal Alley 29 inch Pink Hanging Monkey - Toys R Us - Toys "R" Us





- o
- o

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- o  Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- o  Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- o  Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- o  Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

- o
- o
- o
- o
- o

**0
items**

| All Products ▼ |  | GO! |

Welcome! Login or create an account Learn why





Home > Preschool > Pretty In Pink



Q Larger Image

# Animal Alley 29 inch Pink Hanging Monkey

**By: Toys R Us**

SHIPS FREE  Free Shipping(up to $25) (Details)

See more Special Offers below

**Average Customer Rating**

(1 Rating)

Rate and Review this Item

Read 1 Review

**Our Recommended Age:** Birth - 5 years (details)
Manufacturer's Age: Birth and up

Share:

## Buy Online                    Print Page   Email A Friend

List Price: $12.99
### Our Price: $6.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

## Find It In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/17/2014    Animal Alley 29 inch Pink Hanging Monkey - Toys R Us - Toys "R" Us

**SHARE**

**Special Offers**

**SHIPS FREE** Free Shipping (up to $25) when you spend $49 or more on eligible items! - (Details)

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping



**Animal Alley 29 Inch Purple Hanging Monkey**

Average Customer Rating

(1 Rating)

☐ Include this item when you add to cart
Read 1 Review

$6.99

**Animal Alley 29 Inch Pink Stick Horse**

$9.99

☐ Include this item when you add to cart

**Animal Alley 29 Inch Brown Hanging Monkey**

$6.99

☐ Include this item when you add to cart

**Animal Alley 29 Inch Black Stick Horse**

Average Customer Rating

(0 Ratings)

☐ Include this item and Rate and Review this item

$9.99    Add to WISH LIST

**Animal Alley 26 Inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

☐ Include this item when you add to cart
Read 2 Reviews

$39.99    Add to BABY REGISTRY    **ADD ITEM(S) TO CART**

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**    (based on 1 ratings)

Displaying Review 1 of 1

**I would buy this product for everyone**

By zizi86 from vic on 12/12/2010

Pros:    Awsome, Easy To Assemble, Easy To Use, High Quality, Should be cheaper
Best Uses:    Home, Outside, Play, School, Travel
Describe Yourself:    Collector, Education Oriented, Educator
Was this a gift?:    Yes
Bottom Line:

I think it should be in diffrent colour and be a little more cheaper like $3.00 or $3.50 I also think the hanging mokey is good because its hands can hang on most meterials

Was this review helpful to you? Yes / No - Report this review as inappropriate.

Displaying Review 1 of 1

      

Animal Alley 13 Inch Tan Sitting Cheetah    Fathead New York Yankees NY Logo Wall Decal    Fathead New York Knicks Logo Wall Decal    Fathead Michigan Blue Logo Wall Decal    Nerf Rocket Pass Football - Red    Animal Alley 16 Inch Bear - Honey    A

$6.99    $39.99    $39.99    $39.99    $14.99    $9.99

3/17/2014                    Animal Alley 29 inch Pink Hanging Monkey - Toys R Us - Toys "R" Us

2264752





STORE LOCATOR
FIND A STORE NEAR YOU ▶



Join Shaq Give Back
DONATE TODAY ▶



IN-STORE EVENTS
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



GIFT CARDS
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▾

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry    **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▸**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/17/2014

Animal Alley 29 inch Purple Hanging Monkey - Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productId=3372827    Go

1 captures
1 Dec 09 - 1 Dec 09

NOV    DEC    JAN    Qose
◄    1    ►
2008    2009    2010    Help



- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> Christmas Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

BABIES R US
Looking for baby products?
Visit Babies "R" Us for all your newborn,
infant and toddler needs  Go now ►

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼    GO!

Welcome! Login or create an account, Learn why


THOUSANDS OF THE HOTTEST NEW TOYS JUST ADDED!    FRee SHiPPiNG    (up to a $25 value) on THOUSANDS of items with your purchase of $49 or more. SHOP NOW ►


Home > Baby Toys > Soft & Plush Toys



Q Larger Image

## Animal Alley 29 inch Purple Hanging Monkey

By: Toys R Us

SHIPS FREE  Free Shipping(up to $25) (Details)

See more Special Offers below

**Average Customer Rating**

(1 Rating)

Rate and Review this Item

Read 1 Review

**Our Recommended Age:** Birth - 5 years (details)

Manufacturer's Age: Birth and up

Share:

**Buy Online**    Print Page    Email A Friend

List Price: $12.99
**Our Price: $6.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

 
ADD TO CART

**Find it in Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/17/2014                    Animal Alley 29 inch Purple Hanging Monkey- Toys R Us - Toys "R" Us

**Special Offers**

**SHIPS FREE** Free Shipping (up to $25) when you spend $49 or more on eligible items! - (Details)

**SAVE** SAVE $10 on your purchase of $60 or more when you use Google Checkout as payment method! - (Details)

Shipping



| Animal Alley 29 Inch Purple Hanging Monkey | Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley 29 Inch Black Stick Horse | Animal Alley 26 Inch Pink Sitting Polar Bear |
|---|---|---|---|---|
| Average Customer Rating | $9.99 | $6.99 | Average Customer Rating | Average Customer Rating |
| (1 Rating) | | | (0 Ratings) | (2 Ratings) |
| Read 1 Review | Include this item when you add to cart | Include this item when you add to cart | | Read 2 Reviews |
| $6.99 | | | $9.99 | $39.99 |

ADD ITEM(S) TO CART

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**          (based on 1 ratings)

Displaying Review 1 of 1

**A great toy for my little monkey!**

By **Linda the GreatAunt**   [$] VERIFIED BUYER   from Tucson, AZ on 10/19/2009

Pros:  Fun
Best Uses:  Indoor, Outdoor
Bottom Line:

My grandniece loved it!

*Was this review helpful to you?* Yes / No  - Report this review as inappropriate.

Displaying Review 1 of 1



| Animal Alley: 12 Inch Bunny with Ribbon - Wh... | Animal Alley: 12 Inch Bunny with Ribbon - Pi... | Animal Alley: 16" Stuffed Bear with Blue Shi... | Animal Alley 29 Inch Brown Hanging Monkey | Animal Alley: 16" Stuffed Bear with Pink Shi... | Animal Alley 29 Inch Pink Hanging Monkey |
|---|---|---|---|---|---|
| $7.99 | $7.99 | $9.99 | $6.99 | $9.99 | $6.99 |

3/17/2014                          Animal Alley 29 inch Purple Hanging Monkey - Toys R Us - Toys "R" Us

2264752





**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



**Join Shaq Give Back**
DONATE TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

- Track my Order
- Returns
- Cancellations

**Help**

- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**Gift Services**

- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News/Press Room
- Affiliate Program

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map



Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry     **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/31/2014       Animal Alley 31.5 inch Stick Horse - Tan - Toys R Us - Toys "R" Us



Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- What's New Halloween Store Infant Costumes Toddler Costumes Kids Costumes More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV, Movie & Music Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- Books, Movies & Music Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Dolls Sports Fan Shop Sports Memorabilia More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Dolls Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >>
- Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Party Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >>
- Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles & Radio Control Planes, Boats & Vehicles Radio Control Train Sets More >>

BABIES R US
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▶

Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> Hot Deals Store
Birth - 12 months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids



0
items

All Products ▼    GO!
Welcome! Login or create an account. Learn why

BABIES R US  TOYS R US  FREE SHIPPING on EVERYTHING with your purchase of $100 or more! see details ▶ (standard shipping only, up to a $25 value)

Home > Pretend Play & Dress-Up > Stick Horses

Print Page     Email A Friend

## Animal Alley 31.5 inch Stick Horse - Tan

By: Toys R Us

SHIPS FREE Free Shipping! (Details)

**Average Customer Rating**
(2 Ratings)
Rate and Review this Item
Read 2 Reviews

Q Larger Image

Our Recommended Age: 3 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:
SHARE  t f ✉ ...

**Buy Online**

**Our Price: $9.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART

**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)



SHIPS FREE  Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - Free Shipping (up to $25) (Details)

**Animal Alley 31.5 inch Stick Horse - White**

Average Customer Rating
(2 Ratings)

Rate and Review this Item

Read 2 Reviews

$9.99

☐ Include this item when you add to cart

**Animal Alley 35 inch Stick Unicorn with Sound - Pink**

Average Customer Rating
(0 Ratings)

Be the first to Rate and Review this Item

$14.99

☐ Include this item when you add to cart

**Animal Alley 35 inch Stick Horse with Sound - Brown**

Average Customer Rating
(1 Rating)

Rate and Review this Item

Read 1 Review

$14.99

☐ Include this item when you add to cart

**Animal Alley 35 inch Stick Unicorn with Sound - Purple**

Average Customer Rating
(2 Ratings)

Rate and Review this Item

Read 2 Reviews

$14.99

☐ Include this item when you add to cart

**Animal Alley 31.5 inch Stick Horse - Black**

Average Customer Rating
(0 Ratings)

Be the first to Rate and Review this Item

$9.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART**    Add to BABY REGISTRY    Add to WISH LIST

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**        (based on 2 ratings)

**Reviewed by 2 Customers**                                    Sort by: Newest ▼

Displaying Reviews 1-2 of 2

**animal alley 31.5 inch stick horse tan**

By music teacher    [$] VERIFIED BUYER    from Rowlett Tx on 5/20/2011

Was this a gift?:  No
Bottom Line:

Well made and classic kid toy. Kids love it.

*Was this review helpful to you?* Yes / No - *You may also* Report this review as inappropriate.

*[4 of 4 customers found this review helpful]*

**Great price, [...]**

By Grandma Taylor    [$] VERIFIED BUYER    from Ogden,Utah on 10/18/2010

Pros:  Attractive Design, Durable, Lots of Fun, Quality Construction
Best Uses:  Imaginative Play, Young Children
Describe Yourself:  Grandparent
Was this a gift?:  Yes

3/31/2014                          Animal Alley 31.5 inch Stick Horse - Tan - Toys R Us - Toys "R" Us

**Bottom Line:**

This was the best price in town [...]

*Was this review helpful to you?* Yes / No  - *You may also* Report this review as inappropriate.

Displaying Reviews 1-2 of 2











| Melissa & Doug Wooden Bake and Serve Brownie... | Fisher-Price GeoTrax Remote Control Set with... | Iron Man Bank | Disney Princess Belle Sparkle Dress | Disney Princess Vacuum | Disney Princess Musical Cleaning Set  Ju |
|---|---|---|---|---|---|
| $19.99 | $23.99 | $6.98 | $21.99 | $29.99 | $24.99 |

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program
Special Events

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

**Low Inventory!**
The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

https://web.archive.org/web/20100926175722/http://www.toysrus.com/product/index.jsp?productId=4014982                    3/4

3/31/2014                                    Animal Alley 31.5 inch Stick Horse - Tan - Toys R Us - Toys "R" Us

Do you still wish to add this item to your registry?

**YES**
add to my registry

**NO**
return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▶**

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**