# EXHIBIT G, PART 5

Case No. 1:12-cv-02279-PAB-KMT     Document 121-11     filed 06/06/14     USDC Colorado
pg 1 of 63

3/17/2014       Animal Alley 43 inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us





- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Hot Deals Store Our Biggest Big Book Ever Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
- Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

**BABIES R US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

**0**
**items**

| All Products ▾ | | **GO!** |

Welcome! Login or create an account. Learn why
Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Jumbo-Sized

## Animal Alley 43 inch Tan Sammi Pup

**By: Hunk Ta Bunk Ta**

**SAVE** Exclusive Animal Alley ONLY $4.99 with purcha

See more Special Offers below

**Our Recommended Age: 3 - 5 years (details)**
Manufacturer's Age: 3 years and up

Share:
SHARE

### Buy Online
Print Page   Email A Friend

### Our Price: $49.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**

### Find it in Stores
Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!': Enter Zip **GO!**

**Special Offers**

**SAVE** ONLY $4.99 Exclusive Animal Alley 19" Dog or Bear with ANY $50 ToysRUs.com purchase! Choice of Dog or Bear! - (Details)

New Bill Me Later® Customers SAVE $10 on any purchase of $30 or more - (Details)

3/17/2014       Animal Alley 43 Inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us



Shipping



**Animal Alley 29 Inch Pink Stick Horse**

$9.99

☐ Include this item when you add to cart

**Animal Alley 29 Inch Brown Hanging Monkey**

$12.99

☐ Include this item when you add to cart

**Animal Alley 29 Inch Black Stick Horse**

Average Customer Rating

(0 Ratings)

☐ Be the first to Rate and Review this item

$9.99

**Animal Alley 26 Inch Pink Sitting Polar Bear**

Average Customer Rating

(2 Ratings)

☐ Include this item when you add to cart
Read 2 Reviews

$39.99

**Animal Alley 26 Inch Pink Floppy Dog**

Average Customer Rating

(7 Ratings)

☐ Include this item when you add to cart
Read 7 Reviews

$16.99

Add to WISH LIST

Add to BABY REGISTRY

ADD ITEM(S) TO CART



Melissa and Doug Plush Orangutan

$49.99



Melissa & Doug Plush Deer

$79.99



Melissa & Doug Plush Border Collie

$59.99

Nintendo DS Lite Handheld Console System Met..

$129.99

Nintendo DS Lite Handheld Console System Met...

$129.99

Star Wars The Clone Wars AT-TE (All Terrain ...

$99.99



Power Wheels Mega Bloks Schwinn Crayola GeoTrax

2792446



10% OFF
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY**



STORE LOCATOR
FIND A STORE NEAR YOU ▶

3/17/2014                                    Animal Alley 43 inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us



**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry      **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▸**

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/17/2014                                   Animal Alley 43 inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us





- ○
  ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

○   Hot Deals Store At The Movies Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD

○   Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Collectibles Fan Shop Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >>

○   Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >>

○   Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets

BABiES ЯUS
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ►

More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >> Top Rated Custom Printed Cards
- ○   Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○   Avatar the Movie Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly
- ○   Little People Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers Zhu Zhu Pets See All >>
- ○   Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
- ○   Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
- ○   ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |           | GO! |

Welcome! Login or create an account. Learn why

CLEARANCE BLOWOUT! UP TO 60% OFF in our Online Clearance Store   shop now ►

Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Jumbo-Sized



Q Larger Image

## Animal Alley 43 inch Tan Sammi Pup

**By: Hunk Ta Bunk Ta**

**Our Recommended Age:** 3 - 5 years (details)
Manufacturer's Age: 3 years and up

Share:
+ SHARE  t f ✉ ...

### Buy Online          Print Page   Email A Friend

### Our Price: $49.99

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

3/17/2014                                   Animal Alley 43 inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us



**Quantity** 1

**ADD TO CART**

**Find it in Stores**

Check availability of this item at your local store (details)
Enter your ZIP code and click 'GO!':  Enter Zip  **GO!**

Shipping



| Animal Alley 29 Inch Pink Stick Horse | Animal Alley 29 inch Brown Hanging Monkey | Animal Alley 29 inch Black Stick Horse | Animal Alley 26 inch Pink Sitting Polar Bear | Animal Alley 26 inch Pink Floppy Dog |
|---|---|---|---|---|
| $9.99 | $12.99 | Average Customer Rating (0 Ratings) | Average Customer Rating (2 Ratings) | Average Customer Rating (7 Ratings) |
| ☐ Include this item when you add to cart | ☐ This item is temporarily unavailable | ☐ | ☐ | ☐ |
|  |  | $9.99 | Read 2 Reviews | Read 7 Reviews |
|  |  |  | $39.99 | $16.99 |

**ADD ITEM(S) TO CART**

**REVIEW SNAPSHOT®** by PowerReviews

**Average Customer Rating:**               (based on 2 ratings)

**Reviewed by 2 Customers**                                                        Sort by: Newest ▼

Displaying Reviews 1-2 of 2

**so cute**

By momma from fort Worth, tX on 12/5/2009

**Describe Yourself:**  Parent of Two or More Children, Stay at Home Parent
**Bottom Line:**  Yes, I would recommend this to a friend

huge fluffy pup

*Was this review helpful to you?* Yes / No  - You may also **Report this review as inappropriate.**

[0 of 1 customers found this review helpful]

**best puppy ever**

By goofball from fort lauderdale, fl on 10/29/2009

**Pros:**  Cute, Long Lasting
**Best Uses:**  Adult, All Ages
**Describe Yourself:**  Married no kids
**Bottom Line:**  Yes, I would recommend this to a friend

this is the greatest stuffed animal ever. everyone should own one of these cute guys......wait; adfjkl; jkjlk asdfjt;]] PUPPY!

3/17/2014

Animal Alley 43 inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us

I mean there is only one great one of these and his name is "puppy," not Sammi, he is the best, no mom out there had better go and buy another puppy, NO 2 puppies!

*Was this review helpful to you? Yes / No . You may also Report this review as inappropriate.*

Displaying Reviews 1-2 of 2



Schleich - Bjara

$14.99



Kryptonics Flybox

$79.99



Sizzlin' Cool XXL 10 Pin Bowling Set

$24.99











**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

3/17/2014                               Animal Alley 43 inch Tan Sammi Pup - Hunk Ta Bunk Ta - Toys "R" Us

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

- •
- •
- •
- •     o
        o

Select a site  ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ☒

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/17/2014                                    Animal Alley 43 inch Tan Sammie Pup - Hunk Ta Bunk Ta - Toys "R" Us





- ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○

- •
- •
- •
- •
- •

Email signup

Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- ○ Hot Deals Store Clearance What's New Action Figures Movies, Music & TV More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
- ○ Books, Movies & Music Books DVDs Blu-Ray Discs More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Entertainment Earth Sports Fan Shop More >> Dolls & Stuffed Animals Electronics Computers & Tablets Digital Cameras & Camcorders Audio More >> Games & Puzzles Board Games Electronic & Interactive Games More >> Kids' Clothes
- ○ Learning Electronic Learning Back to School Science & Discovery Books More >> Musical Instruments Guitars Wind Instruments More >> Outdoor Play Winter Activities Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play More >> Winter Wonderland Party Supplies Preschool Learning Building Sets & Blocks More >> Pretend Play & Dress-Up Food & Accessories Beauty & Fashion More >>
- ○ Specialty Toys Arts & Crafts Baby Toys More >> Toddler & Kids' Room Furniture Mattresses Bedding More >> Tween Girls Room Decor More >> Vehicles, Hobby & R/C Radio Control

**BABIESЯUS**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

Vehicles & Play Sets More >> Video Games Nintendo Wii Nintendo 3DS Nintendo DS Xbox 360 PlayStation 3 More >> At The Movies Top Rated
Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
Barbie Batman Beyblade Chuggington Disney Pixar Cars Disney Princess Hello Kitty Justin Bieber Lalaloopsy Marvel Universe
Monster High Monsuno Star Wars The Smurfs Thomas & Friends Toy Story Transformers WWE See All >>
Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium LEGO
LeapFrog Little Tikes Mega Bloks Melissa and Doug NERF Nickelodeon Playmobil Sesame Street See All >>

- • ○
- • ○
- • ○
- • ○
- •
- •
- •

0
items

[ All Products ▼ ]                    **GO!**

Welcome! Login or create an account. Learn why



Home > Holiday Shops > Easter > Easter Plush

Print Page        Email A Friend

## Animal Alley 43 inch Tan Sammie Pup

By: Hunk Ta Bunk Ta

 Buy 1 Get 1 50% OFF! (Details)

**See more Special Offers below**

**Shipping:**
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Our Recommended Age:** 3 - 5 years (details)
Manufacturer's Age: 3 years and up



**Our Price: $49.99**

**Quantity:** 1

- In stock for shipping
- Eligible for Store Pickup: Select a store

ADD TO CART


Buy online, pick up in store!
Fast, Easy and NO Shipping Charges!    learn more ▸

3/17/2014                                  Animal Alley 43 inch Tan Sammie Pup - Hunk Ta Bunk Ta - Toys "R" Us



Share:

**Buy 1 Get 1 50% OFF ALL "R" Exclusive plush!** - (Details)

**Free Standard Shipping (up to $20) on ANY Toys total purchase of $75 or more. Some exclusions apply.** - (Details)

**Bill Me Later! No Payments/No Interest If paid in Full in 6 months for orders $100 or more. Subject to credit approval.** - (Details)

**Product Description**
This friendly fellow is larger than life! The Animal Alley 43 inch Sammi Pup, a Toys 'R' Us exclusive, is a huge, plush companion that lies around the room until you need a puppy pillow. He is constructed with a soft polyester body and stuffing. Surface clean only.

Ranging from oversized imaginary creations to life-like plush reproductions, **Animal Alley** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Animal Alley** plush toy animals offer tremendous value and quality for children's pretend play. **Animal Alley** plush toys – exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.



| Animal Alley 26 Inch Pink Sitting Polar Bear | Animal Alley 26 inch Pink Floppy Dog | Animal Alley 26 inch Blue Sitting Polar Bear | Animal Alley 18 inch Black Bear |
| --- | --- | --- | --- |
| 5.0 (2 reviews) | $19.99 | 4.3 (6 reviews) | 4.6 (8 reviews) |
| Read 2 Customer Reviews / Rate and Review this Item | Include this item when you add to cart | Read 6 Customer Reviews / Rate and Review this Item | Read 8 Customer Reviews / Rate and Review this Item |
| $39.99 | | $39.99 | $24.99 |
| Include this item when you add to cart | | Include this item when you add to cart | Include this item when you add to cart |

ADD ITEM(S) TO CART     Add to BABY REGISTRY     Add to WISH LIST



**Average Customer Rating:** by PowerReviews

4.5  (based on 8 reviews)

88% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute (7) | | All ages (5) |
| Snuggly (4) | | |
| Soft (4) | | |
| Good quality (3) | | |
| Perfect size (3) | | |

Rate and Review this Item

Reviewed by 8 customers                                                                 Sort by  Newest

Displaying reviews 1–8 Back to top

3/17/2014                                    Animal Alley 43 inch Tan Sammie Pup - Hunk Ta Bunk Ta - Toys "R" Us



Cute                                          All Ages
Perfect Size
Snuggly
Soft

**Comments about** *Hunk Ta Bunk Ta 1010576 Animal Alley 43 inch Tan Sammie Pup:*

My daughter has had this for 3 years already. She wouldn't be able to sleep at night without it, its soft and great to cuddle. When we moved and she thought I had thrown it away she went on and on about how no other stuffed animal could replace this one. if your into stuffed animals, you'll love this one.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **Mom**                        (2 of 2 customers found this review helpful)                        1/15/2010
from **Stamford, CT**
                              5.0  **The best stuffed animal!**
About Me **Parent of Two or More Children**

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute | | All Ages |

**Comments about** *Hunk Ta Bunk Ta 1010576 Animal Alley 43 inch Tan Sammie Pup:*

My daughter just love it!

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **momma**                        (2 of 2 customers found this review helpful)                        12/5/2009
from **fort Worth, tX**
                              5.0  **so cute**
About Me **Parent of Two or More Children, Stay at Home Parent**

| PROS | CONS | BEST USES |
| --- | --- | --- |

**Comments about** *Hunk Ta Bunk Ta 1010576 Animal Alley 43 inch Tan Sammie Pup:*

huge fluffy pup

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

By **goofball**                        (4 of 6 customers found this review helpful)                        10/29/2009
from **fort lauderdale, fl**
                              5.0  **best puppy ever**
About Me **Married no kids**

| PROS | CONS | BEST USES |
| --- | --- | --- |
| Cute | | Adult |
| Long Lasting | | All Ages |

**Comments about** *Hunk Ta Bunk Ta 1010576 Animal Alley 43 inch Tan Sammie Pup:*

this is the greatest stuffed animal ever. everyone should own one of these cute guys......wait; adfjkl; jkjk asdfji;]] PUPPY!

i mean there is only one great one of these and his name is "puppy," not Sammi. he is the best.

no mom out there had better go and buy another puppy. NO 2 puppies!

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ⓘ

---

Displaying reviews **1-8** Back to top













| Animal Planet Dolphin Playset | Dr. Brown's BPA Free 3-Pack Polypropylene Bo... | JJ Cole Cocoa Stripe Diaper & Wipes Caddy | Watchmen Movie Bust - Ozymandias | You & Me Doll Accessories Tote Bag (Colors/S... | Power Wheels Fisher-Price Super 6 Ride On - ... |
| --- | --- | --- | --- | --- | --- |
| $11.99 | $14.39 | $29.99 | $39.98 | $10.99 | $279.99 |

2309444

3/17/2014                          Animal Alley 43 inch Tan Sammie Pup - Hunk Ta Bunk Ta - Toys "R" Us

**YOUR ORDER**

- Track My Order
- Returns
- Cancellations

**HELP**

- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**

- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**

- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**

- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**

Imaginext
Cars
Squinkies
Monster High Dolls
Batman
Hot Wheels
Pokemon
Baby Alive
Trampoline
iPod Touch

**WHAT'S HOT**

Clearance
Boys Toys
Girls Toys
Tablets
Camcorders
GPS
Video Gallery

**TOP CATEGORIES**

Bikes
Electronics
Cell Phones
Dolls & Stuffed Animals
Learning
Outdoor Play
Video Games
RC Cars

**BUZZ**

Toys"R"Us Rewards
Weekly Ads
Shop by Age
Layaway
Store Locator
Wish List
Special Events

**TWEET, LIKE, & WATCH**

- Like us on Facebook
- Follow us on Twitter
- Watch us on Youtube
- Mobile
- RSS

Select a site ▼

© 2012 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✕

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE ✕

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE ✕

3/17/2014                        Animal Alley 43 inch Tan Sammie Pup - Hunk Ta Bunk Ta - Toys "R" Us

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE**

3/17/2014

Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WayBack Machine

http://www.toysrus.com/product/index.jsp?productId=3372818    Go

6 captures
8 Nov 09 - 22 Nov 13

MAR   APR   JUN   Close
◄   **7**   ►   Help
2012   2013   2014



Enter email address for savings!

sign up
CHOOSE MY STORE

Enter Location (Street Address, City, State or Zip Code):

GIFT CARDS

MY ACCOUNT

HELP
Find great baby products at Babies R Us

Baby Registry
Wish List
Rewards"R"Us
Geoffrey's Birthday Club
Store Locator

Enter Location (Street Address, City, State or Zip Code):

Cart 0

Category

- Hot Deals StoreClearanceWhat's NewAction Figures Movies, Music & TVMore >>Arts & Crafts SuppliesDrawing & ColoringMore >>Baby ToysGyms & PlaymatsCrib ToysMore >>Bikes, Scooters & Ride-OnsBike ShopPowered Riding ToysRiding Toys & WagonsScootersMore >>
- Books, Movies & MusicChildren's BooksDVDsBlu-Ray DiscsMovie DownloadsMore >>Building Sets & BlocksBricks & BlocksBuilding SetsRobotsMore >>CollectiblesAction FiguresBusts & StatuesDollsEntertainment EarthSports Fan ShopMore >>Dolls & Stuffed AnimalsElectronicsComputers & TabletsDigital Cameras & CamcordersAudioMore >>
- Games & PuzzlesBoard GamesElectronic & Interactive GamesMore >>Kids' ClothesLearning & Educational ToysElectronic LearningBack to School Science & DiscoveryChildren's BooksMore >>Musical InstrumentsGuitarsKeyboards & PianosMore >>Outdoor PlaySwing Sets, Slides & SwingsInflatable Bouncers & Ball PitsToy Blasters & Foam PlayWinter ActivitiesMore >>
- Party SuppliesCandy Machines & RefillsMore >>PreschoolLearningBuilding Sets & BlocksMore >>Pretend Play & Dress-UpFood & AccessoriesBeauty & FashionMore >>Specialty ToysArts & CraftsBaby ToysMore >>Toddler & KidsKids FurnitureMattressesBeddingMore >>
- Tween ShopRoom DecorMore >>Vehicles, Hobby & R/CRCVehicles & Play SetsMore >>Video GamesNintendo Wii UNintendo 3DSNintendo DSXbox 360PS3More >>At The MoviesHoliday ShopsEasterMore >>Top Rated

Age

Birth - 12 Months12 - 24 Months2 Years3 - 4 Years5 - 7 Years8 - 11 Years12 - 14 YearsBig Kids

Boys' Toys

Action FiguresArts & CraftsBikes & Ride-onsBuilding SetsElectronicaGames & PuzzlesLearningMusical InstrumentsOutdoor PlayPreschool Pretend PlayStuffed AnimalsVehicles, Hobby & R/CVideo Games

Girls' Toys

Arts & CraftsBath, Beauty & AccessoriesBikes & Ride-onsBuilding SetsDollsElectronicsGames & PuzzlesLearningMusical InstrumentsOutdoor Play PreschoolPretend PlayStuffed AnimalsVideo Games

Character/Theme

Angry BirdsBarbieBatmanBeybladeDisney Pixar BraveDisney PrincessFurbyHello Kitty StoreJake and the Never Land Pirates Lalaloopsy Monster HighStar WarsTeenage Mutant Ninja Turtles - TMNTThe Amazing Spider-ManThe AvengersThomas & FriendsTransformersWWEWorld of MadagascarSee All >>

Brand

Apple iPodCrayolaDisney ShopExclusive BrandsFAO SchwarzFisher-PriceHot WheelsImaginarium.comLEGOLeapFrog Little TikesMega BloksMelissa & DougNERFNickelodeonPlaymobilSesame StreetVTech"R" DisneyExclusivesSee All >>

Hot Deals
Clearance

Search by keyword or "R"Web#

All Products

| All Products ▾ |

GO!

Welcome! Login or create an account. Learn why

FREE Ship to Home    FREE Store Pickup    Now, International Shipping!

Home  >  Dolls & Stuffed Animals  >  Stuffed Animals & Plush Toys  >  Jumbo-Sized Stuffed Animals

Print Page        Email A Friend

### Toys R Us Plush 43 inch Tan Sammie Pup

By: Toys R Us

Like  162  Pin It        Tweet  0

**Our Price: $49.99**

Quantity:  1

- Ship-To-Home
- Free Ship-To-Store

3/17/2014　　　　　　　　　Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



SHIPS FREE  Ships Free with a purchase of $79 or more! (Details)

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)

• Free Store Pickup Today: Select a store

FREE STORE PICKUP when you buy online!
see details ▸

SHIPS FREE  Free Standard Shipping on ANY purchase of $79 or more. Exclusions apply. - Free Shipping (Details)



**Toys R Us Plush 26 inch Pink Sitting Polar Bear**

$39.99

☐ Include this item when you add to cart

**Toys R Us Plush 26 inch Pink Floppy Dog**

$19.99

☐ Include this item when you add to cart

**Toys R Us Plush 26 inch Blue Sitting Polar Bear**

4.3 (6 reviews)

Read 6 Customer Reviews
Rate and Review this Item

$39.99

☐ Include this item when you add to cart

**Toys R Us Plush 18 inch Black Bear**

$24.99

☐ Include this item when you add to cart



## Average Customer Rating: by PowerReviews

4.6 (based on 13 reviews)

92% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (7)<br>Lasting fun (4)<br>Snuggly (4)<br>Soft (4)<br>Good quality (3) | | All ages (5)<br>Home (5) |

| REVIEWER PROFILE: | Parent (4), Thrifty (3) |
|---|---|
| WAS THIS A GIFT?: | Yes (6) |

Rate and Review this Item

**Most Helpful Positive Review**　　　　　**Most Helpful Critical Review**

3/17/2014

Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



**He is SO soft and SO adorable!**

Sammie the Pup is the best gift EVER. He is super soft, super cuddly, and both my 3 month old and 3 year old nephews LOVE him.

I originally bought t...

Read complete review

**VS**

**never got never had**

I can't believe after I got the msg. to pick it up I left for the 1/2 hr. drive and then they didn't have it. They e-mailed me again after I left and...

Read complete review

---

**Reviewed by 13 customers**

Sort by Newest ▼

Displaying reviews 1-10 Back to top

Previous | Next »

---

By **Elizabelle**
from **Chattanooga, TN**

About Me **Parent, Thrifty**

5.0 **Great for bedtime!**                                   11/12/2012

| PROS | CONS | BEST USES |
|---|---|---|
| High Quality | | Home |
| Lasting Fun | | Travel |

**Comments about Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup:**

I bought this for my son for his first Christmas in 2010. At first, cause he was so young, it wasn't a big deal. But now "Puppy" is one of his 3 regular bedtime friends. We love Puppy. He is soft and cuddly, even after constant use. He can even double as a pillow if needed, especially in the car. Great product!

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ?

---

By **Mom of 3 boys**
from **Holmen WI**

About Me **Parent, Thrifty**

4.0 **Great puppy!**                                   11/5/2012

| PROS | CONS | BEST USES |
|---|---|---|
| Lasting Fun | | Home |

**Comments about Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup:**

My son has had this one for 2 years now. It has held up great, just a little flat. But that can be expected-he carries it around and sleeps with it every night. I just got him the small one for it's baby. He has so much fun with them.

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ?

---

By **Hippie**
from **COLORADO**

About Me **Educator, Parent, Thrifty**

VERIFIED BUYER

5.0 **HOUSEBROKEN AND ADORABLE!**                                   10/14/2012

| PROS | CONS | BEST USES |
|---|---|---|
| High Quality | | Home |
| | | Outside |

**Comments about Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup:**

Purchased this stuffed dog for one of our granddaughters and we now need to purchase one for her sister.....It is adorable and they will love "them". Great quality, extremely soft and just adorable. This would be an appropriate gift for any age!

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ?

---

By **Jazz141**
from **Whitman, MA**

About Me **Parent**

VERIFIED BUYER

5.0 **I love it**                                   10/8/2012

| PROS | CONS | BEST USES |
|---|---|---|
| High Quality | | Home |
| Lasting Fun | | Travel |

**Comments about Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup:**

I got a similar dog a while ago and I love it, now I got this for a present and they love it too...

**WAS THIS A GIFT?:**                    Yes
**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ?

---

By **from a loving Mom Mom**
from **Clementon, NJ**

VERIFIED BUYER

(1 of 1 customers found this review helpful)                                   8/27/2012

5.0 **this is sooo cute**

| PROS | CONS | BEST USES |
|---|---|---|
| Lasting Fun | | Home |

---



Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

I bought this big puppy for my grandson, he already has the little one, we call him Mr.Puppy. He sleeps with him. The big one is in my family room, he sits on him, bites him, and lays on him. I would say he really loves him. Good comfort toy for anybody.

WAS THIS A GIFT?:                Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❔

---

By exercise nut
from clearwater, fl

About Me Grandparent

[VERIFIED BUYER]

(0 of 6 customers found this review helpful)                2/16/2012

1.0  never got never had

| PROS | CONS | BEST USES |
|------|------|-----------|

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

I can't believe after I got the msg. to pick it up I left for the 1/2 hr. drive and then they didn't have it. They e-mailed me again after I left and said Sorry donnot have in stock. Never again !!!!

WAS THIS A GIFT?:                Yes
BOTTOM LINE No, I would not recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❔

---

By AuntyM
from Ohio

About Me Aunt

(2 of 2 customers found this review helpful)                12/29/2011

5.0  Great gift! So soft and cuddly!

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

I bought this stuffed puppy for my 18 month old niece for Christmas and she LOVES him! He is soft, cuddly and so cute! I would definitely recommend him for a child of any age.

WAS THIS A GIFT?:                Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❔

---

By Caroo, (;
from Detroit, MI

About Me Education Oriented

(1 of 1 customers found this review helpful)                5/3/2011

5.0  Love it.!

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | Older Children |
| Perfect Size | | Young Children |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

iBought It For My Mom For Mothers Dayy, Shes Gonna Love It

WAS THIS A GIFT?:                No
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review ❔

---

By sandi the best auntie
from chicago, il

(8 of 8 customers found this review helpful)                8/16/2010

5.0  He is SO soft and SO adorable!

| PROS | CONS | BEST USES |
|------|------|-----------|
| Adorable | | 6 months plus |
| Cute | | Imaginative Play |
| Good Quality | | Older Children |
| Snuggly | | Young Children |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

Sammie the Pup is the best gift EVER. He is super soft, super cuddly, and both my 3 month old and 3 year old nephews LOVE him.

I originally bought the 16-inch Sammie for my boyfriend's niece, but then stumbled upon the 43" version of this pup pal. He is so soft and furry, and 2 years later my boyfriend's niece still has a great pal who is intact. He hasn't shed at all, and is so cute that every other kid in the house tries to steal him!

Maybe the one drawback I could see: perhaps not suitable for a newborn because he has hard plastic eyes. I'd recommend for 6 months +.

3/17/2014                    Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



I don't understand the one person on here from Arkansas who gave him a low rating - because she didn't match him to her other dog? Silly.

This is a great pup and a great pal. I'm looking at him right now and I think I want to buy one for myself...

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review 🔵

By KJ                          (4 of 4 customers found this review helpful)                    7/5/2010
from Austin, Texas
                                      5.0  3 Years Already.
About Me First Time Parent

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

My daughter has had this for 3 years already. She wouldn't be able to sleep at night without it. Its soft and great to cuddle. When we moved and she thought I had thrown it away she went on and on about how no other stuffed animal could replace this one. If your into stuffed animals, you'll love this one.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

Comment on this review 🔵

Displaying reviews **1-10** Back to top                                Previous | **Next »**



| Webkinz Rainbow Pegasus | Webkinz Rockerz Fox | Webkinz Hyena | Toys R Us Plush 9 inch Striped Cat - Orange | Pound Pupple Mini Plush - Lucky Smarts |
|---|---|---|---|---|
| $12.99 | $12.99 | $12.99 | $7.99 | $9.99 |

Jumbo-Sized Stuffed Animals | Interactive Stuffed Toys | Favorite Characters | Dollhouse Furniture | Dollhouse Accessories

19347976 | 13165027 | 13165039 | 20198956 | 12214645

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations

**HELP**
- "R" Us Credit Card
- Rewards"R"Us
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

**SAFE & SECURE SHOPPING**
- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**
Monster High
LEGO
Skylanders
Nerf
Swings
Barbie
Furby
TMNT
Lalaloopsy
WWE

**WHAT'S HOT**
Tabeo Kids Tablet
Hot Deals & Discounts
Clearance
Boys Toys
Girls Toys
Tablets
MP3 Players
Cameras
Camcorders
Video Gallery

**TOP CATEGORIES**
Dolls & Stuffed Animals
Tablets and iPad
Powered Riding Toys
Action Figures
Bikes
Arts & Crafts Supplies
Kitchens
Barbie Dolls & Accessories
Pretend Play
R/C Vehicles

**BUZZ**
In-Store Events
Differently Abled Toy Guide
International Shipping
Weekly Ads
Shop by Age
Store Locator
Wish List

**TWEET, LIKE, & WATCH**
 Like us on Facebook
Follow us on Twitter
Watch us on Youtube
 Mobile
RSS

- o
- o
- o
- o
- o
- o
- o
- o
- o
- o
- o



Select a site ▾

© 2013 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/17/2014                                     Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WaybackMachine

http://www.toysrus.com/product/index.jsp?productId=3372818     Go

6 captures
6 Nov 09 - 22 Nov 13

APR  JUN  NOV  Qose
◀ 22 ▶  Help
2012 2013 2014



Toys R Us

- Enter email address for savings!
  sign up
- CHOOSE MY STORE
  Enter Location (Street Address, City, State or Zip Code):
  - GIFT CARDS
  - MY ACCOUNT
  - HELP
  Find great baby products at Babies R Us

  Baby Registry
  Wish List
  Rewards"R"Us
  Geoffrey's Birthday Club
  Store Locator
  Enter Location (Street Address, City, State or Zip Code):
- Cart 0

- Category
  - Great Deals StoreClearanceWhat's NewAction Figures Movies, Music & TVMore >>Arts & Crafts SuppliesDrawing & ColoringMore >>Baby ToysGyms & PlaymatsCrib ToysMore >>Bikes, Scooters & Ride-OnsBike ShopPowered Riding ToysRiding Toys & WagonsScootersMore >>
  - Books, Movies & MusicChildren's BooksDVDsBlu-Ray DiscsMovie DownloadsMore >>Building Sets & BlocksCollectiblesAction FiguresBusts & StatuesDollsEntertainment EarthSports Fan ShopMore >>Dolls & Stuffed AnimalsElectronicsComputers & TabletsDigital Cameras & CamcordersAudioMore >>
  - Games & PuzzlesBoard GamesElectronic & Interactive GamesMore >>Kids' ClothesLearning & Educational ToysElectronic LearningBack to School Science & DiscoveryChildren's BooksMore >>Musical InstrumentsGuitarsKeyboards & PianosMore >>Outdoor Play Swing Sets, Slides & SwingsInflatable Bouncers & Ball PitsTrampolinesToy Blasters & Foam PlayMore >>
  - Party SuppliesCandy Machines & RefillsMore >>PreschoolLearningBuilding Sets & BlocksMore >>Pretend Play & Dress-UpFood & AccessoriesBeauty & FashionMore >>Specialty ToysArts & CraftsBaby ToysMore >>Toddler & KidsKids FurnitureMattressesBeddingMore >>
  - Tween ShopRoom DecorMore >>Vehicles, Hobby & R/CRCVehicles & Play SetsMore >>Video GamesNintendo Wii UNintendo 3DSNintendo DSXbox 360PS3More >>At The MoviesHoliday ShopsEasterMore >>Top Rated
- Age
  - Birth - 12 Months12 - 24 Months2 Years3 - 4 Years5 - 7 Years8 - 11 Years12 - 14 YearsBig Kids
- Boys' Toys
  - Action FiguresArts & CraftsBikes & Ride-onsBuilding SetsElectronicsGames & PuzzlesLearningMusical InstrumentsOutdoor PlayPreschool
  - Pretend PlayStuffed AnimalsVehicles, Hobby & R/CVideo Games
- Girls' Toys
  - Arts & CraftsBath, Beauty & AccessoriesBikes & Ride-onsBuilding SetsDollsElectronicsGames & PuzzlesLearningMusical InstrumentsOutdoor Play
  - PreschoolPretend PlayStuffed AnimalsVideo Games
- Character/Theme
  - Angry BirdsBarbieDisney PrincessDoc McStuffins FurbyGI JoeHello Kitty StoreIron Man 3Jake and the Never Land Pirates Lalaloopsy
  - Monster HighPower RangersSkylandersSofia the FirstStar WarsTeenage Mutant Ninja Turtles - TMNTToy StoryTransformersWWESee All >>
- Brand
  - Apple iPodCrayolaDisney ShopExclusive BrandsFAO SchwarzFisher-PriceHot WheelsImaginarium.comLEGOLeapFrog
  - Little TikesMega BloksMelissa & DougNERFNickelodeonPlaymobilSesame StreetVTech"R" Disney ExclusivesSee All >>
- Hot Deals
  Clearance

Search by keyword or "R"Web#
All Products
All Products ▼
GO!
Welcome! Login or create an account. Learn why

🛒 FREE Store Pickup  |  🚚 FREE Ship to Home

Home > Dolls & Stuffed Animals > Stuffed Animals & Plush Toys > Jumbo-Sized Stuffed Animals

Print Page     Email A Friend

## Toys R Us Plush 43 inch Tan Sammie Pup

By: Toys R Us

Like  162  Pin It     Tweet  0

**Our Price: $49.99**

Quantity: 1

- Ship-To-Home

3/17/2014                                    Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



- Free Ship-To-Store
- Free Store Pickup Today: Select a store

**SHIPS FREE** Ships Free with a purchase of $79 or more! (Details)

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. - (details)

Product is available for shipping internationally. - (details)



4 6     (27 reviews)

Read 27 Customer Reviews    Rate and Review this Item

Q&A   Ask Questions, share answers

0 Questions  0 Answers   Ask a Question

**SHIPS FREE** Free Standard Shipping on ANY purchase of $79 or more. Exclusions apply. - Free Shipping (Details)



**Toys R Us Plush 26 inch Pink Sitting Polar Bear**

$39.99

☐ Include this item when you add to cart

**Toys R Us Plush 26 inch Pink Floppy Dog**

$19.99

☐ Include this item when you add to cart

**Toys R Us Plush 26 inch Blue Sitting Polar Bear**

4 3   (6 reviews)

Read 6 Customer Reviews
Rate and Review this Item

$39.99

☐ This item is temporarily unavailable

**Toys R Us Plush 18 inch Black Bear**

$24.99

☐ Include this item when you add to cart



**Average Customer Rating:** by PowerReviews

4.6   (based on 13 reviews)

92% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (7) | | All ages (5) |
| Lasting fun (4) | | Home (5) |
| Snuggly (4) | | |
| Soft (4) | | |
| Good quality (3) | | |

REVIEWER PROFILE:                    Parent (4), Thrifty (3)
WAS THIS A GIFT?:                    Yes (6)

3/17/2014                                    Toys R Us Plush 43 Inch Tan Sammie Pup - Toys R Us - Toys "R" Us



3/17/2014                                Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



**By from a loving Mom Mom**
from Clementon, NJ

$ VERIFIED BUYER

Comment on this review

(1 of 1 customers found this review helpful)                    8/27/2012

5.0  **this is sooo cute**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Lasting Fun | | Home |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

I bought this big puppy for my grandson, he already has the little one, we call him Mr.Puppy. He sleeps with him. The big one is in my family room, he sits on him, bites him, and lays on him. I would say he really loves him. Good comfort toy for anybody.

WAS THIS A GIFT?:                    Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

---

**By exercise nut**
from clearwater, fl

About Me Grandparent

$ VERIFIED BUYER

Comment on this review

(0 of 6 customers found this review helpful)                    2/16/2012

1.0  **never got never had**

| PROS | CONS | BEST USES |
|------|------|-----------|

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

I can't believe after I got the msg. to pick it up I left for the 1/2 hr. drive and then they didn't have it. They e-mailed me again after I left and said Sorry donnot have in stock. Never again !!!!

WAS THIS A GIFT?:                    Yes
BOTTOM LINE No, I would not recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

---

**By AuntyM**
from Ohio

About Me Aunt

Comment on this review

(2 of 2 customers found this review helpful)                    12/29/2011

5.0  **Great gift! So soft and cuddly!**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

I bought this stuffed puppy for my 18 month old niece for Christmas and she LOVES him! He is soft, cuddly and so cute! I would definitely recommend him for a child of any age.

WAS THIS A GIFT?:                    Yes
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

---

**By Caroo, (;**
from Detroit, MI

About Me Education Oriented

Comment on this review

(1 of 1 customers found this review helpful)                    5/3/2011

5.0  **Love it.!**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Cute | | All Ages |
| Good Quality | | Older Children |
| Perfect Size | | Young Children |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

iBought It For My Mom For Mothers Dayy, Shes Gonna Love It

WAS THIS A GIFT?:                    No
BOTTOM LINE Yes, I would recommend this to a friend
*Was this review helpful? Yes / No - You may also report this review as inappropriate.*

---

**By sandi the best auntie**
from chicago, il

(8 of 8 customers found this review helpful)                    8/16/2010

5.0  **He is SO soft and SO adorable!**

| PROS | CONS | BEST USES |
|------|------|-----------|
| Adorable | | 6 months plus |
| Cute | | Imaginative Play |
| Good Quality | | Older Children |
| Snuggly | | Young Children |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup*:

Sammie the Pup is the best gift EVER. He is super soft, super cuddly, and both my 3 month old and 3 year old nephews LOVE him.

I originally bought the 16-inch Sammie for my boyfriend's niece, but then stumbled upon the 43" version of this

3/17/2014                          Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us

pup pal. He is so soft and furry, and 2 years later my boyfriend's niece still has a great pal who is intact. He haen't shed at all, and is so cute that every other kid in the house tries to steal him!

Maybe the one drawback I could see: perhaps not suitable for a newborn because he has hard plastic eyes. I'd recommend for 6 months +.

I don't understand the one person on here from Arkansas who gave him a low rating - because she didn't match him to her other dog? Silly.

This is a great pup and a great pal. I'm looking at him right now and I think I want to buy one for myself...

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No -* You may also *report this review as inappropriate.*

Comment on this review ❓

By KJ                          (4 of 4 customers found this review helpful)                                    7/5/2010
from Austin, Texas                              5.0  **3 Years Already.**
About Me First Time Parent

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Perfect Size | | |
| Snuggly | | |
| Soft | | |

Comments about *Toys R Us 1001325 Toys R Us Plush 43 inch Tan Sammie Pup:*

My daughter has had this for 3 years already. She wouldn't be able to sleep at night without it. Its soft and great to cuddle. When we moved and she thought I had thrown it away she went on and on about how no other stuffed animal could replace this one. If your into stuffed animals, you'll love this one.

**BOTTOM LINE** Yes, I would recommend this to a friend
*Was this review helpful? Yes / No -* You may also *report this review as inappropriate.*

Comment on this review ❓

Displaying reviews 1-10 Back to top                                    Previous | Next »

Do you have questions about this product?

Ask a question

AnswerBox

            

| WWE Battle Pack Action Figure 2-Pack - Kofi ... | WWE Superstar Action Figure - Zack Ryder | WWE Superstar Action Figure - John Cena | WWE Wrestlemania 29: 3 Disc DVD | WWE Rumblers 2-Pack Action Figures - Mason R... |
|---|---|---|---|---|
| $19.99 | $10.99 | $10.99 | $24.99 | $8.99 |

Save up to 30% on Pools & Pool Accessories   |   G.I. Joe   |   Save up to $100 on Trampolines   |   Carrycots & Second Seats
Jumbo-Sized Stuffed Animals

10982509   |   3980761   |   12552717   |   4480117   |   11195808

**YOUR ORDER**
- Track My Order
- Returns
- Cancellations
- Create a Pre-Paid Return Label

**HELP**
- "R" Us Credit Card
- Rewards"R"Us
- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**GIFT SERVICES**
- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

**ABOUT US**
- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

3/17/2014                                      Toys R Us Plush 43 Inch Tan Sammie Pup - Toys R Us - Toys "R" Us

SAFE & SECURE SHOPPING                                                                    Select a site  ▼

- Terms & Conditions
- Privacy Policy
- Site Map

**TOP SEARCHES**   **WHAT'S HOT**        **TOP CATEGORIES**   **BUZZ**                  **TWEET, LIKE, & WATCH**

Monster High       Family Movies          Bikes               In-Store Events           Like us on Facebook
LEGO               Tabeo Kids Tablet      Sandboxes           Differently Abled Toy
Skylanders         Hot Deals & Discounts  Trampolines         Guide                     Follow us on Twitter
Nerf               Clearance              Swing Sets          International Shipping
Swings             Boys Toys              Water Tables        Weekly Ads                Watch us on Youtube
Barbie             Girls Toys             Water Slides        Shop by Age
Furby              Tablets                Slides              Store Locator             Mobile
TMNT               MP3 Players            Scooters            Wish List
Lalaloopsy         Cameras                Remote Control                                RSS
WWE                Camcorders             Wagons
                   Video Gallery

© 2013 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/17/2014                                     Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us



Rewards"R"Us    Email Sign Up    Weekly Ad    Info Center    Choose My Store    Find a Store    Help

Baby Registry    Wish List    Gift Cards    Gift Finder    My Account / Sign In

SHOP BY          Search for something fun!                                                    0



Home | Dolls & Stuffed Animals | Stuffed Animals & Plush Toys | Jumbo-Sized Stuffed Animals

## Toys R Us Plush 43 inch Tan Sammie Pup

By: Toys R Us

**Read Product Description**

Add my
Images &
videos



Zoom | See Larger image

# $49.99

See Special Offers ▶

27 Reviews    Rate and Review    Questions

QTY    1    Limit 4 items per customer

● Ship-To-Home
○ Free Ship-To-Store
○ Free Store Pickup Today: Select a store

Shipping:
Usually leaves warehouse in 1 - 2 full bus. days. Details

See boards with this item

Like  {162}

# Things to Know

Gift wrap is not available for this item.

Gift-givers, please note that this item may be
shipped in the manufacturer's original packaging,
which may reveal what's inside.

Product is available for shipping internationally.
(Details)

# Special Offers

SAVE  ONLY $4.99 Toys"R"Us Holiday Plush (19.99 value) with
ANY purchase of $50 or more! Choice of Sitting Bear or
Sitting Dog - (Details)



# Related Products

    

| Lamaze Peek-a-Boo Puppy Soft Book | Toys R Us Plush 22 inch Pink Sitting Polar Bear | Toys R Us Plush 26 inch Pink Floppy Dog | Toys R Us Plush 22 inch Blue Sitting Polar Bear | Toys R Us Plush 11 inch Storytelling Bear - Gray and White |
|---|---|---|---|---|
| $11.99 | $39.99 | $19.99 | $39.99 | $24.99 |
| ☐ SELECT | ☐ SELECT | ☐ SELECT | ☐ This item is temporarily unavailable | ☐ SELECT |

# Product Description

This friendly fellow is larger than life! The Toys R Us Plush 43 inch Sammie Pup, a Toys 'R' Us exclusive, is a huge, plush companion that lies around the room until you need a puppy pillow. He is constructed with a soft polyester body and stuffing. Surface clean only.

Ranging from oversized imaginary creations to life-like plush reproductions, **Toys R Us Plush** stuffed animals and toys all have one thing in common; the real happiness that a super soft plush toy can bring a child or adult. As part of the Toys"R"Us family of private label brands, **Toys R Us Plush** plush toy animals offer tremendous value and quality for children's pretend play. **Toys R Us Plush** plush toys - exclusively at Toys"R"Us... it's a zoo in here!

Be sure to visit our **Toys"R"Us Exclusive Brand Store** for superior toys, games and more.

# Features

- This adorable puppy has a soft polyester construction
- Oversized puppy in a prone position makes a perfect pillow
- Length: 43"

# Additional Info

"R"Web#: 219785

SKU: D778A604

UPC/EAN/ISBN: 614937924751

Manufacturer #: 162585

Product Weight: 4.7 pounds

Product Dimensions (in inches): 40.0 x 35.0 x 16.0

# How to Get It

Shipping Info:

- This item can be shipped to the entire United States including Alaska, Hawaii, and all U.S. territories including Puerto Rico
- This item can also be shipped to APO/FPO addresses and to P.O. Boxes in all 50 states
- Due to shipping restrictions, Ship Charges will be separate from other items in your order
- This item will ship by itself

3/17/2014                                         Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us

**Shipping Methods:**
- This item may be shipped via Standard Shipping, Expedited Shipping or Express Shipping
- Please Note: Some addresses are eligible for Standard Shipping only (APO/FPO, P.O. Boxes, U.S. Territories and Puerto Rico)

**Store Pickup** (learn more):

**Store Pickup details**
- Please wait for the Ready for Pickup e-mail before proceeding to the store; orders must be picked up within 5 Days upon the receipt of this email
- You will have the option to designate someone else to pick up your order during the checkout process
- You will be able to change the Store Pickup location during the checkout process
- In-stock status is approximate and may not reflect recent sales
- Orders placed for Store Pickup will receive online pricing and promotions

**Packaging:** This item may be shipped in the manufacturer's original packaging, which could reveal the contents of the box

## Average Customer Rating:

4.6  (based on 28 reviews)

96%  **of respondents would recommend this to a friend.**

| PROS | CONS | BEST USES |
|---|---|---|
| Cute (12) | | Home (14) |
| Lasting fun (9) | | All ages (8) |
| Snuggly (9) | | Older children (5) |
| High quality (8) | | Young children (5) |
| Soft (8) | | Travel (4) |

**REVIEWER PROFILE:**   Parent (11), Thrifty (5), Grandparent (4), Parent of two or more children (4)
**WAS THIS A GIFT?:**   Yes (19)



**Most Helpful Positive Review**

**He is SO soft and SO adorable!**

Sammie the Pup is the best gift EVER. He is super soft, super cuddly, and both my 3 month old and 3 year old nephews LOVE him.

I originally bought t...

**Read complete review**

**VS**

**Most Helpful Critical Review**

**never got never had**

I can't believe after I got the msg. to pick it up I left for the 1/2 hr. drive and then they didn't have it. They e-mailed me again after I left and...

**Read complete review**

**Reviewed by 28 customers**                                         Sort by  Newest ▾

Displaying reviews **1-10** Back to top                                         Previous | Next »



By **ttbigpops**
from **glenville ny**

About Me **Grandparent**

$ VERIFIED BUYER

5.0  **sammie the pup**                                                                 11/16/2013

| PROS | CONS | BEST USES |
|---|---|---|
| Cute | | All Ages |
| Good Quality | | Imaginative Play |
| Interactive | | Older Children |
| Perfect Size | | Special Needs |
| Snuggly | | Young Children |
| Soft | | |

**Comments about *Toys R Us Plush 43 inch Tan Sammie Pup*:**

sammie the pup..isn't so puppish hes biiiiig! grandson 1 yr old flops on him loves to shove his face into anything plush..soft..sammie is so big he doubles as a bed on the floor..toyr r us staff Clifton very curtious helpful..we all love the dog especially grandson..thank you !

**WAS THIS A GIFT?:**   Yes

**BOTTOM LINE** Yes, I would recommend this to a friend

Was this review helpful? **Yes** / **No** - You may also **report this review as inappropriate.**

**Comment on this review** ⊘

3/17/2014                               Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us

By Lisa, Vincents mom          5.0  Love It!!!                                    11/12/2013
from Florida

About Me **Mom Of Two**   **PROS**                **CONS**                **BEST USES**
**Roudy Kids, Parent Of Two**   Cute                  Difficult to Wash       All Ages
**Or More Children**   Good Quality                                    Imaginative Play
                       Perfect Size                                  Older Children
                       Snuggly                                       Special Needs
                       Soft                                          Young Children

                       Comments about *Toys R Us Plush 43 Inch Tan Sammie Pup*:

                       My son received this dog the day he was born. It was a different color and design eight years ago. He has slept in bed with it
                       everynite since then (as he was older of course) dragged it around, used it as a pillow, rode it through the house, and
                       anything else u can think of lol. He loves his dog "stuffy" and will not be apart from him this day. The dog is still in great
                       condition. It doesnt have any tears and once a week gets thrown in the dryer to kill any germs and is still kickin. Well worth the
                       price considering my son is eight and still dragging him around!

                           **WAS THIS A GIFT?:**   Yes

                       **BOTTOM LINE** Yes, I would recommend this to a friend

                       *Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**
        Comment on this review ⓘ

By VEV                          5.0  I would buy this product again                 11/11/2013
from **AURORA ILLINOIS**

About Me **Parent Of Two Or**   **PROS**                **CONS**                **BEST USES**
**More Children**   Cute                                          All Ages
                       Snuggly                                       Older Children
[VERIFIED BUYER]   Soft                                          Young Children

                       Comments about *Toys R Us Plush 43 Inch Tan Sammie Pup*:

                       BIRTHDAY PRESENT FOR MY DAUGHTER, SHE LOVES IT!!!!!!

                           **WAS THIS A GIFT?:**   Yes

                       **BOTTOM LINE** Yes, I would recommend this to a friend

                       *Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**
        Comment on this review ⓘ

By G'ma                         5.0  Best Friend!                                 11/4/2013
from **Los Angeles, CA**

About Me **Grandparent**   **PROS**                **CONS**                **BEST USES**
[VERIFIED BUYER]   Cute
                       Interactive
                       Perfect Size
                       Snuggly
                       Soft

                       Comments about *Toys R Us Plush 43 Inch Tan Sammie Pup*:

                       My 2 year old granddaughter loved this - immediately gave it a hug and kiss! It's her best friend for a snuggle to watch TV or
                       take a quick nap.

                           **WAS THIS A GIFT?:**   Yes

                       **BOTTOM LINE** Yes, I would recommend this to a friend

                       *Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**
        Comment on this review ⓘ

By Grandma                      4.0  Loveable Puppy                               11/1/2013
from **Parkersburg, WV**

About Me **Grandparent**   **PROS**                **CONS**                **BEST USES**
[VERIFIED BUYER]   Cute
                       Snuggly

                       Comments about *Toys R Us Plush 43 Inch Tan Sammie Pup*:

                       It's purchased as a gift for my unborn grandchild. It's lovely and plush. Can't wait to see my grandchild with it.

                           **WAS THIS A GIFT?:**   Yes

                       **BOTTOM LINE** Yes, I would recommend this to a friend

                       *Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**
        Comment on this review ⓘ



3/17/2014                                     Toys R Us Plush 43 Inch Tan Sammie Pup - Toys R Us - Toys "R" Us



**By Tony big daddy T**
from **Norman, OK**

$ VERIFIED BUYER

5.0  **My daughter love this**                                                    10/29/2013

**Comments about** *Toys R Us Plush 43 Inch Tan Sammie Pup*:

My daughter loves this thing and a great price for the size of it, it's huge.

**BOTTOM LINE** Yes, I would recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review ?

---

**By Toy**
from **chandler**

About Me **Parent, Thrifty**

$ VERIFIED BUYER

5.0  **reminded me of the old Pound Puppies! :**                                  10/8/2013

| PROS | CONS | BEST USES |
|------|------|-----------|
| High Quality | | Home |
| Lasting Fun | | |

**Comments about** *Toys R Us Plush 43 Inch Tan Sammie Pup*:

Very plush, no sharp spots, loved the material used, a little pricey but still love the product,

   **WAS THIS A GIFT?:**   Yes

**BOTTOM LINE** Yes, I would recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review ?

---

**By Angela**
from **Lee's Summit MO**

About Me **Parent**

$ VERIFIED BUYER

5.0  **Great product!**                                                          10/6/2013

| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Use | | Home |
| High Quality | | |
| Lasting Fun | | |

**Comments about** *Toys R Us Plush 43 Inch Tan Sammie Pup*:

We got this pillow for our 11 month-old son. He loves playing with it. It is a great pillow that cushions his playing area. We are dog lovers and this pillow is perfect.

   **WAS THIS A GIFT?:**   Yes

**BOTTOM LINE** Yes, I would recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review ?

---

**By alo**
from **denver**

About Me **Parent**

$ VERIFIED BUYER

5.0  **everyone loves puppies**                                                  10/4/2013

| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Assemble | | Home |
| Easy To Use | | Outside |
| High Quality | | Travel |
| Lasting Fun | | |

**Comments about** *Toys R Us Plush 43 Inch Tan Sammie Pup*:

Friends sick 5 year old daughter was hospitalized.... had to find something that would cheer her up. But also something she could use during and after her stay. Searched all around the store and when I came across this, this wqs the winner.

She absolutely loved it..... stuck in the bed and with IV tube stuck in her she still got excited. Hugged it, used it as a pillow and displays it on her bed now at home proudly.

   **WAS THIS A GIFT?:**   Yes

**BOTTOM LINE** Yes, I would recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review ?

---

**By Robu**
from **Falls Church, VA**

About Me **Parent**

See all my reviews

$ VERIFIED BUYER

4.0  **fun big dog**                                                             9/23/2013

| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Use | Lacked Care Instructions | Home |

**Comments about** *Toys R Us Plush 43 Inch Tan Sammie Pup*:

Our young (7 month) daughter loves this friend to ride and play on (with supervision now). We would have liked some care (washing) instructions (not included), but for the price it was a whole lot of stuffed animal fun, that will hopefully be good for many years to come.

3/17/2014                                        Toys R Us Plush 43 inch Tan Sammie Pup - Toys R Us - Toys "R" Us

**WAS THIS A GIFT?:**   No

**BOTTOM LINE** Yes, I would recommend this to a friend

*Was this review helpful?* **Yes** / **No** - *You may also* **report this review as inappropriate.**

Comment on this review

Displaying reviews **1-10** Back to top                                              Previous | **Next »**

**Do you have questions about this product?**                                              Ask a question

# Recently Viewed                                    clear all recently viewed   |   see all >



Toys R Us Plush 43 inch Tan
Sammie Pup

## $49.99

Email Sign Up

| YOUR ORDER | HELP | GIFT SERVICES | ABOUT US |
|---|---|---|---|
| Track My Order | • "R" Us Credit Card | • Gift Cards | • Company Info |
| Returns | • Rewards"R"Us | • Gift Card Redemption | • Careers |
| Cancellations | • Product Recalls | • Gift Wrap | • News/Press Room |
| Create a Pre-Paid | • Shipping & Delivery | • Gift Finder | • Affiliate Program |
| Return Label | • Payment Options | | • Our Supply Chain |
| Layaway Program | • Contact Us | | |
| | • Layaway | | |
| | • Pricematch | | |

| TOP SEARCHES | WHAT'S HOT | TOP CATEGORIES | BUZZ |
|---|---|---|---|
| LEGO | Wish List | Kitchens | Wishes Made Easy Events |

3/17/2014                              Toys R Us Plush 43 Inch Tan Sammie Pup - Toys R Us - Toys "R" Us

Monster High                 Tabeo Kids Tablet        Bikes                       Baby's First Christmas
Skylanders                   Family Movies            Remote Control              Toys for Tots
Journey Girl Dolls           Savings Center           Dolls & Stuffed Animals     Hot Toy List
Barbie                       Weekly Ads               Power Wheels                In-Store Events
My Little Pony               Great Deals              Swing Sets                  Differently Abled Toy Guide
LEGO Friends                 Clearance                Trampolines
Disney Infinity              Video Gallery            Scooters
Nerf

Select a site  ▼

© 2013 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

Help | My Account | Email Signup | Store Locator | Wishlist | 🛒 Shopping Cart(0 Items)

Search:

| All Products ▼ | | ·SEARCH· |



Home > Stuffed Animals > Animals > Bunny Rabbits

PRODUCT ZOOM

# Animal Alley - 13-inch Brown Realistic Rabbit

by:

## Toys 'R' Us

Perfect for cuddling, this adorable 13-inch brown Animal Alley Realistic Rabbit plush toy features a super-soft body and plastic

eyes....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 5 years (details)

## PRODUCT INFORMATION

Product Description

Perfect for cuddling, this adorable 13-inch brown Animal Alley Realistic Rabbit plush toy features a super-soft body and plastic eyes.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 5 years (details)

Note: Gift wrap is available for this item.

Safety Warnings: Warning: Remove All Plastic Bags, Ties,And Loops Before Giving To A Child.

Item #: 115498

SKU: E736DB27

UPC/EAN/ISBN: 081787888845

Manufacturer #: 87252



List Price: $10.99
Our Price: $5.48

STORE LOCATOR ▸



ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS

3/28/2014                    Animal Alley- 13-inch Brown Realistic Rabbit - Toys 'R' Us - Toys "R" Us



**14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐ This item is temporarily unavailable



**14-Inch Lying White Tiger - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐ This item is temporarily unavailable



**14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐ This item is temporarily unavailable



**14-Inch Lying Cheetah - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐ This item is temporarily unavailable



**14-Inch Lying Brown Tiger - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐ This item is temporarily unavailable

3/28/2014    Animal Alley- 13-inch Brown Realistic Rabbit - Toys 'R' Us - Toys "R" Us



**Affiliate Program**
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Bears



# Animal Alley 28" Gerry bear

by:

## Toys"R"Us

28" Gerry Bear is a creamy ivory colored bear that comes with a reck checkered ribbon, sure to put a smile on anyone's face!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 5 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

28" Gerry Bear is a creamy ivory colored bear that comes with a reck checkered ribbon, sure to put a smile on anyone's face!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 5 years (details)

Note: Gift wrap is not available for this item.

Item #: 988413

SKU: 2776EE6D

UPC/EAN/ISBN: 717851936913

Manufacturer #: 93987

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval.
DETAILS >>

List Price: $19.99
Our Price: $16.99

Qty: ADD ITEM(S) TO CART ▸
1

3/28/2014       Animal Alley 26" Gerry bear - Toys"R"Us - Toys "R" Us



ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
Our Price: $29.99

☒ Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
Our Price: $29.99

☒ Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☒ Include this item when you add to cart



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ This item is temporarily unavailable

3/28/2014                          Animal Alley 28" Gerry bear - Toys"R"Us - Toys "R" Us



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐Include this item when you add to cart

[ADD ITEM(S) TO CART ▸]

[ADD TO BABY REGISTRY ▸]

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                  Animal Alley Pixie Pony - Pink - Toys R Us - Toys "R" Us



- o
  o

- Email signup
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- o  Hot Deals Store Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV Building Sets & Blocks
  o  Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Differently-Abled Toy Guide Electronic Learning Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments
  o  Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods
  o  Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony



| http://www.toysrus.com/product/index.jsp?productId=2317953 | Go | JAN | FEB | MAR | Close |

1 captures
12 Feb 09 - 12 Feb 09

◄ 12 ►

2008  2009  2010

Help

- o  PSP More >> Mom's Favorites Other Toys
  o  Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
  o  Bakugan Barbie Bratz Club Penguin Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man Speed Racer
  o  Spider-Man Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars Thomas & Friends See All >>
  o  Apple Banzai First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
  o  Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
  o  ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |    | GO! |

Welcome! Login or create an account. Learn why

Home > Preschool > Pretty In Pink

## Animal Alley Pixie Pony - Pink
By: Toys R Us

🖨 Print Page    ✉ Email A Friend



Q Larger Image

**Our Price: $6.99**

**Our Recommended Age:** 3 - 6 years (details)
Manufacturer's Age: 3 years and up

### Buy Online

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Quantity** 1

ADD TO CART    ADD TO BABY REGISTRY ►
                ADD TO WISH LIST ►

### Find it In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)




Velboa Snuzzler - Head & Body Support    BabyBjorn Cover for Baby Carrier

$21.99                              $30.99



**10% OFF** YOUR FIRST IN-STORE PURCHASE. PLUS, EARN $10 SAVINGS REWARD CERTIFICATES. **APPLY TODAY ▶**



**STORE LOCATOR** FIND A STORE NEAR YOU ▶



geoffreys **BiRTHDaY club** SIGN UP **TODAY ▶**



**IN-STORE EVENTS** SEE WHAT'S HAPPENING AT A STORE NEAR YOU ▶



**GIFT CARDS** REDEEM IN-STORE OR ONLINE ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery

3/28/2014                                   Animal Alley Pixie Pony - Pink - Toys R Us - Toys "R" Us



- Payment Options
- Contact Us

**Gift Services**

- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News/Press Room
- Affiliate Program

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map
  - ○
  - ○

Select a site ▾

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?



**YES** add to my registry          **NO** return to product page

CLOSE

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

3/28/2014                                    Animal Alley Pixie Pony - Teal - Toys R Us - Toys "R" Us



- o
- o

Email signup
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- o   Hot Deals Store Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV Building Sets & Blocks
- o   Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Differently-Abled Toy Guide Electronic Learning Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments
- o   Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods
- o   Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony

PSP More >> Mom's Favorites Other Toys
- o   Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- o   Bakugan Barbie Bratz Club Penguin Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man Speed Racer
- o   Spider-Man Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars Thomas & Friends See All >>
- o   Apple Banzai First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog



INTERNET ARCHIVE
WayBackMachine

http://www.toysrus.com/product/index.jsp?productId=2317954        Go

1 captures
11 Feb 09 - 11 Feb 09

JAN    FEB    MAR    Close
◄    11    ►                Help
2008   2009   2010

0
items

| All Products ▼ |   | GO! |

Welcome! Login or create an account. Learn why

Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Horses

## Animal Alley Pixie Pony - Teal
By: Toys R Us

🖨 Print Page     ✉ Email A Friend

### Our Price: $6.99

no image available

**Average Customer Rating**

(0 Ratings)

Be the first to Rate and Review this Item

**Our Recommended Age:** 3 - 6 years (details)

**Manufacturer's Age:** 3 years and up

### Buy Online

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Quantity** 1



### Find it In Stores

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/28/2014                          Animal Alley Pixie Pony - Teal - Toys R Us - Toys "R" Us

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)



adidas Telstar TRX HG Soccer Shoe Kids

$14.97



10% OFF
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.   **APPLY TODAY**▶



**STORE LOCATOR**
**FIND A STORE** NEAR YOU▶



SIGN UP **TODAY** ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
REDEEM IN-STORE OR ONLINE ▶

**Your Order**

Track my Order
Returns
Cancellations

3/28/2014

Animal Alley Pixie Pony - Teal - Toys R Us - Toys "R" Us



**Help**

- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**Gift Services**

- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News/Press Room
- Affiliate Program

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry     **NO** return to product page

CLOSE ✖

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸



# Animal Alley: 14-Inch Boxer

by:

## Toys 'R' Us

This Animal Alley Boxer is a soft, cuddly, realistic plush animal that measures 14 inches....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** Take **$10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

This Animal Alley Boxer is a soft, cuddly, realistic plush animal that measures 14 inches.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 350055

SKU: AB12964D

UPC/EAN/ISBN: 081787102590

Manufacturer #: 10260



ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval!
**DETAILS >>**

Our Price: $10.99

Qty:

ADD ITEM(S) TO CART ▸
1


ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

Case No. 1:12-cv-02279-PAB-KMT    Document 121-11    filed 06/06/14    USDC Colorado
pg 51 of 63

**Affiliate Program**

Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014           Animal Alley: 17-Inch Brown Bear - Toys 'R' Us - Toys "R" Us



- o
- Email signup
- My account
- Help
- Find great baby products at Babies R Us



- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator
- o Free Shipping Store Halloween Costumes Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV
  - o Building Sets & Blocks Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Electronic Learning Science & Discovery Differently-Abled Kids More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >>
  - o Musical Instruments Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >>
  - o Science & Discovery Sporting Goods Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii



http://www.toysrus.com/product/index.jsp?productId=2792445   Go

1 captures
18 Oct 08 - 18 Oct 08

SEP OCT NOV Close
◄ 18 ►
2007 2008 2009
Help

Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Mom's Favorites Other Toys ... Spider-Man

LeapFrog Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool See All >>
  - o ToysRUs Exclusives Clearance Award Winners

0
items



All Products ▼     GO!

Welcome! Login or create an account. Learn why

FRee SHiPPiNG on select toy orders of $49 or more!    SEE DETAILS ►

Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Bears

3/28/2014 — Animal Alley: 17-Inch Brown Bear - Toys 'R' Us - Toys "R" Us



# Animal Alley: 17-Inch Brown Bear

By: Toys 'R' Us

🖨 Print Page

## Our Price: **$19.99**

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**      ADD TO WISH LIST ►

**Average Customer Rating**
(1 Rating)

Rate and Review this Item

Read 1 Review

**Find it In Stores**

Locate a store near you

**Our Recommended Age:** 3 months - 5 years
(details)

**Manufacturer's Age:** 3 months - 5 years



Free Animal Alley Plush priced $19.99 or less when you buy Any Animal Alley Plush priced $20 or more! - (Details)

Free Shipping Credit Up to $15 for NEW Bill Me Later Customers, Plus up to 90 days to pay! - (Details)

**Hughbert Honey Bear - Animal Alley - Gund**

$9.99

☐ Include this Item when you add to cart

**Hughbert Bear - Animal Alley - Gund**

$19.99

☐ Include this item when you add to cart

**Gibbler Sitting Pig Pink - Animal Alley - Gund**

Average Customer Rating

(1 Rating)

Rate and Review this item temporarily unavailable
Read 1 Review

$9.99

ADD TO WISH LIST ►

**PRODUCT REVIEWS SUMMARY** (Powered by PowerReviews.com)

**Average Customer Rating:**          (based on 1 ratings)

3/28/2014                                    Animal Alley: 17-Inch Brown Bear - Toys 'R' Us - Toys "R" Us

Displaying Review 1 of 1

### My granddaughter is happy!

By **Long distance grandmother**  _from **Hampton, VA** on 9/17/2008

**Describe Yourself:**  Grandma
**Bottom Line:**

My granddaughter (7 yrs) received her birthday gifts and was happy so I'm ecstatic.

*Was this review helpful to you?* Yes/No  - Report this review as inappropriate.

Displaying Review 1 of 1

| **Lil Luvable Message Bears - Brown Velboa** | **Skip Hop Triple Bottle Bag - Black** | **Diaper Dude Diaper Bag - Brown** | **Sand Corduroy Ultimate Diaper Bag** | **Spider-Man Stunt Racers Spider-Man vs. Venom** |
|---|---|---|---|---|
| Average Customer Rating | Average Customer Rating | $54.99 | Average Customer Rating | Average Customer Rating |
| (0 Ratings) | (6 Ratings) | | (21 Ratings) | (1 Rating) |

Wearable Blankets  |  Dollhouse Furniture  |  Sleepers & Swaddlers

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2008 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if

we are out of stock online.

Do you still wish to add this item to your registry?

The item(s) below are discontinued and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Basset Hound - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this Basset Hound plush an ultra-soft feel

- Realistic facial detailing and coloring will delight your child

- Length: 14"

Product Description

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 137680

SKU: AB12B64D

UPC/EAN/ISBN: 081787560192

Manufacturer #: 56019

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑BillMeLater  **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**

3/29/2014                         Basset Hound - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Our Price: $7.99

Qty:
**1**    ADD ITEM(S) TO CART ▸

ADD TO MY WISHLIST ▸

☐ EMAIL A FRIEND ▸

**RELATED ITEMS**

Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
Our Price: $29.99

☐ Include this item when you add to cart

Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
Our Price: $29.99

☐ Include this item when you add to cart

Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ Include this item when you add to cart

Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ This item is temporarily unavailable

---



Animal Alley 5 Piece 26" Flower Bundle
Our Price: $14.99

☒ Include this item when you add to cart

ADD ITEM(S) TO CART ▸



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                    Basset Hound - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Basset Hound - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this Basset Hound plush an ultra-soft feel

- Realistic facial detailing and coloring will delight your child

- Length: 14"

Product Description

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 137680

SKU: AB12B64D

UPC/EAN/ISBN: 081787560192

Manufacturer #: 56019

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with **BillMeLater** **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
DETAILS >>

3/29/2014                                      Basset Hound - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $7.99

Qty:  **ADD ITEM(S) TO CART ▸**

1

**ADD TO BABY REGISTRY ▸**

**ADD TO MY WISHLIST ▸**

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☒Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☒Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☒Include this item when you add to cart



Lying Brown Jumbo Horse – Animal Alley – Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable



Animal Alley 5 Piece 26" Flower Bundle
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.