# EXHIBIT G, PART 6

3/29/2014                                    Basset Hound - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM



# Basset Hound - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this Basset Hound plush an ultra-soft feel

- Realistic facial detailing and coloring will delight your child

- Length: 14"

Product Description

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 137680

SKU: AB12B64D

UPC/EAN/ISBN: 081787560192

Manufacturer #: 56019



TEMPORARILY NOT
AVAILABLE ONLINE

Our Price: $7.99

STORE LOCATOR ▸



ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable

3/29/2014                                   Basset Hound - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐Include this item when you add to cart

---



Animal Alley 5 Piece 26" Flower Bundle
List Price: $14.99*
Our Price: $3.98

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                              Basset Hound - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Animals > Cats & Dogs





PRODUCT ZOOM



# Basset Hound - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

SAVE Take $10 off $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today. New users only. - (details)

**PRODUCT INFORMATION**

Features

- Polyester fiber gives this Basset Hound plush an ultra-soft feel

- Realistic facial detailing and coloring will delight your child

- Length: 14"

Product Description

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 137680

SKU: AB12B64D

UPC/EAN/ISBN: 081787560192

Manufacturer #: 56019





Our Price: $7.99



**STORE LOCATOR ▸**

**ADD TO BABY REGISTRY ▸**
**ADD TO MY WISHLIST ▸**

**✉ EMAIL A FRIEND ▸**

**RELATED ITEMS**



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $4.98

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $4.98

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us

Our Price: $59.99

☐ Include this item when you add to cart



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                    Basset Hound - Animal Alley - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒 Shopping Cart(0 Items)

Search:

| All Products ▼ | | SEARCH ▶ |



Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Cats & Dogs



🔍 PRODUCT ZOOM



# Basset Hound - Animal Alley

by:

## Toys 'R' Us

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!...(read more)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

### PRODUCT INFORMATION

Features

- Polyester fiber gives this Basset Hound plush an ultra-soft feel

- Realistic facial detailing and coloring will delight your child

- Length: 14"

Product Description

Soft and adorable, this 14" Animal Alley Basset Hound plush is sure to delight your little one! Great for cuddling, the polyester dog features realistic facial detailing, coloring and an ultra-soft feel!

Item #: 137680

SKU: AB12B64D

UPC/EAN/ISBN: 081787560192

Manufacturer #: 56019

Our Price: $7.99

Qty:  **ADD ITEM(S) TO CART ▸**
1

3/29/2014

Basset Hound - Animal Alley - Toys 'R' Us - Toys "R" Us

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

EMAIL A FRIEND ›

RELATED ITEMS



11.5-Inch Yellow Labrador - Animal Alley
Our Price: $7.99

☑Include this item when you add to cart



Collie - Animal Alley
Our Price: $7.99

☑Include this item when you add to cart



11.5-Inch Husky - Animal Alley
Our Price: $7.99

☑Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley
Our Price: $59.99

☑Include this item when you add to cart

3/29/2014                                    Basset Hound - Animal Alley - Toys 'R' Us - Toys "R" Us





Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                    Chocolate Floppy Dog - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Chocolate Floppy Dog - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this cuddly Animal Alley Chocolate Floppy Dog plush is sweet and whimsical! A luxuriously soft polyester coat makes it great for snuggling....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value! -** (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush dog great for snuggling

- Length: 18"

Product Description

The perfect canine companion, this cuddly Animal Alley Chocolate Floppy Dog plush is sweet and whimsical! A luxuriously soft polyester coat makes it great for snuggling.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 6 years (details)

Item #: 659875

SKU: AB12BC4D

UPC/EAN/ISBN: 081787890138

Manufacturer #: 86036

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
DETAILS >>

3/29/2014                          Chocolate Floppy Dog - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $9.99





ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                     Honey Bear with Plaid Bow - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Animals > Bears





PRODUCT ZOOM

# Honey Bear with Plaid Bow - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this 16" Animal Alley Honey Bear plush is sure to delight your little one! The polyester bear features facial detailing,

3/29/2014                                          Honey Bear with Plaid Bow - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

a plaid bow and an ultra-soft feel that makes him perfect for hugging....(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**Get it there by the 24th! Find out how** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Plush bear features facial detailing, a plaid bow and an ultra-soft feel that makes him perfect for hugging

- Height: 16"

Product Description

Soft and cuddly, this 16" Animal Alley Honey Bear plush is sure to delight your little one! The polyester bear features facial detailing, a plaid bow and an ultra-soft feel that makes him perfect for hugging.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 506602

SKU: 8CE34F2C

UPC/EAN/ISBN: 717851611377

Manufacturer #: 61137



**ADDITIONAL WAYS TO PAY**

**PayPal** **LIMITED TIME OFFER!** **GET $20 OFF**  Toy Orders of $100 or More Using PayPal at Checkout!

DETAILS >>

Our Price: $16.99

Qty:





EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐Include this item when you add to cart

3/29/2014                     Honey Bear with Plaid Bow - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                    Honey Bear with Plaid Bow - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Valentines Day > Stuffed Animals > Bears





PRODUCT ZOOM

# Honey Bear with Plaid Bow - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Soft and cuddly, this 16" Animal Alley Honey Bear plush is sure to delight your little one! The polyester bear features facial detailing,

a plaid bow and an ultra-soft feel that makes him perfect for hugging....(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Plush bear features facial detailing, a plaid bow and an ultra-soft feel that makes him perfect for hugging

- Height: 16"

Product Description

Soft and cuddly, this 16" Animal Alley Honey Bear plush is sure to delight your little one! The polyester bear features facial detailing, a plaid bow and an ultra-soft feel that makes him perfect for hugging.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 506602

SKU: 8CE34F2C

UPC/EAN/ISBN: 717851611377

Manufacturer #: 61137

Our Price: $16.99

Qty:
1      ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/29/2014                                        Honey Bear with Plaid Bow- Animal Alley- Toys "R" Us - Toys 'R' Us - Toys "R" Us

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable



Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable



Cream Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

Case No. 1:12-cv-02279-PAB-KMT    Document 121-12    filed 06/06/14    USDC Colorado
pg 24 of 65

☐This item is temporarily unavailable



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014        Animal Alley Jumbo Horse - Brown - Toys R Us - Toys "R" Us

INTERNET ARCHIVE
WayBackMachine

http://www.toysrus.com/product/index.jsp?productId=2908492   Go

15 captures
27 May 07 - 17 Mar 09

OCT  MAR  APR  Close
◄ 17 ►
2008 2009 2010  Help



- ○
- ○

- Email signup
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- ○ Hot Deals Store Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV Building Sets & Blocks
- ○ Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Differently-Abled Toy Guide Electronic Learning Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments
- ○ Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods
- ○ Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Mom's



**BABIES R US**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

Favorites Other Toys
- ○ Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Bakugan Barbie Club Penguin Disney Fairies Disney Pixar's Cars The Movie G.I. Joe High School Musical Little People Pokemon Spider-Man
- ○ Statr Trek Transformers WWE iCarly Batman Ben 10 Dora the Explorer Star Wars See All >>
- ○ Apple Banzai First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
- ○ Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
- ○ ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼   **GO!**
Welcome! Login or create an account. Learn why



**Autism** Help Solve the Puzzle 🧩 find out how ▸

Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Jumbo-Sized

## Animal Alley Jumbo Horse - Brown
By: **Toys R Us**      Print Page   Email A Friend



🔍 Larger Image

List Price: ~~$59.99~~
**Our Price: $29.98**

Average Customer Rating
(5 Ratings)
Rate and Review this Item

Read 5 Reviews

**Our Recommended Age:** 12 months - 6 years
(details)
**Manufacturer's Age:** 12 months and up

**Buy Online**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**   ADD TO BABY REGISTRY ▸
  ADD TO WISH LIST ▸

**Find It In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability.
- (details)

SAVE **March Madness! Save $10 when you spend $75 or more using PayPal – Online Only Offer! -** (Details)

3/29/2014                                          Animal Alley Jumbo Horse - Brown - Toys R Us - Toys "R" Us



**Animal Alley:**
**Realistic Rabbit -**
**Dark Brown Mix**

Average
Customer Rating

(6 Ratings)

☐ Rate and Review
this item you add to
cart
**Read 6 Reviews**

**$10.99**

**Animal Alley:**
**Realistic Rabbit -**
**Gold**

Average
Customer Rating

(3 Ratings)

☐ Rate and Review
this item you add to
cart
**Read 3 Reviews**

**$10.99**

**Animal Alley Jumbo**
**Horse - Pink**

Average
Customer Rating

(6 Ratings)

**Rate and Review**
☐ This item is
temporarily
unavailable
Read 6 Reviews

**$29.98**

**Animal Alley:**
**Realistic Rabbit -**
**White**

Average
Customer Rating

(4 Ratings)

☐ Rate and Review
this item you add to
cart
Read 4 Reviews

**$10.99**

ADD TO WISH LIST ▸    ADD TO BABY REGISTRY ▸    **ADD ITEM(S) TO CART**



**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**                    **(based on 5 ratings)**

Customers most agreed on the following attributes:
**Pros:** Soft (5), Cute (3), Good quality (3), Realistic (3)
**Best Uses:** Imaginative play (5), Young children (3)

**Reviewed by 5 Customers**                                    Sort by: Newest ▼

Displaying Reviews 1-5 of 5

### Wonderful Deal!!!!

By **Scootersmom** from SC on **12/28/2008**

**Pros:** Cute, Good Quality, Interactive, Perfect Size, Realistic, Soft
**Best Uses:** Imaginative Play
**Describe Yourself:** Working Parent
**Bottom Line:**

My daughter saw this in store and had to have it! I was getting it at [$] but was on sale for [$] what a deal!! He is so large she feels like it is a real horse. Of course it is plush and does not require batteries!! A Plus!! Excellent detailed quality!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### Love, love, horse love!!

By **Amanda the horse rider** from Claremont, CA on **12/19/2008**

**Pros:** Big, Cute, Good Quality, Realistic, Soft
**Best Uses:** All Ages, Imaginative Play, Older Children, Young Children
**Describe Yourself:** A horse loving kid
**Bottom Line:**

I JUST got this horse and I love it! My room is chock-full of horse stuff! And this horse just made it better! I named him Tigger.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### GREAT TOY, WERY NICE,THE COLOR BRIGHT,

By **MONIKA** from FL on **11/19/2007**

**Pros:** Soft
**Cons:** NICE
**Best Uses:** Imaginative Play
**Describe Yourself:** SOFT TOY

3/29/2014                                          Animal Alley Jumbo Horse - Brown - Toys R Us - Toys "R" Us

**Bottom Line:**

WE BOUGHT MY SON FOR CRISTMAS ,NICE DETAIL THIS TOY ,IT IS WERY SOFT , I DONT CARE THAT TOY NO WATERPROOF.

THE FIRTS REVIEW CRAZY, HOW PERSON THINK IT IS GOING TO BE WATERPROOF.


DELIGHTFUL!

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

---

*[1 of 1 customers found this review helpful]*

### Should be waterproof

By **Busy Mom** from **Momville** on 11/15/2007

**Pros:** Soft
**Cons:** Difficult to Wash, Poor Quality
**Best Uses:** Imaginative Play, Young Children
**Bottom Line:**

This toy should be waterproof because when my young daughter was on it, she urinated on it. The stain is horrible.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

---

*[1 of 1 customers found this review helpful]*

### GREAT FOR KIDS!!!!!!!!!!!!!

By **Addy the busiest mom in the world** from **Tallahasse Florida** on 10/20/2007

**Pros:** Cute, Good Quality, Interactive, Lovely, Realistic, Soft, Washable
**Cons:** Ok, Requires Batteries
**Best Uses:** Great for moms too, Imaginative Play, Young Children
**Describe Yourself:** Busy busy and more busy, Parent Of Two Or More Children, Working Parent
**Bottom Line:**

I Just let me kids play on it all day of course they dont bother me

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

---

Displaying Reviews 1-5 of 5

     

| Strawberry Shortcake Ginger Snap with Ginger... | Strawberry Shortcake Winter Berry Twist Oran... | Strawberry Shortcake Winter Berry Twist Fros... | Aries 6 3/8" Figure - Warriors of the Z... | Baby Bear, Baby Bear, What Do You See? | Karen Katz Baby's Box of Fun: Book Gift Set |
|---|---|---|---|---|---|
| $4.98 | $4.98 | $4.98 | $7.98 | $9.98 | $9.98 |



**10% OFF**
YOUR FIRST IN-STORE PURCHASE,
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES, **APPLY TODAY▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU▶



**Autism**
**Help Solve the Puzzle**

FIND OUT HOW ▶

3/29/2014                                    Animal Alley Jumbo Horse - Brown - Toys R Us - Toys "R" Us



© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!
The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES** add to my registry          **NO** return to product page

CLOSE

## We're Sorry!
The item(s) below are discontinued and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ›**

3/28/2014                    Light Brown Berkley Bear - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Valentines Day > Stuffed Animals > Bears



PRODUCT ZOOM

# Light Brown Berkley Bear - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously

soft polyester coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush bear great for hugging

- Length: 20"

Product Description

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 619307

SKU: B06EF745

UPC/EAN/ISBN: 717851704031

Manufacturer #: 70402

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ▸



ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Cream Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable



Sammie the Pup 43" - Animal Alley - Toys "R" Us

3/28/2014                              Light Brown Berkley Bear - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $49.99

&#9634;Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Bears



PRODUCT ZOOM

# Light Brown Berkley Bear - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously

soft polyester coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**Get it there by the 24th! Find out how** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

PRODUCT **INFORMATION**

Features

- A luxuriously soft polyester coat makes this plush bear great for hugging

- Length: 20"

Product Description

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 619307

SKU: B06EF745

UPC/EAN/ISBN: 717851704031

Manufacturer #: 70402



ADDITIONAL WAYS **TO PAY**
**PayPal** **LIMITED TIME OFFER!** **GET $20 OFF** Toy Orders of $100 or More Using PayPal at Checkout! DETAILS >>

Our Price: $14.99

Qty:

3/28/2014                                          Light Brown Berkley Bear – Animal Alley – Toys "R" Us – Toys 'R' Us – Toys "R" Us





ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐ Include this item when you add to cart



Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart

3/28/2014                                   Light Brown Berkley Bear - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**


Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Valentines Day > Stuffed Animals > Bears



PRODUCT ZOOM

# Light Brown Berkley Bear - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously

soft polyester coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush bear great for hugging

- Length: 20"

Product Description

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 619307

SKU: B06EF745

UPC/EAN/ISBN: 717851704031

Manufacturer #: 70402

Our Price: $14.99

Qty:
1   **ADD ITEM(S) TO CART ▸**

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Cream Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Bears



🔍 PRODUCT ZOOM

# Light Brown Berkley Bear - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously

soft polyester coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush bear great for hugging

- Length: 20"

Product Description

The perfect cuddly companion, this floppy 20" Animal Alley Berkley Bear plush in light brown is sweet and adorable! A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Note: Gift wrap is available for this item.

Item #: 619307

SKU: B06EF745

UPC/EAN/ISBN: 717851704031

Manufacturer #: 70402

Our Price: $14.99

Qty: **ADD ITEM(S) TO CART ▸**
1

ADD TO BABY REGISTRY ▸

ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐ Include this item when you add to cart



Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**



Our Price: $59.99



STORE LOCATOR ›



ADD TO MY WISHLIST ›

EMAIL A FRIEND ›

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☑Include this item when you add to cart

3/29/2014    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐Include this item when you add to cart



Animal Alley 5 Piece 26" Flower Bundle
Our Price: $14.99

☐Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



# Animal Alley: 40-Inch Lying Brown Jumbo Horse

by:

## Toys 'R' Us

This Animal Alley Lying Brown Jumbo Horse is a soft, cuddly plush that measures 40 inches! This jumbo plush will inspire imaginative play. Your little one will have fun sitting on the saddle as they go on pretend rides. And they can pet and...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

This Animal Alley Lying Brown Jumbo Horse is a soft, cuddly plush that measures 40 inches! This jumbo plush will inspire imaginative play. Your little one will have fun sitting on the saddle as they go on pretend rides. And they can pet and care for the horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑ BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**

Our Price: $59.99

Qty: **ADD ITEM(S) TO CART ▸**
1

**ADD TO BABY REGISTRY ▸**
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▶

**RELATED ITEMS**



Bennington Holiday Bear in Red Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☐ This item is temporarily unavailable



Bennington Holiday Bear in Green Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☒ Include this item when you add to cart



Animal Alley: 40-Inch Lying Pink Jumbo Horse
Our Price: $59.99

☒ Include this item when you add to cart



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☒ Include this item when you add to cart



Animal Alley 5 Piece 26" Flower Bundle

Our Price: $14.99

⊞Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                          Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Jumbo-Sized

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
DETAILS >>

3/29/2014        Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Our Price: $59.99

STORE LOCATOR ▸



**ADD TO BABY REGISTRY** ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☑Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☑Include this item when you add to cart

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



**Basset Hound - Animal Alley - Toys "R" Us**
Our Price: $7.99

☐ Include this item when you add to cart



**Animal Alley 5 Piece 26" Flower Bundle**
Our Price: $14.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Jumbo-Sized

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY** Orders over $100. Subject to credit approval
DETAILS >>

Our Price: $59.99

Qty:
ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☒ Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☒ Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☒ Include this item when you add to cart



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐Include this item when you add to cart



Animal Alley 5 Piece 26" Flower Bundle
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▶

ADD TO BABY REGISTRY ▶

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty:
1    ADD ITEM(S) TO CART ▶

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

**ADD TO BABY REGISTRY ›**

**ADD TO MY WISHLIST ›**

EMAIL A FRIEND ›

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable



Animal Alley 5 Piece 26" Flower Bundle
List Price: $14.99*
Our Price: $3.98

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                          Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have