# EXHIBIT G, PART 7

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty:
1    ADD ITEM(S) TO CART ›



EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



## Animal Alley 5 Piece 26" Flower Bundle
List Price: $14.99*
Our Price: $3.98

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty: [ADD ITEM(S) TO CART ▸]
1



EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable



### Animal Alley 5 Piece 26" Flower Bundle

List Price: $14.99*
Our Price: $3.98

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley- Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty: **ADD ITEM(S) TO CART ▸**
1

ADD TO BABY REGISTRY ▶

ADD TO MY WISHLIST ▶

EMAIL A FRIEND ▶

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable

3/29/2014                          Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



**Animal Alley 5 Piece 26" Flower Bundle**
List Price: $14.99*
Our Price: $3.98

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





<u>Home</u> > <u>Stuffed Animals</u> > <u>Jumbo-Sized</u>



🔍 PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty: **ADD ITEM(S) TO CART ▸**
1

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

**ADD TO BABY REGISTRY ▸**

ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐ Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐ Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ This item is temporarily unavailable



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐ This item is temporarily unavailable

**ADD ITEM(S) TO CART ▸**

3/29/2014                                        Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty: **ADD ITEM(S) TO CART ▶**
1

3/29/2014                    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

 EMAIL A FRIEND ›

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐Include this item when you add to cart



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable

ADD ITEM(S) TO CART ›

ADD TO BABY REGISTRY ›

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014    Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT **INFORMATION**

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 71080

Our Price: $59.99

Qty: **ADD ITEM(S) TO CART ▶**
1

3/29/2014     Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

**ADD TO BABY REGISTRY ▸**

ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

**RELATED ITEMS**



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $4.98

☐Include this item when you add to cart



Animal Alley: Realistic Rabbit - Dark Brown Mix
Our Price: $10.99

☐Include this item when you add to cart



Animal Alley: Realistic Rabbit - Gold
Our Price: $10.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $4.98

☐Include this item when you add to cart



Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                                  Lying Brown Jumbo Horse - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Jumbo-Sized



PRODUCT ZOOM

# Lying Brown Jumbo Horse - Animal Alley

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have

fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)
**Availability:** Leaves warehouse in 2 - 3 weeks. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if he were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Brown Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as he goes on pretend rides! Your child can even pet and care for this magnificent horse as if he were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44256

SKU: 9E23C35E

UPC/EAN/ISBN: 717851710803

Manufacturer #: 160941

Our Price: $59.99

Qty:  ADD ITEM(S) TO CART ▸
1

**ADD TO BABY REGISTRY ›**

**ADD TO MY WISHLIST ›**

✉ EMAIL A FRIEND ›

**RELATED ITEMS**



Animal Alley: Realistic Rabbit – Dark Brown Mix
Our Price: $10.99

☐ This item is temporarily unavailable



Animal Alley: Realistic Rabbit – Gold
Our Price: $10.99

☐ This item is temporarily unavailable



Lying Pink Jumbo Horse – Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Animal Alley: Realistic Rabbit – White
Our Price: $10.99

☐ This item is temporarily unavailable



[Basset Hound - Animal Alley](#)
Our Price: $7.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ▶**

**ADD TO BABY REGISTRY ▶**

[Affiliate Program](#)
[Store Locator](#) | [About Us](#) | [Track My Order](#) | [Shipping](#) | [Returns](#) | [Site Map](#) | [Help](#)

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website [Terms and Conditions](#) and [Privacy Policy](#).

3/29/2014                    Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Pinktacular Collection > Stuffed Animals



PRODUCT ZOOM

# Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if she were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent horse as if she were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44094

SKU: 9E23C55E

UPC/EAN/ISBN: 717851710810

Manufacturer #: 71081



Our Price: $59.99

Qty:
1


ADD TO MY WISHLIST ›

EMAIL A FRIEND ›

**RELATED ITEMS**



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
Our Price: $29.99

☐ Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
Our Price: $29.99

☐ Include this item when you add to cart



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ This item is temporarily unavailable



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐Include this item when you add to cart



Animal Alley 5 Piece 26" Flower Bundle
Our Price: $14.99

☐Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Pinktacular Collection > Stuffed Animals





PRODUCT ZOOM

# Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if she were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent horse as if she were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44094

SKU: 9E23C55E

UPC/EAN/ISBN: 717851710810

Manufacturer #: 71081

3/29/2014                    Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
DETAILS >>

Our Price: $59.99

Qty:
1      ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Animal Alley - Gund
Our Price: $29.99

☐Include this item when you add to cart



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐This item is temporarily unavailable



[Basset Hound - Animal Alley - Toys "R" Us](#)
Our Price: $7.99

☐Include this item when you add to cart



[Animal Alley 5 Piece 26" Flower Bundle](#)
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

[Affiliate Program](#)
[Store Locator](#) | [About Us](#) | [Track My Order](#) | [Shipping](#) | [Returns](#) | [Site Map](#) | [Help](#)

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website [Terms and Conditions](#) and [Privacy Policy](#).





Home > Pinktacular Collection > Stuffed Animals



PRODUCT ZOOM

# Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun

sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if she were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent horse as if she were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44094

SKU: 9E23C55E

UPC/EAN/ISBN: 717851710810

Manufacturer #: 71081

**TEMPORARILY NOT
AVAILABLE ONLINE**

Our Price: $59.99

STORE LOCATOR ▸





EMAIL A FRIEND ▸

RELATED ITEMS



Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $19.99

☐Include this item when you add to cart



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐Include this item when you add to cart



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable

3/29/2014                    Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



**Animal Alley 5 Piece 26" Flower Bundle**
List Price: $14.99*
Our Price: $3.98

☐Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

https://web.archive.org/web/20080109010726/http://www.toysrus.com/product/index.jsp?productId=2908493                    4/4

3/29/2014    Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Pinktacular Collection > Stuffed Animals



🔍 PRODUCT ZOOM

# Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun

sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 6 years (details)

**SAVE** Take $10 off $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today. New users only. - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Polyester fiber gives this large plush horse an ultra-soft feel

- Your child can go on pretend rides as well as groom and care for this horse as if she were real

- Features a saddle and bridle with hook-and-loop closure

- Length: 46"

Product Description

Inspire imaginative play with this soft, cuddly Animal Alley Lying Pink Jumbo Horse measuring 46" long! Your little one will have fun sitting on the saddle as she goes on pretend rides! Your child can even pet and care for this magnificent horse as if she were real.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 6 years (details)

Item #: 44094

SKU: 9E23C55E

UPC/EAN/ISBN: 717851710810

Manufacturer #: 71081

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
DETAILS >>

Our Price: $59.99

Qty:
1    **ADD ITEM(S) TO CART ▸**

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS

Bennington Holiday Bear in Red Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $4.98

☐Include this item when you add to cart

Bennington Holiday Bear in Green Hat and Scarf - Limited First Edition - Animal Alley - Gund
List Price: $29.99*
Our Price: $4.98

☐Include this item when you add to cart

Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐Include this item when you add to cart

3/29/2014                          Lying Pink Jumbo Horse - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Basset Hound - Animal Alley - Toys "R" Us
Our Price: $7.99

☐This item is temporarily unavailable

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                          Animal Alley Jumbo Horse - Pink - Toys R Us - Toys "R" Us





- ○
  ○

- Email signup
- My account
- Help
- Find great baby products at Babies R Us

  Baby Registry
  Wish Lists
  Rewards R Us
  Gift Finder
  Gift Cards
  Geoffrey's Birthday Club
  Store Locator

- ○ Hot Deals Store Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV Building Sets & Blocks
- ○ Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Differently-Abled Toy Guide Electronic Learning Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments
- ○ Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods
- ○ Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Mom's

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▶

Favorites Other Toys
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Club Penguin Disney Fairies Disney Pixar's Cars The Movie G.I. Joe High School Musical Little People Pokemon Spider-Man
Star Trek Transformers WWE iCarly Batman Ben 10 Dora the Explorer Star Wars See All >>
Apple Banzai First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

[All Products ▼]     **GO!**
Welcome! Login or create an account. Learn why

**Autism** Help Solve the Puzzle     find out how ▶

Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Jumbo-Sized

## Animal Alley Jumbo Horse - Pink
By: **Toys R Us**

🖨 Print Page    ✉ Email A Friend

List Price: $59.99
**Our Price: $29.98**

**Buy Online**

**Out Of Stock**
Temporarily Not Available

[ADD TO BABY REGISTRY ▶]  [ADD TO WISH LIST ▶]

**Average Customer Rating**

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

🔍 Larger Image

Our Recommended Age: 12 months - 6 years (details)

Manufacturer's Age: 12 months and up

SAVE  March Madness! Save $10 when you spend $75 or more using PayPal – Online Only Offer! - (Details)