# EXHIBIT G, PART 8



**Animal Alley: Realistic Rabbit - Dark Brown Mix**

Average Customer Rating

(6 Ratings)

☐ Write a Review this item when you add to cart
Read 6 Reviews

$10.99

**Animal Alley: Realistic Rabbit - Gold**

Average Customer Rating

(3 Ratings)

☐ Write a Review this item when you add to cart
Read 3 Reviews

$10.99

**Animal Alley Jumbo Horse - Brown**

Average Customer Rating

(5 Ratings)

Rate and Review
☐ indicate this item when you add to cart
Read 5 Reviews

$29.98

**Animal Alley: Realistic Rabbit - White**

Average Customer Rating

(4 Ratings)

☐ Write a Review this item when you add to cart
Read 4 Reviews

$10.99

ADD TO WISH LIST ▶    ADD TO BABY REGISTRY ▶    ADD ITEM(S) TO CART

---

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**          (based on 6 ratings)

Customers most agreed on the following attributes:
          **Pros:** Colorful (3), Well constructed (3)
    **Best Uses:** Creative play (4), Young children (4)
**Describe Yourself:** Parent of two or more children (3)

---

**Reviewed by 6 Customers**          Sort by: Newest ▼

Displaying Reviews 1-6 of 6

### Great Buy

By **Mother of 2** from Ohio on 2/5/2009

          **Pros:** Amazing, Colorful, Well Constructed
    **Best Uses:** Creative Play, Young Children
**Describe Yourself:** Parent of Two or More Children
 **Bottom Line:**

This horse was probably the greatest thing I could have ever bought my daughter for her 2nd birthday. She loves to go to our local carrousel and ride the 'horsies'. So her and her little brother spend a lot of time with this horse at home. I'm planning on buying the brown horse for my son for his birthday so they can each have their own to play together.

*Was this review helpful to you?* Yes / No  - Report this review as inappropriate.

### Would Definitely Recommend

By **crzykdsx3** from edwards, ca on 1/23/2009

          **Pros:** Colorful, Long Lasting, Well Constructed
    **Best Uses:** Creative Play, Older Children, Young Children
**Describe Yourself:** Education Oriented, Parent of Two or More Children, Stay at Home Parent
 **Bottom Line:**

My daughter got this horse for Christmas last year and she loves it. Would recommend for any horse lover. She keeps it on her bed and sleeps with it every night. It's also great for laying on while reading, watching tv, etc.

*Was this review helpful to you?* Yes / No  - Report this review as inappropriate.

*[0 of 1 customers found this review helpful]*

### I love horseys

By **ilovehorseyrides** from Philadelphia PA on 1/18/2009

          **Pros:** Realistic

3/29/2014                                    Animal Alley Jumbo Horse - Pink - Toys R Us - Toys "R" Us

**Best Uses:** Collecting, Creative Play, Older Children
**Bottom Line:**

I have a brown horsey. I love to ride him. Giddyup horsey!!!!

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### Girl Gone WILD !

By **Well Seasoned Mom** from **Newark, DE** on **11/7/2008**

**Pros:** Colorful, Long Lasting, Well Constructed
**Best Uses:** Creative Play
**Describe Yourself:** Parent of Two or More Children
**Bottom Line:**

Large, cuddly and SOFT. If you have a horse lover like we do, this is for you. She has spent countless hours sitting, laying and racing this horse over the "finish line". Can't go wrong.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### Soft, Very Cute, and Girly

By **Wonderful Mommy** from **Philadelphia, PA** on **3/28/2008**

**Pros:** Cute, Good Quality, Soft
**Cons:** No Box Plastic Wrap
**Best Uses:** Decoration, Imaginative Play, Young Children
**Describe Yourself:** First Time Parent
**Bottom Line:**

Soft, Very Cute, and Girly. Just perfect for a little girl.

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

### poor quality and workmanship

By **susie** from **woburn massachusetts** on **12/7/2007**

**Pros:** Cute
**Cons:** Poor Quality
**Best Uses:** Young Children
**Describe Yourself:** Grandparent
**Bottom Line:**

I purchased this horse it is coming apart at the seams. I have stitched it several times. in many places., very unhappy with the quality of this product. [...]

*Was this review helpful to you?* **Yes / No** - **Report this review as inappropriate.**

Displaying Reviews 1-6 of 6

     

| Animal Alley Jumbo Horse - Brown | Strawberry Shortcake Ginger Snap with Ginger... | Strawberry Shortcake Winter Berry Twist Oran... | Strawberry Shortcake Winter Berry Twist Fros... | Aries 6 3/8" Figure - Warriors of the Z... | Baby Bear, Baby Bear, What Do You Ka See? |
|---|---|---|---|---|---|
| $29.98 | $4.98 | $4.98 | $4.98 | $7.98 | $9.98 |



**10% OFF**
**YOUR FIRST IN-STORE PURCHASE.**
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES. **APPLY TODAY ▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶

3/29/2014                                      Animal Alley Jumbo Horse - Pink - Toys R Us - Toys "R" Us



**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

3/29/2014                                    Animal Alley Jumbo Horse - Pink - Toys R Us - Toys "R" Us

3/28/2014                    Sammie the Pup 26" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Sammie the Pup 26" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value! -** (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Length: 26"

Product Description

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18506

SKU: C0B49940

UPC/EAN/ISBN: 717851704215

Manufacturer #: 70421

ADDITIONAL WAYS TO PAY

GET $10 OFF $30 with ☑BillMeLater PLUS TAKE 90 DAYS TO PAY
Orders over $100. Subject to credit approval
DETAILS >>

3/28/2014                                          Sammie the Pup 26" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $14.99



Qty:
1

ADD TO BABY REGISTRY ▶
ADD TO MY WISHLIST ▶

EMAIL A FRIEND ▶

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐Include this item when you add to cart



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐This item is temporarily unavailable



ADD ITEM(S) TO CART ►

ADD TO BABY REGISTRY ►

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                        Sammie the Pup 26" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Animals > Cats & Dogs





PRODUCT ZOOM

# Sammie the Pup 26" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester

coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Length: 26"

Product Description

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18506

SKU: C0B49940

UPC/EAN/ISBN: 717851704215

Manufacturer #: 70421

Our Price: $14.99

Qty:
1
 ADD ITEM(S) TO CART ›

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

 EMAIL A FRIEND ›

3/28/2014                                    Sammie the Pup 26" - Animal Alley- Toys "R" Us - Toys 'R' Us - Toys "R" Us

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☑ Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☑ Include this item when you add to cart



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Sammie the Pup 26" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester

coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**SAVE** Take $10 off $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today. New users only. - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Length: 26"

Product Description

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18506

SKU: C0B49940

UPC/EAN/ISBN: 717851704215

Manufacturer #: 70421

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater PLUS TAKE 90 DAYS TO PAY
Orders over $100. Subject to credit approval
DETAILS >>

Our Price: $14.99

3/28/2014                        Sammie the Pup 26" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Qty:
1

**ADD ITEM(S) TO CART** ▸

**ADD TO BABY REGISTRY** ▸
**ADD TO MY WISHLIST** ▸

✉ EMAIL A FRIEND ▸

**RELATED ITEMS**

Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable

Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart

Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ This item is temporarily unavailable





### Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐Include this item when you add to cart

**ADD ITEM(s) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program

Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Cats & Dogs



🔍 PRODUCT ZOOM

# Sammie the Pup 26" - Animal Alley

by:

## Toys 'R' Us

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester

coat makes him great for hugging!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Length: 26"

Product Description

The perfect canine companion, this 26" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18506

SKU: C0B49940

UPC/EAN/ISBN: 717851704215

Manufacturer #: 70421

Our Price: $14.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014                                            Sammie the Pup 26" - Animal Alley - Toys 'R' Us - Toys "R" Us

RELATED ITEMS



Light Brown Berkley Bear - Animal Alley
Our Price: $14.99

☒Include this item when you add to cart



Standing Penguin - Animal Alley
Our Price: $14.99

☒Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☒Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐This item is temporarily unavailable

ADD ITEM(s) TO CART ›

ADD TO BABY REGISTRY ›

Affiliate Program

Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                    Sammie the Pup 43" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



# Sammie the Pup 43" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow....(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Sammie can also be used as a comfy, cuddly pillow

- Length: 43"

Product Description

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18336

SKU: B06EE245

UPC/EAN/ISBN: 717851710636

Manufacturer #: 71063

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**

3/28/2014                                    Sammie the Pup 43" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $49.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ Include this item when you add to cart



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



https://web.archive.org/web/20071110160943/http://www.toysrus.com/product/index.jsp?productId=2880527                3/4

**Sammie the Pup 26" - Animal Alley - Toys "R" Us**
Our Price: $14.99

☐ Include this item when you add to cart



**Sitting Panda Bear - Animal Alley - Toys "R" Us**
Our Price: $14.99

☐ This item is temporarily unavailable

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Sammie the Pup 43" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester

coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow....(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Sammie can also be used as a comfy, cuddly pillow

- Length: 43"

Product Description

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18336

SKU: B06EE245

UPC/EAN/ISBN: 717851710636

Manufacturer #: 71063

Our Price: $49.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸

ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS

Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable

Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☑Include this item when you add to cart

Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐This item is temporarily unavailable

Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☑Include this item when you add to cart



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart(0 Items)

Search:



Home > Stuffed Animals > Animals > Cats & Dogs



PRODUCT ZOOM

# Sammie the Pup 43" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester

coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow....(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

PRODUCT **INFORMATION**

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Sammie can also be used as a comfy, cuddly pillow

- Length: 43"

Product Description

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18336

SKU: B06EE245

UPC/EAN/ISBN: 717851710636

Manufacturer #: 71063

Our Price: $49.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸

ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS

Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable

Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐Include this item when you add to cart

Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart

Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐This item is temporarily unavailable



## Sammie the Pup 26" - Animal Alley - Toys "R" Us

Our Price: $14.99

☐ Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                    Sammie the Pup 43" - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Animals > Cats & Dogs





PRODUCT ZOOM

# Sammie the Pup 43" - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester

coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow....(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- A luxuriously soft polyester coat makes this plush pup great for hugging

- Sammie can also be used as a comfy, cuddly pillow

- Length: 43"

Product Description

The perfect canine companion, this 43" floppy Animal Alley Sammie the Pup plush is sweet and adorable. A luxuriously soft polyester coat makes him great for hugging and his large size allows him to double as a comfy, cuddly pillow.

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 18336

SKU: B06EE245

UPC/EAN/ISBN: 717851710636

Manufacturer #: 71063

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ■BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval!
DETAILS >>

Our Price: $49.99

Qty: ADD ITEM(S) TO CART ›

1

**ADD TO BABY REGISTRY ▸**
**ADD TO MY WISHLIST ▸**

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐This item is temporarily unavailable



Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐This item is temporarily unavailable

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                          Sammie the Pup 43" - Animal Alley - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WayBackMachine
7 captures
10 Nov 07 - 16 Oct 09

http://www.toysrus.com/product/index.jsp?productid=2880527    Go

MAR  JAN  OCT  Close
◄  25  ►
2008  2009  2010    Help



- o
  o

- Email signup
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- o    Hot Deals Store Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV Building Sets & Blocks
  o    Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Electronic Learning Science & Discovery Differently-Abled Kids More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments
  o    Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods
  o    Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony

BABIES R US
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

PSP More >> Mom's Favorites Other Toys
- o    Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- o    Bakugan Barbie Bratz Club Penguin Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man Speed Racer
- o    Spider-Man Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars Thomas & Friends See All >>
- o    Apple Banzai First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
- o    Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
       ToysRUs Exclusives Clearance Award Winners

0
items



All Products ▾                                    GO!

Welcome! Login or create an account. Learn why

CHOOSE YOUR PERFECT GIFT and redeem your Gift Cards online ▸

Home > Preschool > Dolls & Stuffed Animals > Stuffed Animals > Jumbo-Sized





🔍 Larger Image

**Sammie the Pup 43" - Animal Alley**
By: Toys R Us

🖨 Print Page    ✉ Email A Friend

## Our Price: $49.99

Average Customer Rating
(8 Ratings)
Rate and Review this Item
Read 8 Reviews

Our Recommended Age: 12 months - 7 years
(details)
Manufacturer's Age: 12 months and up

**Buy Online**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

ADD TO CART    ADD TO BABY REGISTRY ▸
               ADD TO WISH LIST ▸

**Find It In Stores**

**Want it today? (beta)**
To check availability of this item at stores in and around the
**Chicago, Dallas, Detroit & Philadelphia areas** only - (details)

Enter your ZIP code and click 'GO!':  Enter Zip    GO!





**Animal Alley Standing Penguin**

Average Customer Rating

(17 Ratings)

Rate and Review
Read 17 Reviews

$19.99

**Sitting Panda Bear - Animal Alley**

$14.99

☐ This item is temporarily unavailable

ADD TO WISH LIST ▸    ADD TO BABY REGISTRY ▸    ADD ITEM(S) TO CART

---

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**              **(based on 8 ratings)**

Customers most agreed on the following attributes:
                **Pros:**  Cute (7), Soft (5), Good quality (4)
       **Best Uses:**  Young children (4)

---

**Reviewed by 8 Customers**                                                Sort by: [Newest        ▼]

Displaying Reviews 1-8 of 8

### Love it! Drags well!

By LilisMom from KY on 12/1/2009

                **Pros:**  Cute, Good Quality, Snuggly, Soft
       **Best Uses:**  All Ages, Young Children
**Describe Yourself:**  Parent Of Two Or More Children
       **Bottom Line:**

We have had Sammie for almost a full year. My daughter sleeps with this big sucker every night. During the day, she drags it around the house. It has survived it all with only 1 surgery required to fix a small tear in his ear (where she holds him when she's dragging). The material is thick so the carpet doesn't rub holes into it. I highly recommend this puppy. I just need a cat this big too.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### sammie the pup 43

By tammy from Hanover,PA on 6/27/2009

                **Pros:**  A best friend to her, Cute, Good Quality, Huggable, LOVEABLE, Snuggly, Soft
       **Best Uses:**  Young Children
**Describe Yourself:**  Grandparent, Parent Of Two Or More Children, Stay At Home Parent
       **Bottom Line:**

3/28/2014                                    Sammie the Pup 43" - Animal Alley- Toys R Us - Toys "R" Us

We originally purchased the 26" dog and my daughter loved it so much,we had to take it everywhere. The dog was bigger than her, it was so cute watching her trying to carry it around,it got to hard trying to put it in carts with her,so I purchased the smaller dog for the car. We have take it everywhere we go, we call it the vehicle doggy. My daughter is now 2, she takes the 26" dog still all through the house,and up to bed with her at night. When she goes to sleep she holds the doggys ear its so cute. The first thing she looks for in the morning is her doggy. her 26" doggy is so flimsy from her carrying it around and laying on him. I went to purchase another 26" for her, I was so disappointed that they had no more, so I purchased the pink one 26", she doesn't care to much for that one. I was even more disappointed to see they don't have the smaller one either. We purchased the 43" one last night, she fell in love with it, she can't even carry it. She now wants to carry both doggys around with her. She wouldn't go upstairs last night without the 43" doggy. The dog took up the whole crib. She laid on the 43" dog and hugged the 26" dog,and held the 26" dogs ear to go to sleep.

*Was this review helpful to you?* **Yes / No - Report this review as inappropriate.**

### LOVE IT!!!

By **AdriLOVEs_mommie** from **SanDiego, CA** on **2/15/2009**

       **Pros:** Adorable, Cute, Over-sized fun
    **Best Uses:** Home
**Describe Yourself:** Parent
  **Bottom Line:**

So I got this as a Valentines gift && fell in love with it bc it is super cute...well lil did I know my 2yr old would love it more than I do. It's perfect he lays on it when he's watchin his movies, or just lounging around && even drags it to bed. It's soft, comfy, adorable & apparently easy to clean...what more do u need??? A lil pricey but hey it's well worth it

*Was this review helpful to you?* **Yes / No - Report this review as inappropriate.**

### My son won't sleep without it!

By **Mama of 2 boys** from **Colonia, NJ** on **2/11/2009**

       **Pros:** Easy To Use, High Quality
    **Best Uses:** Home
**Describe Yourself:** Parent
  **Bottom Line:**

My 3-year-old son doesn't like stuffed animals at all, so we almost returned this gift before he saw it. What a mistake that would have been! He loves laying on his puppy dog and insists on sleeping on it when he isn't feeling well. Cleans up easily just by throwing in the washer/dryer. We probably would not have bought such an expensive gift for a kid who didn't ask for it specifically, but we are so glad that someone else did and we are already anticipating the need to buy a second one when our younger son gets a bit older.

Images shared by: **Mama of 2 boys**



*Was this review helpful to you?* **Yes / No - Report this review as inappropriate.**

*[2 of 2 customers found this review helpful]*

### My daughter's best friend!

By **Happymom** from **CO** on **7/25/2008**

       **Pros:** Easy to Clean, Long Lasting, Soft cute
    **Best Uses:** Young Children
**Describe Yourself:** First Time Parent, Stay at Home Parent
  **Bottom Line:**

My daughter (23 mo.) got this puppy as a gift on her 1st b-day and it is by far her favorite toy/pillow/blanket replacement. She carries it around all day long. It is really soft and works perfect as a soothing device to go to sleep with. I put it in the washer and drier at least 3 times a month and still looks like new. I've been thinking on getting another one to have as a replacement in case something happens to the original one.

*Was this review helpful to you?* **Yes / No - Report this review as inappropriate.**

*[1 of 1 customers found this review helpful]*

### My nieces love it.

By **Lucky Luch**    from **NY** on **4/1/2008**

       **Pros:** Cute, Good Quality, Interactive, Soft
       **Cons:** No choices for color
    **Best Uses:** Imaginative Play, Young Children
**Describe Yourself:** Uncle of twin girls
  **Bottom Line:**

I bought this for my twin 17 month old nieces to replace another stuffed dog from Toys R Us that they used so much it was flat. They love laying on the puppy and petting it like its a real dog. Awesome product for a small child to snuggle with and use as a lounge pillow while they watch their videos or drink their milk. There should be more choices in terms of color and shape with these large stuffed dogs though.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[0 of 3 customers found this review helpful]*

### Not the best gift

By **Korbinzmum** from **Seaford, De** on **1/29/2008**

| | |
|---|---|
| **Pros:** | Cute, Soft |
| **Cons:** | Boring, Difficult to Wash, No Interaction, Not a play toy |
| **Best Uses:** | Decoration |
| **Describe Yourself:** | Parent Of Multiples (Twins etc), Working Parent |

This PUP cost alot but does nothing.. It may be pretty large but it doesn't amuse my son.... he would rather it lay around or be put in the closet

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### "What a big hit!"

By **Diane** from **MN** on **1/12/2008**

| | |
|---|---|
| **Pros:** | Cute, Good Quality, Soft, Washable |
| **Best Uses:** | Anyone can use it |
| **Describe Yourself:** | College student |
| **Bottom Line:** | |

What a great present to give. it was the big hit at Christmas.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

Displaying Reviews 1-8 of 8

      

Melissa & Doug Lifelike & Lovable Plush Dalm...   Joovy Caboose Stand-On Tandem Stroller - Bla...   Tike Tech Trax360 Red Single Swivel Stroller

$34.98                          $139.90                          $239.98

Upholstered Baby Boy



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.   **APPLY TODAY ▶**



**STORE LOCATOR**
**FIND A STORE** NEAR YOU ▶



geoffreys
**BiRTHDaY**
club
SIGN UP **TODAY ▶**



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶

3/28/2014                                          Sammie the Pup 43" - Animal Alley - Toys R Us - Toys "R" Us



**GIFT CARDS**
REDEEM IN-STORE OR ONLINE ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

| Select a site ▾ |

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

**YES**
add to my registry

**NO**
return to product page

CLOSE ✖

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

**RETURN TO THE PRODUCT PAGE ▸**

3/28/2014                                      Sammie the Pup 43" - Animal Alley - Toys R Us - Toys "R" Us





- 
  - 
  - 

- Email signup
- My account
- Help
- Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

- Hot Deals Store Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV Building Sets & Blocks
  - Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Electronic Learning Science & Discovery Differently-Abled Kids More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments
  - Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods
  - Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Mom's

**BABIES "R" US**
Looking for baby products?
Visit Babies "R" Us for all your newborn, infant and toddler needs. Go now ▸

Favorites Other Toys
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Bratz Club Penguin Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man Speed Racer
Spider-Man Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars Thomas & Friends See All >>
Apple Banzai First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |  **GO!**

Welcome! Login or create an account. Learn why



**The perfect gift with just a click!** Buy or redeem a GIFT CARD ONLINE ›

Home > Preschool > Dolls & Stuffed Animals > Stuffed Animals > Jumbo-Sized




Larger Image

### Sammie the Pup 43" - Animal Alley
By: **Toys R Us**

🖨 Print Page   ✉ Email A Friend

**Our Price: $49.99**

**Average Customer Rating**

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

Our Recommended Age: 12 months - 7 years (details)

Manufacturer's Age: 12 months and up



**Buy Online**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**   ADD TO BABY REGISTRY ▸
                   ADD TO WISH LIST ▸

**Find it In Stores**

**Want it today? (beta)**
To check availability of this item at stores in and around the
**Chicago, Dallas, Detroit & Philadelphia areas only** - (details)

Enter your ZIP code and click 'GO!':  Enter Zip   **GO!**

3/28/2014                            Sammie the Pup 43" - Animal Alley- Toys R Us - Toys "R" Us



**Animal Alley
Standing Penguin**

Average
Customer Rating

(17 Ratings)

**Rate and Review**
☐ Indicate this item
when you add to
**Read 17 Reviews**
cart

$19.99

**Sitting Panda Bear -
Animal Alley**

$14.99

☐ This item is
temporarily
unavailable

ADD TO WISH LIST ▸    ADD TO BABY REGISTRY ▸    ADD ITEM(S) TO CART

---

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**                    **(based on 8 ratings)**

Customers most agreed on the following attributes:
              **Pros:**   Cute (7), Soft (5), Good quality (4)
          **Best Uses:**  Young children (4)

---

**Reviewed by 8 Customers**                                    Sort by: [Newest          ▼]

Displaying Reviews 1–8 of 8

### Love it! Drags well!

By LillsMom from KY on 12/1/2009

              **Pros:**   Cute, Good Quality, Snuggly, Soft
          **Best Uses:**  All Ages, Young Children
  **Describe Yourself:**  Parent Of Two Or More Children
        **Bottom Line:**

We have had Sammie for almost a full year. My daughter sleeps with this big sucker every night. During the day, she drags it around the house. It has survived it all with only 1 surgery required to fix a small tear in his ear (where she holds him when she's dragging). The material is thick so the carpet doesn't rub holes into it. I highly recommend this puppy. I just need a cat this big too.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### sammie the pup 43

By tammy from Hanover,PA on 6/27/2009

              **Pros:**   A best friend to her, Cute, Good Quality, Huggable, LOVEABLE, Snuggly, Soft
          **Best Uses:**  Young Children
  **Describe Yourself:**  Grandparent, Parent Of Two Or More Children, Stay At Home Parent
        **Bottom Line:**

We originally purchased the 26" dog and my daughter loved it so much,we had to take it everywhere. The dog was bigger than her, it was so cute watching her trying to carry it around.It got to hard trying to put it in carts with her,so I purchased the smaller dog for the car. We have take it everywhere we go, we call it the vehicle doggy. My daughter is now 2, she takes the 26" dog still all through the house,and up to bed with her at night. When she goes to sleep she holds the doggys ear its so cute. The first thing she looks for in the morning is her doggy. her 26" doggy is so flimsy from her carrying it around and laying on him. I went to purchase another 26" for her, I was so disappointed that they had no more, so I purchased the pink one 26", she doesn't care to much for that one. I was even more disappointed to see they don't have the smaller one either. We purchased the 43" one last night, she fell in love with it, she can't even carry it. She now wants to carry both doggys around with her. She wouldn't go upstairs last night without the 43" doggy. The dog took up the whole crib. She laid on the 43" dog and hugged the 26" dog,and held the 26" dogs ear to go to sleep.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### LOVE IT!!!

By AdriLOVEs_mommie from SanDiego, CA on 2/15/2009

              **Pros:**   Adorable, Cute, Over-sized fun
          **Best Uses:**  Home

3/28/2014                                      Sammie the Pup 43" - Animal Alley - Toys R Us - Toys "R" Us

**Describe Yourself:** Parent
**Bottom Line:**

So I got this as a Valentines gift && fell in love with it bc it is super cute...well I(i) did I know my 2yr old would love it more than I do, it's perfect he lays on it when he's watchin his movies, or just lounging around && even drags it to bed, it's soft, comfy, adorable & apparently easy to clean...what more do u need??? A lil pricey but hey it's well worth it

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### My son won't sleep without it!

By **Mama of 2 boys** from **Colonia, NJ** on **2/11/2009**

**Pros:** Easy To Use, High Quality
**Best Uses:** Home
**Describe Yourself:** Parent
**Bottom Line:**

My 3-year-old son doesn't like stuffed animals at all, so we almost returned this gift before he saw it. What a mistake that would have been! He loves laying on his puppy dog and insists on sleeping on it when he isn't feeling well. Cleans up easily just by throwing in the washer/dryer. We probably would not have bought such an expensive gift for a kid who didn't ask for it specifically, but we are so glad that someone else did and we are already anticipating the need to buy a second one when our younger son gets a bit older.

Images shared by: **Mama of 2 boys**



*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[2 of 2 customers found this review helpful]*

### My daughter's best friend!

By **Happymom** from **CO** on **7/25/2008**

**Pros:** Easy to Clean, Long Lasting, Soft cute
**Best Uses:** Young Children
**Describe Yourself:** First Time Parent, Stay at Home Parent
**Bottom Line:**

My daughter (23 mo.) got this puppy as a gift on her 1st b-day and it is by far her favorite toy/pillow/blanket replacement. She carries it around all day long. It is really soft and works perfect as a soothing device to go to sleep with. I put it in the washer and drier at least 3 times a month and still looks like new. I've been thinking on getting another one to have as a replacement in case something happens to the original one.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[1 of 1 customers found this review helpful]*

### My nieces love it.

By **Lucky Luch** from **NY** on **4/1/2008**

**Pros:** Cute, Good Quality, Interactive, Soft
**Cons:** No choices for color
**Best Uses:** Imaginative Play, Young Children
**Describe Yourself:** Uncle of twin girls
**Bottom Line:**

I bought this for my twin 17 month old nieces to replace another stuffed dog from Toys R Us that they used so much it was flat. They love laying on the puppy and petting it like its a real dog. Awesome product for a small child to snuggle with and use as a lounge pillow while they watch their videos or drink their milk. There should be more choices in terms of color and shape with these large stuffed dogs though.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

*[0 of 3 customers found this review helpful]*

### Not the best gift

By **Korbinzmum** from **Seaford,De** on **1/29/2008**

**Pros:** Cute, Soft
**Cons:** Boring, Difficult to Wash, No interaction, Not a play toy
**Best Uses:** Decoration
**Describe Yourself:** Parent Of Multiples (Twins etc), Working Parent

This PUP cost alot but does nothing.. It may be pretty large but it doesn't amuse my son.... he would rather it lay around or be put in the closet

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### "What a big hit!"

By **Diane** from **MN** on **1/12/2008**

**Pros:** Cute, Good Quality, Soft, Washable
**Best Uses:** Anyone can use it
**Describe Yourself:** College student
**Bottom Line:**

3/28/2014                                         Sammie the Pup 43" - Animal Alley - Toys R Us - Toys "R" Us

What a great present to give, it was the big hit at Christmas.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

Displaying Reviews 1-8 of 8



| Melissa & Doug Lifelike & Lovable Plush Dalm... | Baby Jogger City Series Single Swivel Wheel ... | JJ Cole Original Bundle Me - Cocoa | Tike Tech Trax360 Red Single Swivel Stroller | Manhattan Toy Winkle | BOB Trailers Infant Car Seat Adapter  L |
|---|---|---|---|---|---|
| $34.98 | $399.99 | $39.99 | $239.98 | $13.99 | $59.00 |

Neutral Baby Boy

2267137



10% OFF
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  APPLY TODAY ►



STORE LOCATOR
FIND A STORE NEAR YOU ►



geoffreys
BiRTHDaY
club

SIGN UP TODAY ►



IN-STORE EVENTS
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ►

GIFT CARDS
REDEEM IN-STORE OR ONLINE ►

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room

3/28/2014                                  Sammie the Pup 43" - Animal Alley - Toys R Us - Toys "R" Us

- 
  - Affiliate Program
  
  - Safe & Secure Shopping
  
  - Terms & Conditions
    Privacy Policy
    Site Map
  - o
    - o

Select a site ▾

© 2009 Geoffrey, LLC, All Rights Reserved, Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

3/28/2014    Animal Alley 43 inch Sammie the Pup - Toys R Us - Toys "R" Us



INTERNET ARCHIVE
WayBack Machine    http://www.toysrus.com/product/index.jsp?productId=2880527    Go    JAN  OCT  NOV  Close
7 captures    ◀  **16**  ▶    Help
10 Nov 07 - 16 Oct 09    2008  2009  2010



- ○
- ○

Email signup
Product Alerts
My account
Help
Find great baby products at Babies R Us

Baby Registry
Wish Lists
Rewards R Us
Gift Finder
Gift Cards
Geoffrey's Birthday Club
Store Locator

○ Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Halloween Costumes & Accessories Infant Costumes Toddler Costumes Kids Costumes More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies
○ Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

**BABIES Я US**
Looking for baby products?
Visit Babies"R"Us for all your newborn,
infant and toddler needs. Go now ▸

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Webkinz See All >>
Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼    **GO!**
Welcome! Login or create an account. Learn why

**FREE SHIPPING**    on **Hundreds** of items with your purchase of $75 or more
from our Free Shipping Store!    shop now ▸

Home > Baby Toys > Soft & Plush Toys

## Animal Alley 43 inch Sammie the Pup

By: **Toys R Us**

■FREE Animal Alley Plush with purchase! (Details

**Average Customer Rating**

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

**Our Recommended Age: Birth - 7 years (details)**
Manufacturer's Age: Birth and up

Share:

**SHARE**  t f ✉ ...

**Buy Online**    Print Page  Email A Friend

**Our Price: $49.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1

**ADD TO CART**

**Find it in Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

3/28/2014                                Animal Alley 43 inch Sammie the Pup - Toys R Us - Toys "R" Us

**Special Offers**

FREE Animal Alley Plush priced $14.99 or less when you buy ANY Animal Alley plush priced $19.99 or more! - (Details)

Shipping





**Animal Alley Standing Penguin**

Average Customer Rating

(17 Ratings)

Rate and Review
☐ Indicate this item when you add to cart
Read 17 Reviews

$19.99

**Animal Alley Sitting Panda Bear**

$14.99

☐ This item is temporarily unavailable

Add to WISH LIST    Add to BABY REGISTRY    **ADD ITEM(S) TO CART**

---

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**                    **(based on 8 ratings)**

Customers most agreed on the following attributes:
- **Pros:** Cute (7), Soft (5), Good quality (4)
- **Best Uses:** Young children (4)

---

**Reviewed by 8 Customers**                                         Sort by: Newest ▼

Displaying Reviews 1-8 of 8

### Love it! Drags well!

By LilleMom from KY on 12/1/2009

- **Pros:** Cute, Good Quality, Snuggly, Soft
- **Best Uses:** All Ages, Young Children
- **Describe Yourself:** Parent Of Two Or More Children
- **Bottom Line:**

We have had Sammie for almost a full year. My daughter sleeps with this big sucker every night. During the day, she drags it around the house. It has survived it all with only 1 surgery required to fix a small tear in his ear (where she holds him when she's dragging). The material is thick so the carpet doesn't rub holes into it. I highly recommend this puppy. I just need a cat this big too.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### sammie the pup 43

By tammy from Hanover,PA on 6/27/2009

- **Pros:** A best friend to her, Cute, Good Quality, Huggable, LOVEABLE, Snuggly, Soft
- **Best Uses:** Young Children
- **Describe Yourself:** Grandparent, Parent Of Two Or More Children, Stay At Home Parent
- **Bottom Line:**

We originally purchased the 26" dog and my daughter loved it so much, we had to take it everywhere. The dog was bigger than her, it was so cute watching her trying to carry it

3/28/2014                                      Animal Alley 43 inch Sammie the Pup - Toys R Us - Toys "R" Us

around.it got to hard trying to put it in carts with her,so I purchased the smaller dog for the car. We have take it everywhere we go, we call it the vehicle doggy. My daughter is now 2, she takes the 26" dog still all through the house,and up to bed with her at night. When she goes to sleep she holds the doggys ear its so cute. The first thing she looks for in the morning is her doggy. her 26" doggy is so flimsy from her carrying it around and laying on him. I went to purchase another 26" for her, I was so disappointed that they had no more, so I purchased the pink one 26", she doesn't care to much for that one. I was even more disappointed to see they don't have the smaller one either. We purchased the 43" one last night, she fell in love with it, she can't even carry it. She now wants to carry both doggys around with her. She wouldn't go upstairs last night without the 43" doggy. The dog took up the whole crib. She laid on the 43" dog and hugged the 26" dog,and held the 26" dogs ear to go to sleep.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### LOVE IT!!!

By AdriLOVEs_mommie from SanDiego, CA on 2/15/2009

|  |  |
|---|---|
| **Pros:** | Adorable, Cute, Over-sized fun |
| **Best Uses:** | Home |
| **Describe Yourself:** | Parent |
| **Bottom Line:** |  |

So I got this as a Valentines gift && fell in love with it bc it is super cute...well lil did I know my 2yr old would love it more than I do. It's perfect he lays on it when he's watchin his movies, or just lounging around && even drags it to bed. It's soft, comfy, adorable & apparently easy to clean...what more do u need??? A lil pricey but hey it's well worth it.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

### My son won't sleep without it!

By Mama of 2 boys from Colonia, NJ on 2/11/2009

|  |  |
|---|---|
| **Pros:** | Easy To Use, High Quality |
| **Best Uses:** | Home |
| **Describe Yourself:** | Parent |
| **Bottom Line:** |  |

My 3-year-old son doesn't like stuffed animals at all, so we almost returned this gift before he saw it. What a mistake that would have been! He loves laying on his puppy dog and insists on sleeping on it when he isn't feeling well. Cleans up easily just by throwing in the washer/dryer. We probably would not have bought such an expensive gift for a kid who didn't ask for it specifically, but we are so glad that someone else did and we are already anticipating the need to buy a second one when our younger son gets a bit older.

Images shared by: Mama of 2 boys



*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

[2 of 2 customers found this review helpful]

### My daughter's best friend!

By Happymom from CO on 7/25/2008

|  |  |
|---|---|
| **Pros:** | Easy to Clean, Long Lasting, Soft cute |
| **Best Uses:** | Young Children |
| **Describe Yourself:** | First Time Parent, Stay at Home Parent |
| **Bottom Line:** |  |

My daughter (23 mo.) got this puppy as a gift on her 1st b-day and it is by far her favorite toy/pillow/blanket replacement. She carries it around all day long. It is really soft and works perfect as a soothing device to go to sleep with. I put it in the washer and drier at least 3 times a month and still looks like new. I've been thinking on getting another one to have as a replacement in case something happens to the original one.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

[1 of 1 customers found this review helpful]

### My nieces love it.

By Lucky Luch     from NY on 4/1/2008

|  |  |
|---|---|
| **Pros:** | Cute, Good Quality, Interactive, Soft |
| **Cons:** | No choices for color |
| **Best Uses:** | Imaginative Play, Young Children |
| **Describe Yourself:** | Uncle of twin girls |
| **Bottom Line:** |  |

I bought this for my twin 17 month old nieces to replace another stuffed dog from Toys R Us that they used so much it was flat. They love laying on the puppy and petting it like its a real dog. Awesome product for a small child to snuggle with and use as a lounge pillow while they watch their videos or drink their milk. There should be more choices in terms of color and shape with these large stuffed dogs though.

*Was this review helpful to you?* Yes / No - Report this review as inappropriate.

[0 of 3 customers found this review helpful]

### Not the best gift

By Korbinzmum from Seaford,De on 1/29/2008

|  |  |
|---|---|
| **Pros:** | Cute, Soft |
| **Cons:** | Boring, Difficult to Wash, No interaction, Not a play toy |
| **Best Uses:** | Decoration |

3/28/2014                                    Animal Alley 43 inch Sammie the Pup - Toys R Us - Toys "R" Us

**Describe Yourself:**   Parent Of Multiples (Twins etc), Working Parent

This PUP cost alot but does nothing.. it may be pretty large but it doesn't amuse my son,... he would rather it lay around or be put in the closet

*Was this review helpful to you?* **Yes** / **No** **- Report this review as inappropriate.**

---

### "What a big hit!"

By **Diane** from **MN** on 1/12/2008

**Pros:**   Cute, Good Quality, Soft, Washable
**Best Uses:**   Anyone can use it
**Describe Yourself:**   College student
**Bottom Line:**

What a great present to give. It was the big hit at Christmas.

*Was this review helpful to you?* **Yes** / **No** **- Report this review as inappropriate.**

---

Displaying Reviews 1-8 of 8

               

| Ben 10: Protector of Earth for Nintendo DS | Disney Princess Favorite Moments Deluxe Doll... | Super Smash Brothers Brawl for Nintendo Wii | Play Around - Fairy Friends Ride-On - Tek Ne... | Shining Stars: Pink Pig | Shining Stars: White Cat | St |
| --- | --- | --- | --- | --- | --- | --- |
| $19.99 | $19.99 | $49.99 | $24.99 | $7.99 | $7.99 | |



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES. **APPLY TODAY ▶**

**Toys Я us**

**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



toy guide for
differently-abled
**kids**
LEARN MORE ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**