# EXHIBIT G, PART 9

3/28/2014

Animal Alley 43 inch Sammie the Pup - Toys R Us - Toys "R" Us



Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

YES
add to my registry

NO
return to product page

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ›

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE

3/29/2014                    Sammie the Pup Vet Kit - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Other Stuffed Animals & Toys





PRODUCT ZOOM



# Sammie the Pup Vet Kit - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Sammie the Pup is not feeling well, so it's time for a visit to the vet! This Sammie the Pup Vet Kit includes an 8" Sammie plush, food and water dish, and lots of medical instruments to give Sammie a thorough check-up. Your child will enjoy...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 18 months - 5 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**PRODUCT INFORMATION**

Features

- Your child will enjoy endless hours of imaginative play caring for Sammie and helping him feel better

- Vet kit includes a plastic storage carrier, Sammie plush, scissors, tongs, a food and water dishes, passport, collar, stethoscope, syringe, bone, ear tool, medicine, brush, comb, tweezers, medical chart with pencil, mirror and stickers

- Plastic carrier measures 10.5"L x 7"W x 8"H

- Plush length: 8"

Product Description

Sammie the Pup is not feeling well, so it's time for a visit to the vet! This Sammie the Pup Vet Kit includes an 8" Sammie plush, food and water dish, and lots of medical instruments to give Sammie a thorough check-up. Your child will enjoy endless hours of imaginative play using all the included accessories to care for Sammie and help him feel better. After Sammie is all better, his supplies can be stored neatly in the included plastic carrier.

Manufacturer's Age: 3 years and up

Our Recommended Age: 18 months - 5 years (details)

Item #: 51406

SKU: 9E23C85E

3/29/2014                          Sammie the Pup Vet Kit - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

UPC/EAN/ISBN: 717851711862

Manufacturer #: 71186

Our Price: $19.99

Qty:
| ADD (ITEM(s) TO CART › |
| 1 |

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

EMAIL A FRIEND ›

RELATED ITEMS

Animal Alley: Stick Unicorn with Sound
Our Price: $12.99

☐ This item is temporarily unavailable

Animal Alley: Stick Horse with Sound
Our Price: $12.99

☐ This item is temporarily unavailable



14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us
Our Price: $10.99

☐ Include this item when you add to cart

3/29/2014                          Sammie the Pup Vet Kit - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

14-Inch Lying White Tiger - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable

14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                           Sammie the Pup Vet Kit - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Pretend Play & Dress-Up > Play Doctor Kits



PRODUCT ZOOM



# Sammie the Pup Vet Kit - Animal Alley

by:

## Toys 'R' Us

Sammie the Pup is not feeling well, so it's time for a visit to the vet! This Sammie the Pup Vet Kit includes an 8-inch Sammie plush, food and water dish, and lots of medical instruments to give Sammie a thorough check-up. Your child will enjoy...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 5 years (details)
█████ **Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)**

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(8 Ratings)

Rate and Review this Item

Read 8 Reviews

## PRODUCT INFORMATION

Features

- Your child will enjoy endless hours of imaginative play caring for Sammie and helping him feel better

- Vet kit includes a plastic storage carrier, Sammie plush, scissors, tongs, a food and water dishes, passport, collar, stethoscope, syringe, bone, ear tool, medicine, brush, comb, tweezers, medical chart with pencil, mirror and stickers

- Plastic carrier measures 10.5L x 7W x 8H inches

- Plush length: 8 inches

Product Description

Sammie the Pup is not feeling well, so it's time for a visit to the vet! This Sammie the Pup Vet Kit includes an 8-inch Sammie plush, food and water dish, and lots of medical instruments to give Sammie a thorough check-up. Your child will enjoy endless hours of imaginative play using all the included accessories to care for Sammie and help him feel better. After Sammie is all better, his supplies can be stored neatly in the included plastic carrier.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 5 years (details)

Note: Gift wrap is available for this item.

Item #: 51406

SKU: 9E23C85E

UPC/EAN/ISBN: 717851711862

Manufacturer #: 71186

**REVIEW SNAPSHOT®** (Powered by PowerReviews.com)

**Average Customer Rating:**                    **(based on 8 ratings)**

Customers most agreed on the following attributes:

|  |  |
|---|---|
| **Pros:** | Interactive (3) |
| **Best Uses:** | Imaginative play (6), Creative development (3), Young children (3) |
| **Describe Yourself:** | Education oriented (3), Parent of two or more children (3), Stay at home parent (3) |

We'd like your opinion! Rate and Review this Item

**REVIEWED BY 8 CUSTOMERS**                                        Sort by: | Newest        ▼ |

Displaying Reviews **1-8** of 8

### Nice kit, but useless if latch breaks

By **Shoes4Two** from **PA** on **12/18/2008**

|  |  |
|---|---|
| **Pros:** | Engaging, Interactive, Promotes Learning |
| **Cons:** | Flimsy, Poor Design |
| **Best Uses:** | Imaginative Play, Indoor |
| **Describe Yourself:** | Parent Of Two Or More Children, Stay At Home Parent |
| **Bottom Line:** |  |

My four year old adores this toys and enjoys taking care of his stuffed animals. He also thinks the puppy that came with this is very cute. However, I left my 2 year old alone with this case for two minutes and when I came back he had broken the latch off

the front. Unfortunately the case doesn't stay shut without the latch and has become unusable. My four year old was very upset by this, and there is no way to glue or reattach the latch once it's off.

Also, the handle on top sometimes pops off, but it's easy to put back into place.

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### CUTE

By **Sharyll the big kid** from **Atlanta GA** on **10/11/2008**

|  |  |
|---|---|
| **Pros:** | Durable, Fun |
| **Best Uses:** | Imaginative Play, Indoor, Outdoor |
| **Bottom Line:** | |

I got this to go with my halloween costume I am going as a vet

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### i would defently buy this agian

By **jillian the vet** from **millbrook al** on **10/5/2008**

|  |  |
|---|---|
| **Pros:** | Awsome, Durable, Engaging, Fun, Great, Interactive, Learning, Nice, Promotes Learning, Safe |
| **Best Uses:** | Creative Development, Group Activity, Imaginative Play, Indoor or outdoor, Outdoor |
| **Describe Yourself:** | Collector, Education Oriented, First Time Parent, Grandparent, Parent Of Multiples (Twins etc), Parent Of Two Or More Children, Stay At Home Parent, Ugly dude, Working Parent |
| **Bottom Line:** | |

i bought this 4 my kid she loves it i got her a pink one its wonderfull but is hard to open but absolutly wonderful

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

*[2 of 2 customers found this review **helpful**]*

### Adorable

By **Laura** from **Florence SC** on **7/24/2008**

|  |  |
|---|---|
| **Pros:** | Attractive Design, Lots of Fun |
| **Cons:** | Poor Construction |
| **Best Uses:** | Creative Development, Imaginative Play, Older Children, Young Children |
| **Describe Yourself:** | Education Oriented, First Time Parent, Stay At Home Parent |
| **Bottom Line:** | |

Thos is a very adorable toy. My two year old loved it until the latch on the cage broke off and would not go back. Other than that it was a great toy.

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### Best Toy For Kids

By **Alley** from **San Jose,CA** on **6/10/2008**

|  |  |
|---|---|
| **Pros:** | Washes Well |
| **Best Uses:** | 4-10, Creative Development |

My Twins Danny And Molli Love This Toy They Named The Dog Goldee!

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### Great toy!

By **MaryAnn**  [VERIFIED BUYER]  from **Lakewood, CA** on **3/9/2008**

|  |  |
|---|---|
| **Pros:** | Cute, Good Quality, Interactive, Washable |
| **Best Uses:** | Young Children |
| **Bottom Line:** | |

Great toy, espeially for the price!

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### Be careful

By **Stephanie** from **Deer Park, TX** on **1/11/2008**

|  |  |
|---|---|
| **Pros:** | Cute |
| **Cons:** | Poor Quality |
| **Best Uses:** | Imaginative Play, Young Children |
| **Describe Yourself:** | Education Oriented, Parent Of Two Or More Children, Working Parent |
| **Bottom Line:** | |

My daughter loves this product, but shortly after playing with it pieces started to fall off. The brush lost its very small bristles. I was afraid my two year old would swallow them.

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

### kids love it

By **Sam the doctor** from **san jose ca** on **12/4/2007**

|  |  |
|---|---|
| **Cons:** | Hard to open and close |
| **Best Uses:** | Imaginative Play |

my child loved it not only did she play vet but docor too when someone got sick she would come play doctor and care for them!!

*Was this review helpful to you? Yes / No  - Report this review as inappropriate.*

---

Displaying Reviews **1-8** of 8

Our Price: $24.99

Qty:
1

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Animal Alley: Stick Unicorn with Sound - Pink
Our Price: $12.99

☒ Include this item when you add to cart



Animal Alley: Stick Horse with Sound - Black
Our Price: $12.99

☐ This item is temporarily unavailable



14-Inch Lying White Tiger - Animal Alley
Our Price: $10.99

☒ Include this item when you add to cart

3/29/2014                                        Sammie the Pup Vet Kit - Animal Alley - Toys 'R' Us - Toys "R" Us





**14-Inch Lying Snow Leopard - Animal Alley**
Our Price: $10.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                          Sitting Huskey - Unitrade Marketing - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart(0 Items)

Search:

All Products ▼ [          ] SEARCH►



Home > Valentines Day > Stuffed Animals > Cats & Dogs

no image
available

# Sitting Huskey

by:

## Unitrade Marketing

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 7 years (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 7 years (details)

Note: Gift wrap is available for this item.

Item #: 207656

SKU: F03B2E4E

UPC/EAN/ISBN: 634683100094

Manufacturer #: 10009-03WIL

Our Price: $9.99

Qty:
1



ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS

no image
available

**Animal Alley: Stick Unicorn with Sound**
Our Price: $12.99

☐This item is temporarily unavailable

no image
available

**Animal Alley: Stick Horse with Sound**
Our Price: $12.99

☐This item is temporarily unavailable

**Animal Alley: 16-Inch Beige Bear Dressed in Pink & White Striped Shirt**
List Price: $19.99*
Our Price: $9.98

☐This item is temporarily unavailable

**14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐This item is temporarily unavailable

**14-Inch Lying White Tiger - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐This item is temporarily unavailable

ADD ITEM(S) TO CART ▶

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



Home > Stuffed Animals > Animals > Cats & Dogs



no image
available

# Sitting Huskey

by:

## Unitrade Marketing

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 7 years (details)

3/28/2014                                    Sitting Huskey - Unitrade Marketing - Toys "R" Us

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value! -** (details)

**SAVE** **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 7 years (details)

Note: Gift wrap is available for this item.

Item #: 207656

SKU: F03B2E4E

UPC/EAN/ISBN: 634683100094

Manufacturer #: 10009-03WIL



ADDITIONAL WAYS TO PAY

GET $10 OFF $30 with ☑BillMeLater PLUS TAKE 90 DAYS TO PAY
Orders over $100. Subject to credit approval
DETAILS >>

Our Price: $9.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

3/28/2014                          Sitting Husky - Unitrade Marketing - Toys "R" Us



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Cats & Dogs

no image
available

# Sitting Huskey

by:

## Unitrade Marketing

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 7 years (details)

3/28/2014                                      Sitting Huskey- Unitrade Marketing - Toys "R" Us

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 7 years (details)

Note: Gift wrap is available for this item.

Item #: 207656

SKU: F03B2E4E

UPC/EAN/ISBN: 634683100094

Manufacturer #: 10009-03WIL

Our Price: $9.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS


no image available

Animal Alley: White Unicorn with Pink Mane

List Price: $9.99*
Our Price: $6.98

☐Include this item when you add to cart



Animal Alley: Stick Unicorn with Sound
Our Price: $12.99

☐This item is temporarily unavailable

Animal Alley: Stick Horse with Sound
Our Price: $12.99

☐Include this item when you add to cart

Animal Alley: Pink Unicorn with White Mane
List Price: $9.99*
Our Price: $6.98

☐Include this item when you add to cart

Animal Alley: 16-Inch Beige Bear Dressed in Pink & White Striped Shirt
Our Price: $19.99

☐This item is temporarily unavailable



ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Sitting Huskey - Unitrade Marketing - Toys "R" Us

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart(0 Items)
Search:



Home > Stuffed Animals > Animals > Cats & Dogs

no image
available



http://www.toysrus.com/product/index.jsp?productId=2340937    Go

4 captures
27 May 07 - 13 Mar 08

JAN  MAR  AP
◄  13  ►
2007  2008  20

# Sitting Huskey

by:

## Unitrade Marketing

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver....(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 - 7 years (details)

**SAVE** **Take $10 off $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today. New users only.** – (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. – (details)

## PRODUCT INFORMATION

Product Description

These mini plush dogs are lifelike with realistic poses. Choose from six breeds of dogs in either a sitting or lying position. Breeds included are German Shepard, Border Collie, Husky, Beagle, St. Bernard and Golden Retreiver.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 - 7 years (details)

Note: Gift wrap is available for this item.

Item #: 207656

SKU: F03B2E4E

UPC/EAN/ISBN: 634683100094

Manufacturer #: 10009-03WIL



Our Price: $9.99





**RELATED ITEMS**

no image
available

**Animal Alley: Stick Unicorn with Sound**
Our Price: $12.99

☐ Include this item when you add to cart

no image
available

**Animal Alley: Stick Horse with Sound**
Our Price: $12.99

☐ This item is temporarily unavailable

**Animal Alley: 16-Inch Beige Bear Dressed in Pink & White Striped Shirt**
Our Price: $19.99

☐ This item is temporarily unavailable

**14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐ This item is temporarily unavailable

**14-Inch Lying White Tiger - Animal Alley - Toys "R" Us**
Our Price: $10.99

☐

This item is temporarily unavailable

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Bears



PRODUCT ZOOM

# Sitting Panda Bear - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Made of soft polyester, this 15" Animal Alley Sitting Panda Bear is a cuddly, soft, adorable plush bear that's perfect for hugging! This

3/29/2014                          Sitting Panda Bear - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

plush will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 15" Animal Alley Sitting Panda Bear is a cuddly, soft, adorable plush bear that's perfect for hugging

Product Description

Made of soft polyester, this 15" Animal Alley Sitting Panda Bear is a cuddly, soft, adorable plush bear that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 532735

SKU: C2FFF522

UPC/EAN/ISBN: 717851611582

Manufacturer #: 61158

Our Price: $14.99

Qty: 1    **ADD ITEM(S) TO CART ▸**

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/29/2014                          Sitting Panda Bear - Animal Alley- Toys "R" Us - Toys 'R' Us - Toys "R" Us

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable



Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☑Include this item when you add to cart



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Standing Penguin - Animal Alley - Toys "R" Us
Our Price: $14.99

☐This item is temporarily unavailable



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

3/29/2014    Sitting Panda Bear - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

☐Include this item when you add to cart



Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



# Sitting Panda Bear - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 15" Animal Alley Sitting Panda Bear is a cuddly, soft, adorable plush bear that's perfect for hugging! This

plush will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 15" Animal Alley Sitting Panda Bear is a cuddly, soft, adorable plush bear that's perfect for hugging

Product Description

Made of soft polyester, this 15" Animal Alley Sitting Panda Bear is a cuddly, soft, adorable plush bear that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 532735

SKU: C2FFF522

UPC/EAN/ISBN: 717851611582

Manufacturer #: 61158

Our Price: $14.99

Qty:
1     ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/29/2014                                          Sitting Panda Bear - Animal Alley- Toys 'R' Us - Toys "R" Us

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Standing Penguin - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sammie the Pup 26" - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ›

ADD TO BABY REGISTRY ›

Affiliate Program

Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/29/2014                                    Sitting Panda Bear - Animal Alley - Toys R Us - Toys "R" Us



http://www.toysrus.com/product/index.jsp?productId=2880533    Go

4 captures
14 Jan 08 - 16 Oct 09

JUN  DEC  OCT  Close
◄  10  ►
2007  2008  2009    Help



- Email signup
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

Christmas Store Free Shipping Store Hot Holiday Toys Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >>
Books, Music & DVD Books Music Movies & TV Building Sets & Blocks Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Electronic Learning Science & Discovery Differently-Abled Kids More >>
Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Outdoor Play Backyard Play Gym Sets, Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >>
Specialty Toys European & International Toys Eco-Friendly Toys More >> Sporting Goods Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More >> Mom's Favorites Other Toys



Looking for baby products?
Visit Babies"R"Us for all your newborn, infant and toddler needs. Go now ▸

- Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- Bakugan Barbie Bratz Cheetah Girls Club Penguin Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man
- Speed Racer Spider-Man Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars See All >>
- Apple Banzai Cheetah Girls First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO
- LeapFrog Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool See All >>
- ToysRUs Exclusives Clearance Award Winners

0
items

All Products  ▼        GO!
Welcome! Login or create an account. Learn why

FREE SHIPPING on THOUSANDS of items when you spend $49 or more on select toys ▸

Home > Preschool > Dolls & Stuffed Animals > Stuffed Animals > Bears



Q Larger Image

### Sitting Panda Bear - Animal Alley
By: Toys R Us

Print Page    Email A Friend

### Our Price: $14.99

**Our Recommended Age:** 12 months - 7 years
(details)

**Manufacturer's Age:** 12 months and up

### Buy Online

**In stock**
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Quantity** 1

ADD TO CART    ADD TO BABY REGISTRY ▸
ADD TO WISH LIST ▸

### Find It In Stores

**Want it today? (beta)**
To check availability of this item at stores in and around the
**Chicago, Dallas, Detroit & Philadelphia areas only** - (details)

Enter your ZIP code and click 'GO!':  Enter Zip    GO!



**Get it there by Dec 24! Click here for details -**









**Animal Alley Jumbo Horse - Brown**

Average Customer Rating

(5 Ratings)

Rate and Review
☐ Indicate this item when you add to cart
Read 5 Reviews

$59.99

**Animal Alley: 20" - Blue/Green Multistripe - Hanging Sock Monkey**

Average Customer Rating

☐ (0 Ratings)
This item is temporarily unavailable. Be the first to Rate and Review this item

$9.99

**Standing Penguin - Animal Alley**

Average Customer Rating

(17 Ratings)

Rate and Review
☐ Indicate this item when you add to cart
Read 17 Reviews

$19.99

**Sammie the Pup 43" - Animal Alley**

Average Customer Rating

(8 Ratings)

Rate and Review
☐ Indicate this item when you add to cart
Read 8 Reviews

$49.99

ADD TO WISH LIST ▸     ADD TO BABY REGISTRY ▸     ADD ITEM(S) TO CART



**Sesame Street: Elmo Knows Your Name Personal...**

$27.98



**Play-Doh: Super Craft Caddy - Hasbro**

$14.98



**Little People: Lil' Movers School Bus - Pink**

$18.99



**Little Doctor Kit**

$9.98

**Fisher-Price Tuff Rumblin' Dump Truck**

$19.99

Award Winners Stroller / Car Seat Toys Rattles & Teethers Crib Toys Formula



**10% OFF**
YOUR FIRST IN-STORE PURCHASE
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES. APPLY TODAY ▸

3/29/2014                                    Sitting Panda Bear - Animal Alley - Toys R Us - Toys "R" Us



**STORE LOCATOR**
FIND A STORE NEAR YOU ▶



**MAKE A DIFFERENCE**
DONATE TODAY ▶



**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶



**GIFT CARDS**
REDEEM IN-STORE OR ONLINE ▶

**Your Order**

- Track my Order
- Returns
- Cancellations

**Help**

- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**Gift Services**

- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News
- Affiliate Program

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map
  - ○
  - ○

Select a site                 ▼

© 2008 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry
in the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

| YES                | NO                     |
| add to my registry | return to product page |

CLOSE ☒

## We're Sorry!

The item(s) below are discontinued and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▸

3/29/2014                                 Animal Alley Sitting Panda Bear - Toys R Us - Toys "R" Us





- ○
- ○

- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

○ Hot Deals Store Free Shipping Store Action Figures Dolls & Stuff Animals Electronics Games & Puzzles Learning More >> At The Movies Halloween Costumes & Accessories Infant Costumes Toddler Costumes Kids Costumes More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Clay, Dough & Modeling Drawing & Coloring Easels / Art Tables More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>

○ Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skincare & First Aid Wipes More >> Collectibles Action Figures Collectible Dolls Sports Memorabilia More >> Dolls & Stuffed Animals Baby Dolls Collectible Dolls Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>

○ Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Learning Electronic Learning Back to School Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >> Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Outdoor Play Backyard Play Gym Sets, Slides & Swings Pools & Water Fun More >> Party Supplies Pet Supplies

○ Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Tween Girls Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games

Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 PSP More >>
- ○ Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- ○ Bakugan Barbie Batman Club Penguin Disney Fairies Disney Princess G.I. Joe Hello Kitty iCarly Little People
- ○ Marvel Universe Star Wars The Twilight Saga: New Moon Thomas & Friends Toy Story Transformers WWE Webkinz See All >>
- ○ Animal Planet Apple Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
- ○ Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>
- ToysRUs Exclusives Clearance Award Winners

0
items

All Products ▼                          GO!
Welcome! Login or create an account. Learn why



Home > Baby Toys > Soft & Plush Toys

Print Page        Email A Friend



### Animal Alley Sitting Panda Bear
By: Toys R Us

  FREE Animal Alley Plush with purchase! (Details)

Our Recommended Age: Birth - 7 years (details)
Manufacturer's Age: Birth and up

Share:


**Buy Online**

**Our Price: $14.99**

**Out Of Stock**
Temporarily Not Available

**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

 FREE Animal Alley Plush priced $14.99 or less when you buy ANY Animal Alley plush priced $19.99 or more! - (Details)











**Animal Alley Standing Giraffe**

Average Customer Rating

(27 Ratings)

Rate and Review this Item

Read 27 Reviews

$14.99

☐ Include this item when you add to cart

**Animal Alley Geoffrey Giraffe**

$9.99

☐ Include this item when you add to cart

**Animal Alley: Fairy Bear - Tinker Bell**

Average Customer Rating

(6 Ratings)

Rate and Review this Item

Read 6 Reviews

$14.99

☐ Include this item when you add to cart

**Animal Alley 25 inch Honey Bear**

Average Customer Rating

(1 Rating)

Rate and Review this Item

Read 1 Review

$49.99

☐ Include this item when you add to cart

**Animal Alley 17 inch Cinderella Princess Bear**

Average Customer Rating

(4 Ratings)

Rate and Review this Item

Read 4 Reviews

$14.99

☐ Include this item when you add to cart



**ADD ITEM(S) TO CART** | Add to BABY REGISTRY | Add to WISH LIST



Disney Princess: Deluxe Cinderella 27-Piece ...

$15.99

Tylenol Grape Drops- 1/2 ounce



$6.29

Sassy Bathtime Pals - 5 Pack

$4.49

Sassy Aquatic Bobbers

$5.99

Fisher-Price Snap 'n Style Babies Bathtime f...

$12.99

Fisher-Price Snap 'n Style Babies Dinnertime...

$12.99



**10% OFF**
YOUR FIRST IN-STORE PURCHASE.
PLUS, EARN $10 SAVINGS REWARD
CERTIFICATES.  **APPLY TODAY▶**



**STORE LOCATOR**
FIND A STORE NEAR YOU▶

3/29/2014                                Animal Alley Sitting Panda Bear - Toys R Us - Toys "R" Us



**toy guide for** differently-abled
**kids**
LEARN MORE ▶

**IN-STORE EVENTS**
SEE WHAT'S HAPPENING
AT A STORE NEAR YOU ▶

**GIFT CARDS**
BUY NOW ▶

**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site          ▾

© 2009 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE ✖

## Low Inventory!
The item(s) you want to add may not be available for purchase from your registry
In the future. Consider purchasing the item(s) now, and check your local store if
we are out of stock online.

Do you still wish to add this item to your registry?

**YES**                 **NO**
add to my registry      return to product page

CLOSE ✖

## We're Sorry!
The item(s) below are unavailable and cannot be added to your registry. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE ▶

Case No. 1:12-cv-02279-PAB-KMT    Document 121-15    filed 06/06/14    USDC Colorado
pg 44 of 49

CLOSE ✖

## We're Sorry!

The Item(s) below are unavailable and cannot be added to your Wish List. Please select alternate Item(s) or consider purchasing the Item(s) now!

RETURN TO THE PRODUCT PAGE

3/31/2014                                Animal Alley Soft Dinosaur - Grey - Toys R Us - Toys "R" Us



- Email signup

- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Free Shipping Store Action Figures Dolls & Stuffed Animals Electronics Games & Puzzles Learning More >> Hot Deals Store Christmas Store Baby's First Christmas Christmas Ornaments Christmas Stockings Christmas Trees and Wreaths More >> What's New At The Movies Action Figures Movies, Music & TV Science Fiction & Fantasy Sports More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >>
- Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Sports Fan Shop Entertainment Earth More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >>
- Dolls & Stuffed Animals Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
- Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Mattresses Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot More >> Vehicles: Hobby & R/C Radio Control Trains Vehicles & Playsets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >>

INTERNET ARCHIVE
WayBackMachine          http://www.toysrus.com/product/index.jsp?productId=10758778    Go      NOV  DEC  JAN  Close
                                                                                          ◄  6  ►
1 captures                                                                                          Help
6 Dec 10 - 6 Dec 10                                                                       2009  2010  2011

- Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
- Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Justin Bieber Kung Zhu Pets Little People
- Marvel Universe Monster High Star Wars Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
- Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex
- LEGO LeapFrog Little Tikes Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

0
items

All Products ▼          GO!
Welcome! Login or create an account Learn why



Home > Baby Toys > Soft & Plush Toys

Print Page          Email A Friend

## Animal Alley Soft Dinosaur - Grey

By: Toys R Us

SAVE $25 OFF $150 or more! (Details)

See more Special Offers below

**Our Price: $14.99**

- Out of stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)



Average Customer Rating

(0 Ratings)

Be the first to Rate and Review this Item

Q Larger Image

Our Recommended Age: 4 - 6 years (details)

Manufacturer's Age: 4 years and up

3/31/2014                                          Animal Alley Soft Dinosaur - Grey - Toys R Us - Toys "R" Us

Share:

SAVE  Save $25 on Toysrus.com orders of $150 or more when you pay with any MasterCard card at checkout. Online Only! - (Details)

SHIPS FREE  Free Shipping (up to $20) when you purchase $49 or more of eligible items! - (Details)

$  Now through Dec. 24, Earn 10% Back on Your Holiday Purchases with Rewards"R"Us! - (Details)

$  Are you interested in winning Toys"R"Us gift cards? Play our Holiday Scavenger Hunt and win big! Click here to start! - (Details)



**Animal Alley 13 inch Realistic Rabbit - Brown**

Average Customer Rating
                    (2 Ratings)

Rate and Review this Item

Read 2 Reviews

$10.99

☐ Include this item when you add to cart

**Animal Alley 31.5 inch Stick Horse - Tan**

Average Customer Rating
                    (2 Ratings)

Rate and Review this Item

Read 2 Reviews

$9.99

☐ This item is temporarily unavailable

**Animal Alley 15 inch Brown Monkey**

Average Customer Rating
                    (18 Ratings)

Rate and Review this Item

Read 18 Reviews

$14.99

☐ Include this item when you add to cart

**Animal Alley 26 inch Pink Floppy Dog**

Average Customer Rating
                    (7 Ratings)

Rate and Review this Item

Read 7 Reviews

$16.99

☐ Include this item when you add to cart

**Animal Alley 10.5 inch Hippo - Pink**

$9.99

☐ This item is temporarily unavailable

ADD ITEM(S) TO CART    Add to BABY REGISTRY    Add to WISH LIST

REVIEW SNAPSHOT® by PowerReviews



| 20 Inch Velvet Christmas Stocking - Snowman ... | Middleton Doll 17 inch Little Keydon Doll | Barbie A Fairy Secret Bride Doll | Barbie I Can Be a Lifeguard Playset | Disney Fairies 16.5 inch Tinker Bell Stockin... | Spongebob Squarepants: Atlantis Squarepantis... |
|---|---|---|---|---|---|
| $7.99 | $31.99 | $19.99 | $24.99 | $9.99 | $27.99 |

3/31/2014                                    Animal Alley Soft Dinosaur - Grey - Toys R Us - Toys "R" Us

Razor Neutral Bath Time Learning Systems Justin Bieber

4042523 4021829



**Your Order**

Track my Order
Returns
Cancellations

**Help**

Safety Information
Shipping & Delivery
Payment Options
Contact Us

**Gift Services**

Gift Finder
Gift Cards
Gift Card Redemption
Gift Wrap

**About Us**

Company Info
Careers
News/Press Room
Affiliate Program
Special Events

**Safe & Secure Shopping**

Terms & Conditions
Privacy Policy
Site Map

Select a site ▼

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

CLOSE

## Low Inventory!

The item(s) you want to add may not be available for purchase from your registry in the future. Consider purchasing the item(s) now, and check your local store if we are out of stock online.

Do you still wish to add this item to your registry?

| YES | NO |
| add to my registry | return to product page |

CLOSE

## We're Sorry!

The item(s) below are unavailable and cannot be added to your registry. Please select alternate item(s) or consider purchasing the item(s) now!

3/31/2014                                   Animal Alley Soft Dinosaur - Grey - Toys R Us - Toys "R" Us

RETURN TO THE PRODUCT PAGE ›

CLOSE ☒

## We're Sorry!

The item(s) below are unavailable and cannot be added to your Wish List. Please
select alternate item(s) or consider purchasing the item(s) now!

RETURN TO THE PRODUCT PAGE



# Standing Horse - Dark Brown

by:

## Toys 'R' Us

A toy that has stood the test of time. Big enough for a little buckaroo to climb on and ride. This magnificent horse, which holds up to