# EXHIBIT G, PART 10

140 pounds and stands 28" tall, features a soft plush body, has a full mane and tail, and included a decorative...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 years and up (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

A toy that has stood the test of time. Big enough for a little buckaroo to climb on and ride. This magnificent horse, which holds up to 140 pounds and stands 28" tall, features a soft plush body, has a full mane and tail, and included a decorative saddle and bridle. For horse lovers, pint-size cowboys and imaginative children. Comes in two colors: light brown and dark brown.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 years and up (details)

Note: Gift wrap is not available for this item.

Item #: 166623

SKU: 8157F92B

UPC/EAN/ISBN: 039915484049

Manufacturer #: 48404



ADDITIONAL WAYS TO PAY

PayPal NOW ACCEPTED HERE!  see details ▶

Our Price: $39.99

Qty:
1

ADD TO BABY REGISTRY ▶
ADD TO MY WISHLIST ▶

 EMAIL A FRIEND ▶

3/28/2014                                    Toys "R" Us - Standing Horse - Dark Brown

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                    Toys "R" Us - Standing Horse - Dark Brown



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping Cart(0 Items)



Home > Pretend Play & Dress-Up > Stick Horses

no image
available

# Standing Horse - Dark Brown

by:

## Toys 'R' Us

A toy that has stood the test of time. Big enough for a little buckaroo to climb on and ride. This magnificent horse, which holds up to

140 pounds and stands 28" tall, features a soft plush body, has a full mane and tail, and included a decorative...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 years and up (details)

**Exclusive Jumbo Lounging Elmo With Any Toy Purchase of $50 or more - Only $7.99 - $19.99 Value!** - (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today!** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

A toy that has stood the test of time. Big enough for a little buckaroo to climb on and ride. This magnificent horse, which holds up to 140 pounds and stands 28" tall, features a soft plush body, has a full mane and tail, and included a decorative saddle and bridle. For horse lovers, pint-size cowboys and imaginative children. Comes in two colors: light brown and dark brown.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 years and up (details)

Note: Gift wrap is not available for this item.

Item #: 166623

SKU: 8157F92B

UPC/EAN/ISBN: 039915484049

Manufacturer #: 48404

**ADDITIONAL WAYS TO PAY**

**GET $10 OFF $30** with ☑BillMeLater **PLUS TAKE 90 DAYS TO PAY**
Orders over $100. Subject to credit approval
**DETAILS >>**

Our Price: $39.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸

3/28/2014                                   Toys "R" Us - Standing Horse - Dark Brown

ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                Standing Horse - Dark Brown - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | 🛒Shopping Cart(0 Items)

Search:

Home > Pretend Play & Dress-Up > Stick Horses

# Standing Horse - Dark Brown

by:

## Toys 'R' Us

A toy that has stood the test of time. Big enough for a little buckaroo to climb on and ride. This magnificent horse, which holds up to

140 pounds and stands 28" tall, features a soft plush body, has a full mane and tail, and included a decorative...(read more)

**Manufacturer's Age:** 3 years and up **Our Recommended Age:** 3 years and up (details)

■ **Get $20 OFF $75! Click here for details. -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Product Description

A toy that has stood the test of time. Big enough for a little buckaroo to climb on and ride. This magnificent horse, which holds up to 140 pounds and stands 28" tall, features a soft plush body, has a full mane and tail, and included a decorative saddle and bridle. For horse lovers, pint-size cowboys and imaginative children. Comes in two colors: light brown and dark brown.

Manufacturer's Age: 3 years and up

Our Recommended Age: 3 years and up (details)

Note: Gift wrap is not available for this item.

Item #: 166623

SKU: 8157F92B

UPC/EAN/ISBN: 039915484049

Manufacturer #: 48404



List Price: $39.99
Our Price: $12.98



Qty:
1

ADD TO BABY REGISTRY ▸

3/28/2014                                     Standing Horse - Dark Brown - Toys 'R' Us - Toys "R" Us

**ADD TO MY WISHLIST ▸**

✉ EMAIL A FRIEND ▸

**RELATED ITEMS**

no image
available

Animal Alley: White Unicorn with Pink Mane
List Price: $9.99*
Our Price: $6.98

☑Include this item when you add to cart

no image
available

Animal Alley: Pink Unicorn with White Mane
List Price: $9.99*
Our Price: $6.98

☐Include this item when you add to cart

no image
available

Animal Alley: Blue Unicorn with White Mane
List Price: $9.99*
Our Price: $6.98

☐This item is temporarily unavailable

14-Inch Lying Yellow Labrador - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable

3/28/2014                              Standing Horse - Dark Brown - Toys 'R' Us - Toys "R" Us



14-Inch Lying Snow Leopard - Animal Alley - Toys "R" Us
Our Price: $10.99

☐This item is temporarily unavailable

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



3/28/2014                    Standing Penguin - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us



Home > Stuffed Animals > Animals > Other Animals



PRODUCT ZOOM

# Standing Penguin - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

SAVE **Take $10 off of $30 or more (a $10 Bill Me Later statement credit) when you use Bill Me Later today! -** (details)

**Get it there by the 24th! Find out how -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester
- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

ADDITIONAL WAYS TO PAY

**GET $10 OFF $30** with ☑BillMeLater PLUS TAKE 90 DAYS TO PAY
Orders over $100. Subject to credit approval
DETAILS >>

3/28/2014                         Standing Penguin - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Our Price: $14.99





ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐ Include this item when you add to cart



Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2007 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Valentines Day > Stuffed Animals > Other Animals



PRODUCT ZOOM

# Standing Penguin - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152



TEMPORARILY NOT
AVAILABLE ONLINE

Our Price: $14.99

STORE LOCATOR ▸



ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

3/28/2014                                     Standing Penguin - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

 EMAIL A FRIEND ▸

RELATED ITEMS



Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable



Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐This item is temporarily unavailable



Cream Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☒Include this item when you add to cart



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☒Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Stuffed Animals > Animals > Other Animals



PRODUCT ZOOM

# Standing Penguin - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

TEMPORARILY NOT
AVAILABLE ONLINE

Our Price: $14.99

STORE LOCATOR ›



ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

☐ EMAIL A FRIEND ▸

**RELATED ITEMS**

Cream Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable

Light Brown Tumble Teddy Bear - Animal Alley - Toys "R" Us
Our Price: $9.99

☐ This item is temporarily unavailable

Cream Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart

Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Other Animals



PRODUCT ZOOM

# Standing Penguin - Animal Alley - Toys "R" Us

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

**TEMPORARILY NOT AVAILABLE ONLINE**

Our Price: $14.99

STORE LOCATOR ▸



ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

RELATED ITEMS



Lying Brown Jumbo Horse - Animal Alley - Toys "R" Us
Our Price: $59.99

☐ Include this item when you add to cart



Light Brown Berkley Bear - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley - Toys "R" Us
Our Price: $49.99

☐ Include this item when you add to cart



Sammie the Pup 26" - Animal Alley - Toys "R" Us
Our Price: $14.99

☐ Include this item when you add to cart



3/28/2014                    Standing Penguin - Animal Alley - Toys "R" Us - Toys 'R' Us - Toys "R" Us

Sitting Panda Bear - Animal Alley - Toys "R" Us
Our Price: $14.99


☐This item is temporarily unavailable


**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**




Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help


© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



3/28/2014                                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Other Animals



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**SAVE** **"New Bill Me Later customers get Free Shipping - up to $15 statement credit.** - (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: **ADD ITEM(S) TO CART ▸**
1

**ADD TO BABY REGISTRY ▸**

ADD TO MY WISHLIST ▶

 EMAIL A FRIEND ▶

RELATED ITEMS



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☑ Include this item when you add to cart



Sammie the Pup 26" - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART ▶

ADD TO BABY REGISTRY ▶

3/28/2014                                   Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

**Affiliate Program**
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                 Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**SAVE** **New Bill Me Later customers get Free Shipping -up to $15 statement credit. -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: [ADD ITEM(S) TO CART ▸]
1

[ADD TO BABY REGISTRY ▸]

ADD TO MY WISHLIST ▶

📧 EMAIL A FRIEND ▶

RELATED ITEMS



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☑ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART ▶

ADD TO BABY REGISTRY ▶

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

SAVE **New Bill Me Later customers get Free Shipping -up to $15 statement credit. -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: **ADD ITEM(S) TO CART ›**
1

**ADD TO BABY REGISTRY ›**

3/28/2014                                 Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

ADD TO MY WISHLIST ›

EMAIL A FRIEND ›

RELATED ITEMS



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☑Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☐Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ›

ADD TO BABY REGISTRY ›

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014

Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)

**SAVE** **New Bill Me Later customers get Free Shipping –up to $15 statement credit. -** (details)

**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: **ADD ITEM(S) TO CART ▸**
1

**ADD TO BABY REGISTRY ▸**

3/28/2014                                  Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

**ADD TO MY WISHLIST ▸**

📧 EMAIL A FRIEND ▸

**RELATED ITEMS**



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☐ Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☒ Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



3/28/2014                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months – 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 – 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months – 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: **ADD ITEM(S) TO CART ▸**
[ 1 ]

ADD TO BABY REGISTRY ▸
**ADD TO MY WISHLIST ▸**

✉ EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1
ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(s) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                  Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:  ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                          Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:  ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ›**

**ADD TO BABY REGISTRY ›**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

RELATED ITEMS



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☑Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                         Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush