# EXHIBIT G, PART 11

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1   ADD ITEM(S) TO CART ►

ADD TO BABY REGISTRY ►
ADD TO MY WISHLIST ►

 EMAIL A FRIEND ►

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☑ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

PRODUCT **INFORMATION**

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                        Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life





PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, LLC. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart(0 Items)

Search:



Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

### Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

### Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014                                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

**RELATED ITEMS**



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☐Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☐Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                          Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:  ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

ADD ITEM(s) TO CART ›
ADD TO BABY REGISTRY ›

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals > Animals > Water Life



 PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ›

ADD TO BABY REGISTRY ›
ADD TO MY WISHLIST ›

 EMAIL A FRIEND ›

**RELATED ITEMS**



[Lying Brown Jumbo Horse - Animal Alley](#)
Our Price: $59.99

☐Include this item when you add to cart



[Sammie the Pup 43" - Animal Alley](#)
Our Price: $49.99

☐Include this item when you add to cart



[Sitting Panda Bear - Animal Alley](#)
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

[Affiliate Program](#)
[Store Locator](#) | [About Us](#) | [Track My Order](#) | [Shipping](#) | [Returns](#) | [Site Map](#) | [Help](#)

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website [Terms and Conditions](#) and [Privacy Policy](#).



3/28/2014                          Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014                           Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

RELATED ITEMS



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☐Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☐Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(s) TO CART ›

ADD TO BABY REGISTRY ›

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:   ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                                            Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

https://web.archive.org/web/20080819100558/http://www.toysrus.com/product/index.jsp?productId=2880531                                                    1/3

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

RELATED ITEMS



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☐ Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☐ Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:

1


ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

✉ EMAIL A FRIEND ▸

**RELATED ITEMS**



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☐ Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☐ Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                          Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



Help | My Account | Email Signup | Store Locator | Wishlist | Shopping Cart (0 Items)

Search:



Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(s) TO CART ▶**

**ADD TO BABY REGISTRY ▶**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.



Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life





PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: ADD ITEM(S) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014                                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us



**RELATED ITEMS**

Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

3/28/2014                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty:
1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014                                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

RELATED ITEMS



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

ADD ITEM(S) TO CART ▸
ADD TO BABY REGISTRY ▸

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $19.99

Qty: **ADD ITEM(s) TO CART ›**
1

**ADD TO BABY REGISTRY ›**
**ADD TO MY WISHLIST ›**

 EMAIL A FRIEND ›

**RELATED ITEMS**



**Lying Brown Jumbo Horse - Animal Alley**
Our Price: $59.99

☐ Include this item when you add to cart



**Sammie the Pup 43" - Animal Alley**
Our Price: $49.99

☐ Include this item when you add to cart



**Sitting Panda Bear - Animal Alley**
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





3/28/2014                          Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

3/28/2014                                    Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $19.99

Qty: 1    ADD ITEM(S) TO CART ▸

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

ADD ITEM(S) TO CART ›

ADD TO BABY REGISTRY ›

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $19.99

Qty:  ADD ITEM(s) TO CART ▸
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐ Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐ Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐ Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.





Home > Dolls & Stuffed Animals > Stuffed Animals & Toys > Animals > Water Life



🔍 PRODUCT ZOOM

# Standing Penguin - Animal Alley

by:

## Toys 'R' Us

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush

will be your little one's favorite companion!...(read more)

**Manufacturer's Age:** 12 months and up **Our Recommended Age:** 12 months - 7 years (details)
**Availability:** In stock, usually leaves warehouse in 2 - 3 full bus. days. - (details)

## PRODUCT INFORMATION

Features

- Made of soft polyester

- 20" Animal Alley Penguin is a cuddly, soft, adorable plush that's perfect for hugging

Product Description

Made of soft polyester, this 20" Animal Alley Standing Penguin is a cuddly, soft, adorable plush that's perfect for hugging! This plush will be your little one's favorite companion!

Manufacturer's Age: 12 months and up

Our Recommended Age: 12 months - 7 years (details)

Item #: 553090

SKU: C0B49F40

UPC/EAN/ISBN: 717851701528

Manufacturer #: 70152

Our Price: $14.99

Qty: **ADD ITEM(S) TO CART ▸**
1

ADD TO BABY REGISTRY ▸
ADD TO MY WISHLIST ▸

 EMAIL A FRIEND ▸

3/28/2014                                     Standing Penguin - Animal Alley - Toys 'R' Us - Toys "R" Us

**RELATED ITEMS**



Lying Brown Jumbo Horse - Animal Alley
Our Price: $59.99

☐Include this item when you add to cart



Sammie the Pup 43" - Animal Alley
Our Price: $49.99

☐Include this item when you add to cart



Sitting Panda Bear - Animal Alley
Our Price: $14.99

☐Include this item when you add to cart

**ADD ITEM(S) TO CART ▸**

**ADD TO BABY REGISTRY ▸**

Affiliate Program
Store Locator | About Us | Track My Order | Shipping | Returns | Site Map | Help

© 2008 Geoffrey, Inc. All Rights Reserved.
Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.