IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02279-PAB-KMT | Date: | September 4, 2014 |
| Courtroom Deputy: | Emily Seamon | FTR: | Courtroom C-201 |

_Parties:_                                                          _Counsel:_

KATHERINE DINES, an individual,                  William Meyer
                                                                   Christopher Ford

    Plaintiff,

v.

TOYS "R" US - DELAWARE, INC., a Delaware          Gregory Parks
corporation,                                                    Andrew Whitney

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**1:33 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.

Court advises counsel it will consider Plaintiff's Combined Motion in Limine and for Sanctions for Spoliation [122] as a motion for sanctions.

**ORDERED:**  Defendant Toys "R" Us-Delaware, Inc.'s Motion to Strike Dkt. No. 122 as Premature Without Prejudice to Re-Filing [125] is **GRANTED IN PART AND DENIED IN PART**.

**ORDERED:**  Witness sequestration order is in effect.

Defendant's witness, Joel Tennenberg, sworn.

1:41 p.m.    Direct examination of Mr. Tennenberg by Mr. Parks.

**Defendant's Exhibit 62 received, for purposes of this hearing.**

2:53 p.m.          Cross examination of Mr. Tennenberg by Mr. Meyer.

3:34 p.m.          Redirect examination of Mr. Tennenberg by Mr. Parks.

**3:36 p.m.          Court in recess.**
**3:49 p.m.          Court in session.**

Defendant's witness, Dana Triplin, sworn.

3:50 p.m.          Direct examination of Ms. Triplin by Mr. Parks.

4:13 p.m.          Cross examination of Ms. Triplin by Mr. Meyer.

4:39 p.m.          Redirect examination of Ms. Triplin by Mr. Parks.

4:42 p.m.          Recross examination of Ms. Triplin by Mr. Meyer.

**ORDERED:**   This Motion Hearing is continued to **Friday, September 5, 2014 at 9:00 a.m.,** for purposes of oral argument.  The witnesses are excused and their presence is not required on Friday, September 5, 2014 at 9:00 a.m.

**4:45 p.m.          Court in recess.**

Hearing continued.
Total in-court time    2:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.