IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02279-PAB-KMT

KATHERINE DINES an individual,

      Plaintiff,

v.

TOYS "R" US-DELAWARE, INC. a Delaware corporation,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to the offer of judgment served August  25, 2014 and the acceptance thereof filed September 8, 2014 with proof of service, and in accordance with the Federal Rule of Civil Procedure 68, it is

      ORDERED that judgment is hereby entered for the plaintiff Katherine Dines and against the defendant Toys "R" US-Delaware, Inc., in the amount of $300,00.00, which sum shall include all costs and interest accrued to date in this action and any claim for attorney's fees incurred in this action. It is

      FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.11% from the date of entry of judgment.

      DATED at Denver, Colorado this 8th September, 2014.

JEFFREY P. COLWELL, CLERK

By: _____ s/Jennifer Hawkins _____

Jennifer Hawkins, Deputy Clerk