**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-2279-PAB-KMT

---

KATHERINE DINES, an individual,

Plaintiff,

v.

TOYS "R" US-DELAWARE, INC., a Delaware corporation,

Defendant.

---

## SATISFACTION OF JUDGMENT

---

Judgment was rendered in favor of the above-named Plaintiff and against the above-named Defendant in the above-entitled action, on the eighth day of September, 2014, in accordance with the Federal Rule of Civil Procedure 68, in the sum of $300,000.00, which sum included all costs and interest accrued to date in this action and any claim for attorney's fees incurred in this action. Plaintiff hereby acknowledges full satisfaction of that judgment, and authorizes the Clerk to enter full satisfaction of the judgment.

Dated: October 9, 2014

Plaintiff Katherine Dines

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I served the foregoing **SATISFACTION OF JUDGMENT** upon the following persons at the given e-mail address:

Jason C. White
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr.
Chicago, IL 60601-5094
jwhite@morganlewis.com

Kristin H. Altoff
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
kaltoff@morganlewis.com

Gregory T. Parks
Andrew C. Whitney
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
gparks@morganlewis.com

*s/Rose I. O'Brien*

Rose I. O'Brien
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Phone: (303) 442-6514
Fax: (303) 442-6593